

**Gentry C. Wahlmeier**

P.O. Box 1811
Van Buren, AR 72957

PH: (479) 431-3366
FAX: (479) 763-3987
EMAIL: gentry@wahlmeierlaw.com

May 23, 2023

CCLS Board &
Director Eva White

Re:   Resignation per Act 372 Changes

Dear Board Members and Director White:

In our last general meeting I provided each of you with a summary of Act 372. The act adds A.C.A. § 13-2-106 to the laws of our State. That addition creates a requirement for the System to create or amend the policy for selection, relocation, and retention of physical materials. It has come to my attention that a conflict of interest may be created upon the enactment of Act 372 on August 1, 2023.

My letter only covered those items that are pertinent to the Library System. Continuing with the addition of A.C.A. § 13-2-106, beyond the challenge meeting, the law explains that the challenger may appeal to the County Judge and Quorum Court if the System's committee does not "find" for them. Pursuant to the rules of ethics that govern the practice of law, I am unable to advise both. Thus, I must resign. I will stay on in an advisory capacity until the end of June. As a Board, I advise that you hire new counsel.

Please remember that there are currently pending obligations to come into compliance with the new laws by August 1, 2023. Specifically, you must create a section that is not accessible to those under eighteen (18) and create a policy for challenging physical materials.

Sincerely,

Gentry C. Wahlmeier

Licensed in Arkansas and Oklahoma