IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, *et al.*,

*Plaintiffs*,

v.

CRAWFORD COUNTY, *et al.*,

*Defendants*.

Case No. 5:23-CV-05086

**MOTION FOR ADMISSION *PRO HAC VICE* OF BEN SEEL**

Pursuant to Local Rule 83.5(d), Plaintiffs Adam Webb, the Arkansas Library Association, and Advocates for All Arkansas Libraries (the "Moving Plaintiffs") move for the admission pro hac vice of the following attorney for their representation in the above-styled case:

> Ben Seel (D.C. Bar No. 1035286)
> Democracy Forward Foundation
> P.O. Box 34553
> Washington, D.C. 20043
> Phone: (202) 448-9090
> E-mail: bseel@democracyforward.org

Mr. Seel is a member in good standing of the District of Columbia Bar, the United States District Court for the District of Columbia, and the United States Court of Appeals for the Sixth Circuit. Mr. Seel affirms that he is not admitted to practice in the United States District Courts in Arkansas and that he will be subject to and abide by the rules of this Court and that he recognizes this Court's jurisdiction over him on matters of discipline.

1

Democracy Forward Foundation is providing the Moving Plaintiffs' only legal representation in this case; these Moving Plaintiffs have not engaged local co-counsel. Therefore, Moving Plaintiffs ask the Court to waive Rule 83.5(d)'s requirement that an applicant for admission pro hac vice "designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." L. R. 83.5(d). Although Democracy Forward Foundation has not engaged local co-counsel, it will be in regular communication with counsel for its clients' co-Plaintiffs and will readily communicate regarding the conduct of this case with the Court, opposing counsel, and its co-Plaintiffs' counsel such that its lack of a local designee will not impede the progress or the Court's administration of this case.

THEREFORE, Adam Webb, the Arkansas Library Association, and Advocates for All Arkansas Libraries request that the Court grant the above-named attorney permission to appear and participate pro hac vice in this action.

Dated: June 5, 2023                                          Respectfully submitted,

*/s/ Ben Seel*
Ben Seel
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Telephone: (202) 448-9090
E-Mail: bseel@democracyforward.org

## CERTIFICATE OF SERVICE

      I, Ben Seel, hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice is served upon all counsel of record contemporaneously with its filing in the CM/ECF system.

Dated:  June 5, 2023                                            Respectfully submitted,

                                                                                 */s/ Ben Seel*
                                                                                 Ben Seel