IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, a political
subdivision in the City of Fayetteville, State of
Arkansas; EUREKA SPRINGS CARNEGIE PUBLIC
LIBRARY; CENTRAL ARKANSAS LIBRARY
SYSTEM; NATE COULTER; OLIVIA FARRELL;
JENNIE KIRBY, as parent and next friend of HAYDEN
KIRBY; LETA CAPLINGER; ADAM WEBB;
ARKANSAS LIBRARY ASSOCIATION;
ADVOCATES FOR ALL ARKANSAS LIBRARIES;
PEARL'S BOOKS, LLC; WORDSWORTH
COMMUNITY BOOKSTORE LLC d/b/a
WORDSWORTH BOOKS; AMERICAN
BOOKSELLERS ASSOCIATION; ASSOCIATION OF
AMERICAN PUBLISHERS, INC.; AUTHORS
GUILD, INC.; COMIC BOOK LEGAL DEFENSE
FUND; FREEDOM TO READ FOUNDATION                                    PLAINTIFFS

v.                              NO. 5:23-CV-05086-TLB

CRAWFORD COUNTY, ARKANSAS; CHRIS
KEITH, in his official capacity as Crawford County
Judge; TODD MURRAY; SONIA FONTICIELLA;
DEVON HOLDER; MATT DURRETT; JEFF
PHILLIPS; WILL JONES; TERESA HOWELL; BEN
HALE, CONNIE MITCHELL, DAN TURNER, JANA
BRADFORD; FRANK SPAIN; TIM BLAIR; KYLE
HUNTER; DANIEL SHUE; JEFF ROGERS; DAVID
ETHREDGE; TOM TATUM, II; DREW SMITH;
REBECCA REED MCCOY; MICHELLE C.
LAWRENCE; DEBRA BUSCHMAN; TONY
ROGERS; NATHAN SMITH; CAROL CREWS;
KEVIN HOLMES; CHRIS WALTON; and CHUCK
GRAHAM, each in his or her official capacity as a
prosecuting attorney for the State of Arkansas;                      DEFENDANTS

1

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION, OR , IN THE ALTERANTIVE, A TEMPORARY RESTRAINING ORDER**

Plaintiffs Fayetteville Public Library, Eureka Springs Carnegie Public Library, Central Arkansas Library System, Nate Coulter, Olivia Farrell, Jennie Kirby as parent and next friend of Hayden Kirby, Leta Caplinger, Adam Webb, Arkansas Library Association, Advocates for all Arkansas Libraries, Pearl's Books, LLC, Wordsworth Community Bookstore LLC d/b/a Wordsworth Books, American Booksellers Association, Association of American Publishers, Inc., Authors Guild, Inc., Comic Book Legal Defense Fund, and Freedom to Read Foundation (collectively, "Plaintiffs"), for their Motion for a Preliminary Injunction, or, in the Alternative, a Temporary Restraining Order, state as follows:

1. Plaintiffs seek to facially preliminarily enjoin two provisions, Section 1 (the "Availability Provision") and Section 5 (the "Challenge Procedure"), of Arkansas' recently-enacted Act 372 of 2023 ("Act 372").

2. The Availability Provision would make it a crime for libraries or booksellers to make certain books available to any minors.

3. The Challenge Procedure would establish a process for the removal of "inappropriate" books from Arkansas libraries.

4. A Brief in Support of Plaintiffs' Motion for a Preliminary Injunction, or, in the Alternative, a Temporary Restraining Order is submitted along with this Motion. *See* Fed. R. Civ. P. 65(a), (b); Local Rule 7.2(e).

5. As set forth more fully in the accompanying Brief, the Availability Provision and Challenge Procedure suffer from a variety of deficiencies under the First and Fourteenth Amendments of the United States Constitution, and chill and infringe upon Plaintiffs' rights under the First Amendment.

6. The Plaintiffs submit the following Declarations, and the exhibits attached thereto, in support of this Motion:

    a. Declaration of John Adams;

    b. Declaration of Deborah Caldwell-Stone;

    c. Declaration of Leta Caplinger;

    d. Declaration of Carol Coffey

    e. Declaration of Nate Coulter;

    f. Declaration of Christina Danos;

    g. Declaration of Olivia Farrell;

    h. Declaration of David Grogan;

    i. Declaration of David Johnson;

    j. Declaration of Daniel Jordan;

    k. Declaration of Hayden Kirby;

    l. Declaration of Mary E. Rasenberger;

    m. Declaration of Matthew D. Stratton;

    n. Declaration of Jeff Trexler;

    o. Declaration of Adam Webb;

    p. and Declaration of Kandi West.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and issue a preliminary injunction pending a decision on the merits of Plaintiffs' claims in this matter, or, in the alternative, issue a temporary restraining order barring the application of the Availability Provision and Challenge Procedure pending a decision on Plaintiffs' motion for a preliminary injunction.

Respectfully submitted,

/s/ John T. Adams
David M. Fuqua
Ark. Bar No. 80048
John T. Adams
Ark. Bar No. 2005013
Attorneys for Plaintiffs Central Arkansas Library System, Nate Coulter, and the Eureka Springs Carnegie Public Library
FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, AR 72202
Telephone: (501) 374-0200
E-Mail: dfuqua@fc-lawyers.com
E-Mail: jadams@fc-lawyers.com

Bettina Brownstein
Ark. Bar No. 85019
BETTINA E. BROWNSTEIN LAW FIRM
Attorney for Olivia Farrell, Jennie Kirby, Hayden Kirby, and Leta Caplinger
904 West 2nd Street, Suite 2
Little Rock, AR 72201
Telephone: (501) 920-1764
E-Mail: bettinabrownstein@gmail.com
On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.

Will Bardwell*
Ben Seel*
Aman George*
Orlando Economos*
Attorneys for the Arkansas Library Association, Advocates for All Arkansas Libraries, and Adam Webb, in his individual capacity
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34554
Washington, DC 20043
Telephone: (202) 448-9090
E-Mail: wbardwell@democracyforward.org
E-Mail: bseel@democracyforward.org
E-Mail: ageorge@democracyforward.org
E-Mail: oeconomos@democracyforward.org

Vincent O. Chadick
Ark. Bar No. 94075
Brandon B. Cate
Ark. Bar No. 2001203
Glenn V. Larkin
Ark. Bar No. 2020149
Attorneys for Plaintiff Fayetteville Public Library
QUATTLEBAUM, GROOMS & TULL PLLC
4100 Corporate Center Drive, Suite 310
Springdale, Arkansas 72762
Telephone: (479) 444-5200
E-Mail: bcate@qgtlaw.com
E-Mail: vchadick@qgtlaw.com
E-Mail: glarkin@qgtlaw.com

Michael A. Bamberger*
Kristen Rodriguez*
Rebecca Hughes Parker*
Attorneys for Pearl's Books, LLC, Wordsworth Community Bookstore LLC, American Booksellers Association, Association of American Publishers, Inc., Authors Guild, Inc. Comic Book Legal Defense Fund, and Freedom to Read Foundation
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
E-Mail: michael.bamberger@dentons.com
E-Mail: kristen.rodriguez@dentons.com
E-Mail: rebeccahughes.parker@dentons.com

* *Admitted pro hac vice*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 22, 2023, a copy of the foregoing was served upon all counsel of record contemporaneously with its filing in the CM/ECF system, and was sent by e-mail and United States mail, postage prepaid, to:

Gentry Wahlmeier
Attorney for Crawford County, Arkansas
and County Judge Chris Keith
WAHLMEIER LAW FIRM, P.A.
P.O. Box 1811
Van Buren, AR 72957
Telephone: (479) 431-3366
E-Mail: gentry@wahlmeierlaw.com

                                    /s/ John T. Adams
                                    John T. Adams