IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| FAYETTEVILLE PUBLIC LIBRARY, a political subdivision in the City of Fayetteville, State of Arkansas; EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY; CENTRAL ARKANSAS LIBRARY SYSTEM; NATE COULTER; OLIVIA FARRELL; JENNIE KIRBY, as parent and next friend of HAYDEN KIRBY; LETA CAPLINGER; ADAM WEBB; ARKANSAS LIBRARY ASSOCIATION; ADVOCATES FOR ALL ARKANSAS LIBRARIES; PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY BOOKSTORE LLC d/b/a WORDSWORTH BOOKS; AMERICAN BOOKSELLERS ASSOCIATION; ASSOCIATION OF AMERICAN PUBLISHERS, INC.; AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND; FREEDOM TO READ FOUNDATION | PLAINTIFFS |
| v. | NO. 5:23-CV-05086 |
| CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH, in his official capacity as Crawford County Judge; TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER; MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA HOWELL; BEN HALE, CONNIE MITCHELL, DAN TURNER, JANA BRADFORD; FRANK SPAIN; TIM BLAIR; KYLE HUNTER; DANIEL SHUE; JEFF ROGERS; DAVID ETHREDGE; TOM TATUM, II; DREW SMITH; REBECCA REED MCCOY; MICHELLE C. LAWRENCE; DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH; CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and CHUCK GRAHAM, each in his or her official capacity as a prosecuting attorney for the State of Arkansas; | DEFENDANTS |

DECLARATION OF MATTHEW D. STRATTON

    I, Matthew D. Stratton, pursuant to 28 U.S.C.§ 1746, do declare:

1. I am the Deputy General Counsel of the Association of American Publishers ("AAP").

2. The AAP, a not-for-profit organization, represents the leading book, journal, and education publishers in the United States on matters of law and policy, advocating for outcomes that incentivize the publication of creative expression, professional content, and learning solutions. AAP's members range from major commercial book and journal publishers to small, non-profit, university, and scholarly presses, as well as leading publishers of educational materials and digital learning platforms. AAP's members publish a substantial portion of the general, educational, and religious books produced in the United States, including critically acclaimed, award-winning literature for adults, young adults, and children. AAP represents an industry whose very existence depends on the free exercise of rights guaranteed by the First Amendment.

3. AAP's members believe that freedom of speech and freedom to publish are twin pillars of our democracy, and they help ensure that our democracy benefits from a vibrant marketplace of ideas

4. Section 1 of Act 372 of 2023 ("Act 372"), which prohibits making books that are "harmful to minors" available to minors, forces this large quantity of constitutionally protected materials to be segregated for older minors and adults, and not prominently displayed. Section 5 provides flawed procedures for challenges to books' appropriateness.

5. When access to books is restricted such as is contemplated by Sections 1 and 5 of Act 372, it affects the ability of publishers to disseminate important educational, scientific and literary works; contribute to the economy and the culture; enrich our democracy; and support authors.

6. Publishers cannot fulfill their mission if their books are not available for readers to browse and peruse, nor can publishers commercially succeed if their customers (such as libraries,

bookstores, and other retailers) are unable to sell or lend a large amount of constitutionally protected books because of the inability to properly display them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of June, 2023.

/s/ Matthew D. Stratton
Matthew D. Stratton
