IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, a political subdivision
in the City of Fayetteville, State of Arkansas;
EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY;
CENTRAL ARKANSAS LIBRARY SYSTEM;
NATE COULTER; OLIVIA FARRELL; JENNIE KIRBY,
as parent and next friend of HAYDEN KIRBY;
LETA CAPLINGER; ADAM WEBB; ARKANSAS LIBRARY ASSOCIATION;
ADVOCATES FOR ALL ARKANSAS LIBRARIES;
PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY
BOOKSTORE, LLC d/b/a WORDSWORTH BOOKS;
AMERICAN BOOKSELLERS ASSOCIATION;
ASSOCIATION OF AMERICAN PUBLISHERS, INC.;
AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND;
and FREEDOM TO READ FOUNDATION                                      PLAINTIFFS

V.                               CASE NO. 5:23-CV-05086

CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH,
in his official capacity as Crawford County Judge;
TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;
MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA HOWELL;
BEN HALE, CONNIE MITCHELL, DAN TURNER,
JANA BRADFORD; FRANK SPAIN; TIM BLAIR;
KYLE HUNTER; DANIEL SHUE; JEFF ROGERS;
DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;
REBECCA REED MCCOY; MICHELLE C. LAWRENCE;
DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;
CAROL CREWS; KEVIN HOLMES; CHRIS WALTON;
and CHUCK GRAHAM, each in his or her official capacity
as a prosecuting attorney for the State of Arkansas                 DEFENDANTS

## ORDER SETTING BRIEFING SCHEDULE AND HEARING

Before the Court is a Motion for a Preliminary Injunction, or, in the Alternative, a Temporary Restraining Order (Doc. 22) filed by Plaintiffs on June 22, 2023. **IT IS HEREBY ORDERED** as follows:

1

(1) A hearing on the Motion will take place on **Tuesday, July 25, 2023**, **at 10:00 a.m. in the Fifth Floor Courtroom**.

(2) Defendants' responses to the Motion must be filed by **Thursday, July 6, 2023**.

(3) If Plaintiffs wish to submit a reply brief, it must be filed by **Thursday, July 13, 2023**, and may not exceed 10 pages in length absent leave of Court.

(4) Counsel are directed to exchange exhibit and witness lists. Such lists should be emailed to chambers at *tlbinfo@arwd.uscourts.gov* by no later than **Tuesday, July 18, 2023**. Witness lists should include a summary of each witness's anticipated testimony.

(5) Counsel are directed to confer regarding the admissibility of all proposed exhibits. Any objections to proposed exhibits should be stated in writing and emailed to chambers, with a copy to opposing counsel, by **Friday, July 21, 2023**.

(6) Counsel are directed to exchange proposed stipulations of fact and then, after conferral, create a list of joint, agreed stipulations of fact that the Court may rely on in ruling on the Motion. The joint, agreed stipulations of fact must be emailed to chambers by no later than **Friday, July 21, 2023**.

**IT IS SO ORDERED** this 27th day of June, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE