# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, *et al.*            **PLAINTIFFS**

vs.          No. 5:23-cv-5086-TLB

**CRAWFORD COUNTY, ARKANSAS**, *et al.*            **DEFENDANTS**

## DECLARATION OF CHRIS KEITH

I, Chris Keith, in my official capacity as Crawford County Judge, declare as follows:

1. I am more than eighteen years of age and am fully competent to make this declaration.

2. I currently serve as the County of Judge of Crawford County, Arkansas. In this role, I serve as the Chief Executive of Crawford County. I issue this declaration as the Chief Executive of Crawford County.

3. If this Court enjoins portions of Act 372 by preliminary injunction or temporary retraining order, then Crawford County will not implement those portions of Act 372 while the injunction is in place.

4. If this Court declares portions Act 372 unconstitutional and those portions are permanently enjoined, then Crawford County will not implement those portions of Act 372.

Under 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 6, 2023 in, _Van Buren, AR_
                                City, State

                                        _/s/ Chris Keith_
                                        CHRIS KEITH