IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY, et. al.**                    **PLAINTIFFS**

V.                        **CASE NO. 5:23-CV-05086**

**CRAWFORD COUNTY, ARKANSAS, et. al.**                 **DEFENDANTS**

### ORDER

Now before the Court is the request of Tess Vrbin, an accredited reporter of online media and contributor to the ArkansasAdvocate.com, an online non-profit, nonpartisan news organization. Ms. Vrbin has asked the Court to grant her permission to use a Sony model ICD-PX470 recording device to take notes and make audio recordings of the July 25, 2023, hearing in this matter. The Court has considered Ms. Vrbin's request and makes the following order.

**IT IS HEREBY ORDERED** that Ms. Vrbin may use the device requested or an unobtrusive recording device of similar size in Court to take notes and audio record portions of the hearing, provided that she strictly comply with the following:

(1) at all times when present in the courtroom, she wear a lanyard and a badge that identifies her as an accredited member of the press;

(2) that her electronic notetaking and audio recording be conducted in a completely unobtrusive manner-- and not distract or disturb any other member of the public, the Court, or the participants in the trial;

(3) there shall be absolutely no wireless transmission from the courtroom of any electronic data or audio, by any means (wifi, hotspot, cell service, etc.);

(4) that her use of the audio recordings be solely and expressly limited to "the purpose of assuring the accuracy of reports," while bearing in mind that "[t]he only official record of such proceedings shall continue to be that made by the official court reporter and the Clerk in accordance with law," Local Rule 83.2(d); and

(5) that "[a]udio ... recordings made pursuant to this [order] may not be broadcast or rebroadcast to the public, transferred or sold, [provided to others,] or used ... for commercial purposes," id.

Use of recording applications or functionality on a cell phone, wearable, tablet, or laptop device is specifically prohibited.

By her signature below, Ms. Vrbin agrees to strictly comply with these restrictions, and understands that the Court may revoke these privileges at any time, and in its sole discretion.

IT IS SO ORDERED on this 25th day of July, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE

_____
Tess Vrbin,
Accredited Online News Reporter/Contributor
*ArkansasAdvocate.com*