IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY, et al**                                **PLAINTIFFS**

      **ATTORNEY:**   John Adams       Bettina Brownstein     Benjamin Seel
                         Rebecca Parker   Michael Bamberger   Vincent Chadick

v.                       **CASE NO. 5:23-CV-5086**

**CRAWFORD COUNTY, ARKANSAS, et al**                                **DEFENDANTS**

      **ATTORNEY:**   Sam McClelland    Forrest Stobaugh    Christine Cryer
                         Noah Watson       John Payne

---

**JUDGE: TIMOTHY L. BROOKS**                    **REPORTER: PAULA BARDEN**
                                                                                   **COURT CLERK: SHERI CRAIG**

## MOTION HEARING MINUTES
July 25, 2023

| TIME | MINUTES |
|---|---|
| 10:05 AM | Court Convenes |
|  | Procedural History by the Court |
|  | Argument regarding Motion to Dismiss - Motion taken under advisement |
|  | Rule Invoked |
|  | CX#1 - Joint Statement of Stipulated Facts |
|  | CX#2 - Plaintiffs' previously marked and proffered Exhibit Nos. 1-1, 1-2, 1-3, 28, 29, 31, 32, and 33 (see attached list) |
|  | Argument regarding Motion for Preliminary Injunction |
|  | PW#1 - Leta Caplinger |
|  | PX#s 17 - 27 - Received over Objection (see attached list) |
| 11:48 am | Lunch |
| 12:34 pm | Reconvene |
|  | Argument regarding Motion for Preliminary Injunction (cont) |
|  | Court takes Petition under advisement - order to follow |
| 3:18 pm | Court Adjourned |

# INDEX

Exhibit 1:   Declaration of John Adams (Doc. 22-1)

    Exhibit 1-1:   Tomas Saccente, *Crawford County Library Board Looks to Create New A Public Comment Policy After Increased Engagement At Meetings*, N.W. Ark. Democrat Gazette (May 14, 2023)

    Exhibit 1-2:   May 23, 2023 Letter from Gentry Wahlmeier re: May 18 Email to Quorum Court of Crawford County

    Exhibit 1-3:   May 23, 2023 Letter from Gentry Wahlmeier re: Resignation per Act 372 Changes

    Exhibit 1-4:   Emails from State Library Director Jennifer Chilcoat

Exhibit 2:   Declaration of Carol Coffey (Doc. 22-4)

    Exhibit A:   Photos of Yell County Library in Danville, AR

    Exhibit B:   Photos of Calhoun County Library in Hampton, AR

    Exhibit C:   Photos of Franklin County Library in Ozark, AR

    Exhibit D:   Logan County Library in Booneville, AR

Exhibit 3:   Declaration of Daniel Jordan (Doc. 22-10)

Exhibit 4:   Declaration of Olivia Farrell (Doc. 22-7)

Exhibit 5:   Declaration of Matthew D. Stratton (Doc. 22-13)

Exhibit 6:   Declaration of Kandi West (Doc. 22-16)

Exhibit 7:   Declaration of Deborah Caldwell-Stone (Doc. 22-2)

Exhibit 8:   Declaration of Nate Coulter (Doc. 22-5)

Exhibit 9:   Declaration of David Grogan (Doc. 22-8)

Exhibit 10:   Declaration of Hayden Kirby (Doc. 22-11)

Exhibit 11:   Declaration of Jeff Trexler (Doc. 22-14)

Exhibit 12:   Declaration of Leta Caplinger (Doc. 22-3)

| | |
|---|---|
| Exhibit 13: | Declaration of Christina Danos (Doc. 22-6) |
| Exhibit 14: | Declaration of David Johnson (Doc. 22-9) |
| Exhibit 15: | Declaration of Mary E. Rasenberger (Doc. 22-12) |
| Exhibit 16: | Declaration of Adam Webb (Doc. 22-15) |
| Exhibit 17: | November 8, 2022 Crawford County Library Board Meeting Minutes |
| Exhibit 18: | January 10, 2023 Crawford County Library Board Meeting Minutes |
| Exhibit 19: | March 14, 2023 Crawford County Library Board Meeting Minutes |
| Exhibit 20: | May 9, 2023 Crawford County Library Board Meeting Minutes |
| Exhibit 21: | June 6, 2023 Crawford County Library Board Meeting Minutes |
| Exhibit 22: | July 11, 2023 Crawford County Library Board Meeting Minutes |
| Exhibit 23: | November 21, 2022 Crawford Quorum Court Meeting Minutes |
| Exhibit 24: | Decembre 19, 2022 Crawford Quorum Court Meeting Minutes |
| Exhibit 25: | January 1, 2023 Crawford Quorum Court Meeting Minutes & January 17, 2023 Crawford Quorum Court Meeting Minutes |
| Exhibit 26: | February 21, 2023 Crawford Quorum Court Meeting Minutes |
| Exhibit 27: | March 13, 2023 Crawford Quorum Court Meeting Minutes |
| Exhibit 28: | November 10, 2023 Letter from Dr. Jeffrey Hamby and Tamara Hamby to Crawford County |
| Exhibit 29: | List of Books in Crawford County Library "Social Section" |
| Exhibit 30: | Photos of Books in Crawford County Library "Social Section" |
| Exhibit 31: | Crawford County Library System Reconsideration Revised on September 13, 2022 |
| Exhibit 32: | Crawford County Library System Reconsideration of Library Materials "as of Act 372" |
| Exhibit 33: | List of books in Plaintiffs' possession that may be classified as harmful to minors but which are protected as to adults or older minors. (Doc. 42-1) |