## CRAWFORD COUNTY, ARKANSAS

## QUORUM COURT JOURNAL OF PROCEDURES

Judge Gilstrap reconvened from the November 21, 2022, Quorum Court regular meeting at 7:00 p.m. and with no further changes to the November 21, 2022, Quorum Court meeting and none heard Justice Peppas moved to approve, second by Justice Atwell.

## DECEMBER 19, 2022

The Quorum Court of Crawford County, Arkansas met Decemer 19, 2022, for the twelfth regular meeting of the year. The meeting was held at 7:00 p.m. in the Circuit Courtroom I, 300 Main Street., Van Buren, Arkansas. Judge Gilstrap presiding. Gentry Wahlmeier, Prosecuting Attorney legal counsel was present. Roll was called. Members present were, Justice Awell, Carolan, DeCroo, Johnson, Meyers, Morrison, Peppas, Perry, Pinkerton, Shaffer, Wahlmeier, Woodruff.

The minutes of 11/21/2022 Regular meeting was presented. Justice Peppas moved to approve, second by Justice Woodruff and unanimous voice vote to approve as written.

The minutes of the 11/21/2022 CCARP Committee was presented. Justice Peppas moved to approve, second by Justice Pinkerton and unanimous voice vote to approve as written.

The minutes of the 11/21/2022 Budget Committee was presented. Justice Peppas moved to approve, second by Justice Wahlmeier and unanimous voice vote to approve as written.

REPORTS: Justice Atwell moved to approve, second by Justice Peppas and unanimous voice vote to approve all reports.

COMMITTEE REPORTS: Justice Shaffer gave an update on the Mountainburg Water Project, stating that the state has come thru with their portion of the funding and just waiting on the feds portion. Last month we extended the time limit for the CCARP money for the Mountainburg Water Project to February 28, 2023, for the $2.5 million dollars.



PLAINTIFF'S EXHIBIT 24

COMMENTS FROM THE PUBLIC: Justice Peppas made the motion, second by Justice Atwell to the quorum to let Dr. Hamby speak for 15 minutes, unanimous voice vote was taken to allow this time. (1) Dr. Hamby spoke briefly on some material that was being displayed at our county library on LGBT in which our county tax dollars are being used. Today is simply about who is openly responsible for teaching our children morality, do the parents still hold that right or is up to the state, question their identity is not up to the state or their rights to. It is no more to teach someone else child my religion against the wishes of their parents' than to teach my child that a man can become a woman as you so identify. Ask yourself as leaders of our community is teaching our child that they may be queer or homosexual or a drag queen the best use of our limited tax resources. Not to just have these LGBT books in our county library, but to display them during queer history month. Every child that enters and sees this display thinks it is approved and accepted by our society. The mainstream medical community agrees have the right to appoint that releasing this information to children is harmful. The county judge and quorum court have the right to appoint a director of the county library that is directly connected to the community they serve. There is a simple way to fix this, Judge you need to meet with Diedra and there is a coalition that will purchase these books from the library, all we ask is we do not use any of the library fund to repurchase anymore, we ask you to protect our children from the sexualation (2) Sherry Marshall wished to congratulate Judge Gilstrap on his retirement and Justice Pinkerton for her new position as Mayor of Cedarville, also Justice Perry who will become our new Sherriff come January 1, 2023. I also would like to encourage you to not forget our problems at Uniontown on the use of tanzanite, hoping you might be able to do an ordinance concerning this matter. I do hope that we can come up with a compromise on our Library. We have worked to long and hard to have this great Library system. (3) Monica McCumber: addressed the quorum about a compromise that might could be met without having the books being removed and let parents be parents when they see their children in the library. I think there are policies about the age of children being by their self, supervised or unsupervised. I think there is a thing about the government not managing our children and let that happen in the way it can. Public libraries are there for the whole. I think we need a broad variety of books. I also think focusing on the kids there are things that the quorum court can do additionally take away your focus on the books and let the library to allow these books to be there, if they need to be moved to another area, great, whatever it takes to make them available to kids that might want to see them. Why not let the quorum court allow some more money for the sheriff to do public education on safe use in the community to education children on guns. There are other things that this group can do to protect these children in more sustainable way. I just ask for that and thank you. (4) John Riordan: I am a citizen of Rudy, and I would like to make a comment on the library situation, which I am here on behalf of the River Valley City Elders which is a Christian organization made of members of many denominations. We are here to encourage what is good and against any unrighteousness and here tonight as a lifelong citizen of Crawford County, as a father of six children and husband. I think there is a lot of people here tonight that don't approve of some of the books in the public library. My wife has taken our kids to the library many times and she has been telling me about inappropriate books on display in the children's section. About a month and a half ago she went there, and this book was on display in the children's section. It's the "hips of a drag queen that goes switch switch", Little Miss Hot Mess. There has books

promoting homosexual lifestyles, gender confusion, glorifying drag queens that are highlighted on displays. This are some of the first books that someone notices when one starts looking for books that are in the children section. So these books have not just purchased and made available in local libraries, but these books have been promoted and put in a location where our children would grab them first. I believe the library system is promoting parental rights and parental judgement as to if and when the parent would want subject their children to such literature. We want to encourage our citizens and children to things that are noble that would reflect our community values. We do not want our libraries to be an institution to be used by activists who seek to use their positions to socially engineer our community and pervert parental authority. I just like to note that four citizens in Crawford County requested the library board to reconsider six books in the library at the November board meeting. The three library board members present voted down their request and didn't address their concern. These books were If you're a Drag Queen and You Know It, Pink Blue and You, The Meaning of Pride, The big book of Pride Flag, Uncle Bobby's Wedding and Bye Bye Binary. There are certain persons employed by the Crawford County Library system that are ordering and promoting these books to our children. As a parent of six children and living in this county, I do not want my children or anyone else children to be exposed to these books seeking to take away their innocents. As a taxpayer of this county, I do not want my taxpayer money spent on purchasing this material. We all want a library that we can enjoy without worrying about how we are going to protect our children from these destructed books. I am asking the Quorum Court to exercise its roll and I will second Dr. Hamby's in his effort to come to a reasonable solution for this problem. This does not represent the will of the people of Crawford County and does not represent what I want as a citizen. Also, I would like to say to research on this issue it has come clear that the citizens need to get involved supporting our library system and encouraging them to pursue a better direction and better standard. I encourage that to the people here tonight, it is a very important issue and a serious one, please remember the very strong statement that Jesus made for those who would lead the little ones to believe in him. I would hope you would exercise your authority and take some action. (5) Our Quorum Court Attorney Gentry Wahlmeier stated that the library system is a county entity funded by a milage that was passed by the voters of Crawford County. That milage generates revenue that is budgeted to the library, so the revenue can only be used for the purpose of the library. So, the Quorum Courts roll as always is as the legislative branch to appropriate its money, so directly answering Justice Morrison question the Quorum Court can appropriate any percentage of that milage to the budget that has been requested by the library system. (6) Justice Johnson requested that the chairperson of the Library Board speak on behalf of the library. Jami Ann Balkman spoke to the quorum that she had been serving on the Library Board for nine years and has been the chairperson for the last five. Our Library board is a neutral political entity, and we don't take a political stand in any way. Legally the right to determine what a child looks at is solely with the parent it's not the library responsibly and the other thing we are charged with is the first amendment rights of everyone in our community, before tonight I have talked with several people and Dr. Hamby, also Justice Johnson I think there is a way that a compromise can be found. When they brought the books to us on reconsideration there is criteria that we are supposed to follow and those books, they didn't, it was very difficult with the board, but we were trying to avoid any censorship and be very, very careful about that and our library milage that we are talking about has not ask for an increase in our milage since 1998. I don't know of

any of our departments in the county that has the same funding as they did in 1998, but we try to be very careful. If someone come and tried to sue us for censorship, we would not survive it, so we try to walk that fine line of what the values of most of the people need and still represent everyone in our community. So, we try to be neutral repeatedly, so what I am asking for is a compromise. When we didn't remove them from the self, which that was what we were asked to do, that is censorship. I think there is room for a compromise and if we could get the parties together if that makes any sense. I don't think anybody on our board wants to in any way offend anyone in our community. We have asked our employees about how they display things and since I have made that request, these changes have been made and I hope this will help with any of these issues that we have had. Justice Peppas stated that we as a quorum are not neutral, we belong to certain parties and I am conservative and I have had constituents that are prepared to have a ballot measure take place to reduce the milage and you said you have not had a milage increase since 1998, but we are not necessarily neutral up here and if they want to go ahead and make that move it will be up to the people and no one wants that to happen. Mrs. Balkman stated that she hopes for a compromise and not go that route, Justice Peppas stated that this was not going to go away. Mrs. Balkman said that would permanently close our library, she would hate to see that happen because the library provides so many programs. The library provides food and a warm place for the children. There is room for compromise, like many people in this room and up here on this court, I am on my way off the board, this is the last thing as a member of the board is to come and answer questions tonight. What I am asking of the interested parties make an appointment with our library director and remaining board members to come to a compromise before it comes to shutting the doors that are going to put some people out in the cold and the heat, I am just asking for a compromise even if it means sitting down with the people that you don't agree with. I have asked them to make all further displays neutral and not to have groupings of the same topics and to spread them out, so they don't provide the imagine of an agenda or in anyway an appointed message. We can't say we can never put these books on display, but we can certainly do it in a way that is much more diverse and continue to provide neutral stand with the library. Justice Wahlmier asked if there had been books removed from our library, because it is happening all over the country. Mrs. Balkman stated that not within her nine years, but that doesn't mean that it hasn't happened. We did have a lot of people come forth over Harry Potter, but I do know we have had some challenges at times, within the nine years we have only had 6 individuals to challenge. Justice Walhmeir stated that he new that some states had band some books due to racial slurs, so obviously community standards in which Minnesota and California have taken state action due to racial slurs. Its not that every book must be in the library, it kind of comes back to us as a community to make that decision. Mrs. Balkman stated that the regular library board meeting will be the second Tuesday of every month, we typically do one at each of the five libraries, starting in alphabetical order. We were discussing that we might try to have the next one in Van Buren concerning the larger than usual crowd at the January meeting, but I don't think that has been finalized. Justice Perry wanted to know if this was just in the Van Buren library or in all libraries? Mrs. Balkman stated that there was several in the Alma library because I know we have a patron that comes to the Alma Library quite a bit. (7) Lady did not give her name to where the microphone picked it up, ask if the library was taking government funding or grants or if there were any government funds that they would have to answer to as far as the criteria of what can and can't be excepted. Second question is

have to answer to as far as the criteria of what can and can't be excepted. Second question is how many Christian books are in the children's section or is there any. Judge Gilstrap stated that the library did receive some ARP money which was federal dollars. (8) Mrs. Odom, that uses the Alma library stated that she uses the library quite frequently and she has the right to be able to do this and pick a subject and be able to learn about it. In which I have found out that people are different and that's ok. I have learned to support my kids and not break that bond forever. Things that helped us is some of these books that showed my kids it was ok to be different and you are not broken. (9) Paul Barker, the term censor can raise emotions, many of us here agree that some of the books are not appropriate to put in our library and if they got there, we would want them removed. The word censorship was brought up does not need to scare us away from making decisions, I appreciate that prospective. I can't speak for everyone, but the concern here is books orientated to children which are advocacy as opposed to information. (10) Representative Charlene Fite, I am not here to speak as an elected official but as a mother, grandmother and citizen. To me the criteria here is if my neighbor gave my child a book and I looked at that book and I thought this person is grooming my child, this person is trying to convince my child to do something that is not in my child's best interest. This is wrong and I am going to take this to the law enforcement agency and show them that my child is being groomed. Why is that different than if the library that uses my money as a taxpayer gives my child a book which I consider is grooming my child. There is a difference between fiction and nonfiction and a difference between information and advocacy. (11) Tammy Wilson, I was one of the ones at the library board meeting and also one that has challenged the book and we have asked them several questions about different things, and they wouldn't give us an answer on anything. We even ask if they couldn't anything because of the first amendment then why do you have a form to challenge the book. Every book that I have looked at said new, so I ask why all of a sudden, these new books were being ordered and are they all being requested, in which I did not get an answer on that. Then we had another man ask where you draw the line, is it prognathy or just because it says its okay to order, where do you draw the line and they wouldn't answer that question. He said let's compromise not necessarily band them but take them out the children section and put them into the adult section and they really weren't really wanting to compromise that night, so we were just shut down. (12) Diedre Grzymala, director of the Crawford County Library System spoke addressing that some of these books are new, some of them I ordered myself, but I also ordered books on men and women of God. I have also a whole bag of books that are Christian and I consider myself a Christian as well. I grew up here and in church, also this is my hometown, I also went to school and graduated. I have worked very hard on my master's degree in librarian, and I have been a librarian for almost eight years. This is my life and my career. Justice Peppas stated that nobody was asking for her job just a compromise in this situation. Mrs. Grzymala stated she was more than willing to make a compromise. I did have them take the LGBT books out of the children section and make an LGB section for itself, so families that who want to check out those books can go over there and check them out and for the ones that don't want to see it its not in the children's section. Now none of that was discussed in our library board meeting and the meetings are recorded, to hear that recording you can, but there was no compromise mentioned at that board meeting. We want to provide the opportunity to everyone and that is how we stay neutral in the libraries for everyone. I want to explain the display, there was no LGBT display, these books were on the new bookshelf and table, so we have three shelves full

shelf, and they are put out at random. Justice Morrison ask if there was a meeting schedule for a compromise. Mrs. Grzymala stated that there was a board meeting schedule for January 10, 2023. I think moving forward we will be very particular in our selection. Justice Walhmeier asked if these were still in the children's section and Mrs. Grzymala stated that yes they were and Justice Walhmeier asked if she had the power to move them out of the children's section and Mrs. Grzymala stated yes and Justice Walhmeier asked if she was going to do that tomorrow and Mrs. Grzymala stated that she sure could. Judge Gilstrap stated that would start the compromise. Judge Gilstrap stated that this was not an issue that just needs to stop it needs to be followed through even after the transfer of elected officials. Next library board meeting will be held on the second Tuesday of January, starting at 4:30 p.m. at the Van Buren complex.

JUDGES NOTES: (1) Lots of projects we are working with currently one being the new 911 Call Center, also the remodel of Division II and III, new roof on the Circuit Clerk complex, taking bids on having new windows to be installed and the painting of the courthouse. Chris Keith will be taking on the position as the new County Judge come January 1, 2023, wish him the best. Looking forward to the progress of the port and I-49.

CALL FOR OLD BUSINESS:

CALL FOR NEW BUSINESS:

1. ORDINANCE NO. 2022-79: AN APPROPRIATION ORDINANCE AMENDING THE BUDGET ORDINANCE NUMBER 2021-52 TO APPROPRIATE ADDITIONAL FUNDS AND APPROVE ADDITIONAL EXPENDITURES TO THE CRAWFORD COUNTY 2022 BUDGET FOR VARIOUS DEPARTMENTS; TRANSFERS AND FOR OTHER PURPOSES: On motion by Justice Shaffer to place Ordinance No. 2022-79 as amended on the floor by title only, first by Justice DeCroo, second by Justice Pinkerton Ordinance No. 2022-79 was presented. After reading by title only as amended, Justice Peppas moved to approve, seconded by Justice Perry. There was no discussion by the court. Roll call vote 13 yeas.

2. ORDINANCE NO. 2022-80: AN APPROPRIATION ORDINANCE TO ESTABLISH THE ANNUAL OPERATING BUDGET FOR CALENDAR YEAR 2023. On motion by Justice Shaffer to place Ordinance No. 2022-80 on the floor by title only, first by Justice Atwell, second by Justice Peppas Ordinance No. 2022-80 was presented. After reading by title only, Justice Peppas moved to approve, second by Justice Atwell. There was no discussion by the court, roll call vote, 13 yeas.

of kid's books and on the top, we sit the new ones. It is six months that they stay on the new shelf, and they are put out at random. Justice Morrison ask if there was a meeting schedule for a compromise. Mrs. Grzymala stated that there was a board meeting schedule for January 10, 2023. I think moving forward we will be very particular in our selection. Justice Walhmeier asked if these were still in the children's section and Mrs. Grzymala stated that yes they were and Justice Walhmeier asked if she had the power to move them out of the children's section and Mrs. Grzymala stated yes and Justice Walhmeier asked if she was going to do that tomorrow and Mrs. Grzymala stated that she sure could. Judge Gilstrap stated that would start the compromise. Judge Gilstrap stated that this was not an issue that just needs to stop it needs to be followed through even after the transfer of elected officials. Next library board meeting will be held on the second Tuesday of January, starting at 4:30 p.m. at the Van Buren complex.

JUDGES NOTES: (1) Lots of projects we are working with currently one being the new 911 Call Center, also the remodel of Division II and III, new roof on the Circuit Clerk complex, taking bids on having new windows to be installed and the painting of the courthouse. Chris Keith will be taking on the position as the new County Judge come January 1, 2023, wish him the best. Looking forward to the progress of the port and I-49.

CALL FOR OLD BUSINESS:

CALL FOR NEW BUSINESS:

1. ORDINANCE NO. 2022-79: AN APPROPRIATION ORDINANCE AMENDING THE BUDGET ORDINANCE NUMBER 2021-52 TO APPROPRIATE ADDITIONAL FUNDS AND APPROVE ADDITIONAL EXPENDITURES TO THE CRAWFORD COUNTY 2022 BUDGET FOR VARIOUS DEPARTMENTS; TRANSFERS AND FOR OTHER PURPOSES: On motion by Justice Shaffer to place Ordinance No. 2022-79 as amended on the floor by title only, first by Justice DeCroo, second by Justice Pinkerton Ordinance No. 2022-79 was presented. After reading by title only as amended, Justice Peppas moved to approve, seconded by Justice Perry. There was no discussion by the court. Roll call vote 13 yeas.

2. ORDINANCE NO. 2022-80: AN APPROPRIATION ORDINANCE TO ESTABLISH THE ANNUAL OPERATING BUDGET FOR CALENDAR YEAR 2023. On motion by Justice Shaffer to place Ordinance No. 2022-80 on the floor by title only, first by Justice Atwell, second by Justice Peppas Ordinance No. 2022-80 was presented. After reading by title only, Justice Peppas moved to approve, second by Justice Atwell. There was no discussion by the court, roll call vote, 13 yeas.

ANNOUNCEMENTS: (1) Justice Shaffer presented plaques to the following up on their retirement with the county:

(1) Jo Wester, County Clerk – 3 years and 4 months
(2) Beverly Pyle, County Treasurer – 12 years
(3) Raymond Harvey, Justice of Peace #5 – 6 years
(4) Paul Johnson, Justice of Peace #7 -4 years
(5) Chase DeCroo, Justice of Peace #3 – 4 years
(6) Daniel Perry, Justice of Peace #9 – 4 years
(7) Debbie Pinkerton, Justice of Peace #1- 1 year
(8) Dennis Gilstrap, County Judge – 6 years

(2) Elaine Stanfield, it has been a fun six years and an interesting journey, thank you for letting me go along with you. New incoming Justice Morgan Morgan is going to be closing with the song "God Bless America".

RECESSED: On motion by Justice Peppas and second by Justice Morrison meeting was recessed at 7:40 p.m.

DATE  1-18-2023

CHRIS KEITH, COUNTY JUDGE

ATTEST: STACEY SHELLY, COUNTY CLERK