

# Crawford County
## Library System

1409 Main Street, Van Buren, AR 72956
Phone 479.471.3226 Fax 479.471.3227 Website www.crawfordcountylib.org

<u>First Draft</u>
**CRAWFORD COUNTY LIBRARY BOARD MEETING MINUTES
TUESDAY, JULY 11, 2023 AT 5:30 P.M.
CEDARVILLE PUBLIC LIBRARY**

I. Meeting was called to order by Tammi Hamby at 5:35 pm. Introduction was made to our new board member Kayla Rich. Other members present were Keith Pigg, Colleen Hoelscher and Kaelin Schaper. Interim Director Eva White, and Secretary Carolyn Shelby. Attendees are shown below.

II. Motion was made to approve the Minutes of the regular meeting on May 9th and special work meeting of June 6, 2023 by Keith Pigg and seconded by Kaelin Schaper. All approved by roll count vote.

III. Financial Report/Stats/Budget was presented by Eva White. The ending balance for the library account on June 30th was $531,128.96. The unappropriated amount is $225,103.58. Some line items in our budget that are almost out of money are service contracts, postage and electricity. We are asking the Quorum Court to appropriate $35,000.00 to service contracts, $8,000.00 for postage . We have asked for $5,700 to be appropriated to electricity. Motion was made by Kaelin Schaper and seconded by Kayla Rich to approve the Financial Reports. All approved by roll count vote.

IV. Director's Highlights were presented from each branch director, Reeca Mayer, Tammy Watts, Michele Belk and Julia Watkins. Board members thanked them for their efforts and programs.

V. Old Business

   A. Procedure for Public Comments at Board Meetings
   The procedure was presented and motion to approve was made by Kaelin Schaper and seconded by Colleen Hoelscher. All approved by roll count vote. Three patrons were allowed to speak: Celeste Wdowiak, Mandy Steele, Samantha Rowlett. A discussion about requests for reconsiderations of books that are in the social section during the time that the current lawsuit is in effect.  Three motions were made about how to


PLAINTIFF'S EXHIBIT 22

deal with this issue. None of the motions were seconded and none were voted on. There was a consensus that no items will be moved in or out of the social section of the library until the suit is decided, but no vote was taken. Discussion ended when Kaelin Schaper noted that the topic was on the agenda under New Business VI A which states: "Requests for Reconsideration-Due to the pending lawsuit, we will not be voting on moving books in or out of the social section until the lawsuit is resolved. Thank you for your interest in the Crawford County Library."

B. Pay Scale Revision
A motion to approve was made by Colleen Hoelscher and seconded by Kaelin Schaper. All approved by roll call vote.

C. Long Range Plan Survey
The survey was reviewed and amended to include more information from the tax receipt for what goes to the library. Ex: 1.4 cents. Colleen Hoelscher made the motion to approve and it was seconded by Kayla Rich. All approved by roll call vote.

D. Search for Director has only had 3 applicants and they did not meet the job qualifications. A motion to search for a Director with less qualifications and also an advisor position to help this new director was made by Kaelin Schaper? And seconded by Kayla Rich. Three directors voted to approve, one voted against.

VI. New Business

A. Requests for Reconsideration-Due to the pending lawsuit, we will not be voting on moving books in or out of the social section until the lawsuit is resolved. Thank you for your interest in the Crawford County Library. No vote was taken.

B. Requests for Reconsideration to conform to Act 372
Motion was made by Colleen Hoelscher to approve as amended to rephrase the form Reconsideration of Library Materials as of Act 372. Kaelin Schaper seconded the motion and all approved by roll count vote.

C. Placement of materials in each branch library to conform to Act 372.
Motion was made by Kaelin Schaper to move the R rated movies and video games to a less accessible section of each library not the 372 section. Seconded by Coleen Hoelscher. All approved by roll call vote. It was decided to let Eva decide where to place items Rated R movies and video games for over 17.

D. Hiring legal counsel for the library board.
Eva White gave the board an application that she had received that afternoon. The board asked her to invite the applicant to the next meeting. Tammi Hamby stated she also has some recommendations.

      E.  Committee to entertain the idea of CCLS becoming a regional library system

      Motion to have a committee to look into this was made by Keith Pigg and seconded by Colleen Hoelscher. All approved by roll count vote.

VII.  Other Business
Eva White will begin working on a new Budget for next year with emphasis on cost of living wage increases, service contracts, attorney fees.

VIII.  Meeting was adjourned at 8:05 pm by Kaelin Schaper and seconded by Kayla Rich. Next Board Meeting is September 12, 2023 at the Mountainburg Library at 5:30 pm.

Carolyn Shelby
Secretary_____

Tammi Hamby
Chairman of the Board_____

List of people present below

**PDF**
20230712114914768
.pdf