

# Crawford County Library System

1409 Main Street, Van Buren, AR 72956

Phone 479.471.3226 Fax 479.471.3227 Website

www.crawfordcountylib.org

March 14, 2023

Board Meeting Minutes

Van Buren Public Library

Board Members present were Acting Chairperson Tammi Hamby, Keith Pigg, Colleen Hoelscher, Amanda Stevens, Kaelin Schaper, Interim Director Eva White, Secretary Carolyn Shelby, Attorney Gentry Wahlmeier

I. Call to Order – Tammi Hamby called the meeting to order at 5:30. Eva White addressed the crowd and requested they remain quiet so business could be conducted.
II. Approval of previous minutes – January 10, 2023 Meeting and January 17, 2023 Special Meeting. Amanda Stevens made a motion to approve and Kaelin Schaper seconded the motion. All in favor by roll count, Keith Pigg, Colleen Hoelscher, Amanda Stevens, Kaelin Schaper.
III. Financial Report/Stats/Budget – Colleen Hoelscher made a motion to approve and Amanda Stevens seconded the motion. Note: we should have an extra $100,000.00 this year per the treasurer
IV. Directors' Highlights – Branch Directors presented the highlights of activities and programs from their branch. Board members thanked them for all they do.
V. Old Business
   a. Policy Adjustments
      i. Policy HA – Collection Development
         (Updating current Policy HA – Materials Selection)
      ii. Policy HB – Gifts and Memorials
         It was decided to withdraw any adjustments at this time due to a need to update the Policy Manual as a whole. A committee will be decided to revise as needed. Eva White and Michele Belk were added to this committee.



PLAINTIFF'S EXHIBIT 19

> Motion was made by Kaelin Schaper to withdraw this item and seconded by Amanda Stevens.

b. Book Challenges
   i. "Change" Challenged by Monica Steele who was not present.
   ii. "The Last Leaves Falling" Challenged by Thomas Weitzel
   iii. "Gender Queer" Challenged by Thomas Weitzel
   iv. " Fifty Shades of Grey DVD" Challenged by Thomas Weitzel
   Motion was made by Kaelin Schaper to move the book "The Last Leaves Falling" challenged by Thomas Weitzel to the adult section, Amanda Stevens seconded the motion, all approved by a Roll Call Vote. Mr Weitzel withdrew his challenge to the other two items "Gender Queer and Fifty Shades of Grey (DVD).

VI. New Business
   a. Policy Adjustments
      i. Policy KI – Alma Genealogy Archive Policy – Motion was made to approve by Amanda Stevens and seconded by Colleen Hoelscher. All approved by a Roll Call Vote, Keith Pigg, Colleen Hoelscher, Amanda Stevens and Kaelin Schaper.
      ii. Appendix B2 – Alma Archive Services Slip – Motion was made by Amanda Stevens to approve and seconded by Colleen Hoelscher. All approved by Roll Count Vote
   b. K & S Computing Contract for IT Services was presented. Mike Kimberling was available for questions. It will need to be added to the Budget this year.
   c. EBSCO Stack Contract (Web Page) In Budget (shown to Board) it was included in the Budget.
   d. Ad Hoc Committee for Hiring Director was tabled until next Meeting
   e. Innovative Interfaces Bill for the New System was not in the Budget $19,000.00 per year. It has been paid.
   f. Wahlmeier Law Firm Bill was requested to be itemized in the future. An adjustment will need to be made in the future.
   g. It was requested that a credit card be approved for each location. The maximum amount for the cards was set at $5,000.00. Kaelin Schaper made a motion to approve and Keith Pigg seconded the motion. All approved by a Roll Call Vote, Keith Pigg, Colleen Hoelscher, Amanda Stevens and Kaelin Schaper.
   h. Executive Session – A motion was made by Kaelin Schaper and seconded by Amanda Stevens to go to Executive Session to discuss Eva White's Salary and Benefits.
   i. Executive Session ended and everyone returned Tammi Hamby asked for a motion to accept the salary adjustments as discussed. Kaelin Schaper made a motion to accept and Colleen Hoelscher seconded the motion. All in favor by roll count, Keith Pigg, Colleen Hoelscher, Amanda Stevens, Kaelin Schaper.

VII. Public Comment was made by 10 people 5 minutes each. Residents of Crawford County.
VIII. Adjournment Motion was made to adjourn the meeting by Colleen Hoelscher around 7:30 pm and seconded by Amanda Stevens. All in favor by Roll Call Vote, Keith Pigg, Colleen Hoelscher, Amanda Stevens and Kaelin Schaper.