IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| FAYETTEVILLE PUBLIC LIBRARY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CRAWFORD COUNTY, *et al.*,<br><br>*Defendants*. | Case No. 5:23-CV-05086 |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY DUBNER**

Pursuant to Local Rule 83.5(d), Plaintiffs Adam Webb, the Arkansas Library Association, and Advocates for All Arkansas Libraries (the "Moving Plaintiffs") move for the admission pro hac vice of the following attorney for their representation in the above-styled case:

> Jeffrey Dubner (D.C. Bar No. 1013399)
> Democracy Forward Foundation
> P.O. Box 34554
> Washington, D.C. 20043
> Phone: (202) 448-9090
> E-mail: jdubner@democracyforward.org

Mr. Dubner is a member in good standing of the District of Columbia Bar, the New York State Bar, the United States District Court for the District of Columbia, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Michigan, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of

1

Appeals for the Seventh Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Eleventh Circuit, and the Supreme Court of the United States. Mr. Dubner affirms that he is not admitted to practice in the United States District Courts in Arkansas and that he will be subject to and abide by the rules of this Court and that he recognizes this Court's jurisdiction over him on matters of discipline.

Democracy Forward Foundation is providing the Moving Plaintiffs' only legal representation in this case; these Moving Plaintiffs have not engaged local co-counsel. Therefore, Moving Plaintiffs ask the Court to waive Rule 83.5(d)'s requirement that an applicant for admission pro hac vice "designate a member of the Bar of these Courts who maintains an office in Arkansas for the practice of law with whom the court and opposing counsel may readily communicate regarding the conduct of the case." L. R. 83.5(d). Although Democracy Forward Foundation has not engaged local co-counsel, it will be in regular communication with counsel for its clients' co-Plaintiffs and will readily communicate regarding the conduct of this case with the Court, opposing counsel, and its co-Plaintiffs' counsel such that its lack of a local designee will not impede the progress or the Court's administration of this case.

THEREFORE, Adam Webb, the Arkansas Library Association, and Advocates for All Arkansas Libraries request that the Court grant the above-named attorney permission to appear and participate pro hac vice in this action.

Dated:  October 31, 2023                                  Respectfully submitted,

                                                              */s/ Jeffrey Dubner*
                                                              Jeffrey Dubner
                                                              Democracy Forward Foundation
                                                              P.O. Box 34553
                                                              Washington, DC 20043
                                                              Telephone: (202) 448-9090
                                                              E-Mail: jdubner@democracyforward.org

## **CERTIFICATE OF SERVICE**

I, Jeffrey Dubner, hereby certify that a true and correct copy of the foregoing Motion for Admission Pro Hac Vice is served upon all counsel of record contemporaneously with its filing in the CM/ECF system.

Dated: October 31, 2023                                  Respectfully submitted,

*/s/ Jeffrey Dubner*
Jeffrey Dubner