IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**FAYETTEVILLE PUBLIC LIBRARY,** *et al.*                                                            **PLAINTIFFS**

**vs.**                                                       **No. 5:23-CV-05086-TLB**

**CRAWFORD COUNTY, ARKANSAS,** *et al.*                                                   **DEFENDANTS**

### SEPARATE DEFENDANTS CRAWFORD COUNTY AND COUNTY JUDGE CHRIS KEITH'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

COME NOW Separate Defendants, Crawford County, Arkansas, and Crawford County Judge Chris Keith, in his official capacity ("Crawford County"), by and through their undersigned counsel, and for their Response to Plaintiffs' Motion for Leave to Amend the Complaint, *Doc. 72*, state as follows:

1. On December 28, 2023, Plaintiffs moved for leave to amend their complaint. *Doc. 72*.

2. Plaintiffs' proposed Amended Complaint adds two parties and allegations against Crawford County. *Doc. 72-1*.

3. Crawford County does not oppose the motion for leave to amend and for Plaintiffs to file their Second Amended Complaint, as shown in *Doc. 72-1*.

4. Crawford County reserves all rights and arguments granted to them in any responsive pleading or motion to Plaintiffs' Amended Complaint, including answers, affirmative defenses, and any motion permitted by the Federal Rules of Civil Procedure.

5. Crawford County prays that after Plaintiffs are granted leave and file their Second Amended Complaint, that Crawford County be allowed twenty-one (21) days to file a responsive pleading or motion to Plaintiffs' Amended Complaint. FED. R. CIV. P. 15(a)(3).

1

WHEREFORE, Crawford County does not oppose Plaintiffs' Motion for Leave to Amend and respectfully request that the Court allow Crawford County twenty-one (21) days to file a responsive pleading or motion to Plaintiffs' Second Amended Complaint.

Respectfully Submitted,

**PPGMR Law, PLLC**

James D. Rankin III, AR Bar #93197
Forrest C. Stobaugh, AR Bar #2018186
Samuel S. McLelland, AR Bar #2020101
P.O. Box 3446
Little Rock, AR 72203
Telephone: (501) 603-9000
Facsimile: (501) 603-0556
E-mail: Jim@ppgmrlaw.com
           Forrest@ppgmrlaw.com
           Sam@ppgmrlaw.com

*Attorneys for Separate Defendants Crawford County, Arkansas, and County Judge Chris Keith, in his official capacity*