

**Code:** MC

**Date:** 12/12/94 (original)

**Date Revised:** 6/21/01; 1/22/02; 10/17/05; 1/16/06; 2/14/08 (D); 5/18/09; 12/20/10; 1/04/21 (D); 8/21/23

**Policy: Collection Development**

**1. Background**
The Fayetteville Public Library strives to inform, enlighten, and empower every person in the community. The Vision and Mission Statements of the Fayetteville Public Library guide the selection of resources, development of services, and the allocation of funds. One of the primary goals of the Fayetteville Public Library is the development and maintenance of an excellent materials collection. This includes the selection, acquisition, organization, circulation, and promotion of fiction, nonfiction, and audiovisual materials in a variety of formats for both youth and adults.

Because no library can possibly acquire all print and non-print material, each library must employ a policy of selectivity in acquisitions. The Library provides within its financial limitations a general collection of reliable materials embracing broad areas of knowledge. Included are works of enduring value and timely materials on current issues. Within the framework of these broad objectives, selection is based on community needs, both those expressed and those inferred.

**2. Purpose of Collection Development Policy**
The following document describes the processes and methodologies used at the Fayetteville Public Library to select, purchase, and maintain the materials collection. The purpose of this policy is both internal and external. As an internal document, it serves as a guide for Library staff in selecting and acquiring a useful, well-rounded collection to meet the needs of the community. The policy also provides a clear outline of the roles, duties, and responsibilities of all persons involved in the selection of materials. As an external document, the purpose is to explain to the community the mission and objectives of the Library's collection so they can better understand what types of materials are collected and why. In doing this, the policy affirms the principles upon which selection is based and the policies and goals for managing the collection.

**3. Collection Objectives**



All collections are provided to meet the individual's need for information; to help the individual pursue life-long learning and cultural growth; to provide the means for thoughtful and productive participation by individuals and groups in the affairs of the community, the nation and the world; to support the educational, governmental, cultural, recreational, and economic activities within the community; to foster diversity; and to accommodate the library needs of a changing and dynamic community. In support of these ideals, the Fayetteville Public Library offers a collection of materials that is diverse, inclusive, and protected by the First Amendment of the United States Constitution and the Arkansas State Constitution. In addition to the requirements of the general public served, materials will be selected to meet the needs of such groups as business; the professions; government; community organizations; the homebound; adult beginning readers; and people for whom English is not the primary language.

**4. Controversial Material**

The Library and its Board of Trustees support the individual's right to have access to ideas and information representing divergent points of view and support the right of each individual to privately read, listen to, and view the full range of published thought and idea. The Library's role is to provide materials that will allow individuals to freely examine issues and make their own decisions. Staff will attempt to select materials that represent a wide range of viewpoints and will do their best to exercise impartiality in all selection activities. In this connection, the Library endorses and incorporates by reference herein the "Library Bill of Rights" and the "Freedom to Read," "Freedom to View," and "Labeling" statements adopted by the American Library Association.

The selection of any item does not imply the Library's endorsement of the author's viewpoint, or of any theory, idea, or policy contained in it, nor does the Library endorse particular beliefs or views. The race, religion, nationality, gender, gender expression, sexual orientation, or political views of an author; the use of frank or coarse language; the controversial content of an item; or the endorsement or disapproval of an individual or group in the community will not cause an item to be automatically included or excluded from the Library collection. The Library collection will be organized, marked, and maintained to help people find the materials they want. Library materials will not be marked or identified to show approval or disapproval of the contents, nor will items be sequestered, except for the purpose of protecting them from theft or damage or required by law.

**5. Responsibility**

Ultimate responsibility for the collection and material selection rests with the Executive Director, as directed by the Library Board of Trustees. The Executive Director operates within the framework of policies set by the Board of Trustees and within the constraints of the annual budget. Due to financial constraints, resource sharing with other libraries, and electronic and other methods of information access, are valid and necessary means of meeting patron needs.



The Executive Director delegates the responsibility for the selection of materials and development of the collection to various Library staff members. The Director of Library Services determines the materials budget allocations, guidelines, and organizational structure for designated collection managers, oversees the selection process, and works with Department managers in setting yearly objectives. Direct responsibility for each collection rests with librarian selectors, who are responsible for choosing appropriate materials for their area and ensuring the collection is developed and maintained. Under the supervision of their department manager, selectors are responsible for reading review sources, making primary selections, and expending their collection budgets in a timely and organized manner. In addition, one or more staff members will frequently crosscheck for additional materials within the primary area of responsibility of another staff member. Those who select materials make certain that new subjects are not neglected, ensure the general balance of the collection is maintained, and review the duplication of materials in demand.

**6. Selection Criteria**
When selecting materials for the collections, whether donated or purchased, selectors consider the following criteria:

- Patron Request
- Popularity of the author, specific title and/or subject
- Local interest
- The author's reputation and place within the world of literature
- Quality of the writing
- Literary merit
- Receipt or nomination for award
- Authority
- Objectivity
- Accuracy and timeliness
- Reputation of the publisher
- Price
- Demand within the subject area
- Suitability for the Library's audience in terms of scope and level of writing
- Present collection composition

**7. Collection Evaluation**
The Library monitors and evaluates the materials in its collection on a regular and continuous basis to determine if they meet the needs of its patrons and that the Library is fulfilling its



mission. The collection will be evaluated in response to the changing nature and needs of its community through weeding and replacement of titles. Methods used may include analysis of turnover rates by subject, availability and usage checks of titles, circulation reports, comparison with selected bibliographies or "best books" lists, patron input, or other means. Through ongoing quantitative and qualitative methods, Library staff monitors the collection to ensure its excellence.

**7.1 Material Withdrawal**

Withdrawal (also called weeding) is an important aspect of collection development. Weeding is a task requiring skill, care, time, and knowledge of the collection. Weeding is a necessary adjunct of selection because it systematically eliminates unnecessary items, outdated or superseded materials, titles infrequently used, no longer of interest or in demand, unnecessary duplicates, and worn out or damaged items.

Materials that are no longer useful in the light of stated objectives and other factors, such as public demand, physical condition, age, and space considerations, will be systematically deleted from the collection. This includes the condition of the item, its circulation rate over the past several years, and its quality level as determined by staff. For nonfiction materials, a determining factor will also be the age of the item – particularly in the science and health-related areas where timeliness is of vital importance. Individual bias and interest must not be allowed to dominate material withdrawal. The community should be able to find information in the Library on all subjects.

**7.2 Disposition of Withdrawn Materials**

Discarded materials may be sold or may be given to the Friends of the Fayetteville Public Library and local non-profit organizations. Priority in these cases will be given to the Friends of the Fayetteville Public Library.

Some items may be physically discarded if they are significantly damaged, such as missing pages, or are otherwise not in condition to be sold or reused. Recycling is the preferred disposal method.

Procedures for the disposal of discarded materials shall not violate local, state, or federal laws.

**7.3 Materials Prone to Theft or Damage**

When a book or periodical is discovered to be frequently lost or damaged, it may be held behind the appropriate public service desk for in-house use by patrons. Patrons must deposit a library card, driver's license, or similar identification for in-house use, which will be retrieved when the item is returned.



**7.4 Materials Not Collected**
The Library does not collect textbooks and books in Braille.

**7.5 New Formats**
New formats will be considered for the collection when, by industry report, national survey results, and evidence from local requests, a significant portion of the community has the necessary technology to make use of the format. Availability of items in the format, the cost per item, and the Library's ability to acquire and handle items will also be factors in determining when a new format will be collected. Similar considerations will influence the decision to delete a format from the Library's collection.

**8. Acquisition Priorities, Gifts, and Recommendations**

**8.1 Replacements, Duplicates, and Multiple Copies**
A replacement is an item purchased to replace a title previously in the collection. Due to cost constraints and availability, the Library will not automatically replace items withdrawn because of loss, damage, or wear. Replacement items may be more current, more comprehensive, or better treatments in the same subject area as the item being replaced. The Library will not duplicate items in the collection at the expense of the first copy of an important, but less popular, item needed in the permanent collection.

The Library does not have the budgetary resources to buy multiple copies of every title it owns. It does, however, buy multiple copies of titles that have high patron demand. The Library strives to maintain a holds ratio (i.e., for every 5 holds on a title, another copy is purchased) as allowed by budget constraints.

The need for replacement or duplication in each case is judged by the following factors:
- Accuracy and currency of content
- Number of copies available in the collection
- Coverage of the subject in the existing collection
- Demand
- Availability
- Cost

**8.2 Gifts and Donations**
All gifts and donations of books and other materials are accepted with the understanding that they may be used or disposed of as the Library staff determines appropriate in accordance with the criteria set forth in this policy. Cash donations intended to purchase materials, for example as memorials or honoraria, are accepted with the understanding that the Library will select and



purchase materials using the same criteria set forth in this policy to best meet the needs of the existing collection. See also Fayetteville Public Library Policy MG, "Gifts and Memorials."

In special cases, Library staff members may evaluate the items before they are donated in order to determine whether the item will be added to the collection.

### 8.3 Patron Requests

Fayetteville Public Library welcomes suggestions from the community concerning possible purchases of materials. All suggestions are given serious consideration. These suggestions will be considered by the same criteria as any other materials purchased for the Library. In cases when the request is for an item that would otherwise be considered borderline, the Library will generally attempt to order the material as the budget permits. Items that are not purchased based on patron requests may be available through Interlibrary Loan (see Policy LI).

## 9. Reconsideration of Library Materials

See Fayetteville Public Library Policy MR, "Reconsideration of Library Materials," for this procedure.

## 10. Library Collections

Fayetteville Public Library strives to meet the diverse reading needs of the community. Library collections are developed to increase accessibility of materials and will be organized, marked, and maintained to help patrons find the materials they want. Parents and guardians have the right and responsibility to guide and direct the reading choices of their own minor child(ren). The Library does not stand in place of parents (in loco parentis).

The following section outlines the various collections and related selection criteria.

### 10.1 Adult Fiction

Fiction and literature are heavily used within the community. When possible, Fayetteville Public Library will strive to have complete holdings by all the best contemporary fiction authors – both American and international. The collection should also serve as a repository for the standards of world literature and serve as a representative archive of the world of fiction.

In addition, the Library will have a strong collection of the works of local writers and a collection of popular and genre fiction sufficient to meet the reading needs of the community. The collection will include comprehensive collections of writings by the most popular contemporary writers. The collection will also include a variety of more esoteric fiction to add balance and depth to the collection. The goal is to build a collection emphasizing a variety of viewpoints, forms, and techniques.



## 10. 2 Adult Nonfiction

The nonfiction collection will meet the informational and reading needs of the community. It should contain both current, popular items and up-to-date information for the broadest possible range of subject areas. The Library will also own contemporary and classic standard works from all general subject areas.

The nonfiction collection emphasizes timely, accurate, and useful informational materials to support individual and community interests. Materials are selected to represent a continuum of opinions and viewpoints when available. Titles with sustaining value and those of current, accepted authority are part of the Library collection. As a new field of knowledge emerges, the Library responds with timely additions.

## 10.3 Arkansas-Related Publications

The following is a summary of the areas of emphasis of this collection:

> 1.) The Library will purchase all Arkansas-related publications by the University of Arkansas Press and supplemental titles from the Press as demand warrants.
>
> 2.) The Library will own all books dealing with Arkansas in its entirety, and most general overviews of large regions within the state including histories and natural science materials. Exceptions to this rule include scholarly materials that would significantly overlap the collections at the University of Arkansas.
>
> 3.) Map collection: The Library will own up-to-date topographical maps for Northwest Arkansas and detailed highway maps for the entire state.
>
> 4.) Vertical Files: The Library will select extensively from newspapers and magazines for Fayetteville and Washington County-related information, including information related to biographies, architectural information, events, institutions and organizations, places of historical significance, industry, and business. The Library will also collect this sort of information statewide on a more limited basis.

## 10.4 Award Winners

The Library will, as available, own the complete holdings of the major award winners. For adults, these include, but are not limited to: The National Book Award, Pulitzer Prize winners, The Nobel Prize for Literature, The National Book Critics Circle Award, and the Pen/Faulkner award. In addition, the Library will have extensive holdings for each of the authors who have won these prizes. For teen fiction, this will include, but are not limited to: the Michael L. Printz Award, the William C. Morris YA Debut Award, the American Indian Youth Literature Award, the



Asian/Pacific American Award for Literature, the Stonewall Book Award, the Pura Belpré Award, the Schneider Family Book Award, and the Eisner Award. For children's materials, this will include, but are not limited to: The Newbery Medal, the Caldecott Medal, Pura Belpré Award Winners, Coretta Scott King Award, and two Arkansas awards: the Charlie Mae Simon and The Diamond Primary awards. The Library will also actively collect authors and titles from required reading lists from local K-12 schools.

**10.5 Audiobooks**
The audiobook collection will contain fiction and nonfiction titles, emphasizing fiction. It will also contain both popular and literary works, with an emphasis on the former. It is not intended as a comprehensive collection, but instead as a sampling of the best in contemporary popular fiction, supplemented by a variety of nonfiction and literary fiction titles. The high prices of unabridged audio books mean that cost will frequently be a significant issue in determining which titles are selected.

**10.6 Bookmobile Collection**
The Library's bookmobile collection will reflect the informational, recreational, and cultural reading needs of youth, teens, and adults. The collection is a standalone collection, treated as its own branch, and will prioritize popular titles and community recommendations.

**10.7 eBooks and eAudiobooks**
The Library applies the same purchasing standards to its eCollections. In addition to locally curated collections, eBooks are made available through subscription services. In these instances, selections may not match the selection criteria outlined in this policy.

When feasible, the Library will partner with other libraries to provide online resources and digital content. In those instances where the Library shares a collection or resources with other libraries, Fayetteville Public Library's circulation policies and collection development policies, including requests for reconsideration, may not be applicable.

**10.8 Equipment**
Fayetteville Public Library may lend certain equipment, e.g., laptop computers, routers, and a/v equipment, based on emerging formats and community needs. Equipment will be evaluated for inclusion in the collection as technology advances and funding permits. Special terms and conditions for use may apply.

**10.9 Genealogy and Local History**
The following is a summary of the goals of the Grace Keith Genealogical Collection, and a hierarchy of purchasing, in descending order of emphasis:



1.) The Fayetteville Public Library will own a comprehensive collection of genealogy and local history materials for Washington, Benton, Carroll, and Madison counties. The exception to this rule is in cases where the holdings of the University of Arkansas would make such a collection impractical and/or unnecessary. Family histories, family records, etc. for the entire region will be collected.

2.) After these primary needs are met, significant additional resources from throughout Northwest Arkansas – roughly defined as Crawford, Franklin, Johnson, Newton, Marion, Searcy, Pope, and Boone counties –all Arkansas counties will be collected. This includes information surrounding both family records and broader histories of individual counties and regions.

3.) Genealogy and local history materials from the rest of the state will also be collected. This includes information surrounding both family records and broader histories of individual counties and regions. Noting significant holdings in Little Rock and Fort Smith, materials covering these regions will not be an emphasis.

4.) Information on neighboring states and states with high patterns of migration to Arkansas. While the collection represents all the states and has an Arkansas focus, Virginia, North Carolina, South Carolina, Georgia, Kentucky, Tennessee, Pennsylvania, Missouri, and Maryland will be well represented because they were the principal states from which early settlers migrated to Arkansas.

5.) Areas beyond the scope of emphasis stated above will be collected as the budget allows. Donations of these materials will be accepted and considered for the collection. Special purchases may also be considered when the budget permits and demand for the materials warrants their selection.

**10.10 Graphic Novels**
The Library will develop a graphic novel collection of core and popular titles that serve the informational and recreational interests of children, teens, and adults. The Library strives to choose graphic novels that serve a wide age range of audiences and that cover a wide range of interests and ideas. Children's graphic novels are shelved in the Grade School Library, teen graphic novels in the Teen Library, and adult graphic novels in the Adult Collections. Selection criteria include reviews, quality, awards, patron demand, popularity of similar works in the collection, and importance of the work to the history of the medium.

**10.11 Juvenile Audiobooks**



The juvenile audiobook collection will contain fiction and nonfiction titles and titles with an accompanying read-along book. It will contain popular, award-winning titles in both abridged and unabridged formats, with an emphasis on unabridged. The goal of this collection is to provide a sampling of the best materials available in this format – including Newbery, Charlie Mae Simon, and Printz award winners. It will also include a range of popular and recommended titles.

**10.12 Juvenile Fiction**

Fayetteville Public Library strives to have a collection that satisfies the informational, recreational, and cultural reading needs of children from infants through age 12. The first objective in selecting children's fiction is to encourage the child's joy in being read to and in reading. Fiction is offered for education and entertainment purposes for children of all abilities and reading levels. The children's fiction collection will attempt to have complete holdings of award-winning fiction titles, complete series by popular authors, books considered to be classics, and multiple copies of current fiction in high demand. The collection will strive to meet the reading needs of the Library's diverse community of users. This collection also serves parents, teachers, and other adults who use children's materials.

**10.13 Juvenile Film**

The children's film collection will offer a variety of movies rated G and PG by the Motion Picture Association of America (MPAA) that are geared toward children age infant through age 12. Non-rated film will be included as appropriate when the item falls outside MPAA jurisdiction, for example television series, or the film's creation pre-dates the MPAA ratings system. The primary focus will be education and entertainment. This collection will feature award-winning movies in addition to classics, family movies, and popular titles. The nonfiction collection will offer instructional, self-help, and educational titles.

**10.14 Juvenile Nonfiction**

The juvenile nonfiction collection will meet the informational demand for school assignments and reports, as well as the recreational reading needs of children infants through sixth grade. It should contain current and timely information, in addition to popular subject areas. The Library will continually seek to interact with local schools in an effort to purchase materials that will meet the needs of area students. The Library will support and enhance its collection to reflect the curriculum needs as well as the interests of the community. This collection also serves parents, teachers, and other adults who use children's materials.

**10.15 Large Print**

The Library houses a significant collection of large-print materials. The Library will collect many best-selling large print general fiction titles, as well as new publications in the genres of



romance, mystery, western, and inspirational fiction. A sampling of the best contemporary literary fiction and nonfiction titles will round out the collection.

Due in large part to the limited availability and pricing structure for these materials, standing order plans may be used to obtain them. The materials will focus on popular genres and recognized and desirable contemporary authors. These plans will be supplemented with the purchase of popular titles. Due to cost issues, and the fact that specific titles are often unavailable and/or difficult to obtain in a large print format, this collection will not be a comprehensive one.

**10.16 Lucky Day Collection**
The Library's Lucky Day collection emphasizes bestsellers and popular materials.  This collection is updated frequently in order to provide high demand titles, and the collection is not holdable so that patrons are likely to find a high demand title on the shelf. In addition to bestseller and award lists, hold ratios and local Library circulation statistics are consulted when selecting materials for this collection.

**10.17 Music Collection**
The music collection at the Fayetteville Public Library will have substantial holdings of classical/opera, folk/country, pop/rock, and blues/jazz. In these areas, the Library will actively collect the best contemporary and classical works. While the Library will not strive for a comprehensive collection, the Library will actively collect a range of selections within these areas, striving for a sampling of what is currently popular, as well as an overview of the best performers within the genres.

The Library will also develop small collections in additional musical genres, including soundtracks, world music, band music, musicals, etc. These music collections will contain a sampling of well-reviewed and/or popular items.

**10.18 Parenting Collection**
The Children's Library will provide and maintain an up-to-date circulating collection that will address parenting and child-care issues.  This collection will feature award winning and/or recommended materials consisting of print books, pop-up books, and a variety of theme kits, puzzles, and instructional kits.

**10.19 Periodicals and Newspapers**
The Library will own a wide range of periodicals intended to meet both the reading and basic research needs of the community. Popular journals will cover a wide range of subject areas of a general nature, including entertainment, style, sports, music, etc. The Library will also subscribe



to a broad range of news, business, artistic, literary, and health publications. Back issues of periodicals may be available for circulation.

The Library will also purchase the major newspapers and other publications from Northwest Arkansas.

The Magazine Collection is supplemented with research databases to which the Library subscribes. These databases provide timely and versatile information that is often specialized beyond the scope of the Public Library's print collection.

**10.20 Professional Collection**
The Library supports a continuing education collection for the professional development of its staff. This collection is housed in non-public areas and consists primarily of material on the subjects of Library administration, Library design, collection development, personnel issues, and Library procedures. This collection aids staff in job performance and is used to answer job-related questions and to orient staff members as they begin new projects. Juvenile professional materials consist of children's books and books on storytelling in support of youth programming. Criteria for selection include price, anticipated usage, potential usefulness, existing coverage, and the availability of the information by other means.

**10.21 Read Aloud Collection**
The Read Aloud collection will contain circulating children's fiction and nonfiction, as well as guides for parents and caregivers. The goal of this collection is to promote families reading together and reading to children. Materials for this collection will be researched by staff, reviewed by professional media, and recommended by experts for reading aloud. Award-winning and popular items will be selected.

**10.22 Reference Collection**
Reference materials are for use in the Library. They provide quick, concise, and up-to-date information and index other material in the collection. They are by their nature designed to be consulted for definite items of information rather than to be read sequentially. Inclusion in the Reference Collection is determined by factors such as cost, complexity, format, authoritativeness, frequency of use, and indexing. When demand dictates and cost permits, additional copies are purchased for lending.

Materials in this collection cover all subjects ranging in degree of difficulty from juvenile to beginning research level.



To a limited extent, items not falling strictly within the reference format, but in high demand by Library users may also be included in the reference collection to allow maximum use and to ensure their availability.

**10.23 Research Databases**

Electronic materials play an important role in the Library's collection. In addition to standard criteria used in selecting other formats, special selection criteria for electronic materials include ease of use, uniqueness of content, technology requirements, vendor reputation and customer service, availability for remote access, and cost.

**10.24 Roberta Fulbright Special Collection**

Roberta Fulbright Special Collection consists of materials that maintain a unique emphasis on books and materials on Roberta Fulbright and the Fulbright family; items that represent the history, creativity, and beauty of Arkansas; signed editions of local or significant authors/illustrators; and University of Arkansas yearbooks which fill gaps within the collection. Items for this collection may either be donated or purchased. Responsibility for this collection rests with members of the Adult Services Staff.

**Selection Criteria**

Items considered for this collection will be evaluated using the following criteria:

1.) The rarity of the item
   a.) Item is out of print, extremely old, collectible, or hard to keep available in the circulating or reference collections
   b.) Items focusing on rare local, regional, or state themes or topics which have been issued through standard publishers, by self-publishing methods, or in a serial format may be considered
   c.) Item requires additional security

2.) Any special or significant value the item has to the Library or to the community
   a.) Item has unique physical qualities or provenance
   b.) Item reflects the literary interests and character of the community
   c.) Item highlights significant events and/or individuals from Arkansas

3.) The condition of the item
   The Library will utilize the following definitions and guidelines when making decisions regarding item condition. Donations or other materials to be considered for the Roberta Fulbright Special Collection should be in "Fine/Like New" condition or "Very Good" condition. Case-by- case determinations can be made for items in "Good" condition. Only under exceptional circumstances



should items in "Fair" condition be considered for this collection. Items in "Poor" condition will not be selected for this collection.

Condition definitions
    a.) Fine/Like New: These books possess a fresh, crisp appearance, show no defects and little usage. Older books may show minor flaws.
    b.) Very Good: These books show some signs of wear and are no longer fresh. These books retain a visually pleasing appearance, with nice dust jackets and clean text pages.
    c.) Good: Typically, this category includes the condition of the average used book with all its text pages present. Books with loose bindings, highlighting and torn dust jackets can fall into this category.
    d.) Fair: These books are obviously well-worn, but no text pages are missing; however, it may be missing its endpapers or its title page. There might be markings, but they do not interfere with readability. Items are often visually unappealing.
    e.) Poor: All text is legible but may be age-stained, soiled, and have binding defects. These items are visually damaged and may contain molds or mildews that could damage other items in the collection.

**10.25 Teen Fiction**
Fayetteville Public Library strives to meet the informational, recreational, and cultural reading needs and interests of young adults ages 12 through 18. The collection will strive to meet the reading needs of the Library's diverse community of users.  Fiction for young adults recognizes the special characteristics of this age group, including the need to identify with others, peer pressure in the area of behavior and conduct, and a search for self-identity, self-worth, and independence from family. The teen fiction collection will attempt to have complete holdings of award-winning fiction titles, complete series by popular authors, books considered to be classics, multiple copies of current fiction in high demand, and titles on standard reading lists.

**10.26 Teen Nonfiction**
The purpose of the teen nonfiction collection is twofold: 1.) To provide a collection of materials relevant to the teenagers of the community in meeting their educational and informational needs. 2.) To meet the recreational reading requirements of this population of the community. The Library will continually seek interaction with local schools in an effort to correlate Library purchases with the needs of area students.

**10.27 Teen Test Prep**



Teen Test Prep provides resources for practice, study, and test taking. This collection focuses on college admission tests and strategies, as well as resources to support advanced placement courses and scholarship applications.

**10.28 Video**

The video collection consists of both feature films and nonfiction works. The feature film collection will include a mix of titles from different regions of the world and from different eras of filmmaking. Award winners, television dramatizations and nonfiction shows such as are found on popular streaming platforms will be collected when available. The primary objective is to offer the best quality materials based on the community's general and special character and interests. The Library shall try to not only satisfy existing demands but will attempt to anticipate potential needs of patrons.

The Library's emphasis in purchasing will be to select films of the highest quality – a wide range of the best of international, independent, and classic cinema. Particular emphasis will be given to developing complete holdings by renowned directors and on developing a collection that will serve as a representative history of film. The Library will also purchase contemporary, high-quality, popular cinema.

The nonfiction collection includes instructional, self-help, and travel selections. It will also feature a broad sampling of each year's best documentary films.

**10.29 World Languages**

Due to the growth of the region's Spanish-speaking and reading population, the Library will develop holdings of both popular and literary fiction in the Spanish language in the adult, teen, and juvenile collections. Along with popular appeal, world language titles focus on cultural representation, requests from native speakers, and family appeal. In addition, the Library will have small collections in other languages, which are targeted toward literary fiction for students of those languages. The collections are not comprehensive, but they contain titles representing a range of fiction and nonfiction and will grow in conjunction with community demand as available through Library vendors. Along with personal interest titles, the collection will include English Language Learning materials and holdings that support acquiring U.S. citizenship. As community needs evolve, languages collected may change.

**Code:** MR
**Date Approved:** 1/09/1995
**Date Revised:** 1/29/01; 3/26/01; 5/21/01; 8/15/05; 02/14/08(D); 06/09/22(D)

## Policy: Reconsideration of Library Materials

A. **Policy**

This policy applies to materials owned by the Fayetteville Public Library.

Fayetteville Public Library recognizes the principles of free library services and free inquiry as fundamental concepts of the democratic heritage of the United States of America. The latter principle requires the library to offer different, and sometimes widely divergent, points of view in many areas of knowledge. The library does not approve or endorse any particular viewpoint or belief represented in its collection.

The library considers reading, listening, and viewing to be individual, private matters. The library believes that full, confidential, and unrestricted access to information is essential for citizens to exercise their constitutional rights. While anyone is free to select or reject materials for themselves or their own minor child(ren), the freedom of others to read or inquire will not be restricted. Only parents and guardians have the right and responsibility to guide and direct the reading, listening, and viewing choices of their own minor child(ren). The library does not stand in place of parents (in loco parentis).

The library considers all materials in its collections to be constitutionally protected under the First Amendment of the United States Constitution and the Arkansas State Constitution. The library's role is to provide materials that will allow individuals to freely examine issues and make their own decisions. In this connection, the library endorses and incorporates by reference herein the "Library Bill of Rights" and the "Freedom to Read" and "Freedom to View" statements adopted by the American Library Association. Library materials will not be marked or identified to show approval or disapproval of the contents, nor will items be sequestered, except for the purpose of protecting them from theft or damage.

Individuals may raise concerns about library material that does not support their tastes and views. Staff is available to discuss concerns and identify alternate material that may be available. Customer concerns will be dealt with promptly and courteously.

B. **Procedure**
1. A staff member will listen to the customer's concerns. This discussion may be referred to a manager, an administrator or the assigned in-charge person at either the staff member's or the customer's request.
2. If this discussion proves unsatisfactory to the customer, the customer may make a formal, written request using the "Patron Request for Reconsideration of a Work" form (the "Form"). This form will be provided by a manager, administrator or the assigned in-charge person.
3. For the request to be considered, the Form must be completed in full including signature and submitted to the Director of Library Services. Only specific works or titles will be considered for reconsideration; requests for reconsideration of general topics or subject areas will not be considered.



faylib.org / 401 W. Mountain St., Fayetteville, AR 72701

FPL0016

4. The customer submitting the Form must be a resident of Fayetteville and hold a valid Fayetteville Public Library borrower's card.
5. The material under consideration will remain in the library's collection pending the outcome of the customer's request. In the event that the material under consideration is lost during the evaluation process, replacement materials will be purchased until a final determination has been made.
6. Upon receipt of a completed Form, the Director of Library Services will establish if the request Form is proper, applies to the material in question and is complete. If so, the Form will be forwarded to the Executive Director who will appoint an ad hoc committee from the professional staff including, but not limited to, the selector for the subject area of the item in question and the appropriate department manager.
7. Based on all applicable library policies and procedures, the committee will evaluate the material and make a written recommendation to the Executive Director, who will then make a decision regarding the disposition of the material.
8. The Executive Director's decision will be communicated in writing at the earliest possible date to the customer who initiated the request for reconsideration. The response will indicate the action to be taken and reasons for or against the request.
9. Requests for reclassification of library material will be considered by the Executive Director in consultation with library staff. The Executive Director will decide what action, if any, is to be taken and will notify the customer in writing of this decision at the earliest possible date.
10. An item will only be evaluated for reconsideration and/or reclassification once in a twelve-month period.
11. The Executive Director will inform the Library Board of all requests for reconsideration of library materials and their disposition.
12. If not satisfied with the Executive Director's decision, the customer may file an appeal with the Library Board within three weeks (21 days) of issuance of the written decision. The appeal should be presented in writing to the President of the Board.
13. In the event of an appeal, the Library Board will be given a copy of the customer's completed Form, the committee's recommendation and the Executive Director's response to the customer. The Library Board will hear an appeal during their normal meeting. The Board reserves the right to limit the length of presentation and number of speakers at the hearing.
14. The Board will determine whether the request for reconsideration has been handled in accordance with and the decision conforms to all applicable policies and procedures of the Fayetteville Public Library. On the basis of this determination, the Board may vote to uphold or override the decision of the Executive Director.
15. The decision of the Library Board is final.



faylib.org  /  401 W. Mountain St., Fayetteville, AR 72701

FPL0017

Code     NC

Date Approved 1991 & 3/21/05

Date Revised **9/23/99; 3/27/01 (D); 5/28/01 (D); 5/13/03 (D); 3/18/04 (D); 8/16/04; 3/21/05; 2/08/08 (D); Policies NC & ND combined and revised 10/17/16; 7/12/21 (D)**

Policy Name **Code of Conduct**

1. Fayetteville Public Library is committed to providing a safe, comfortable and welcoming environment for all those using the Library. The following policy protects the rights and safety of library patrons, staff, and volunteers, and preserves and protects Library materials, facilities, and property.

2. Patrons using the library agree:
   a. Adults are not allowed in the Preschool, Grade School or Teen Libraries unless they are accompanied by a child or require access to the youth collections. Adults with children in their charge are the only adults allowed to use the restrooms located in youth libraries.
   b. Vulnerable adults will be supervised and attended to by a responsible party.
   c. Patrons, regardless of age, who are unable or unwilling to care for themselves must have adequate supervision and may not be left alone in the library. Caregivers must be attentive to the needs of person in their care. *Note: Please see our "Children in the library" policy for more information.
   d. The police department will be called if children under 12 years of age are left unattended outside the building prior to regular opening time or have not been picked up by 15 minutes after closing time.
   e. Cell phone use will be short, quiet, and not disturbing to other Library customers and in designated cell phone areas.
   f. Headphones are required to listen to audio devices.
   g. Unacceptable behavior or activities include, but are not limited to:
      a. Smoking, skateboarding, or skating, consuming intoxicants, intoxication, spitting, or loitering.
      b. Soliciting, selling, petitioning, canvassing, campaigning, or distributing written materials on premises [1].
      c. Leaving bags and items unattended.
      d. Annoying, harassing or threatening another person.
      e. Abusing another person either physically, sexually, or verbally.
      f. Interfering with others' use of the Library because of odor.
      g. Eating except in the café, deli, Library terrace on the first floor or other approved areas. Possessing food or drink that creates a potential nuisance because of odor, garbage, or spills. Beverages in covered containers are allowed. No food or drink is allowed in the Genealogy Library.
      h. Leaving automobiles in the parking deck overnight or for extended periods when the Library is closed.
      i. Demonstrating or picketing inside the building or in such a way as to block access to the building.
      j. Carrying weapons of any type.
      k. Defacing, damaging, rearranging, or stealing Library or City of Fayetteville property.
      l. Uttering profane, obscene, or injurious language.
      m. Failing to follow the Library's "Computer Resources and Internet Access" policy.
      n. Failing to wear proper attire. Footwear, shirts/blouses and pants/skirts/dresses are required at all times.
      o. Disturbing public peace by persistent loud, annoying, or aggressive conduct.
      p. Bringing animals into the building, except ADA service animals or by invitation for a program.
      q. Tying-up dogs or cats on Library property as per City of Fayetteville leash law ordinance.

---

[1] Premises is defined as all property up to, but not including, the public sidewalk.

- r.  Parking motorized scooters on the plaza and sidewalks. Parking on the south surface parking or parking garage is available.
- s.  Lying down or appearing to be sleeping in the Library; having feet on furniture/wall; or blocking aisles, exits or entrances.
- t.  Being in an unauthorized area of the Library or remaining in an area after its closing; staying in the building when requested to leave during emergency situations or drills.
- u.  Engaging in any activities while on Library premises that are not related to the proper use of the Library.
- v.  Displaying other behaviors inappropriate in a public setting including but not limited to bathing in public restrooms and running.

3. The violation of any federal or state statutes or local ordinance will be regarded as a violation of Library rules and may subject the individual(s) involved to exclusion from the Library premises.

4. Notwithstanding the above provisions, any person may, without prior notice or warning, be immediately removed from the Fayetteville Public Library if his or her presence or conduct on the premises poses an immediate and imminent danger to any person or property on such premises. On first offense of unacceptable conduct, the person will be asked to leave the Library; on second offense the person will lose library privileges for a short period of time; on third offense all library privileges will be revoked indefinitely.

5. Disruptive behavior is any behavior, which, either consciously or unconsciously, violates or restricts the rights of others, physical abuse, abusive or threatening language, and misuse of library facilities, computer systems and furnishings. Disruptive behavior disrupts the normal functioning of the Library, whether or not that disruption is intentional.

6. Theft, vandalism or mutilation of Library material or property are criminal offenses that shall be prosecuted. In this regard, the Library staff reserves the right to check library patrons' personal belongings.

**Code:** ND **Date:** 10/19/20 **Date Revised:**

# Policy: Children at the Library

A. The library welcomes children of all ages. Our goal is to provide a clean, safe, comfortable and welcoming environment for all library users.

B. To ensure the safety of children in the library, parents and/or adult caregivers are responsible for their child's care, behavior and safety.

C. Children in need of supervision must be accompanied by a parent/caregiver to ensure the safety and well-being of the child. Children ages 5 and under or children under the grade level of kindergarten, must be actively supervised by a parent/caregiver.

D. The library cannot serve as long-term or short-term childcare. The library is a public building where people enter and leave freely without monitoring.

E. Library staff will refer to this policy when necessary, including in response to the following situations:
   1. An unattended child is found frightened or crying in the library.
   2. An unattended child is perceived to be endangering him or herself, or that another person in the library poses a perceived threat to the unattended child.
   3. An unattended child exhibits specific inappropriate behavior.
   4. An unattended child has not been met by a responsible caregiver at closing time.

F. If a safety or behavioral concern is determined, library staff will attempt to contact the parent/caregiver. If that parent/caregiver cannot be reached within 15 minutes, the child may be asked to leave the premises or, if under 12 years of age, may be placed in the care of local law enforcement.

G. Children under 13 may not use the library terraces without active supervision of a parent or adult caregiver.



faylib.org  /  401 W. Mountain St., Fayetteville, AR 72701

FPL0020