# MATERIALS SELECTION POLICY

1. The Garland County Library subscribes to the materials selection principles contained in the Library Bill of Rights adopted by the American Library Association in 1948 and amended in 1961, 1967, 1980, and 2019 (attached).  A keen awareness has developed concerning the necessity of careful evaluation and selection of materials.

2. It is the function of the Library to provide materials for all ages, from preschool through maturity.  As many subject fields as possible are provided with the only limitation being those of budget and of human understanding.

3. The responsibility for selection of library materials is delegated to the Director and under his/her direction to those staff who are qualified by their education, training, and experience.

4. Budgetary constraints dictate that the Library acquire only a limited number of the thousands of titles published each year; therefore, materials are carefully selected.  Selection is based upon principle rather than personal opinion, reason rather than prejudice, and judgment rather than censorship.

5. Priorities for selection are:  (a) materials to meet information needs, both expressed and anticipated, of patrons of all ages; (b) materials to meet the continuing education needs of out-of-school adults and for the enrichment of the formal education needs of children and young adults; (c) materials to meet the recreational needs of all ages.

6. The aim in selecting adult materials is to make available books and other materials that will meet the educational, informational, cultural, and recreational interests and needs of the people of the county.  To fulfill this aim, the Library endeavors to maintain a carefully selected collection of representative books and other materials of permanent value and of current interest.  Materials are selected from many sources and are chosen with the following in mind:  the interests of the community, the reading tastes of and education levels of the borrowers, the need for items in the Library, and the reviews found in professional reviewing media.

7. Children's materials are selected to provide pleasurable reading for the sake of reading and to provide information in fields of knowledge which of interest to children.  Materials are carefully selected so that children of all ages and abilities are served and so that the collections will stimulate imagination, mental growth, and intellectual development.  Children's and

WEBB 00001

young people's titles, almost without exception, are also reviewed, read, or examined before purchase.

8. Young adult materials are selected to help teenagers to realize self-actualization and to live useful, well-adjusted lives in the community and to help them know and understand the world at large.

9. Anyone is free to personally reject materials of which he or she does not approve; however, the choice of library materials for personal use is an individual matter. No one has the right to exercise censorship to restrict the freedom of use and/or access of others. Any request for reconsideration of an item in the collection must follow the procedure outlined in the Library's policy, "Reconsideration of Materials."

10. In general, books and other materials are excluded from the collections for one or more of the following reasons:

    A. The work has an inadequate characterization, plot, literary style, or atmosphere;

    B. The work has inaccurate information;

    C. The work shows an obvious lack of integrity;

    D. The work is overly sentimental in its presentation and content;

    E. The work depicts sensationalism;

    F. The work is produced to incite hatred and intolerance;

    G. The work presents an individual or group in a prejudicial manner;

    H. The work presents only one side of a controversial question, and it is written in a violent, sensational, inflammatory manner; or the title contains false or undocumented statements. However, it is the Library's responsibility to provide materials which will enable patrons to form an opinion; therefore, the Library will provide materials representing several points of view;

    I. The title is written or produced by an unknown author, privately printed or fabricated, or issued by obscure publishers. Also, titles may be excluded if no review can be found in a national publication. An exception is made in the case of local materials and subjects on which no other material is available;

- J. The work is of a religious nature not of general interest;

- K. The work is of a professional nature such as law, medicine, or engineering; however, these works will be acquired only to the extent that they are useful to the layman;

- L. The work is obscene or pornographic as defined by community standards of good taste and morality. Works which present an honest picture of some problem of aspect of life, however, will not be excluded because of coarse language or frankness; furthermore, all materials will be judged as a whole rather than on isolated passages;

- M. The material is ephemeral in nature or generates little demand;

- N. The work is available elsewhere, inappropriate in size, or too costly;

- O. The title is a textbook and holds no interest for the general public;

- P. The title is available only in non-standard library formats;

- Q. The work is out of date;

- R. The work adds nothing new to a field already well covered in other works.

11. All library materials including gifts and other unsolicited materials will be evaluated according to this policy. Any items not added to the collection will be given to the Friends of the Library for inclusion in their annual book sale or sale room.

12. In essence, each item considered for selection must be evaluated on its own merits. There is no single standard which can be applied. Some materials must be judged primarily in terms of their contribution to the continuing exploration of new ideas; their contribution to the continuing exploration of form in literature, art, and other artistic endeavors; or their value to humanity through the exploration of cultural or other differences. Other materials are selected to fulfill the informational, educational, and recreational needs of the community. Present and potential relevance of a work to the community should be considered, as well as its importance as a document of the times.

13. Discarding or weeding of materials is the best and most economical utilization of space in the Library. Weeding is selection in reverse. Just as

WEBB 00003

all materials which are added to the Library's collections are expected to be useful for the people in the community which is served by the Library, so they should be withdrawn if they cease to serve that purpose. It enhances the reputation for reliability of the collection and assures the orderly growth of a quality collection. Guidelines for weeding are as follows:

   A. Physically damaged works or worn out works will be candidates for weeding;

   B. Titles containing obsolete information will be candidates for de-selection;

   C. Duplicate titles which have waned in popularity may be eliminated;

   D. Titles which have not circulated for several years will be considered for withdrawal.

WEBB 00004

# RECONSIDERATION OF MATERIALS POLICY

This policy applies to materials owned by the Garland County Library (GCL). GCL recognizes the principles of free library services and free inquiry as fundamental concepts of the democratic heritage of the United States of America. The latter principle requires the library to offer different, and sometimes widely divergent, points of view in many areas of knowledge. The library does not approve or endorse any particular viewpoint or belief represented in its collection.

The library considers reading, listening, and viewing to be individual, private matters. The library believes that full, confidential, and unrestricted access to information is essential for citizens to exercise their constitutional rights. While anyone is free to select or reject materials for themselves or their own minor child(ren), the freedom of others to read or inquire will not be restricted. Only parents and guardians have the right and responsibility to guide and direct the reading, listening, and viewing choices of their own minor child(ren). GCL believes that education is best provided and controlled at the local level with families having the freedom and responsibility to choose their best options. Well-informed citizens are required for the nation to continue as a republic with individual freedom and effective government. The library does not stand in place of parents (in loco parentis).

The library considers all materials in its collections to be constitutionally protected under the First Amendment of the United States Constitution and the Arkansas State Constitution unless ruled otherwise in a court of law. The library's role is to provide materials that will allow individuals to freely examine issues and make their own decisions. In this connection, the library endorses and incorporates by reference herein the "[Library Bill of Rights](#)" and the "[Freedom to Read](#)" and "[Freedom to View](#)" statements adopted by the American Library Association. Library materials will not be marked or identified to show approval or disapproval of the contents, nor will items be sequestered, except for the purpose of protecting them from theft or damage or required by law.

Individuals may raise concerns about library material that does not support their tastes and views. Staff is available to discuss concerns and identify alternate material that may be available. Customer concerns will be dealt with promptly and courteously. Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the library's collection will be objectionable to some people in the community. The library in a very real sense belongs to the whole community – the minority as well as the majority.  The library has a responsibility to serve the community in all its variety.  That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.

WEBB 00006

# RECONSIDERATION OF MATERIALS PROCEDURE

A person with a valid GCL borrower's card and is a resident of Garland County may assert they are adversely affected by a book or other physical item and therefore may seek to have such item relocated in the library.

1. Before a person can file a challenge, the person shall request a meeting with the County Librarian. Before the meeting occurs, GCL shall provide a copy of the Reconsideration of Materials Policy and Form or other method by which a person may request a reconsideration of the appropriateness of the material being challenged.

2. At the conclusion of this meeting, if the patron still objects to the classification or inclusion of a work, the patron may make a formal, written request using the Form.

3. For the request to be considered, the Form must be completed in full including signature and submitted to the Executive Director within five (5) working days of the meeting. Only specific works or titles will be considered for reconsideration; requests for reconsideration of general topics or subject areas will not be considered.

4. The material under consideration will remain in the library's collection pending the outcome of the patron's request. In the event that the material under consideration is lost during the evaluation process, replacement materials will be purchased until a final determination has been made.

5. Upon receipt of a completed Form, the Executive Director will establish if the request Form is proper, applies to the material in question, and is complete. If so, the Executive Director will appoint an ad hoc committee from the professional staff. Committee members shall have knowledge appropriate for the material being challenged and be representative of diverse viewpoints.

6. Based on all applicable library policies and procedures, the committee will evaluate the material. Material will be reviewed in its entirety and shall not have selected portions taken out of context. The challenged material shall not be withdrawn solely for viewpoints expressed within the material and must be reviewed pursuant United States Supreme Court tests regarding alleged obscene materials.

7. The objecting patron shall present their request in-person to the Committee during the Committee's regularly scheduled meeting.

8. The Committee shall meet to discuss the material being challenged. The Committee shall vote to determine if the material being challenged shall be relocated within the library's collection, replaced with another work, or

WEBB 00007

removed from GCL's collections. A member of the committee who voted with the majority shall write a summary of the reasons for the majority's decision and shall send their decision by certified mail to the person who submitted the request.

9. The Executive Director will inform the Library Board of all requests for reconsideration of library materials and their disposition.

10. If not satisfied with the committee's decision, the patron may file an appeal with the Garland County Library Board of Trustees. To appeal, the challenging patron must deliver and present for filing a written appeal to the Garland County Library Board Chair within five (5) working days of the receipt of the Review Committee's decision.

11. In the event of an appeal, the Garland County Library Board Chair will be given a copy of the patron's completed Form and a summary of the committee's decision within fifteen (15) days of the committee's decision.

12. The Garland County Library Board of Trustees will review the information submitted to them and shall make a decision on the appeal within thirty (30) days of receiving the information.

The decision of the Garland County Library Board of Trustees is final.

WEBB 00008

DATE: 26 September 2022
TO: ███████████
FROM: Adam Webb
RE: LGBTQ materials labeling request

Dear ███████████,

My apologies for the delay. We have received your emails and reviewed your request to label all materials with LGBTQ characters or themes in the children's department. I wanted to make sure that we discussed and reviewed this issue thoroughly before we responded. After reviewing and researching the matter, the Garland County Library is unable to fulfill your request. I know that isn't what you wanted to hear, but as a governmental agency, we have to consider all citizens and how our actions might affect them.

Federal Courts have ruled that government actions that stigmatize certain people is a form of discrimination and that actions such as those suggested are unconstitutional. The Garland County Personnel Handbook explicitly disallows library staff from engaging in unconstitutional practices and we would risk losing our jobs over it. To quote Supreme Court Justice Robert Jackson, "*If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion.*" While that specific case was in regards to compelled speech, the standard of not prescribing "what shall be orthodox" is one the courts have made a number of times regarding libraries. Labeling LGBTQ materials as a means to help others avoid certain viewpoints would certainly be prescribing what is orthodox. This amounts to what the courts have called a "stigmatizing effect" and we are prohibited from engaging in that practice.

We also reviewed your request from a collection development and librarianship standpoint. As a practical matter, it would require a page-by-page and scene-by-scene review of everything in the children's library to ensure compliance. It would also require library staff to make judgment calls that may or may not align with what you have in mind. What one person considers "sexual by nature" might not be by someone else. This would open the door for all sorts of labeling based on one opinion over another. If we did this for you, there is nothing to stop someone from requesting any other subjective labeling, as we would have to treat all requests equally.

Ultimately, the courts have determined that the onus is on the individual to screen materials they wish to avoid, not the other way around. In the US District Court case *Sund v City of Wichita Falls,* Justice Buchmeyer stated "*those seeking to restrict access to information should be forced to take affirmative steps to shield themselves from unwanted materials; the onus should not be on the general public to overcome barriers to their access to fully-protected information.*" I know this doesn't seem like a restriction, but the courts have ruled otherwise. As a civil servant, I am compelled to do what the courts have determined is constitutional in my line of work. "Shall not prescribe" is mandatory language, not a suggestion.

WEBB 00034

Regarding your question about the book *Angryman*, I am unaware of how that labeling was placed on the item and I asked my staff to remove it. We do not have a policy of labeling items on a case-by-case basis and it is not a practice my staff should be doing outside of our board approved policies.

I know my response is not what you want to hear, but I'm happy to talk with you or any other interested parties about possible solutions or compromises. We want everyone to feel welcome in the library, but in doing so, we must create an atmosphere where everyone feels welcomed.

Yours in service,
--
Adam Webb | MLS
Library Director

WEBB 00035