# In The Matter Of:
*Fayetteville Public Library, et al v.*
*Crawford County, Arkansas, et al*

---

*Eva Doyce White*
*March 26, 2024*
*CERTIFIED ORIGINAL/COPY*

---

*Michelle Satterfield, CCR*
*1955 Little River Drive*
*Conway, Arkansas 72034*
*(501)336-7414*
*Satterfield@conwaycorp.net*

Original File Eva Doyce White.txt
Min-U-Script® with Word Index

```
 1            IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
 2                   FAYETTEVILLE DIVISION

 3   FAYETTEVILLE PUBLIC LIBRARY, a political
     subdivision in the City of Fayetteville,
 4   State of Arkansas; EUREKA SPRINGS CARNEGIE
     PUBLIC LIBRARY; CENTRAL ARKANSAS LIBRARY
 5   SYSTEM; NATE COULTER; OLIVIA FARRELL;
     HAYDEN KIRBY;MIEL PARTAIN, in her own capacity
 6   and as parent and next friend of MADELINE PARTAIN;
     LETA CAPLINGER; ADAM WEBB;
 7   ARKANSAS LIBRARY ASSOCIATION; ADVOCATES FOR
     ALL ARKANSAS LIBRARIES; PEARL'S BOOKS, LLC;
 8   WORDSWORTH COMMUNITY BOOKSTORE, LLC, d/b/a
     WORDSWORTH BOOKS; AMERICAN BOOKSELLERS ASSOCIATION;
 9   ASSOCIATION OF AMERICAN PUBLISHERS,INC.; AUTHORS
     GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND
10   and FREEDOM TO READ FOUNDATION,          PLAINTIFFS

11   vs.                              NO. 5:23-CV-05086-TLB

12   CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH, in his
     official capacity as Crawford County Judge;
13   TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;
     MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA
14   HOWELL; BEN HALE; CONNIE MITCHELL; DAN TURNER;
     JANA BRADFORD; FRANK SPAIN; TIM BLAIR; KYLE HUNTER;
15   DANIEL SHUE; JEFF ROGERS; DAVID ETHREDGE; TOM TATUM,
     II; DREW SMITH; REBECCA REED MCCOY; MICHELLE C.
16   LAWRENCE; DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;
     CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and CHUCK
17   GRAHAM, each and in his or her official capacity as a
     prosecuting attorney for the State of Arkansas, DEFENDANTS
18

19
                           ORAL DEPOSITION
20
                                 OF
21
                           EVA DOYCE WHITE
22

23   ***** THE ABOVE-STYLED MATTER was reported by Michelle R.
     Satterfield, CCR, LS Certificate No. 570, at Crawford
24   County District Court, located at 301 Mt. Vista Boulevard,
     Van Buren, Arkansas, commencing on the 26th day of March
25   2024, at 9:20 a.m.  *****
```

I N D E X

| | TOPIC | PAGE |
|---|---|---|
| | APPEARANCES | 2-3 |
| | STIPULATIONS | 5 |
| | WITNESS SWORN:  Eva Doyce White | 6 |
| | Examination by Mr. Adams | 6 |
| | Examination by Mr. Watson | 98 |
| | Examination by Mr. McLelland | 107 |
| | Examination by Ms. Brownstein | 121 |
| | Further Examination by Mr. Adams | 113 |
| | Further Examination by Mr. Watson | 122 |
| | WITNESS SIGNATURE PAGE | 124 |
| | ERRATA SHEET | 125 |
| | REPORTER'S CERTIFICATE | 126 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Copy of Act 372 | 9 |
| Exhibit 2 | ALA's Code of Professional Ethics | 18 |
| Exhibit 3 | Library Bill of Rights | 21 |
| Exhibit 4 | Bates Nos. CrawfordCo_000069-000072 | 27 |
| Exhibit 5 | Hamby Letter Dated 11/10/22 | 41 |
| Exhibit 6 | Bates Nos. CrawfordCo_000060-000066 | 58 |
| Exhibit 7 | Email Dated From Jennifer Chilcoat | 74 |
| Exhibit 8 | Bates No. CrawfordCo_000068 | 118 |
| Exhibit 9 | Bates No. CrawfordCo_000067 | 118 |

CERTIFIED ORIGINAL/COPY

1  Director, did the Crawford County Library System ever --
2  was it ever a plaintiff in a lawsuit?
3  A    No.
4  Q    Are you aware if you had the authority to initiate
5  that sort of lawsuit?
6  A    I don't think it's mentioned.
7  Q    And when you say it's not mentioned, it's not
8  mentioned in the handbook?
9  A    In the interlocal agreement.
10 Q    Okay.  And I'm just making sure that we're on the
11 same.  As far as you're aware, the Crawford County Library
12 System does not have authority to initiate a lawsuit?
13 A    I don't know.
14 Q    I want to just make sure I understand the reporting
15 structure of the library system.  Could you walk me
16 through that, just starting at the bottom of the staff and
17 then who they report to and then all the way up the chain?
18 A    The staff is under the Crawford County Library
19 Director, I'm under the Board.
20 Q    And does the Board report to anyone?
21 A    No.
22 Q    Other than I guess that you did mention earlier -- is
23 it the county judge who appoints members to the board?
24 A    They have -- they have to approve our budget.
25 Q    Okay.  They, being the Quorum Court?

1  A    Yes.
2  Q    Okay.  So you would agree that the Crawford County
3  Library System is part of the government structure?
4  A    It is a county department, I guess you would call us.
5  Q    Okay.  Just making sure we're on the same page there.
6  A    We might not be recognized as that, but, yes.
7  Q    What do you mean by you might not be recognized as
8  that?
9  A    Well, they only recognize us when it is something
10 that they want, not us.
11 Q    Okay.  Understood.  So that is the end of the first
12 category, so I'm going to move on to a couple of questions
13 about the collection of books generally and materials.
14      Earlier you mentioned, when Mr. Adams was going
15 through Section 5 on Page 7, "Each county or municipal
16 library shall have a written policy to establish
17 guidelines for the selection, relocation and retention of
18 physical materials that are available to the public."
19      Did I understand you to say that Crawford County
20 Library System has such policies?
21 A    Yes.
22 Q    Okay.  And what are those policies based on?  And
23 specifically I'm talking about selection, because there's
24 three here.  So what is the basis for the policy of
25 selection?

1    That question probably doesn't make a lot of sense,
2 so let me just rewind and start over here.
3    What is the selection policy for the Crawford County
4 Library?
5 A    It's rather lengthy, so I can't tell you.
6 Q    Fair enough.  Does it identify specific genres of
7 books that are allowed, versus not allowed?
8 A    No.
9 Q    Now, if you turn one page over to Page 8, and this is
10 going to be what's starting on Line 10.  It's talking
11 about the library committee that is eventually reviewing a
12 challenged material.  It says:  "The committee established
13 under subdivision (c)(6)(A) of this section shall
14 determine if the material being challenged meets the
15 criteria of selection."
16    Are you aware of any material, in the Crawford County
17 Library System, that does not meet the criteria of
18 selection that Crawford County Library System has adopted?
19 A    No.
20 Q    Okay.  That is the only question I wanted to ask you
21 about Section 5.  I want to quickly ask a question about
22 Section 1.  This is the criminal provision.
23    Specifically, if you look at Page 2, starting on Line
24 11, this is partially describing the items that are not
25 allowed to be furnished to minors.  "Item" means a

```
 1                MS. BROWNSTEIN:  I'm going to object to the
 2           form.  It's a very confusing question you're
 3           asking.  I'm confused.
 4   A    I have not read all the books in this library.  I
 5   have no idea what's there, and there could be, but we try
 6   to go by the community's view of what our library should
 7   be.  That's what librarians do and, therefore, we try to
 8   provide what our public wants.
 9   Q    Okay.  And I won't ask about any more specific books,
10   because I know y'all have a huge collection and I wouldn't
11   expect you to know every book, especially just off the top
12   of your head.
13           In Exhibit 7, it's going to be the third page under
14   Sections 2 and 3, Ms. Chilcoat says:  "I will eat several
15   hats if anyone finds an item in one of their libraries
16   that has been judicially found by a court to be obscene."
17           Do you have any reason to disagree with that about
18   the Crawford County Library System?
19   A    Where is that?
20   Q    So it's going to be in the middle of Sections 2 and
21   3, that heading.
22   A    Read it again.
23   Q    Yes, ma'am. "So I will eat several hats if anyone
24   finds an item in one of their libraries that has been
25   judicially found by a court to be obscene."
```

1    Do you have any reason to disagree with that?
2    A    No, I do not.
3    Q    Okay.  And this will be the last question on this
4    topic, and it's a step back.  So with the policy for
5    selection, is there any other limit on -- well, let me
6    establish this first.
7         Is it the executive director who makes those
8    purchases for new books coming into the library?
9    A    We have several people that do that.
10   Q    Okay.  Is there any other limits on what books may be
11   brought into the library, other than that policy?
12   A    No.
13   Q    So it's at the discretion of the people making the
14   decision?
15   A    Right.
16   Q    The last one I want to come to, I only have two
17   questions here and I'm not sure it will extend further
18   than this, but hopefully it's just two.  I'm going to make
19   it just one, actually.
20        Sorry, I think out loud, so I apologize for that.
21             MS. BROWNSTEIN:  No kidding.
22   BY MR. WATSON:
23   Q    Earlier with Mr. Adams you were detailing a number of
24   problems that -- I think that's the word you used;
25   problems or issues.  You mentioned the ADA grant and that

 1  issue, the competing factions is, I believe, a term that
 2  you've used, and morale in the library.
 3       I think what you said is that all of those issues are
 4  not really related to Act 372. Did I understand you
 5  correctly when you said that?
 6  A    Yes.
 7  Q    Thank you. That's all I've got. I appreciate you.
 8                          EXAMINATION
 9  BY MR. MCLELLAND:
10  Q    Good afternoon, Ms. White. I've just got a couple of
11  questions as well, and then I'm sure Mr. Adams and the
12  Plaintiffs will have a couple of follow-ups.
13       What's your understanding of the lawsuit that you're
14  giving this deposition in?
15  A    Explain that, please.
16  Q    You're giving a deposition today right now, right?
17  A    Yes.
18  Q    And it's in a lawsuit?
19  A    Right.
20  Q    What's your understanding of that lawsuit?
21  A    Well, I think I understand it.
22  Q    Okay. What is it? I'm just trying to see what's
23  your understanding of what the lawsuit is, if you could
24  explain it to me.
25  A    It's trying to set limits on what libraries can do.

1   Q   Okay.
2   A   And how they do it, and also making it a criminal
3   offense if we allow an item to a minor that somebody can
4   object to.
5   Q   Okay. And those parameters are set forth in a
6   specific Act; is that right?
7   A   Act 372.
8   Q   Act 372; is that correct?
9   A   Yes.
10  Q   And are you aware that Crawford County is involved in
11  this lawsuit?
12  A   Yes.
13  Q   Are you aware that Crawford County is involved in a
14  second lawsuit that's titled Virden versus Crawford
15  County, et al?
16  A   Yes, sir.
17  Q   And in this lawsuit, is it your understanding that
18  the Plaintiffs are trying to stop Section 1 and Section 5
19  of Act 372 from going into effect?
20  A   Yes.
21  Q   Okay. Did Crawford County Library System ever
22  implement Section 5 of Act 372?
23  A   No.
24  Q   Do you recall discussing the Social Section with
25  Mr. Adams earlier?

126

C E R T I F I C A T E

STATE OF ARKANSAS }
}
COUNTY OF FAULKNER}

RE: ORAL DEPOSITION OF EVA DOYCE WHITE

I, Michelle R. Satterfield, CCR, a Notary Public in and for Faulkner County, Arkansas, do hereby certify that the transcript of the foregoing deposition accurately reflects the testimony given; and that the foregoing was transcribed by me, or under my supervision, on my Eclipse computerized transcription system from my machine shorthand notes taken at the time and place set out on the caption hereto, the witness having been duly cautioned and sworn, or affirmed, to tell the truth, the whole truth and nothing but the truth.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action.

In accordance with the Arkansas Rules of Civil Procedure, Rule 30(e), review of the foregoing transcript by the witness was not requested by the deponent or any party thereto.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 4th day of April 2024.

_____
Michelle R. Satterfield, CCR
LS Certificate No. 570
Notary Public in and for
Faulkner County, Arkansas