# In The Matter Of:
*Fayetteville Public Library, et al v.*
*Crawford County, Arkansas, et al*

*Miel Ann Delorey Partain*
*March 15, 2024*
*CERTIFIED ORIGINAL/COPY*

*Michelle Satterfield, CCR*
*1955 Little River Drive*
*Conway, Arkansas  72034*
*(501)336-7414*
*Satterfield@conwaycorp.net*

Original File Miel Ann Delorey Partain.txt
Min-U-Script® with Word Index

```
 1          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
 2                 FAYETTEVILLE DIVISION

 3   FAYETTEVILLE PUBLIC LIBRARY, a political
     subdivision in the City of Fayetteville,
 4   State of Arkansas; EUREKA SPRINGS CARNEGIE
     PUBLIC LIBRARY; CENTRAL ARKANSAS LIBRARY
 5   SYSTEM; NATE COULTER; OLIVIA FARRELL;
     HAYDEN KIRBY;MIEL PARTAIN, in her own capacity
 6   and as parent and next friend of MADELINE PARTAIN;
     LETA CAPLINGER; ADAM WEBB;
 7   ARKANSAS LIBRARY ASSOCIATION; ADVOCATES FOR
     ALL ARKANSAS LIBRARIES; PEARL'S BOOKS, LLC;
 8   WORDSWORTH COMMUNITY BOOKSTORE, LLC, d/b/a
     WORDSWORTH BOOKS; AMERICAN BOOKSELLERS ASSOCIATION;
 9   ASSOCIATION OF AMERICAN PUBLISHERS,INC.; AUTHORS
     GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND
10   and FREEDOM TO READ FOUNDATION,          PLAINTIFFS

11   vs.                         NO. 5:23-CV-05086-TLB

12   CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH, in his
     official capacity as Crawford County Judge;
13   TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;
     MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA
14   HOWELL; BEN HALE; CONNIE MITCHELL; DAN TURNER;
     JANA BRADFORD; FRANK SPAIN; TIM BLAIR; KYLE HUNTER;
15   DANIEL SHUE; JEFF ROGERS; DAVID ETHREDGE; TOM TATUM,
     II; DREW SMITH; REBECCA REED MCCOY; MICHELLE C.
16   LAWRENCE; DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;
     CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and CHUCK
17   GRAHAM, each and in his or her official capacity as a
     prosecuting attorney for the State of Arkansas, DEFENDANTS
18

19
                        ORAL DEPOSITION
20
                              OF
21
                  MIEL ANN DELOREY PARTAIN
22

23   ***** THE ABOVE-STYLED MATTER was reported by Michelle R.
     Satterfield, CCR, LS Certificate No. 570, at the Wahlmeier
24   Law Firm, located at 1101 Walnut, Van Buren, Arkansas,
     commencing on the 15th day of March 2023, at 10:16 a.m.
25   *****
```

```
 1                      I N D E X
 2       TOPIC                                              PAGE
 3   APPEARANCES                                            2-3
 4   STIPULATIONS                                             5
 5   WITNESS SWORN:  Miel Ann Delorey Partain                 6
 6           Examination by Mr. McLelland                     6
 7           Examination by Mr. Watson                       46
 8           Examination by Ms. Brownstein                   52
 9           Examination by Mr. Adams                        56
10           Further Examination by Mr. McLelland         57, 69
11           Further Examination by Mr. Watson               65
12           Further Examination by Mr. Adams                68
13   REPORTER'S CERTIFICATE                                  70
14                   E X H I B I T S
15   NUMBER              DESCRIPTION                        PAGE
16   Deft's 1    Copy of Amended Complaint-Document 75       10
             (COPY OF EXHIBIT SCANNED INTO ETRANSCRIPT)
17
18                      * * * * *
19
20
21
22
23
24
25
```

1  statute uses.  I know we're talking about books mostly.
2  Items actually covers a little bit more than that, so I
3  might use one or the other.
4      So what is your understanding about what types of
5  books or items are covered under Section 1?
6  A   That they would harm -- be harmful to minors.  I
7  don't really know what that definition of be harmful
8  entails specifically.
9  Q   And that's totally fair.  It's sort of a technical,
10 legal definition, so I certainly don't expect you to
11 understand the ins and outs of it.
12     And I read this one section to your daughter and I'll
13 read it to you, also, because my next question is I'm
14 going to ask you is there any books or items that you are
15 aware of that fall under the definition, and, again, with
16 the caveat that I know you're not a lawyer and you haven't
17 spent the time that, you know, the lawyers and judges have
18 spent on this.
19     So the statute defines item as a material or a
20 performance that depicts or describes nudity, sexual
21 conduct, sexual excitement, or sadomasochistic abuse, and
22 also as part of the harmful minor's definition, those
23 traits have to be the predominant trait of the work.
24     So are there any books or items, that you are aware
25 of, that you would like to read or plan on reading that

CERTIFIED ORIGINAL/COPY

1  fit that definition as you understand it?
2               MS. BROWNSTEIN:  I object, again, that
3          that's -- she's not an attorney and with that
4          objection she cannot possibly understand what
5          that -- well, she could opine about what legally
6          would be considered harmful to minors are not
7          under that definition.  With that objection, you
8          may answer.
9   A    Can you ask it again?
10  Q    Let me take a step back to try and address some of
11  this.  Do you understand what nudity is?
12  A    Yes.
13  Q    Do you understand what sexual conduct is?
14  A    Yes.
15  Q    Do you understand what sexual excitement is?
16  A    Yes.
17  Q    And do you understand what sadomasochistic abuse is?
18  A    Yes.
19  Q    Okay.  So of those topics, are you aware of any book
20  or materials you want to read or view that is
21  predominantly about one of those topics?
22  A    No.
23  Q    Okay. So I want to move on to follow up on some of
24  the stuff that Mr. McLelland was asking you about Section
25  5 and the library piece of this.

CERTIFIED ORIGINAL/COPY

1      What is your understanding of how Section 5 works?

2  A    The challenge section?

3  Q    Yes, ma'am.

4  A    That anybody would be able to challenge for a book to
5  be put into the sequestered area.

6  Q    And what is your understanding of the sequestered
7  area and how would that operate?

8  A    That whoever the deciding body is would decide if a
9  book met the definition of harmful to minors, and those
10  books would be put into an area that could not be accessed
11  by anybody under the age of 18.

12  Q    Okay. So you would still be able to access it, for
13  example, and other adults?

14  A    Correct.

15  Q    Okay. Are you aware of any books that you would be
16  unable to access because of the challenge provision?

17  A    No. Me personally, no.

18  Q    Okay. So in your own words, how does Section 5, the
19  challenge provision, how does that affect you if you're
20  able to access any of the books or materials that you
21  would want to anyways?

22  A    Well, my children are an extension of me and if they
23  don't have access to it, then it affects my home, my
24  household, and, also, I think that there would be a stigma
25  for anybody going into these special areas, whatever it

1          C E R T I F I C A T E

2

3   STATE OF ARKANSAS  }
                       }
    COUNTY OF FAULKNER }
4
    RE:   ORAL DEPOSITION OF MIEL ANN DELOREY PARTAIN
5
    I, Michelle R. Satterfield, CCR, a Notary Public in and
6   for Faulkner County, Arkansas, do hereby certify that the
    transcript of the foregoing deposition accurately reflects
7   the testimony given; and that the foregoing was
    transcribed by me, or under my supervision, on my Eclipse
8   computerized transcription system from my machine
    shorthand notes taken at the time and place set out on the
9   caption hereto, the witness having been duly cautioned and
    sworn, or affirmed, to tell the truth, the whole truth and
10  nothing but the truth.
    I FURTHER CERTIFY that I am neither counsel for, related
11  to, nor employed by any of the parties to the action in
    which this proceeding was taken; and, further that I am
12  not a relative or employee of any attorney or counsel
    employed by the parties hereto, nor financially
13  interested, or otherwise, in the outcome of this action.
    In accordance with the Arkansas Rules of Civil Procedure,
14  Rule 30(e), review of the foregoing transcript by the
    witness was not requested by the deponent or any party
15  thereto.
    GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 25th
16  day of March 2024.

17

18

19

20
                            _____
21                          Michelle R. Satterfield, CCR
                            LS Certificate No. 570
22                          Notary Public in and for
                            Faulkner County, Arkansas
23

24

25