# In The Matter Of:
*Fayetteville Public Library, et al v.*
*Crawford County, Arkansas, et al*

*Madeline Anne Partain*
*March 15, 2024*
*CERTIFIED ORIGINAL/COPY*

*Michelle Satterfield, CCR*
*1955 Little River Drive*
*Conway, Arkansas  72034*
*(501)336-7414*
*Satterfield@conwaycorp.net*

Original File Madeline Anne Partain.txt
Min-U-Script® with Word Index

```
 1              IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
 2                     FAYETTEVILLE DIVISION

 3   FAYETTEVILLE PUBLIC LIBRARY, a political
     subdivision in the City of Fayetteville,
 4   State of Arkansas; EUREKA SPRINGS CARNEGIE
     PUBLIC LIBRARY; CENTRAL ARKANSAS LIBRARY
 5   SYSTEM; NATE COULTER; OLIVIA FARRELL;
     HAYDEN KIRBY;MIEL PARTAIN, in her own capacity
 6   and as parent and next friend of MADELINE PARTAIN;
     LETA CAPLINGER; ADAM WEBB;
 7   ARKANSAS LIBRARY ASSOCIATION; ADVOCATES FOR
     ALL ARKANSAS LIBRARIES; PEARL'S BOOKS, LLC;
 8   WORDSWORTH COMMUNITY BOOKSTORE, LLC, d/b/a
     WORDSWORTH BOOKS; AMERICAN BOOKSELLERS ASSOCIATION;
 9   ASSOCIATION OF AMERICAN PUBLISHERS,INC.; AUTHORS
     GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND
10   and FREEDOM TO READ FOUNDATION,             PLAINTIFFS

11   vs.                             NO. 5:23-CV-05086-TLB

12   CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH, in his
     official capacity as Crawford County Judge;
13   TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;
     MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA
14   HOWELL; BEN HALE; CONNIE MITCHELL; DAN TURNER;
     JANA BRADFORD; FRANK SPAIN; TIM BLAIR; KYLE HUNTER;
15   DANIEL SHUE; JEFF ROGERS; DAVID ETHREDGE; TOM TATUM,
     II; DREW SMITH; REBECCA REED MCCOY; MICHELLE C.
16   LAWRENCE; DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;
     CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and CHUCK
17   GRAHAM, each and in his or her official capacity as a
     prosecuting attorney for the State of Arkansas, DEFENDANTS
18

19
                            ORAL DEPOSITION
20
                                  OF
21
                         MADELINE ANNE PARTAIN
22

23   ***** THE ABOVE-STYLED MATTER was reported by Michelle R.
     Satterfield, CCR, LS Certificate No. 570, at the Wahlmeier
24   Law Firm, located at 1101 Walnut, Van Buren, Arkansas,
     commencing on the 15th day of March 2023, at 8:24 a.m.
25   *****
```

1                          I N D E X

2       TOPIC                                              PAGE

3    APPEARANCES                                            2-3

4    STIPULATIONS                                            5

5    WITNESS SWORN:   Madeline Anne Partain                  6

6              Examination by Mr. McLelland                  6

7              Examination by Mr. Watson                    29

8              Examination by Ms. Brownstein                37

9              Examination by Mr. Adams                     48

10             Further Examination by Ms. McLelland   41;49;52

11             Further Examination by Mr. Watson         47;56

12             Further Examination by Ms. Brownstein       51

13   REPORTER'S CERTIFICATE                                 57

14                       E X H I B I T S

15   NUMBER                DESCRIPTION                     PAGE

16   Deft's 1   Copy of Amended Complaint-Document 75        7
             (COPY OF EXHIBIT SCANNED INTO ETRANSCRIPT)

17

18                          * * * * *

          MS. BROWNSTEIN: Are you finished with the question? I need to object. I object to your characterization that it does not deal with LGBTQ theme. It does not state LGBT -- I can't even say it, but it does not mean it does not -- will not deal with it.

BY MR. WATSON:

Q    Okay. Based on your understanding, do all books that deal with LGBTQ themes deal with nudity, sexual conduct, sexual excitement or sadomasochistic abuse?

A    No.

Q    Okay. And, again, I apologize, this is an uncomfortable question. Are there any books, specifically that you are aware of, that would fall under this category of books that you know you would want to read?

A    Yes.

Q    There are. Okay. What are those books?

A    I can't think of specific titles at the moment, off the top of my head.

      Ones that I have read, gosh, a specific author is Colleen Hoover and John Green.

Q    And what about their books -- and I understand that you don't -- if you think of any titles as we go along, feel free to come back to that.

      What about their books includes, you know, that list

CERTIFIED ORIGINAL/COPY

1  of things that I just mentioned?
2      Just forget I asked that question and let me rephrase
3  it.  The books of theirs that you've read, is the entire
4  book or most of the book even dealing with these things
5  that I named; nudity, sexual conduct, sexual excitement
6  and sadomasochistic abuse?
7  A    Is your question if -- can you rephrase the question?
8  Q    Yeah.  So in a book there might be -- you know, their
9  themes, kind of the literature term for theme and
10 sometimes those themes are the entire book is about that
11 one thing.  Sometimes it might just be a few pages in the
12 book deal with that and it's just something that pops up a
13 couple of times.
14     So I'm asking of the books that you've read of
15 theirs, which category does that fall in?  Is it something
16 that the entire book is about, or is it something that
17 just appears in a few pages?
18 A    It appears.
19 Q    Okay.  So it's safe to say that you have not
20 previously read any books that are dedicated to discussing
21 these topics?
22 A    No.
23 Q    Okay.  And do you intend or are there any books that
24 you are aware of, that you want to read, that are
25 predominantly concerned with those topics?

1  A   No.
2  Q   Okay.  I hope that's the end of the awkward questions
3  that I have.  You know, there's my warning, but if it
4  comes up again, I'm sorry.
5      So now I want to go back, very quickly, to Section 5.
6  So this is about the library specifically.  Are you aware
7  of anyone -- so part of the way that Section 5 is set up,
8  it allows certain people to challenge books that are in
9  the library's collection.
10     Are you aware of that?
11 A   Yes.
12 Q   Are you aware of anyone who has said that they want
13 to challenge a book in the library's collection?
14 A   No one specifically, no.
15 Q   When you say no one specifically -- and we have to be
16 very technical.  So when you say no one specifically, are
17 you aware of someone generally?
18 A   I imagine Tammi Hamby would, considering she is of
19 the belief that books -- certain books shouldn't be
20 available to minors.
21 Q   But you're unaware of her ever saying that she
22 planned on challenging a book --
23 A   No.
24 Q   -- you're just making an assumption?
25 A   Yes.

CERTIFIED ORIGINAL/COPY

57

C E R T I F I C A T E

STATE OF ARKANSAS }
}
COUNTY OF FAULKNER}

RE:   ORAL DEPOSITION OF MADELINE ANNE PARTAIN

I, Michelle R. Satterfield, CCR, a Notary Public in and for Faulkner County, Arkansas, do hereby certify that the transcript of the foregoing deposition accurately reflects the testimony given; and that the foregoing was transcribed by me, or under my supervision, on my Eclipse computerized transcription system from my machine shorthand notes taken at the time and place set out on the caption hereto, the witness having been duly cautioned and sworn, or affirmed, to tell the truth, the whole truth and nothing but the truth.

I FURTHER CERTIFY that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was taken; and, further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested, or otherwise, in the outcome of this action.

In accordance with the Arkansas Rules of Civil Procedure, Rule 30(e), review of the foregoing transcript by the witness was not requested by the deponent or any party thereto.

GIVEN UNDER MY HAND AND SEAL OF OFFICE on this the 24th day of March 2024.

_____
Michelle R. Satterfield, CCR
LS Certificate No. 570
Notary Public in and for
Faulkner County, Arkansas