IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, a political
subdivision in the City of Fayetteville, State of
Arkansas, et al.

                                                                                PLAINTIFFS

v.                       NO. 5:23-CV-05086-TLB

CRAWFORD COUNTY, ARKANSAS, et. al

                                                                                DEFENDANTS

**PLAINTIFF WORDSWORTH COMMUNITY BOOKSTORE LLC D/B/A WORDSWORTH BOOKS' RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY PROSECUTING ATTORNEY DEFENDANTS**

Pursuant to Federal Rules of Civil Procedure 26 and 33 and the Local Rules of the United States District Court for the Western District of Arkansas, Plaintiff Wordsworth Bookstore LLC d/b/a Wordsworth Books ("Wordsworth") by and through its undersigned counsel, hereby objects and responds to Plaintiff's First Set of Interrogatories and Requests for Production to Wordsworth as follows:

**GENERAL STATEMENT**

These responses are made solely for the purpose of this action, and are made without waiving: (a) the right to object, on the grounds of competency, proprietary, admissibility, privilege, relevance and/or materiality, or any other proper grounds, to the use of these responses for any

15. Wordsworth's Specific Objections and Responses to the Requests are made subject to and without waiving, the foregoing General Objections, which are incorporated by reference into each of the below Responses.

## SPECIFIC OBJECTIONS AND RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

**INTERROGATORY NO. 1:** Identify 20 items in your collection that you believe are subject to regulation under Section 1 of Act 372 of 2023.

**RESPONSE**: Wordsworth objects to Interrogatory No. 1 as confusing, vague, and unduly burdensome because it requires Wordsworth to draw legal conclusions about the extent to which materials it sells are subject to regulation under Section 1 of Act 372, a law that Wordsworth alleges is unconstitutionally vague. Wordsworth also objects that its ability to identify books its sells that the Prosecutor Defendants may consider to be subject to Act 372 would be greatly enhanced if it had the benefit of the Prosecutor Defendants' response to Plaintiffs' first set of discovery requests, which should clarify, among other things, the Prosecutor Defendants' views on the applicability of Act 372 to a list of frequently challenged books. Understanding how the Prosecutor Defendants, who are tasked with interpreting and enforcing Act 372, understand that law will help Wordsworth more accurately determine which books it sells are likely to trigger a prosecution under Section 1 of Act 372, if they are made generally available to library patrons, regardless of age.

Without waiving these objections, Wordsworth provides the following list of books, which meet the definition of "materials" under Act 327 and are in or have recently been in Wordsworth's collection. In providing this list of books to which Act 372 Section may apply, Wordsworth chose books which may be deemed by the prosecutors to be harmful to minors 8 years old, as

required under *Shipley, Inc. v. Long*, 359 Ark. 208, 195 S.W.3d 911 (Ark. 2004), although they are, in Wordsworth's view, at least constitutionally protected as to older minors and adults.

- A Court of Mist and Fury by Maas, Sarah J.
- Adjustment Day by Palahiuk, Chuck
- All Boys Aren't Blue by Johnson, George M.
- Adjustment Day by Palahniuk, Chuck
- Beloved by Morrison, Toni
- Bridgerton by Quinn, Julia
- Call Me By Your Name by Aciman, Andre
- Everything You Always Wanted to Know About Puberty by Katz, Morris
- Forever by Blume, Judy
- Looking for Alaska by Green, John
- Sanctuary by Faulkner, William
- Speak: The Graphic Novel by Anderson, Laurie Halse
- The Absolutely True Diary of a Part-Time Indian by Alexie, Sherman
- The Bluest Eye, by Morrison, Toni
- The Catcher in the Rye by Salinger, J. D.
- The Color Purple by Walker, Alice
- The Handmaid's Tale by Atwood, Margaret
- The Perks of Being a Wallflower by Chbosky, Stephen
- To Kill a Mockingbird, by Lee, Harper
- Ulysses by Joyce, James

**INTERROGATORY NO. 2**: For each item identified in response to Interrogatory No. 1, identify the chapter numbers, timestamps, or other specific indicator that you believe make the item subject to Section 1.

**RESPONSE**: Wordsworth objects to Interrogatory No. 1 to the extent it seeks disclosure of information protected by the attorney-client privilege, attorney work product doctrine, common interest privilege, and other applicable privileges. Wordsworth further objects to Interrogatory No. 4 as confusingly worded, vague, and unduly burdensome because it requires Wordsworth to draw legal conclusions about the extent to which items it sells that are subject to regulation under Section 1 of Act 372, a law that Wordsworth alleges is unconstitutionally vague. Moreover, determining if an item is "harmful to minors" – and, thus, is subject to Act 372's restrictions on its availability – requires that the item be "taken as a whole," Ark. Code Ann. 5-68-501(2); *Miller v. California*, 413 U.S. 15, 24 (1973), and considered in the context of the age and maturity of the specific minor to whom the material is made available, *see Ginsberg v. New York*, 390 U.S. 629, 631-32 (1968). Prelim. Inj. Op. (Doc. 53) at 27 ("Act 372's definition of 'harmful to minors' precisely tracks the Supreme Court-approved definitions from *Ginsberg* and *Miller*").

Thus, it is not possible to identify which portions of the books Wordsworth has identified in its answer to Interrogatory No. 2 might cause one of the Prosecutor Defendants to initiate a prosecution.

Accordingly, without waiving any objections and for the reasons stated above, Wordsworth declines to identify specific chapter numbers, timestamps, or other specific indicators that would make the books identified above subject to Section 1 of Act 372.

Respectfully submitted

/s/ Michael A. Bamberger

Michael A. Bamberger*
Kristen Rodriguez*
Rebecca Hughes Parker*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-6700
E-Mail: michael.bamberger@dentons.com
E-Mail: kristen.rodriguez@dentons.com
E-Mail: rebeccahughes.parker@dentons.com

*Admitted pro hac vice*

*Attorneys for Pearl's Books, LLC, Wordsworth Community Bookstore LLC, American Booksellers Association, Association of American Publishers, Inc., Authors Guild, Inc. Comic Book Legal Defense Fund, and Freedom to Read Foundation*

## CERTIFICATE OF SERVICE

I, Rebecca Hughes Parker, certify that a copy of the foregoing pleading has been served via email on the counsel of record in this case on March 18, 2024.

/s/ Rebecca Hughes Parker
Rebecca Hughes Parker