# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision
in the City of Fayetteville, State of Arkansas;
**EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY**;
**CENTRAL ARKANSAS LIBRARY SYSTEM**;
**NATE COULTER; OLIVIA FARRELL; HAYDEN KIRBY;**
**MIEL PARTAIN**, in her own capacity and as parent and
next friend of **MADELINE PARTAIN; LETA CAPLINGER;**
**ADAM WEBB; ARKANSAS LIBRARY ASSOCIATION;**
**ADVOCATES FOR ALL ARKANSAS LIBRARIES;**
**PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY**
**BOOKSTORE LLC d/b/a WORDSWORTH BOOKS;**
**AMERICAN BOOKSELLERS ASSOCIATION;**
**ASSOCIATION OF AMERICAN PUBLISHERS, INC.;**
**AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE**
**FUND; and FREEDOM TO READ FOUNDATION**                                              **Plaintiffs**

Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS;**
**CHRIS KEITH**, in his official capacity as Crawford County Judge;
**TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;**
**MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA HOWELL;**
**BEN HALE; CONNIE MITCHELL; DAN TURNER; JANA BRADFORD;**
**FRANK SPAIN; TIM BLAIR; KYLE HUNTER; DANIEL SHUE;**
**JEFF ROGERS; DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;**
**REBECCA REED MCCOY; MICHELLE C. LAWRENCE;**
**DEBRA BUSCHMAN; TONY ROGERS; JOSHUA ROBINSON;**
**CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and**
**CHUCK GRAHAM**, each in his or her official capacity as
a prosecuting attorney for the State of Arkansas.                                        **Defendants**

**MIEL PARTAIN'S, AS PARENT AND NEXT FRIEND OF MADELINE PARTAIN, OBJECTIONS AND RESPONSES TO DEFENDANTS PROSECUTING ATTORNEYS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Miel Partain, as Parent and Next Friend of Madeline Partain, provides the following objections and responses to Defendants Prosecuting Attorneys' First Set of Interrogatories and Request for Production in accordance with Federal Rules of Civil Procedure 33 and 34.

## Interrogatories

**INTERROGATORY NO. 1:** Identify five items that (1) you wish for your daughter to read, browse, or view or that she wishes to read, browse, or view and (2) you believe or she believes are subject to regulation under Section 1 of Act 372 of 2023.

**ANSWER:** Plaintiff Miel Partain, as parent and next friend of Madeline Partain, objects to this interrogatory because it requires her to draw legal conclusions about Section 1 and Act 372 which she is unqualified to make and, additionally, which section of Act 372 she asserts is unconstitutionally vague.

**INTERROGATORY NO. 2:** For each item identified in response to Interrogatory No. 1, identify the chapter numbers, timestamps, or other specific indicator that you believe or your daughter believes make the item subject to Section 1.

**ANSWER:** See answer to Interrogatory No. 1.

**INTERROGATORY NO. 3:** For the years 2019 to the present, identify every place from which your daughter, or you on her behalf, have loaned, rented, purchased, or browsed for books, including brick-and-mortar stores, online retailers, and libraries.

**ANSWER:**

Crawford County Public Library, Van Buren Branch, Van Buren High School Library and numerous teacher's classrooms. Chapters on Main bookstore in Van Buren, AR, Novel bookstore in Memphis, TN, Dickson Street Bookshop and Pearl's Books in Fayetteville, AR, Elliott Bay Book Company in Seattle, WA, and Amazon.com. I have also borrowed numerous books from friends.

## Requests for Production

**REQUEST FOR PRODUCTION NO. 1:** Produce copies of the portions of items identified in response to Interrogatory No. 2 that you believe or your daughter believes make the item subject to regulation under Section 1 of Act 372 of 2023.

**RESPONSE:** See answer to Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents relied on in answering this First Set of Interrogatories and Requests for Production.

**RESPONSE:** See answer to Interrogatory No. 1. Without waiving this objection, the response is "None."

Submitted this 18th day of March, 2024

/s/Bettina E. Brownstein
Ark. Bar No. 85019
904 W. 2nd Street, Suite 2
Little Rock, AR 72201
Tel: (501) 920-1764
E-mail: bettinabrownstein@gmail.com

Attorney for Plaintiffs Hayden Kirby, Leta Caplinger, and Mel Partain in her own Capacity and as Mother and Next Friend of Madeline Partain.

*On Behalf of the Arkansas Civil*

## VERIFICATION

I, Miel Partain, as Parent and Next Friend of Madeline Partain, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2024 at Van Buren, Arkansas.

/s/ Miel Partain, as Parent and
Next Friend of Madeline Partain
Miel Partain

## CERTIFICATE OF SERVICE

I, hereby certify that on this 18th day of March, 2024, I served the foregoing on all defense counsel of record, including counsel for the propounding parties, Noah P. Watson, *via* e-mail.

/s/Bettina E. Brownstein