# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision in the City of Fayetteville, State of Arkansas;
EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY;
CENTRAL ARKANSAS LIBRARY SYSTEM;
NATE COULTER; OLIVIA FARRELL; HAYDEN KIRBY;
**MIEL PARTAIN**, in her own capacity and as parent and next friend of **MADELINE PARTAIN**; **LETA CAPLINGER; ADAM WEBB; ARKANSAS LIBRARY ASSOCIATION; ADVOCATES FOR ALL ARKANSAS LIBRARIES;**
**PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY BOOKSTORE LLC d/b/a WORDSWORTH BOOKS; AMERICAN BOOKSELLERS ASSOCIATION; ASSOCIATION OF AMERICAN PUBLISHERS, INC.; AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND; and FREEDOM TO READ FOUNDATION**  Plaintiffs

Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS;**
**CHRIS KEITH**, in his official capacity as Crawford County Judge;
**TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;**
MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA HOWELL;
BEN HALE; CONNIE MITCHELL; DAN TURNER; JANA BRADFORD;
FRANK SPAIN; TIM BLAIR; KYLE HUNTER; DANIEL SHUE;
JEFF ROGERS; DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;
REBECCA REED MCCOY; MICHELLE C. LAWRENCE;
**DEBRA BUSCHMAN; TONY ROGERS; JOSHUA ROBINSON; CAROL CREWS; KEVIN HOLMES;
CHRIS WALTON; and
CHUCK GRAHAM**, each in his or her official capacity as a prosecuting attorney for the State of Arkansas.  Defendants

PLAINTIFF LETA CAPLINGER'S OBJECTIONS AND RESPONSES TO DEFENDANTS PROSECUTING ATTORNEYS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO HAYDEN KIRBY

Plaintiff Leta Caplinger provides the following objections and responses to Defendants Prosecuting Attorneys' First Set of Interrogatories and Requests for Production, in accordance with Federal Rules of Civil Procedure 33 and 34.

## Interrogatories

**INTERROGATORY NO. 1:** Identify five items you wish to read, browse, or view that you believe are subject to regulation under Section 1 of Act 372 of 2023.

**ANSWER:** Plaintiff Caplinger objects to this interrogatory because it requires her to draw legal conclusions about Section 1 and Act 372 which she is unqualified to make and, additionally, which section of Act 372 she asserts is unconstitutionally vague.

**INTERROGATORY NO. 2:** For each item identified in response to Interrogatory No. 1, identify the chapter numbers, timestamps, or other specific indicator that you believe make the item subject to Section 1.

**ANSWER:** See objection to Interrogatory No. 1.

**INTERROGATORY NO. 3:** For the years 2019 to the present, identify every place from which you have loaned, rented, purchased, or browsed for books, including brick-and-mortar stores, online retailers, and libraries.

**ANSWER:** Chapters on Main, Booklist, Books A Million, Barnes and Noble, Once Upon A Book, various antique shops and flea markets. Crawford County Library System: Main branch, Cedarville branch, Alma branch, Mulberry branch. Fort Smith public library: Main branch, Windsor branch, Dallas Branch and Greenwood branch. I have also browsed for books at bookstores, antique shops, quilting and embroidery shops while on vacation, whose names I do not recall, and at the Springfield, Gilcrease and Chihuly museum exhibits. I have browsed for books online from the following websites: Amazon, Abe Books, Once Upon a Book, Books and Things, Hamilton Books, Facebook, Hal Leonard and Lexis.

## Requests for Production

**REQUEST FOR PRODUCTION NO. 1:** Produce copies of the portions of items

identified in response to Interrogatory No. 2 that you believe make the item subject to regulation under Section 1 of Act 372 of 2023.

**RESPONSE:** See objection to Interrogatory No. 1.

**REQUEST FOR PRODUCTION NO. 2:** Produce all documents you relied on in answering this First Set of Interrogatories and Requests for Production.

**RESPONSE:** See objection to Interrogatory No. 1. Without waiving this objection, the response is "None".

Submitted this 18th day of March, 2024

/s/Bettina E. Brownstein
Ark. Bar No. 85019
904 W. 2nd Street, Suite 2
Little Rock, AR 72201
Tel: (501) 920-1764
E-mail: bettinabrownstein@gmail.com

Attorney for Plaintiffs Hayden Kirby, Leta Caplinger, and Mel Partain in her own Capacity and as Mother and Next Friend of Madeline Partain.

*On Behalf of the Arkansas Civil Liberties Foundation*

VERIFICATION

I, Leta Caplinger, declare under penalty of perjury under the laws of the United States of America that the foregoing responses are true and correct.

Executed on March 18, 2024 at Van Buren, Arkansas.

/s/Leta Caplinger
Leta Caplinger

CERTIFICATE OF SERVICE

I, hereby certify that on this 18th day of March, 2024, I served the foregoing on all defense counsel of record, including counsel for the propounding parties, Noah P. Watson, *via* e-mail.

/s/Bettina E. Brownstein
Bettina E. Brownstein