IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, et al.                          PLAINTIFFS


       v.                                   NO. 5:23-cv-5086


CRAWFORD COUNTY, ARKANSAS, et al.                          DEFENDANTS

## DECLARATION OF JOHN ADAMS

I, John T. Adams, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      The facts contained in this declaration are based on my personal knowledge and I can testify competently to them if called upon to do so. I submit this sworn declaration in support of Plaintiffs' Motion for Summary Judgment.

2.      I serve as counsel to Plaintiffs Central Arkansas Library System, Nate Coulter, and the Eureka Springs Carnegie Public Library.

3.      Attached as Exhibit A is a true and correct copy of Jason Rapert (@jasonrapert), X.com (Apr. 15, 2024, 10:55 AM), https://x.com/jasonrapert/status/1779931475439165655.

4.      Attached as Exhibit B is a true and correct copy of Thomas Saccente, *Crawford County Library Board Looks to Create New A Public Comment Policy After Increased Engagement At Meetings*, Arkansas Democrat Gazette (May 14, 2023, 1:00 AM), https://tinyurl.com/yc5w59k6.

5.      Attached as Exhibit C is a true and correct copy of Debra Hale-Shelton, *Policing Libraries, AKA Book Banning, Moves A Step Further in Arkansas*, Ark. Times (March 19, 2024, 12:36 PM), https://tinyurl.com/ejru6wsy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 15, 2024 in Pulaski County, Arkansas.

_/s/ John T. Adams_____
John T. Adams

# EXHIBIT A



**Jason Rapert** ✔
@jasonrapert

I told you so.
My request for a survey of #Arkansas public libraries to report to us on
having any books with obscene, pornographic or objectionable materials
accessible to minor children has been received. As a member of the
Arkansas State Library Board, I thank those who have reported honestly
and for answering the request.

There are TONS of these books on Arkansas library shelves in print and
also digital form. Many are surprised the list is so large. Thank you to
those in the Arkansas legislature for passing ACT 372 and thanks to
@SarahHuckabee Governor Sanders for signing the bill into law. It was
the right thing to do!

I call upon all library boards and librarians to IMMEDIATELY remove these
books and secure them out of reach of minor children. It is ludicrous that
anyone would think it's ok for little kids to have access to books
containing obscene sexual material in them.

Regardless of the lawsuits pending by activists who actually want these
trashy books accessible to minors - the good people of Arkansas should
take action. I urge all local library boards, county quorum courts and
county judges to stop this mess.

I have already requested further action and want Arkansas people to
know the truth.

NOTE: NO ONE WHO THINKS IT IS OKAY TO GIVE LITTLE KIDS ACCESS
TO BOOKS WITH SEXUALLY EXPLICIT MATERIAL SHOULD BE SERVING
AS A LIBRARIAN, LIBRARY STAFF, MEMBER OF THE BOARD OF A PUBLIC
ENTITY, OR SERVE IN PUBLICLY ELECTED OFFICE.
#arpx #arleg #Arkansas @THV11 @KATVNews @KARK4News
@FOX16News @ArkansasOnline



10:55 AM · Apr 15, 2024 · **9,584** Views

♡ 61          ⇄ 17          ♡ 9          🔖 1          ⬆



## Summary List for Board.xlsx ⌄ Done

| Summary Sheet | Ashley County | Baxter County | Calhoun County | CALS-Pulaski and Perry |

**All Counties**

| Title | Currently Owned Print | Currently Owned Digital | Previously Owned Print | Previously Owned Digital |
|---|---|---|---|---|
| *This Book Is Gay*, by Juno Dawson | 6 | 3 | 1 | 0 |
| *Out of Darkness*, by Ashley Hope Perez | 8 | 4 | 0 | 0 |
| *All Boys Aren't Blue*, by George M. Johnson | 6 | 1 | 0 | 0 |
| *It's Perfectly Normal*, by Robie H. Harris and Michael Emberley | 10 | 1 | 1 | 0 |
| *Lawn Boy*, by Jonathan Evison | 9 | 3 | 1 | 0 |
| *Jack of Hearts*, by L.C. Rosen | 4 | 2 | 0 | 0 |
| *Crank*, by Ellen Hopkins | 18 | 2 | 4 | 0 |
| *Lucky*, by Alice Sebold | 8 | 0 | 1 | 0 |
| *A Court of Mist and Fury*, by Sarah J. Maas | 26 | 11 | 1 | 0 |
| *l8r g8r*, by Lauren Myracle | 4 | 2 | 1 | 0 |
| *Gender Queer*, by Maia Kobabe | 6 | 1 | 1 | 0 |
| *Milk and Honey*, by Rupi Kaur | 11 | 3 | 1 | 0 |
| *The Handmaid's Tale: A Graphic Novel*, by Margaret Atwood | 12 | 1 | 0 | 0 |
| *What Girls Are Made Of*, by Elana Arnold | 9 | 3 | 0 | 0 |
| *The Perks of Being a Wallflower*, by Stephen Chbosky | 20 | 2 | 2 | 0 |
| *The Nowhere Girls*, by Amy Reed | 11 | 2 | 2 | 0 |
| *The Glass Castle*, by Jeannette Walls | 28 | 4 | 0 | 0 |
| *Damsel*, by Elana Arnold | 14 | 2 | 1 | 0 |
| *Impulse*, by Ellen Hopkins | 13 | 3 | 4 | 0 |
| *People Kill People*, by Ellen Hopkins | 10 | 1 | 1 | 0 |
| *Perfect*, by Ellen Hopkins | 15 | 1 | 3 | 0 |
| *Smoke*, by Ellen Hopkins | 13 | 1 | 2 | 0 |
| *Tilt*, by Ellen Hopkins | 9 | 1 | 4 | 0 |
| *Traffick*, by Ellen Hopkins | 7 | 1 | 4 | 0 |
| *Tricks*, by Ellen Hopkins | 13 | 1 | 5 | 0 |
| *Fallout*, by Ellen Hopkins | 16 | 2 | 2 | 0 |
| *What We Saw*, by Aaron Hartzler | 7 | 1 | 1 | 0 |
| *The Exact Opposite of Okay*, by Laura Steven | 4 | 0 | 1 | 0 |
| *Chicken Girl*, by Heather Smith | 0 | 0 | 0 | 0 |
| *Asking For It*, by Louise O'Neill | 6 | 3 | 0 | 0 |

💬 61    🔁 17    ♡ 9    📊 9.5K    ⬆

# EXHIBIT B



☰    🔍



📄 **Today's Paper**   Home   LEARNS   News   Sports   Politics   Business   Opinion

   

# Crawford County Library Board looks to create new a public comment policy after increased engagement at meetings

Recently, people wanting to speak at meetings have addressed LGBTQ books, rules

May 14, 2023 at 1:00 a.m.

by [Thomas Saccente](#)

  



Keith Pigg, a member of the Crawford County Library Board representing the Mulberry Public Library, speaks during the Library Board's meeting in Alma Tuesday. (River Valley Democrat-Gazette/Thomas Saccente)

ALMA -- The Crawford County Library Board voted unanimously Tuesday to form a subcommittee to create a public comment policy amid ongoing controversy.

The subcommittee will consist of all five board members, as well as Eva White, the county library system's interim director.

Gentry Wahlmeier, an attorney for the county, said the Library Board hasn't enacted a public speaking policy, but people can speak during board meetings in accordance with Arkansas law requiring residents, at a minimum, be allowed to give input prior to the decision of any government body in the state.

The board's decision came after Tammi Hamby, board chairwoman, said during the board's meeting March 14 that only people who provided identification showing they live in Crawford County could speak at the meeting.

The county Quorum Court approved an ordinance outlining a similar procedure Feb. 21, according to minutes from that meeting. The ordinance limits public input at Quorum Court meetings to county residents, people who own businesses in the county and people the meeting chairperson invites to speak. The chairperson may also challenge a speaker to provide proof of residency in the county or "other bona fides."



However, in a March 27 letter to the library board included in Tuesday's board meeting packet, resident Rebecka Virden said the new rule Hamby provided prevented several people who hold county library system cards from speaking at the March 14 meeting.

The library board represents the interest of Crawford County Library System card holders, regardless of whether they can produce a photo ID with a Crawford County address, Virden wrote.

Permanent residents and property owners in the county, as well as people employed in the county and students enrolled in county schools, can get a library card for free, according to the library system's website. Other people can get a card for a $10 annual fee.

Public input and LGBTQ books

The library board has seen dozens of people attending and speaking at its recent meetings. The public comment portions of these meetings, which have taken place near the end, have largely consisted of residents weighing in on children's books with lesbian, gay, bisexual, transgender, queer or questioning subject matter and their place in each of the library system's five branches.

This included Tuesday's meeting, in which residents argued their perspectives with the board -- and each other -- for more than half an hour.

The board dealt with challenges from residents regarding multiple books of this nature at its Nov. 8 meeting, according to meeting material.

The River Valley City Elders, a local Christian community organization, requested people in a Dec. 13 newsletter to stand with Jeffrey Hamby -- Tammi Hamby's husband -- as he spoke to the Quorum Court on Dec. 19 regarding his concerns about

these sorts of books being purchased with taxpayer money and displayed at the Van Buren Public Library.

Jeffrey and Tammi Hamby had also outlined their grievances on the subject in a letter dated Nov. 10 addressed to the Quorum Court, then-Crawford County Judge Dennis Gilstrap and current County Judge Chris Keith.

The Hambys argued the constitutional rights of parents and their religious liberties were being subverted by a "progressive woke ideology" driven by Deidre Grzymala -- director of the county Library System at the time -- and her employees. They claimed this reported ideology was "normalizing and equating homosexual and transsexual lifestyles with heterosexual family units" without parental consent or the ability to not participate.

Grzymala said at the Library Board's Jan. 10 meeting all branches had moved their LGBTQ children's books out of the children's section into a new area within their respective adult book sections, according to a recording of the meeting. This came after the Quorum Court discussed the library and a compromise regarding the material at its Dec. 19 meeting.

Going Forward

Board member Keith Pigg, who represents the Mulberry Public Library, said certain elements of the Garland County Library Board's procedures for public comments at its meetings could be tailored to suit Crawford County.

One of the rules Pigg mentioned is people wishing to speak at Garland County meetings have to fill out a form listing their name, contact information and the subject they want to discuss. They then have to turn the form in to the library director or a board member at least one hour before the meeting.

"This gives the board time to adjust the meeting to allow for a time of public comments," the procedures state. "If no forms have been turned in one hour ahead of the meeting, such time will not be allotted."

Wahlmeier, the attorney for the county, said public comment sections of meetings generally happen before new business is discussed. In his experience, speakers are also limited to talking about items on the meeting agenda and usually have three to five minutes to do so.

The new subcommittee is set to devise a public comment policy for consideration at the Library Board's next regular meeting July 11 at the Cedarville Public Library.



Kara McCubbin, children and youth services librarian, reads a book to families during a weekly story time event, Thursday, May 11, 2023, at the Alma Public Library in Alma. At a meeting on Tuesday, the Crawford County Library Board discussed implementing a public comment policy at its meetings, as well as the search for a new county Library System director. (River Valley Democrat-Gazette/Hank Layton)



A selection of childrens books which have been under scrutiny from community members are displayed in a designated section, Thursday, May 11, 2023, at the Alma Public Library in Alma. At a meeting on Tuesday, the Crawford County Library Board discussed implementing a public comment policy at its meetings, as well as the search for a new county Library System director. (River Valley Democrat-Gazette/Hank Layton)



A list of policies displays on the wall, Thursday, May 11, 2023, at the Alma Public Library in Alma. At a meeting on Tuesday, the Crawford County Library Board discussed implementing a public comment policy at its meetings, as well as the search for a new county Library System director. (River Valley Democrat-Gazette/Hank Layton)

## Library System Director

The Crawford County Library Board also voted 4-0 Tuesday to expand its search for a new director of the county Library System to a nationwide level. Tammi Hamby said the board had received only one application for the position after advertising on a statewide level.

The board appointed Eva White as interim director Feb. 24 after Deidre Grzymala left the director seat that same day as part of a separation agreement between her, Crawford County, the system and the Van Buren Public Library.

Source: Crawford County Library Board

# EXHIBIT C

# Policing libraries, aka book banning, moves a step further in Arkansas

BY **Debra Hale-Shelton** ON **March 19, 2024 12:36 pm**                          11 Comments



Depositphotos

"Fahrenheit 451," Ray Bradbury's 1953 dystopian novel about censorship via book-burning, is another step closer to reality in Arkansas as self-anointed censors try to control not only what books their children can read but what other children can read as well.

On March 12, at the behest of former state Sen. **Jason Rapert**, the head of the Arkansas State Library emailed state funded libraries to ask if they own or have owned 30 specific titles. Rapert was one of two appointees **Gov. Sarah Huckabee Sanders** named to the state library board in December.

In the March 12 email, State Library Director **Jennifer Chilcoat** specified that she was asking only about materials accessible to readers under age 18. It applies to traditional bound books as well as eBooks and audiobooks, she said.

"Your voluntary cooperation is requested," Chilcoat wrote, adding that responses are due by April 2. (Care to speculate on whether Rapert will be content with any librarian's "voluntary" decision not to submit to his personal political and religious beliefs?)

Chilcoat, who clearly is in a difficult position, noted that the request was coming from a library board member, though she did not identify that member as Rapert.

At Rapert's first board meeting in February, he dominated the discussion and tried to cut off funding to library systems that are challenging the state over a new law that targets librarians. His motion failed without a second.

Rapert, who founded **Holy Ghost Ministries** and the **National Association of Christian L[...]** later declared himself "the conscience of the Arkansas State Library Board" on Facebook. H[...] emailed Chilcoat and fellow state library board members and asked Chilcoat to contact pub[...] funded libraries about the 30 books in question.

Sign in

"It has been reported to me that these books may have material in them inappropriate for minor children," Rapert said in that email.

You can see the list of books Rapert wants checked here.

You'll find books that dare to focus on topics such as transgender issues or addiction. You'll also find some particularly popular books such as Jeannette Walls' "The Glass Castle" and Rupi Kaur's "Milk and Honey."

At the rate things are going, Rapert and a few other censors will want to be your and my conscience next and decide which books those of us over 18 can or can't read as well.

Indeed, Rapert's earlier email suggests he might want to check again later for more books he finds objectionable. He said, "To start with, please ask each library if they have now, or previously had, the following book titles in their collections."

**Alisha Price**, attorney for the state Department of Education, said today that Rapert "did not say, and it is unknown where the list came from. … It is also unknown whether this is the full list submitted or whether he plans to submit others after." (The Arkansas State Library is a part of the education department.)

Price also said that "no libraries have indicated, in writing or otherwise, that they will not reply." The library board has so far received about 23 responses, she said. Four counties do not get any state library aid and were not asked to respond to the inquiry, Price added.



**Debra Hale-Shelton**
Debra Hale-Shelton is a reporter for the Arkansas Times. She has previously worked for The Associated Press and the Arkansas Democrat-Gazette.

## Help to Keep Great Journalism Alive in Arkansas

Arkansas Times needs to raise $25,000 to help fund our new agriculture and environm
reporter, who comes to us with help from Report For America. Without a dedicated
agriculture reporter, the stories of our state's primary industry and its 243,000 workers

Sign in