IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, et al.             PLAINTIFFS

NO. 5:23-cv-5086

v.

CRAWFORD COUNTY, ARKANSAS, et al.            DEFENDANTS

## **DECLARATION OF NATE COULTER**

I, Nate Coulter, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are based on my personal knowledge and I can testify competently to them if called upon to do so. I submit this sworn declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I am a member of the Arkansas and American Library Associations. I hold an A.B. in history from Harvard University, a J.D. from Harvard Law School, and a master's degree in Library & Information Science from the University of Wisconsin-Milwaukee. I have been a member of the Arkansas bar continuously since 1985.

3. I live in Pulaski County, Arkansas and have worked as the Executive Director of the Central Arkansas Library System ("CALS") since 2016. In my capacity as the Executive Director of CALS, I report to the CALS board. I prepare an annual budget for their consideration. I oversee the staff who plan and execute the day-to-day delivery of library services available in our fourteen branches and online. As its chief executive officer, I am primarily responsible for ensuring that CALS complies with applicable federal and state laws, including Act 372.

4. CALS, as it is currently configured, was created in 1998 as a public body by an intergovernmental agreement among the City of Little Rock, Pulaski County, Perry County, the

City of Jacksonville, the City of Sherwood, and the City of Maumelle. It is the largest public library system in the state and now includes fourteen branches. Almost 350,000 Arkansans live in the CALS's service area which represents about 11% of the state's population.

5. Under my supervision, CALS maintains a collection of approximately 800,000 items, which have been acquired and are displayed in keeping with best practices for public library administration and within the physical constraints of the facilities maintained by CALS. The items in CALS's collection are principally displayed in library facilities with open floor plans on bookshelves that are logically arranged by genre and reading ability, such that a reader can quickly find the item they are looking for or, alternatively, browse through and consider materials that match their interests and comprehension levels. This setup is typical for other libraries that I have seen and visited in Arkansas.

6. From my training and professional experience, I am familiar with the best practices that should govern a public library's acquisition and display of materials in its collection, which call for public libraries to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered inappropriate or dangerous by the majority.

7. As a matter of CALS Board Policy, I am obligated to oversee the collection of a diverse set of materials. Specifically, Board Policy #300 provides that CALS seeks to "[m]ake available a wide diversity of points of view, subjects, opinions, and modes of expression, reflecting the diversity of the community and world we inhabit, and the diversity of reader tastes and interests. No library material will be excluded because of the race, nationality, sex, or the political, social, or religious views of its author or its intended audience." A true and correct copy of Board Policy #300 as currently in effect is attached hereto as Exhibit A.

8. It is my belief that some of the items in CALS's collection, though constitutionally protected, and compatible with our board policy, could be deemed harmful to or inappropriate for

minors and therefore subject to the criminal penalties in Section 1 of Act 372 of 2023 or a challenge under Section 5 of Act 372. For instance, I know that CALS has in its collection art and medical books that depict nudity. And I know that CALS has books that appear on lists of books considered objectionable by various groups and individuals, such as all ten of the American Library Association's Most Challenged Books of 2023.[1] Although these books have scientific, medical, and/or artistic value for adults and many older minors, some people could conceivably consider them harmful to younger (or even older) minors.

9. While these constitutionally protected but conceivably "harmful to minors" books are not shelved in the children's sections of our 14 libraries, at present these books are not physically and securely segregated and could be viewed by CALS patrons as young as 11, who are currently allowed to be in the library without an adult chaperone. CALS maintains this policy to support children's access to reading material and to foster a love for reading. Visitors who are younger than 11 years old must be accompanied by someone 16 or older to enter CALS facilities under Rule 20 of the board-approved Rules of Conduct. A true and correct copy of Board Policy #400 ("Rules of Conduct") is attached hereto as Exhibit B.

10. Across the system CALS currently does not have any rooms in which materials could be segregated and kept physically secure from younger readers that are not presently being used for some other purpose, such as a community meeting space. And constructing new, secure spaces within our various libraries is not a viable option for CALS.

11. Unless we bar all minors from entering our libraries we would have to track the movements of each of them to be sure they did not encounter books that might be inappropriate or harmful to younger minors. The additional staff time that would be necessary to monitor the

---

[1] https://www.ala.org/advocacy/bbooks/frequentlychallengedbooks/top10

collection to ensure that minors do not enter the main CALS collection would, on its own, increase CALS's annual salary and benefit expenses by an estimated 11.7%, or $1.86 million. CALS does not have the budget to accommodate those expenses.

12. CALS does not have enough staff to review quickly and efficiently every item in the collection to determine whether that item might subsequently be deemed harmful to a younger minor by a prosecutor, or challenged as inappropriate, and therefore must be placed in the segregated adults only room. That level of review would, at a minimum, require the staff to review each item in CALS's collection closely enough to understand the content of the item and context in which that content is presented to the reader or viewer. For a collection the size of ours that is constantly being added to and weeded by staff, we might need an entire department of employees charged with screening materials to be sure they are okay to place in the general section of the libraries.

13. In addition to CALS's limited staff, CALS also provides employment and internship opportunities for minors. These positions are essential to the library's ability to provide services and meet the needs of library users. They also provide an important opportunity for students who are passionate about books to learn about how a library works and gain practical skills. To effectively participate in library work, our 16- and 17-year-old interns and employees must be able to access CALS's entire collection of materials. If their access is restricted to only those materials that are suitable for CALS's youngest readers, these interns and employees will be unable to either provide assistance to many of CALS's patrons or ensure that materials are properly re-shelved.

14. For all of these reasons, I do not believe that CALS is in a position to make the drastic and prohibitively expensive changes to its floor plan and operating procedures that appear to be necessary to segregate all potentially covered materials in the collection and to otherwise

comply with Act 372.

15. Moreover, even if CALS were in a position to change its physical layout to accommodate a dedicated space for segregated materials, doing so would deprive readers of access to information to which they are entitled, because such books would be harder to find and would require patrons to seek them out in a stigmatized "adults-only" area. For instance, the segregation of materials necessary to comply with Act 372 might, in some cases, require CALS to separate books within a series, which would be confusing for patrons and not in keeping with library best practices.

16. Because compliance with Act 372 will be difficult to accomplish for CALS, I am concerned that I could be criminally charged for simply doing my job and trying to make books available to all of CALS's readers, including both its youngest minor readers and more mature readers, that will be interesting, engaging, and well-matched to a reader's abilities and level of comprehension.

17. I will be irreparably harmed if I face criminal penalties, including up to a year in prison, for simply doing my job. Moreover, the hardship of a prison sentence would fall not only on me, but also on my family.

18. Even if I, or others at CALS, are not charged with a crime, I expect that CALS will be regularly burdened by challenges made under the Section 5 of Act 372.

19. CALS currently has a process through which patrons can request reconsideration of materials in the library's collection. This process has worked well for CALS and allows the library to be responsive to the feedback of its readers, including negative feedback, while not unduly burdening CALS staff or permitting the views of a few to shape what is available in our collection for the many thousands of patrons we serve. A true and correct copy of Board Policy #301 ("Reconsideration of Library Materials") is attached hereto as Exhibit C.

20. Through this process, we have received requests to remove materials dealing with teenage suicide, nudity, and sexual activity. I expect that those same books, as well as others dealing with similar themes, will be challenged repeatedly under Act 372.

21. Unfortunately, it is my belief that our current processes will need to be substantially changed in order to comply with Act 372. For instance, our current process requires the person challenging materials to be a resident of the CALS service area. Act 372 allows "person affected" by a material to challenge it. This opens the door to unlimited challenges being submitted by individuals who are not CALS library users or even taxpayers living within our service area. This is not a hypothetical concern—recent reporting from the *Washington Post* showed that over 1,000 of the book challenges they analyzed were submitted by just 11 people.[2] Under Act 372 those same 11 people could challenge materials in libraries across Arkansas and create enormous burdens for our staff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of May, 2024.

/s/ Nate Coulter
Nate Coulter

---

[2] Hannah Natanson, *Objection to sexual, LGBTQ content propels spike in book challenges*, Washington Post (May 23, 2023), https://wapo.st/43YJ1CJ.

# SELECTION OF LIBRARY MATERIALS
CENTRAL ARKANSAS LIBRARY SYSTEM
BOARD POLICY #300

BOARD APPROVAL: 3/27/91, 8/25/05, 1/28/16, 8/24/23
REVISION: 4/20/99, 8/05/05, 10/26/15, 7/25/19, 8/22/23
DIRECTOR'S RECOMMENDATION: 3/27/91
LEGAL ADVICE: NA
REFERENCE: NA

## OBJECTIVE

The objective of the Central Arkansas Library System (CALS) is to provide a balanced and broad collection of materials and resources in varied formats to enlighten, inform, entertain, and empower the diverse community of Pulaski and Perry Counties.

## SELECTION PRINCIPLES

The Board of Directors of CALS recognizes the pluralistic nature of the community and the varied backgrounds, levels of education, and needs of all citizens of all ages. The responsibility for selection of library materials is delegated to the Executive Director and under their direction to the appropriate members of staff. The Board, therefore, establishes the following principles to guide the Library in the selection process.

- Develop a well-rounded collection of current, high-demand, high-interest materials in a variety of formats to meet the needs of our patrons.

- Make available a wide diversity of points of view, subjects, opinions, and modes of expression, reflecting the diversity of the community and world we inhabit, and the diversity of reader tastes and interests. No library material will be excluded because of the race, nationality, sex, or the political, social, or religious views of its author or its intended audience.

- Provide materials to meet the recreation and information needs and interests of our patrons and organize those materials in age-appropriate collections.

- Make available current, accurate, and useful information to encourage lifelong learning by independent adult learners.

- Encourage minors to develop an interest in reading and learning by providing an outstanding collection of materials.

- Provide materials in digital/electronic formats. Changes and advances in technology make it imperative that the library adapts in order to offer the best and most complete information services.

- Provide an appropriate number of copies for each title purchased so that patrons do not need to wait an unreasonable length of time to get any item.

EXHIBIT
A

CALS00001

## INTELLECTUAL FREEDOM

All patrons are free to reject any materials of which they do not approve for their use. The choice of library materials for personal use is an individual matter. No one has the right to exercise censorship to restrict the freedom of use and/or access of others. The library staff does not serve in loco parentis (in place of the parent). Parents/guardians have the final responsibility for what their children choose to borrow from library collections. Any request for reconsideration of an item in the collection must follow the procedure outlined in the "Collection Development" section of "Policies and Governance" on the CALS website.

The Library subscribes to the philosophies outlined in the following documents.

Library Bill of Rights

Freedom to Read Statement

Freedom to View Statement

Labels and Rating Systems

Free Access to Libraries for Minors

From time to time, a person may be concerned about a particular book or other material in the Library. Patrons may request that CALS reconsider the inclusion of an item in the collection, or the decision to place the item in a particular area of the collection. Any request for reconsideration of an item in the collection must follow the procedure outlined in the "Collection Development" section of "Policies and Governance" on the CALS website.

## SELECTION CRITERIA

There is no single standard that can be applied to evaluate all the materials included in the Library's collections. Each type of material will be evaluated in terms of its own qualities and merits. Some general criteria used are:

- Selectors respond to community interests by careful consideration of patron requests for purchases, use patterns for existing materials, purchase trends of similar materials by peer libraries, and any other source of information indicating community interests.
- Evaluation in reputable review sources such as: *Booklist, Library Journal, Publisher's Weekly, The New York Times Book Review, School Library Journal, Arkansas Democrat-Gazette* as well as various websites and blogs.
- Popular demand
- Accuracy and currency of information
- Authority and reputation of the author or publisher
- Artistic and literary merit
- CALS staff is encouraged to recommend titles and subjects to be purchased for their branches based on knowledge of their patrons' needs and interests.

- The choice of format will be made considering customer needs first, then taking into account technological developments, cost of the item, and CALS ability to acquire, process, and circulate the items in the specific format.
- The format of materials must be suitable for library use and must be appropriate to convey the subject matter. Materials with formats that do not conform or lend themselves to library use are usually excluded. This includes items with processing and storage issues, single use items, and items and services not commercially available to libraries.
- The relation of new materials to existing CALS collections shall be considered.
- All materials will be judged as a whole rather than on isolated parts or passages. Works that depict an aspect of life honestly will not be excluded because of frankness of expression, or because it is controversial. Library materials will not be marked or identified to show approval or disapproval of contents, and no catalogued book or other item will be sequestered, except for the express purpose of protecting it from injury or theft.
- Since technical systems do not exist to insure Internet conformity with CALS' Selection Policy, users of the Internet are expected to know and abide by CALS' Public Computer and Internet Use Rules and Responsibilities.
- Unsolicited gifts will be subject to the same selection policies and procedures applied to any materials added to the collection. Any materials not added to library collections will be given to the Friends of CALS book sale.

**COLLECTION MAINTENANCE**

Periodic and continuous evaluation of materials in the collection is a priority of collection development and is considered of equal importance to the acquisition of new materials. Systematic and ongoing weeding of library materials is essential in order to assure an active and useful collection and the best use of available space. In addition to weeding of print materials, the discontinuation of purchasing and/or housing of older media formats will be considered when demand and availability indicate they are no longer appropriate for the collection.

Materials that are weeded may be given to the Friends of CALS or non-profit organizations for resale and/or reuse. Some items may be physically discarded due to significant damage or in a condition in which they cannot be sold or reused.

**SPECIAL COLLECTIONS**

Richard C. Butler, Sr. Center for Arkansas Studies Collection

The Butler Center for Arkansas Studies exists to collect, preserve, promote, and provide access to the historical, cultural, political and societal records of Arkansas, her counties, the city of Little Rock, and the immediate region. Toward that end, the Center shall collect the literature of the state, including both fiction and nonfiction. The Research Services Division of the Butler Center for Arkansas Studies acquires and preserves documents, photographs, maps, pamphlets, media, ephemera, and other primary materials. Along with materials that focus on events within the boundaries of the state and in keeping with its founding documents, the Butler Center collects material that provides insights into Arkansas's place in broader political and bioregional contexts.

A separate genealogical collection will also be maintained in the Butler Center. The genealogy collection will have a national scope, supplemented by materials covering foreign countries and regions. The Butler Center will maintain close relationships with private genealogical organizations in an attempt to acquire holdings of such groups.

Additional guidelines for selection for this collection will be implemented and revised, as needed, by Butler Center Staff.

CALS00004

# RULES OF CONDUCT
CENTRAL ARKANSAS LIBRARY SYSTEM
BOARD POLICY #400

BOARD APPROVAL: 2/22/89
REVISION: 3/29/94, 11/20/97, 1/22/98, 8/29/00, 09/28/12, 9/22/16, 7/26/18, 7/25/19, 12/17/20, 6/24/21, 8/15/23
DIRECTOR'S RECOMMENDATION: 2/22/89
LEGAL ADVICE: 3/9/93
REFERENCE: SEE ALSO Administrative Procedure 400, Administrative Procedure 401, FORM #053, FORM #054, FORM #055, FORM #056

In order to ensure that library facilities are safe, are welcoming, and provide equitable access to materials and services for all patrons, the CALS Board of Directors has adopted the following rules and regulations.

**RULES FOR USING THE CENTRAL ARKANSAS LIBRARY SYSTEM'S FACILITIES**

**Level 1: Actions that require immediate removal from the library premises**

1. Persons who break any local, state, or federal law while using library resources or facilities shall be immediately removed from the library and may be charged under appropriate ordinances, statutes, etc.

2. Persons who deface or mutilate any library property shall be immediately removed from the library. It is the policy of the Board that such persons be prosecuted under appropriate statutes. This especially applies to anyone guilty of defacing or mutilating books, periodicals, or other collections.

3. Persons carrying any weapon may not enter the library and shall be immediately removed and it is the policy of the Board that such persons be prosecuted. The only exception is for people in possession of a concealed handgun license recognized by the State of Arkansas.

4. Persons who urinate or defecate anywhere on the premises other than authorized restrooms shall be immediately removed from the library and may be charged under appropriate ordinances, statutes, etc.

EXHIBIT B

CALS00006

5. Persons engaged in sexual conduct or lewd behavior shall be immediately removed from the library and may be charged under appropriate ordinances, statutes, etc.

6. Persons engaged in fighting, abusive language, or other aggressive behavior shall be suspended from the library and may be charged under appropriate ordinances, statutes, etc.

7. Patrons whose bodily hygiene is offensive so as to constitute a nuisance to other persons shall be required to leave the building. They may reenter the library when they have eliminated the nuisance caused by their hygiene.

**Level 2: Actions that require a written copy of the rules and/or verbal warning, but if repeated are subject to further action**

8. Patrons in the library shall be engaged in using library materials, services, or facilities for their intended purpose.

9. Patrons shall not engage in harassing or threatening activities in the library.

10. All patrons must wear shoes and, as appropriate, trousers, outer shorts, pants, skirts, dresses, blouses, shirts, and/or T-shirts.

11. Patrons may eat or drink only in designated areas of the library.

12. Smoking, use of tobacco products, and electronic nicotine delivery devices are prohibited on CALS property.

13. Sleeping is not permitted in the library.

14. No animals, except service animals accompanying persons with disabilities, are allowed in the library.

15. Nonlibrary-approved solicitation in any form is forbidden.

16. Public restrooms shall not be used for bathing, shaving, or washing clothing.

17. Conversations, including cell phone conversations, that disturb other patrons or interfere with the ability of the staff to perform its duties are forbidden. Volume from earphones and other portable devices should not be so loud as to disturb others. Speakerphone and speaker functions shall not be used inside the library.

18. Littering of the building and library grounds is forbidden.

19. Patrons' personal belongings must not block access to walkways, computers, or other library resources, and must not be left unattended. Any carrying device that is allowed in the library is subject to search when the person leaves the building, in accordance with Arkansas Statute 13-2-805.

20. Children ages 11 and older are welcome to be at the library without a caregiver if their behavior complies with the Rules of Conduct. Caregivers should be at least sixteen years of age and attentive to the needs of persons in their care. Further information regarding caregivers and child safety can be found in the library's Safe Child Procedure.

21. The police department will be called if children under 12 years of age are left unattended in front of the building prior to regular opening time or have not been picked up by 15 minutes after closing time.

22. Library computer users must sign in and agree to the Rules and Responsibilities for Public Computer and Internet Use.

23. Patrons shall not enter spaces marked "Staff Only" unless they have permission from a member of the library staff.

Failure to observe the Rules of Conduct may result in suspension of library privileges. In the event of repeated offenses, the Library reserves the right to impose additional suspensions based on circumstances. Suspensions may be appealed to Library Administration.

# RECONSIDERATION OF LIBRARY MATERIALS

CENTRAL ARKANSAS LIBRARY SYSTEM
BOARD POLICY #301

BOARD APPROVAL: 10/23/97, 1/26/05, 9/28/23
REVISION: 1/9/06, 7/25/19, 9/7/23
DIRECTOR'S RECOMMENDATION: 10/23/97
LEGAL ADVICE: 12/13/05
REFERENCE: SEE ALSO Administrative Procedure 301, FORM #301

Any current cardholder in good standing of the Central Arkansas Library System (CALS) service area who wishes to object to an item in the library's collection or to an Internet site accessed through a library computer, must complete, and sign a Request for Reconsideration of Library Materials form. All complaints will be forwarded to a committee of three (3) library professionals employed by CALS appointed by the Executive Director.

The Executive Director will communicate the committee's decision and any accompanying documentation to the cardholder within a reasonable period of time.

If the cardholder is not satisfied with the committee's decision, they may file a written appeal to the CALS Board of Directors within seven (7) days of the recceipt of the committee's written decision.

The challenged item shall remain in circulation for the period of time it takes to complete the review and appeal process.

Once the review process is complete and a decision has been made on a particular item, that item will not be reviewed again for five (5) years.

All documentation regarding the request for reconsideration will be retained in the administration office for a period of five (5) years.

EXHIBIT C

CALS00005