IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, et al.      PLAINTIFFS

NO. 5:23-cv-5086

v.

CRAWFORD COUNTY, ARKANSAS, et al.     DEFENDANTS

## DECLARATION OF CHRISTINA DANOS

I, Christina Danos, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. The facts contained in this declaration are based on my personal knowledge and I can testify competently to them if called upon to do so. I submit this sworn declaration in support of Plaintiffs' motion for a preliminary injunction.

2. I am a member of the Association for Rural and Small Libraries ("ARSL") and the Arkansas Library Association ("ArLA").

3. I live in Carroll County, Arkansas and have worked at the Eureka Springs Carnegie Public Library ("ESCPL") for 17 years. I was promoted to Director of ESCPL on January 3rd, 2023. In my capacity as Director of ESCPL, I plan and direct the provision of library services to ESCPL's patrons, which means that I am primarily responsible for ensuring that ESCPL complies with Act 372.

4. From my training and professional experience, I am familiar with the best practices that should govern a public library's acquisition and display of materials in its collection, which

call for public libraries to make available the widest diversity of views and expressions, including those that are unorthodox, unpopular, or considered dangerous by the majority.

5. ESCPL was created in 1910 with a grant from Andrew Carnegie. It is a public library formed pursuant to Arkansas law to provide library services to local residents.

6. Under my supervision, ESCPL maintains a collection of over 42,000 items, which have been acquired and are displayed in keeping with best practices for public library administration and within the physical constraints of the facilities maintained by ESCPL. The items in ESCPL's collection are principally displayed in the library's open floor plan on bookshelves that are logically arranged by genre and reading ability, such that a reader can quickly find the item they are looking for or, alternatively, browse through and consider materials that match their interests and comprehension levels. This setup is typical for other libraries that I have seen and visited in Arkansas. A true and correct copy of ESCPL's Selection Policy Statement is attached hereto as Exhibit A.

7. It is my belief that some of the items in ESCPL's collection, though constitutionally protected, could be deemed harmful to or inappropriate for minors and therefore subject to the criminal penalties in Section 1 of Act 372 of 2023 or a challenge under Section 5 of Act 372. For instance, I know that ESCPL has in its collection art and medical books that depict nudity. Although these books have indisputable scientific, medical, and/or artistic value for adults and many older minors, some people could conceivably consider them harmful to younger (or even older) minors.

8. At present these books are not physically and securely segregated and could be viewed by ESCPL patrons as young as age 10, who are currently allowed to be in the library without an adult chaperone. ESCPL maintains this policy to support children's access to reading

material and to foster a love for reading. Visitors who are younger than 10 years old must be accompanied by an adult to enter ESCPL facilities. A true and correct copy of ESCPL's Policy for Minors Using the Library is attached hereto as Exhibit B.

9. Nor does ESCPL currently have any rooms in which materials could be segregated and kept physically secure from younger readers that are not presently being used for some other purpose, such as a community meeting space. And constructing new, secure spaces within the library is not a viable option for ESCPL due to its historic significance.

10. Attempting to reconfigure the layout of ESCPL's collection to comply with Act 372 would take a considerable amount of time and manpower, and the additional staff that would be necessary to monitor that newly created section during library open hours would, on its own, cost upwards of $44,400. ESCPL does not have the budget to accommodate this expense.

11. Even if ESCPL had a space to securely segregate material, it does not have enough staff to review every item in the collection to determine whether that item might subsequently be deemed harmful to a younger minor by a prosecutor or challenged as inappropriate. That level of review would, at a minimum, require the staff to review each item in ESCPL's collection closely enough to understand the content of the item and context in which that content is presented to the reader or viewer. Optimistically, a title-by-title review of 42,000 physical items using ESCPL's qualified librarians would take an estimated 26 years to accomplish, if each librarian is able to review two hundred items per year in addition to their other duties. ESCPL cannot possibly manage to do that without shutting down its core services.

12. In addition to ESCPL's limited staff, ESCPL also provides volunteer, community service, and internship opportunities for minors. These positions are essential to the library's ability to provide services and meet the needs of library users. They also provide an important

opportunity for students in who are passionate about books to learn about how a library works and gain practical skills. To effectively participate in library work, our 16- and 17-year-old interns and employees must be able to access ESCPL's entire collection of materials. If their access is restricted to materials that are suitable for ESCPL's youngest readers, these interns and employees will be unable to either aid many of ESCPL's patrons or ensure that materials are properly re-shelved.

13. For all of these reasons, I do not believe that ESCPL is in a position to make the drastic and prohibitively expensive changes to its floor plan and operating procedures that appear to be necessary to segregate all potentially covered materials in the collection and to otherwise comply with Act 372.

14. Moreover, even if ESCPL were in a position to change its physical layout to accommodate a dedicated space for segregated materials, doing so would deprive readers of access to information to which they are entitled, because such books would be harder to find and would require patrons to seek them out in a stigmatized "adults-only" area. For instance, the segregation of materials necessary to comply with Act 372 might, in some cases, require ESCPL to separate books within a series, which would be confusing for patrons and not in keeping with library best practices.

15. Because compliance with Act 372 will be difficult to accomplish for ESCPL, I am concerned that I could be criminally charged for simply doing my job and trying to make books available to all of ESCPL's readers, including both its youngest minor readers and more mature readers, that will be interesting, engaging, and well-matched to a reader's abilities and level of comprehension.

16. I will be irreparably harmed if I face criminal penalties, including up to a year in prison, for simply doing my job. Moreover, the hardship of a prison sentence would fall not only on me, but also on my family.

17. Even if I, or others at ESCPL, are not charged with a crime, I expect that ESCPL will be regularly burdened by challenges made under Section 5 of Act 372. According to www.salary.com, the national average salary for librarians in $71,176. The average pay at ESCPL is $31,132, or 56% less than that average. It can be difficult to find competent workers at these wages, and we are fortunate to have found employees willing to work for substandard industry pay. This is because they believe in the important role of libraries in communities. Adding the threat of incarceration and additional responsibilities to act a content censor would create more obstacles in the hiring and retention of qualified staff members.

18. ESCPL currently has a process through which patrons can request reconsideration of materials in the library's collection. This process has worked well for ESCPL for approximately 20 years and allows the library to be responsive to the feedback of its patrons, including negative feedback, while not unduly burdening ESCPL staff or permitting the views of a few to shape what is available in our collection for the many thousands of patrons we serve. The Reconsideration of Materials policy is incorporated into the Selection Policy Statement. *See* Exhibit A, at pages 4-5. A true and correct copy of the Request for Reconsideration form used by ESCPL is attached hereto at Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 15, 2024 in Carroll County, Arkansas.

/s/ Christina Danos
Christina Danos

Section 2-4

# ■ Selection Policy Statement ■

| | |
|---|---|
| Carroll County Library Board Approval | November 3, 2003 |
| Madison County Library Board Approval | January 16, 2004 |
| Carroll and Madison Library Board Approval | November 5, 2003 |

## Introduction

Because the freedom to read freely from a variety of sources is essential in a democracy, the Carroll and Madison Library System (CAMALS) believes there shall be no censorship. We subscribe to the book selection principles contained in the Library Bill of Rights adapted by the American Library Association, and the Freedom to Read Statement endorsed by the American Library Association Council and the Association of American Publishers. CAMALS recognizes that many books are controversial and that any given item may offend some patrons. Selection will not be made on the basis of any anticipated approval or disapproval, but solely on the merits of the work in relation to building the collections and serving the interests of the patrons. All materials added to the collection shall be judged on the content as a whole, not by detached excerpts. The personal behavior of the creator of any material has no bearing on the selection of the material.

Maximum effort is directed toward maintaining a standard of excellence in materials selection for all segments of the community, striking a balance between public demand and diversity of material. Factual accuracy, effective expression, significance of the subject, sincerity and responsibility of opinion are acceptable criteria for a high standard of quality. The interest and current needs of the community, the individual merit of each item, and the library's existing collection, budget and services are the main factors in selection. The Director, with the aid of the library staff, shall be free to use her or his judgment in the selection, retention and withdrawal of materials within the guidelines of this selection policy.

## Selection Process

Library materials are selected by the Director and the library staff after consulting professional review media including: *Children's Catalog, Standard Catalog for Public Libraries, Library Journal, New York Times Book Review, Voice of Youth Advocates, Baker and Taylor Booklist.* Final responsibility for purchase of materials resides with the Director of the Library.


EXHIBIT A

1

ESCPL 00001

## Standards of Selection

### Books

**Adult Fiction** – Points considered in adult book selection are informational, recreational, literary and educational value; authority and effectiveness of presentation; and availability of funds and space. Contemporary authors are included as well as those who have demonstrated enduring worth.

**Adult Non-Fiction** – Points considered include the author's competency, the information presented, and the potential usefulness in the library's collection. The Library Director attempts to 1) meet the patrons' demands, 2) purchase material that is pertinent and timely, and represents all sides of controversial issues, 3) purchase material in which the author presents the material accurately, clearly, and in a readable manner. The Library Director purchases materials relating to local and regional history and seeks other relevant material in this area to add to the collection.

**Young Adult Fiction and Non-Fiction** – Both fiction and non-fiction books are selected to meet informational and recreational needs. Materials are chosen from reviews in journals or through booklists from established sources.

**Children's Fiction** – Literary merit and validity of theme whether it be fantasy, history, sport, or contemporary life are deemed of prime consideration in the selection of juvenile fiction. Fiction plays an important role in the learning experience of a child through its ability to introduce a wide range of experiences which otherwise may never be encountered by the child.

**Children's Non-Fiction** – An effort is made to obtain only material that is authoritative and up-to-date. Subjects relating to contemporary issues such as drug abuse and sex education are not be avoided due to their potentially controversial nature; rather such material is purchased for various levels of maturity and for parents to use with children. Book selections for the children's collection are not curriculum oriented. Books are chosen for their individual values for individual children. Exposure to a broad selection of informational and recreational materials is a good way to stimulate the desire to read and grow intellectually. Final responsibility for an individual child's selection of library materials rests with the parent or guardian.

### Non-Book Materials

Non-book materials are considered an integral part of the library collection. They provide an additional dimension to the book collection and provide alternative methods of access to information and recreation. Standards of quality are the same as those established for the library collection as a whole.

2

ESCPL 00002

**Periodicals** – The libraries in CAMALS shall subscribe to periodicals that meet both informational and recreational needs of adults, young adults, and children. Periodical titles are reviewed annually to insure maximum usefulness to the public, taking into consideration the year's budget and the following criteria: Community interest, accuracy and objectivity, accessibility through indexes, need as a reference source, recommendations from professional sources such as *Magazines for Public Libraries*, price, and space. Backruns of periodicals are kept for a select number of heavily used titles. No attempt is made to house extensive backruns of all periodicals received.

**Newspapers** – The libraries subscribe to selected local, state and national newspapers for news, current affairs and business information. Limited backruns of paper copies are maintained along with more extensive microfilm backruns of selected newspapers when available.

## Non-Print Materials

The libraries meet both recreational and informational needs through the provision of various formats of non-print materials.

**Audio Recordings** – Sound recordings consisting of both music and spoken word are chosen to meet recreational, instructional and educational needs of community members of all ages and abilities.

**Video Recordings** – Documentary, instructional, recreational videos for all ages are provided to complement the library's total collection. Visual recordings are selected by the same general criteria as outlined in this policy.

**Electronic Resources** – Electronic resources are an increasingly essential format of information delivery and entertainment. These include but are not limited to electronic indexes, electronic encyclopedias and other electronic databases. In addition to criteria used for book selection, such factors as ease of patron use, currency of information, cost and physical requirements of necessary equipment are considered in choosing these materials for the collections.

## Basis For Withdrawal

Weeding is part of the continuous evaluation of the Carroll and Madison Library System's collections by the professional staff. This process is an integral part of collection development and maintenance. Reasons for weeding material from the collection are lack of space, poor physical condition, and outdated information. The primary goal of weeding is to keep the collection current, attractive, and usable. Materials are not removed from the collections solely as a result of pressure or demand from patrons.

ESCPL 00003

## Reconsideration of Materials

A patron who questions any material in one of the libraries in CAMALS may register his/her opinion in writing on the form, **Request for Reconsideration**, and the matter will be referred to the Library Director. The form is available at all libraries in the system.

Upon receiving a written request, the Library Director shall notify the Regional Library Administrator and the local library board that a request has been made, and provide them with all information including the date of the next board meeting when the **Request for Reconsideration** shall be on the agenda. The item in question will be subject to recall from circulation in time for examination at the meeting otherwise it will remain in the circulating collection of the library.

The Library Director and/or Library Administrator will assemble all information about what selection and retention principles were used with the item, such as reviews, quotations, and the number of circulations.

The local library board shall meet with the Library Director and CAMALS Administrator to consider the item in light of library policy. A decision to retain or withdraw the item shall be made.

Notice of the board's decision will be sent to the Requestor. If the item is removed or restricted and if the removal or restriction is objected to by anyone in the area served (person hereafter called the Supporter), the Supporter may request reinstatement an/or retention of the item.

If the decision made is unsatisfactory to the Requestor or Supporter, the same or a second **Request for Reconsideration** may be made through the Library Director. This request will lead to a meeting of the county board or regional board, if the county board has already considered the matter.

Notice of the action taken will be sent to either the Requestor (or Supporter). If the action is unsatisfactory, the Requester (or Supporter) may then request a formal open hearing on the item. Public notice will be given for a minimum of 60 days throughout the library region. The Arkansas State Library, the Arkansas Library Association, and the American Library Association shall be notified. The open meeting will be held at a time convenient to the public.

This will be is an open meeting of the CAMALS Board, and the Requestor (or Supporter) may be asked to explain the request for reconsideration and answer questions from the Board. Both the Requestor (and/or Supporter) and the library board may invite testimony from representatives qualified to represent information on the item.

The CAMALS Board will then reconsider the item and decide whether or not to restrict access to the item or withdraw the item from the collection.

Notice of the Board's decision will be sent to the Requestor (or Supporter) and to any organizations involved or notified of the meeting.

## Donated Materials

The CAMALS reserves the right to use gifts of materials in a manner in keeping with its collections and with its selection policy. Materials considered unsuitable for the collections will be placed in a book sale or discarded.

## Memorial Books

CAMALS accepts donations toward the purchase of memorial or commemorative books. Library staff will select the title (or titles) in accordance with the donor's wishes regarding the subject specified. The Library may accept a donation for a specific title if the title meets collection needs and selection policy standards. An identifying bookplate shall be placed inside the front cover of each memorial or commemorative book.

# Policy for Minors Using the Library

Service to children is an important goal at the Carroll and Madison Library System. Children of all ages are welcomed and encouraged to use the library materials, programs, and services. The Carroll and Madison Library System Libraries are public buildings and are open to all, regardless of origin, age, background, and views. As such, the collection contains materials representing a variety of viewpoints and ideas that may not align with the value system of every family.

Library staff strives to ensure that all buildings are operated in a safe manner. However, because the buildings are open to all, libraries cannot be considered safe places for unattended children.

**The responsibility for the safety and behavior of children in the Library rests with the parents, legal guardians, or other responsible adult caregivers. Library staff are not responsible for the care, safety, choice of reading materials, or other behavior of unattended children inside or outside the library.**

In order to maintain a safe atmosphere where reading and study are encouraged, the following policy has been adopted by the Carroll and Madison Library System Board of Trustees, the Carroll County Library Board and the Madison County Library Board:

- Children under the age of 10 must be accompanied continually by a parent, legal guardian, or responsible adult caregiver. A parent or responsible adult caregiver must remain with the children at all times.
- *Unless a previous arrangement has been made between the parent or adult caregiver and the Library Director to leave a child at the library for a specific amount of time,* if a child age under the age of 10 is found to be unaccompanied in the Library, staff will try to locate the parent, legal guardian, or responsible adult caregiver in the library or by telephone to remedy the situation. If a parent, legal guardian, or responsible adult caregiver cannot be located within 30 minutes, the Police, County Child Protective Services, or other appropriate government agency will be called.
- Children age 10 and older may use the Library without a parent or responsible adult caregiver present, but must be able to reach a parent, legal guardian, or responsible adult caregiver immediately, either in person or by phone. All children in the Library must follow the **Patron Rules of Conduct** and are expected to use the Library appropriately. Children who do not follow these rules are subject to the same consequences as other library users, including being required to leave the Library or losing library privileges.
- If a parent, legal guardian, or other responsible adult caregiver feels it is unsafe for a child to leave the building or access items in the library collections without an adult, that child should never be left unattended in the Library.

**THIS POLICY WILL BE POSTED IN EACH LIBRARY.**

_____
Initial when read

**EXHIBIT B**

ESCPL 00008

# ■ Request for Reconsideration ■

**Please answer all questions fully.**

Library where the item is shelved _____

Author _____ Hardcover _____ Paperback _____ Other _____

Title _____

Publisher (if known) _____

Request initiated by _____

Address _____ Telephone _____

City _____ State _____ Zip _____

Citizen represents:

    Himself/Herself _____
    Organization (name) _____
    Other group (identify) _____

(If objection is to material other than a book, please answer as appropriate.)

1. Did you read/view the entire item?     Yes _____    No _____

If no, what pages or sections did you read/view?
_____

2. To what in the work do you object? (Be specific; cite pages or sections)
_____

3. What did you find of value in this work?
_____

**EXHIBIT C**

1

ESCPL 00006

4. What do you feel might be the result of reading/viewing this work?
_____

5. Are you familiar with any critical reviews of this work?
_____

6. What do you believe to be the theme or purpose of the work?
_____

7. What action do you suggest the Carroll and Madison Library System take regarding this work?
_____

8. Can you recommend material of equal quality that would convey a similar picture and perspective on the same subject to replace this work?
_____


Signature of citizen _____ Date _____

Name of staff member receiving this form _____

Date staff member received this form _____

ESCPL 00007