IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, et al.                          PLAINTIFFS

v.                                              NO. 5:23-cv-5086

CRAWFORD COUNTY, ARKANSAS, et al.                          DEFENDANTS

## DECLARATION OF ADAM WEBB

I, Adam Webb, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.      The facts contained in this declaration are based on my personal knowledge and I can testify competently to them if called upon to do so. I submit this sworn declaration in support of Plaintiffs' motion for a preliminary injunction.

2.      I am an American Library Association–accredited Librarian, Certified Public Library Administrator, and I hold a master's degree in Library & Information Science from the University of North Texas.

3.      I live in Garland County, Arkansas and have worked at the Garland County Library ("GCL") for more than sixteen years, including, since 2019, as GCL's Executive Director. In my capacity as the Executive Director of GCL, I plan and direct the provision of library services to GCL's patrons, which means that I am primarily responsible for ensuring that GCL complies with Act 372.

4.      In addition to my duties as the Executive Director of GCL, I am also the President of Advocates for All Arkansas Libraries ("AAAL") and a member of the Arkansas Library Association ("ArLA").

5.    In my work as a librarian, I try to adhere to the principles of librarianship set forth in the American Library Association's Code of Ethics and Library Bill of Rights, as all trained librarians engaging in best practices for our profession do.

6.    My professional ethical commitments include, among other things, a promise to:

- "uphold the principles of intellectual freedom and resist all efforts to censor library resources";

- "respect each user's right to privacy and confidentiality with respect to information sought or received and resources consulted, borrowed, acquired or transmitted";

- "not advance private interests at the expense of library users, colleagues, or our employing institutions"; and

- "distinguish between our personal convictions and professional duties and . . . not allow our personal beliefs to interfere with fair representation of the aims of our institutions or the provision of access to their information resources."

A true and accurate copy of the ALA Code of Ethics is attached as Exhibit A.[1]

7.    I also attempt to ensure that GCL and, through my work with AAAL, Arkansas libraries, generally, "are forums for information and ideas" and that the "basic policies" expressed in the ALA Library Bill of Rights "guide their services." Those "basic policies" include, among other things:

- ensuring that "[b]ooks and other library resources" are "provided for the interest, information, and enlightenment of all people of the community the library serves," and are "not be excluded because of the origin, background, or views of those contributing to their creation";

- "provid[ing] materials and information presenting all points of view on current and historical issues," and "not be proscrib[ing] or remov[ing]" materials "because of partisan or doctrinal disapproval";

- "challeng[ing] censorship in the fulfillment of their responsibility to provide information and enlightenment"

---

[1] The ALA Code of Ethics is also available online through the ALA's website. *See* Professional Ethics, Am. Library Assn. (June 29, 2021), https://www.ala.org/tools/ethics (accessed on May 6, 2024).

- "cooperat[ing] with all persons and groups concerned with resisting abridgment of free expression and free access to ideas"

- ensuring that "[a] person's right to use a library should not be denied or abridged because of origin, age, background, or views";

- ensuring that "[a]ll people, regardless of origin, age, background, or views, possess a right to privacy and confidentiality in their library use," including by "advocat[ing] for, educat[ing] about, and protect[ing] people's privacy, safeguarding all library use data, including personally identifiable information."

A true and accurate copy of the ALA's Library Bill of Rights is attached as Exhibit B.[2]

8.      The principles enshrined in the ALA's Library Bill of Rights are also reflected in GCL's Materials Selection Policy, which is attached as Exhibit C.

9.      From my training and professional experience, I do not believe that Act 372 of 2023 can be implemented in a manner that is consistent with these principles of librarianship, which have served Arkansas' public libraries and their patrons well for many years. Instead, I believe that Act 372 will prevent public libraries from fulfilling their important mission of providing access to materials that express a wide variety of views and ideas, including those that are unorthodox, unpopular, or considered dangerous by the majority.

### Garland County Library

10.      GCL, which is in Hot Springs, Arkansas, is a beloved part of the Garland County community. It serves approximately 61,000 registered library users in a county where roughly 100,000 people live.

11.      Under my supervision, GCL maintains a collection of approximately 160,000 items, which have been acquired and are displayed in keeping with best practices for public library

---

[2] The Library Bill of Rights is also available online through the ALA's website. *See* Library Bill of Rights, Am. Library Assn., (January 29, 2019), https://www.ala.org/advocacy/intfreedom/librarybill.

administration and within the physical constraints of the municipal building in which GCL is located. The items in GCL's collection are principally displayed in a single story, open floor plan library on bookshelves that are logically arranged by genre and reading ability, such that a reader can quickly find the item they are looking for or, alternatively, browse through and consider materials that match their interests and comprehension levels. This setup is typical for other libraries that I have seen and visited in Arkansas.

12.     It is my belief that some of the items in GCL's collection, though constitutionally protected, could be deemed harmful to or inappropriate for minors and therefore subject to the criminal penalties in section 1 of Act 372 of 2023 or a challenge under section 5 of Act 372. For instance, I know that GCL has in its collection art and medical books that depict nudity. GCL also has romance novels, some of which describe romantic relationships that involve sex. Although these books have indisputable scientific, medical, artistic, or literary value for adults and many older minors, some people could conceivably consider them harmful to younger (or even older) minors.

13.     The following list contains just some of the books that appear in GCL's main collection, which have been scrutinized or unfairly characterized as containing material that is legally obscene or otherwise inappropriate for inclusion in a public library, including by a member of the State Library Board.[3] In reality, these books are not obscene and are constitutionally protected for older minors and adults, even if some have content that could be deemed inappropriate or unsuitable for some younger, less mature minors.

- "Esther the Wonderpig" by Caprice Crane, Derek Walter, and Steve Jenkins

_____

[3] Debra Hale-Shelton, *Jason Rapert Crowns Himself the 'Conscience of the State Library Board,' Wants Security at Meetings*, Ark. Times (Feb. 14, 2024), https://arktimes.com/arkansas-blog/2024/02/14/jason-rapert-calls-himself-the-conscience-of-the-state-library-board-and-wants-security-at-board-meetings.

- "The Bare Naked Book" by Kathy Stinson
- "It's Perfectly Normal: Changing Bodies, Growing Up, Sex, and Sexual Health" by Robbie Harris
- "Sex is a Funny Word" by Cory Silverberg
- "Tell Me: What Children Really Want to Know About Bodies, Sex, and Emotions" by Katharina von der Gathen
- "How Do You Make a Baby?" by Anna Fiske
- "All Boys Aren't Blue" by George M. Johnson
- "Lawn Boy" by Jonathan Evison
- "Jack of Hearts" by L.C. Rosen
- "Crank" by Ellen Hopkins
- "A Court of Mist and Fury" by Sarah J. Maas
- "Gender Queer" by Maia Kobabe
- "Looking for Alaska" by John Green
- "Thirteen Reasons Why" by Jay Asher
- "What Girls Are Made Of" by Elana Arnold
- "The Perks of Being a Wallflower" by Stephen Chbosky
- "The Nowhere Girls" by Amy Reed
- "The Glass Castle" by Jeannette Walls
- "Damsel" by Elana Arnold
- "Tricks" by Ellen Hopkins

14.     Not only are these books not obscene, pornographic, or otherwise inappropriate for inclusion in GCL's collection, some of them are also extremely popular. For instance, "The Glass Castle" spent 461 weeks on *The New York Times* paperback nonfiction best-seller list,[4] and has been checked out 131 times by GCL's patrons.[5]

15.     At present, these books are not physically and securely segregated and could be viewed by GCL patrons as young as 11, who are currently allowed to be in the library without an adult chaperone. GCL maintains this policy to support children's access to reading material and to foster a love for reading. Visitors who are 10 years old or younger must be accompanied by an adult chaperone, as explained in the GCL Patron Rules of Conduct, attached as Exhibit D.

---

[4] Jim Windolf, *The Many Lives of Jeannette Walls*, N.Y. Times (Mar. 18, 2023), https://www.nytimes.com/2023/03/18/style/jeannette-walls.html.

[5] It is also available in a majority of the member libraries of AAAL.

16.     Unless GCL changes its policies or the physical layout of the library, I am concerned that I, or other members of the GCL staff, could be prosecuted under Section 1 of Act 372 for making these and other books available to minors. I also expect that some of these books will be the subject of repeated, burdensome challenges under Section 5 of Act 372.

17.     GCL does not currently have any rooms in which materials that might be deemed "harmful to minors" or inappropriate could be segregated and kept physically secure from younger readers. Any rooms GCL does have are being used for some other purpose, such as a community meeting space.

18.     Constructing new, secure spaces within the library is also not a viable option for GCL. In fact, Garland County recently explored adding a new area for teenagers at GCL, which would have required reconfiguring our existing facility. Based on estimates I received in connection with that project, I would estimate that reconfiguring GCL's layout to comply with Act 372 could cost a million dollars, or more. As I read Act 372, a new, locked room might not be enough. We would need a staff member to monitor the space, as well, and that additional staff time could, on its own, cost upwards of $50,000. GCL does not have the budget to accommodate those expenses.

19.     Even if GCL had a space to securely segregate material, it does not have enough staff to review every item in the collection to determine if an item might be deemed harmful to a younger minor by a prosecutor, or challenged by someone who thinks it is inappropriate. That level of review would also require the staff to, at a minimum, review each item in GCL's collection closely enough to understand the content of the item and context in which that content is presented to the reader or viewer. Optimistically, a title-by-title review of 160,000 physical items using GCL's eight qualified librarians would take an estimated one hundred years to accomplish, if each

librarian is able to review two hundred items per year in addition to their other duties. GCL cannot possibly manage to do that without shutting down its core services.

20.　　In addition to GCL's limited staff, GCL has, in the past, provided volunteer opportunities for students in Garland County. These volunteer positions have been essential to the library's ability to provide services and meet the needs of library users in Garland County. They also provide an important opportunity for students in Garland County who are passionate about books to learn about how a library works and gain practical skills. To effectively participate in the work of GCL, and to maximize the benefit to GCL, however, student volunteers—many of whom are under 18 years of age—must be able to access GCL's entire collection of materials. If our volunteers' access is restricted to materials that are suitable for GCL's youngest readers, the volunteers will be unable to either provide assistance to many of GCL's patrons or ensure that materials are properly re-shelved.

21.　　At present, GCL has one student volunteer. I would like to open up the program to more students, and know that there are interested students who would apply, but I am reluctant to do so because of the possibility that Section 1 could take effect and turn their community service into a source of criminal liability for my staff and me.

22.　　For all of these reasons, I do not believe that GCL is in a position to make the drastic and prohibitively expensive changes to its floor plan and operating procedures that appear to be necessary to segregate all potentially covered materials in the collection and to otherwise comply with Act 372.

23.　　Moreover, even if GCL were in a position to change its physical layout to accommodate a dedicated space for segregated materials, doing so would deprive readers of access to information to which they are entitled, because such books would be harder to find and would

7

require patrons to seek them out in a stigmatized "adults-only" area. For instance, the segregation of materials necessary to comply with Act 372 might, in some cases, require GCL to separate books within a series, which would be confusing for patrons and not in keeping with library best practices.

24. Because compliance with Act 372 will be difficult to accomplish for GCL, I am concerned that I could get into trouble, and even go to prison, simply by doing my job and trying to make books available to all of GCL's readers, including both its youngest minor readers and more mature readers, that will be interesting, engaging, and well-matched to a reader's abilities and level of comprehension.

25. I will be irreparably harmed if I face criminal penalties, including up to a year in prison, for simply doing my job. Moreover, the hardship of a prison sentence would fall not only on me, but also on my family.

26. Even if I, or others at GCL, are not charged with a crime, I expect that GCL will be regularly burdened by challenges made under the challenge procedure required by Section 5 of Act 372.

27. GCL currently has a process through which patrons can provide feedback on materials in the library's collection, which the library uses to inform its choices about which books are made available to readers in Garland County. A copy of GCL's Reconsideration of Materials Policy is attached as Exhibit E. This policy strikes a balance that Section 5 does not. It ensures GCL is responsive to the feedback of its readers, including negative feedback, but does not unduly burden our staff or permit the views of a few to shape what is available in our collection for the many thousands of patrons we serve.

28.     In the recent past, GCL has processed requests to remove books dealing with LGBTQ and racial justice themes, including "Esther the Wonderpig" by Caprice Crane, Derek Walter, and Steven Jenkins; "The Bare Naked Book" by Kathy Stinson; and a blanket request that GCL label all materials with LGBTQ characters or themes in the children's department. Where we have declined the reconsideration request, GCL has provided a thorough response that explains our position and provides context for why a work someone finds distasteful may nevertheless have a place in the library. *See* Exhibit F (collecting responses to reconsideration requests).

29.     Fairly and thoroughly processing reconsideration requests comes at a cost to the library, however. GCL recently completed reconsideration requests for two books: "Tell Me: What children really want to know about bodies, sex and emotions" by Katharina von der Gathen, and "How Do You Make a Baby?" by Anna Fiske. Even for two relatively small children's books, the librarian review committee required by our policy spent 35.75 staff hours completing the review, which cost GCL a little over $1,300.

30.     I expect that the books GCL has previously seen challenged, as well as others dealing with similar themes—e.g., LGBTQ, sex education, racial justice—would be challenged repeatedly under Section 5 of Act 372, if that law goes into effect.

31.     Unfortunately, it is my belief that our current processes will need to be substantially changed in order to comply with Section 5 of Act 372, which does not seem to allow any of the reasonable limits in GCL's current policy. For instance, GCL only entertains reconsideration requests from individuals who both reside in Garland County and have a valid GCL borrower's card. Exhibit E at WEBB 00007. GCL also requires that those submitting reconsideration requests do so under penalty of perjury. *Id.* at WEBB 00010. Section 5 of Act 372, however, requires that a library process a challenge submitted by anyone, as long as they are "affected." This opens the

door to unlimited challenges being submitted by individuals who are not GCL library users or even in our service area.

32.     This is not a hypothetical concern. *The Washington Post* reviewed more than 1,000 book challenges and determined that they had been submitted by just eleven people.[6] I think the same trend will play out on the local level under Act 372, which empowers a vocal minority to repeatedly challenge books expressing ideas they do not like in order to burden libraries to the point of avoiding acquiring or prominently displaying books that will draw challenges.

33.     Indeed, GCL recently received an email from a Garland County resident containing a lengthy list of books in GCL's collection that this person believes are "inappropriate." *See* Exhibit G. The allegedly "inappropriate" books concern topics like gender identity and sexual orientation, puberty and sexual education, and racial justice. *See id.* I am confident that this individual will challenge these books, and probably many others, if Section 5 goes into effect.

### Advocates for All Arkansas Libraries

34.     As mentioned above, I am the President of AAAL. AAAL is a nonprofit corporation formed under Arkansas law as a membership organization whose mission is to advocate for the preservation and improvement of libraries and library services across the state, and to educate the public, state leaders, and legislators of the value and importance of libraries in Arkansas.

35.     AAAL has 118 members, comprised of libraries, library staff, and library patrons, including both adult and minor patrons.[7]

---

[6] A true and accurate copy of *The Washington Post*'s analysis is available online. *See* Hannah Natanson, *Objection to sexual, LGBTQ content propels spike in book challenges*, Washington Post (May 23, 2023), https://wapo.st/43YJ1CJ.

[7] AAAL does not have as many members in as many counties or judicial circuits as ArLA. However, AAAL does currently have an active member in the Eleventh Judicial Circuit - East, where ArLA presently lacks an active member. Thus, between AAAL and ArLA, I believe that the interests of librarians in each judicial circuit in Arkansas are represented. Needless to say,

*Act 372 causes injury to AAAL's members.*

36.     Act 372 causes AAAL's members to suffer irreparable injury because many of the libraries that are members of AAAL or at which AAAL members work carry materials in their general collections, like those listed above, *supra* at ¶ 13, that are constitutionally protected for adults and older minors, but may be considered by some to be "harmful" to younger, less mature minors or inappropriate. These libraries also have patrons of all ages, from small children to older adults, which puts them at risk of being prosecuted under Section 1 or inundated with book challenges under the process required by Section 5.

37.     However, the steps that seem necessary to mitigate the risk of liability under Section 1 and to avoid burdensome book challenges under Section 5 require an expenditure of staff time and library resources that AAAL's member libraries simply do not have.

38.     For instance, few of these libraries, if any, have the financial or staff resources to preemptively review their entire collections in order to identify all of the material that might put them at risk of criminal liability under Section 1 of Act 372 if the material is made "available" to a minor, or that might draw a challenge under Section 5 of Act 372, based on a material's "appropriateness" for inclusion in a library's general collection.

39.     Even if AAAL's member libraries had the resources to do that kind of exhaustive pre-emptive review, they would still need to segregate any books identified to an area where they are not "available" to minors under Section 1 and "not accessible to minors" under Section 5. Most of AAAL's member libraries do not have that sort of physically secure space. Any enclosed spaces they could make secure are currently being used for an important library service, such as

---

librarians in Arkansas are uniformly aligned against the prospect of being jailed for doing their work in a professional manner.

community meeting space. Nor do AAAL's member libraries have the resources to alter the interior layout of their buildings in order to create new adult-only spaces by adding walls or locking doors.

40.     Furthermore, even if the resource and logistical constraints were not so great, creating the kind of adult-only space that Sections 1 and 5 of Act 372 requires violates the basic purpose of a library to create a welcoming and inviting environment, where readers can freely peruse a wide-range of offerings to find materials of interest.

41.     Creating an adult-only area to segregate materials that are potentially "harmful" to the library's youngest minors will also directly deny access to their older, more mature minor patrons, who will be unable to enter an adult-only room on account of their age. It is likely that many of the books that will be locked away in the adult-only room would make perfectly suitable reading choices for mature teenagers.

42.     Adults will also be negatively affected if books that might be "harmful" to younger minors are put into a secure, adult-only room. Many adult patrons will find the books in that area to be heavily stigmatized and will find the room or area to be an uninviting place to browse. Indeed, these adults are likely to find AAAL member libraries to be a less inviting place to visit, as a general matter, if going there means navigating that kind of stigma.

43.     AAAL's library members are also frequently visited by families that include children too young to be left unattended while a parent or older sibling peruses, either as a matter of library policy or parental judgment. In such a case, the chaperoning parent or older minor-sibling would be unable to access books segregated in an area of the library where the younger minor is prohibited from entering. Adults accompanying such children would therefore be prevented from accessing minor-restricted works.

44.     Based on my work with AAAL's members and my professional experience as a librarian and library administrator, I believe that many adult and older minor patrons will be less inclined to visit AAAL member-libraries if Act 372 forces them to choose between accessing books they are interested in and minding a minor child.

45.     AAAL's members are also injured because Section 5 discriminates between those who support a particular book and believe it is appropriate for inclusion in a public library's collection and those who oppose a particular book and would challenge it as inappropriate for inclusion. While a book's opponents are afforded multiple, formal opportunities to advocate for the book's removal or segregation, the book's supporters are given no similar right or ability to advocate for the book's continued inclusion in the library's collection.

46.     If Section 5 permitted participation by those who favor keeping a challenged book in circulation, AAAL's members would participate to share that view. Similarly, if Section 5 allowed appeals from a library committee's decision to segregate or remove a challenged book, AAAL's members would avail themselves of that recourse, too.

47.     Finally, many of these smaller libraries have only a single copy of some of the books that are likely to be challenged, meaning that, during the pendency of the challenge process, they will be unavailable to patrons (such as AAAL's patron members) unless the libraries purchase additional copies.

*Act 372 causes injury to AAAL's organizational interests.*

48.     Like its members, AAAL is also irreparably injured by the Challenge Procedure's failure to provide an opportunity for those who would support a book's continued inclusion in a library's collection to express that countervailing view.

49.     In addition, AAAL suffers irreparable injury to its organizational interests because, to counteract the harm that AAAL's members will suffer from Act 372, AAAL has been and will continue to be forced to divert organizational resources, including staff time and money that it cannot recoup.

50.     In particular, prior to Act 372's enactment, AAAL focused its organizational resources on developing educational programming on library services for library para-professionals and providing consultation services to library directors regarding best practices for library management. Since Act 372 was signed into law, however, AAAL has been consumed by the need to respond to the concerns of its members about Act 372's requirements, including both the high financial costs that AAAL's member-libraries face to comply with the law, as well as the potential that AAAL members will face criminal liability.

51.     I have personally spent considerable time fielding dozens of worried phone calls and emails from AAAL members, which comes at a personal cost to me and also means that I have less time to spend on other AAAL priorities.

52.     I also spent time developing a model reconsideration policy that AAAL could share with its members for their use, if they were required to adopt a Section 5 of Act 372-compliant challenge procedure. Had AAAL not done that, our members would have had to expend time and resources developing their own policy to try and comply with Act 372. The model reconsideration policy is attached as Exhibit H.

53.     Many of AAAL's members have a materials reconsideration policy of some kind but many of those policies would not be compliant with all that Section 5 of Act 372 requires. Indeed, State Librarian Jennifer Chilcoat acknowledged that problem as soon as the law was

enacted. A true and correct copy of her April 20, 2023 email to the various library directors in Arkansas is attached as Exhibit I.

54.    AAAL does not have paid staff, but operates through volunteers, like me, who must balance full-time jobs and family obligations with our work on behalf of AAAL. Thus, the time I spend responding to AAAL members about Act 372 directly affects my ability to advance AAAL's core organizational priorities, like promoting library services across the state and educating the public, state leaders, and legislators of the value and importance of libraries in Arkansas.

55.    In the months leading up to Act 372's enactment, I spent considerable time combating false accusations that libraries are full of obscene materials and are actively harming children who visit, which proponents of the law asserted as its justification. I am unaware of any library materials in the State of Arkansas being declared judicially obscene; that's simply not a problem that exists.

56.    In fact, I view Act 372 in its entirety as a solution in search of a problem. The truth is that libraries are not providing children with harmful information or indoctrinating them with a particular viewpoint. Instead, libraries are providing, and have always provided, opportunities for enrichment for patrons of all ages and interests. Moreover, as anyone familiar with a library knows, libraries already take into account the age and subject matter of books as part of their standard curation practices. This is reflected in the fact that libraries often have a Children's section, Young Adult section, Adult Fiction section, etc. Many also require that children under a certain age be accompanied by an adult chaperone when they are in the library.

57.    Collectively, these policies and practices ensure that library users have the information they need to browse the library and find their way to the sections that are likely to contain materials that will be interesting to them and suitable for their maturity and reading level.

For young children, librarians expect that parents or guardians will use the information and guidance the library makes available to play an active role in helping young children find good reading selections. This is a system that has served public libraries and public library patrons, including those that are members of AAAL, very well for a very long time. It ensures that anyone who walks through one of AAAL's members' doors can find something interesting to read, even if it also means that they might find a book containing ideas with which they disagree.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 13, 2024 in Garland County, Arkansas.

Adam Webb

# EXHIBIT A



EXHIBIT

2

# Professional Ethics

ALA's Code of Ethics is the responsibility of the Committee on Professional Ethics (/groups/committees/ala/ala-profethic) (COPE). The Code of Ethics is the document that translates the values of intellectual freedom that define the profession of librarianship into broad principles that may be used by individual members of that profession as well as by others employed in a library as a framework for dealing with situations involving ethical conflicts.

- Copyright: An Interpretation of the *Code of Ethics* (http://www.ala.org/tools/ethics/copyright) (amended January 29, 2019)
- Conflicts of Interest Q&A (http://www.ala.org/tools/ethics/conflictsofinterestqa) (amended April 30, 2019)
- Enforcement of the *Code of Ethics* Q&A (http://www.ala.org/tools/ethics/enforcementqa) (amended January 28, 2019)
- Ethics and Social Media Q&A (http://www.ala.org/tools/ethics/socialmediaqa) (amended January 28, 2019)
- Speech in the Workplace Q&A (http://www.ala.org/tools/ethics/workplacespeechqa) (amended April 30, 2019)

## Code of Ethics

As members of the American Library Association, we recognize the importance of codifying and making known to the profession and to the general public the ethical principles that guide the work of librarians, other professionals providing information services, library trustees and library staffs.

Ethical dilemmas occur when values are in conflict. The American Library Association Code of Ethics states the values to which we are committed, and embodies the ethical responsibilities of the profession in this changing information environment.

We significantly influence or control the selection, organization, preservation, and dissemination of information. In a political system grounded in an informed citizenry, we are members of a profession explicitly committed to intellectual freedom and the freedom of access to information. We have a special obligation to ensure the free flow of information and ideas to present and future generations.

The principles of this Code are expressed in broad statements to guide ethical decision making. These statements provide a framework; they cannot and do not dictate conduct to cover particular situations.

1. We provide the highest level of service to all library users through appropriate and usefully organized resources; equitable service policies; equitable access; and accurate, unbiased, and courteous responses to all requests.
2. We uphold the principles of intellectual freedom and resist all efforts to censor library resources.
3. We protect each library user's right to privacy and confidentiality with respect to information sought or received and resources consulted, borrowed, acquired or transmitted.
4. We respect intellectual property rights and advocate balance between the interests of information users and rights holders.

5. We treat co-workers and other colleagues with respect, fairness, and good faith, and advocate conditions of employment that safeguard the rights and welfare of all employees of our institutions.

6. We do not advance private interests at the expense of library users, colleagues, or our employing institutions.

7. We distinguish between our personal convictions and professional duties and do not allow our personal beliefs to interfere with fair representation of the aims of our institutions or the provision of access to their information resources.

8. We strive for excellence in the profession by maintaining and enhancing our own knowledge and skills, by encouraging the professional development of co-workers, and by fostering the aspirations of potential members of the profession.

9. We affirm the inherent dignity and rights of every person. We work to recognize and dismantle systemic and individual biases; to confront inequity and oppression; to enhance diversity and inclusion; and to advance racial and social justice in our libraries, communities, profession, and associations through awareness, advocacy, education, collaboration, services, and allocation of resources and spaces.

Adopted at the 1939 Midwinter Meeting by the ALA Council; amended June 30, 1981; June 28, 1995; January 22, 2008; and June 29, 2021.

# EXHIBIT B

# Library Bill of Rights

The American Library Association affirms that all libraries are forums for information and ideas, and that the following basic policies should guide their services.

I. Books and other library resources should be provided for the interest, information, and enlightenment of all people of the community the library serves. Materials should not be excluded because of the origin, background, or views of those contributing to their creation.

II. Libraries should provide materials and information presenting all points of view on current and historical issues. Materials should not be proscribed or removed because of partisan or doctrinal disapproval.

III. Libraries should challenge censorship in the fulfillment of their responsibility to provide information and enlightenment.

IV. Libraries should cooperate with all persons and groups concerned with resisting abridgment of free expression and free access to ideas.

V. A person's right to use a library should not be denied or abridged because of origin, age, background, or views.

VI. Libraries which make exhibit spaces and meeting rooms available to the public they serve should make such facilities available on an equitable basis, regardless of the beliefs or affiliations of individuals or groups requesting their use.

VII. All people, regardless of origin, age, background, or views, possess a right to privacy and confidentiality in their library use. Libraries should advocate for, educate about, and protect people's privacy, safeguarding all library use data, including personally identifiable information.

Adopted June 19, 1939, by the ALA Council; amended October 14, 1944; June 18, 1948; February 2, 1961; June 27, 1967; January 23, 1980; January 29, 2019.

Inclusion of "age" reaffirmed January 23, 1996.

Although the Articles of the *Library Bill of Rights* are unambiguous statements of basic principles that should govern the service of all libraries, questions do arise concerning application of these principles to specific library practices. See the documents designated by the Intellectual Freedom Committee as Interpretations of the Library Bill of Rights (http://www.ala.org/advocacy/intfreedom/librarybill/interpretations).



EXHIBIT
3

# EXHIBIT C

# MATERIALS SELECTION POLICY

1. The Garland County Library subscribes to the materials selection principles contained in the Library Bill of Rights adopted by the American Library Association in 1948 and amended in 1961, 1967, 1980, and 2019 (attached).  A keen awareness has developed concerning the necessity of careful evaluation and selection of materials.

2. It is the function of the Library to provide materials for all ages, from preschool through maturity.  As many subject fields as possible are provided with the only limitation being those of budget and of human understanding.

3. The responsibility for selection of library materials is delegated to the Director and under his/her direction to those staff who are qualified by their education, training, and experience.

4. Budgetary constraints dictate that the Library acquire only a limited number of the thousands of titles published each year; therefore, materials are carefully selected.  Selection is based upon principle rather than personal opinion, reason rather than prejudice, and judgment rather than censorship.

5. Priorities for selection are:  (a) materials to meet information needs, both expressed and anticipated, of patrons of all ages; (b) materials to meet the continuing education needs of out-of-school adults and for the enrichment of the formal education needs of children and young adults; (c) materials to meet the recreational needs of all ages.

6. The aim in selecting adult materials is to make available books and other materials that will meet the educational, informational, cultural, and recreational interests and needs of the people of the county.  To fulfill this aim, the Library endeavors to maintain a carefully selected collection of representative books and other materials of permanent value and of current interest.  Materials are selected from many sources and are chosen with the following in mind:  the interests of the community, the reading tastes of and education levels of the borrowers, the need for items in the Library, and the reviews found in professional reviewing media.

7. Children's materials are selected to provide pleasurable reading for the sake of reading and to provide information in fields of knowledge which of interest to children.  Materials are carefully selected so that children of all ages and abilities are served and so that the collections will stimulate imagination, mental growth, and intellectual development.  Children's and

young people's titles, almost without exception, are also reviewed, read, or examined before purchase.

8. Young adult materials are selected to help teenagers to realize self-actualization and to live useful, well-adjusted lives in the community and to help them know and understand the world at large.

9. Anyone is free to personally reject materials of which he or she does not approve; however, the choice of library materials for personal use is an individual matter. No one has the right to exercise censorship to restrict the freedom of use and/or access of others. Any request for reconsideration of an item in the collection must follow the procedure outlined in the Library's policy, "Reconsideration of Materials."

10. In general, books and other materials are excluded from the collections for one or more of the following reasons:

   A. The work has an inadequate characterization, plot, literary style, or atmosphere;

   B. The work has inaccurate information;

   C. The work shows an obvious lack of integrity;

   D. The work is overly sentimental in its presentation and content;

   E. The work depicts sensationalism;

   F. The work is produced to incite hatred and intolerance;

   G. The work presents an individual or group in a prejudicial manner;

   H. The work presents only one side of a controversial question, and it is written in a violent, sensational, inflammatory manner; or the title contains false or undocumented statements. However, it is the Library's responsibility to provide materials which will enable patrons to form an opinion; therefore, the Library will provide materials representing several points of view;

   I. The title is written or produced by an unknown author, privately printed or fabricated, or issued by obscure publishers. Also, titles may be excluded if no review can be found in a national publication. An exception is made in the case of local materials and subjects on which no other material is available;

J. The work is of a religious nature not of general interest;

K. The work is of a professional nature such as law, medicine, or engineering; however, these works will be acquired only to the extent that they are useful to the layman;

L. The work is obscene or pornographic as defined by community standards of good taste and morality. Works which present an honest picture of some problem of aspect of life, however, will not be excluded because of coarse language or frankness; furthermore, all materials will be judged as a whole rather than on isolated passages;

M. The material is ephemeral in nature or generates little demand;

N. The work is available elsewhere, inappropriate in size, or too costly;

O. The title is a textbook and holds no interest for the general public;

P. The title is available only in non-standard library formats;

Q. The work is out of date;

R. The work adds nothing new to a field already well covered in other works.

11. All library materials including gifts and other unsolicited materials will be evaluated according to this policy. Any items not added to the collection will be given to the Friends of the Library for inclusion in their annual book sale or sale room.

12. In essence, each item considered for selection must be evaluated on its own merits. There is no single standard which can be applied. Some materials must be judged primarily in terms of their contribution to the continuing exploration of new ideas; their contribution to the continuing exploration of form in literature, art, and other artistic endeavors; or their value to humanity through the exploration of cultural or other differences. Other materials are selected to fulfill the informational, educational, and recreational needs of the community. Present and potential relevance of a work to the community should be considered, as well as its importance as a document of the times.

13. Discarding or weeding of materials is the best and most economical utilization of space in the Library. Weeding is selection in reverse. Just as

WEBB 00003

all materials which are added to the Library's collections are expected to be useful for the people in the community which is served by the Library, so they should be withdrawn if they cease to serve that purpose. It enhances the reputation for reliability of the collection and assures the orderly growth of a quality collection. Guidelines for weeding are as follows:

A. Physically damaged works or worn out works will be candidates for weeding;

B. Titles containing obsolete information will be candidates for de-selection;

C. Duplicate titles which have waned in popularity may be eliminated;

D. Titles which have not circulated for several years will be considered for withdrawal.

# EXHIBIT D



# **Patron Rules of Conduct**

**The purpose of the Patron Conduct Policy is to establish regulations regarding public behavior on library property.**

Persons using the library and its resources have the right to expect a safe, comfortable environment that supports appropriate library services. The Garland County Library Board supports the rights of all persons to use the facility and all library resources. In order to protect the rights of all, the Board has identified conduct that may lead to denial of library privileges.

**All activities prohibited by law, such as the sale of drugs, public indecency, gambling, etc., will be reported to local law enforcement.**

Staff is obligated to report to the Hot Springs Police Department unlawful or disorderly conduct when observed or reported by the public/library staff on library property.

**The theft, defacing, or mutilation of library or personal property is prohibited.**

The Garland County Library adheres to the Arkansas Library Materials Security Law, ACA 13-2-801 through 13-2-806, in the treatment of theft or mutilation of library materials.

It is unlawful for any person to remove library materials without checking them out from the library or to retain possession of library materials without authorization, which is defined as "contrary to rules."

If items are found which have not been checked out, the person, if a cardholder in good standing, will have the choice of checking out the materials or surrendering them to library staff. If the cardholder is ineligible to check out due to fines or billed items or the person does not have a library card, the materials will be confiscated by library staff. If mutilated materials or parts of materials are found in the possession of a person, the person may be subject to loss of the privilege of using the library and possible prosecution under the above stated law.

WEBB 00011

Unlawful actions also include mutilating library materials by marking, underlining, removing pages or portions of pages, removing binding, end covers, bar code labels, cards, accompanying discs or booklets, removing electronic or magnetic theft prevention devices, etc. Unlawful actions also include vandalizing or defacing any part of the library building, furnishings, or equipment.

Unlawful behavior also includes maliciously accessing, altering, disconnecting, deleting, damaging or destroying any library equipment, computer system network, program or data.

If a library employee has reason to believe that a person has committed or attempted to commit any offense that includes the unlawful removal of materials and/or mutilation of materials, he or she may detain and question that person in a reasonable manner.

**A library staff member may require a patron to open and disclose the contents of any bags, purses, briefcases, or other containers in the patron's possession.**

If library materials or parts of materials are found in the possession of a person, the person may be subject to denial of library privileges and possible prosecution under ACA 13-2-801 through 13-2-806.

**Firearms or other weapons are prohibited. It is unlawful for any person other than a law enforcement officer or security guard to carry a loaded firearm or other deadly weapon in the library (per ACA 5-73-120 and 5-73-122).**

**Eating is prohibited. Drinks in covered containers are acceptable. Absolutely no drinking is allowed near electronic equipment.**

Beverages that are not damaging to the collections or distracting to others are permitted in the library except around electronic equipment including computer workstations, printers and photocopiers, typewriters, AV equipment, and similar. Beverages in bottles that can be re-closed (screw top) or other spill resistant containers such as travel mugs and sports bottles are permitted. Beverages in cans and open containers are not permitted. Drink related trash should be placed in trash containers.

Users violating this policy will be asked to remove their beverages from the library. Unattended drinks openly displayed in library areas may be confiscated and discarded.

Alcoholic beverages of any kind in any container are prohibited.

**Smoking or any use of tobacco products and the use of illegal drugs are prohibited in the library building or within thirty (30) feet of public entrances.**

WEBB 00012

Patrons should not enter the facility with tobacco in their mouths with the intent of spitting in a concealed container, in a waste receptacle, or on the floor.

**No sleeping is allowed in the library building or on library property.**

**Shirts, shoes, and attire appropriate for family or public settings must be worn at all times.**

Library users are expected to dress according to norms for indoor, public spaces. Adults should wear shirts, shoes, and be clothed so as not to be disruptive in a public setting. Children should be clothed appropriately for their ages. Children should wear shoes if walking freely.

**Animals, except service animals for the visually, hearing, or physically impaired, are not permitted.**

**Offering items for sale or requesting money from others is prohibited.**

**Public restrooms are not to be used for bathing, changing clothes, shaving, etc.**

**Conversation that is above an acceptable noise level or is disturbing to other patrons or library staff is prohibited.**

Upon entering the building, as a courtesy to other library patrons, users are asked to set cell phones, pagers and other electronic devices to vibrate or silent mode. The use of cell phones is permitted inside the library provided the user speaks in a low voice and does not use speaker phone; extended conversations are best conducted outside the building or in the lobby.

The use of cell phones is prohibited during library events. The library reserves the right to ask anyone using a cell phone to go outside the building or into the lobby when staff has determined that conversations are disruptive to others.

**Personal hygiene or behavior that is disruptive or disturbing to other patrons or library staff is prohibited.**

Persons with body odor, odors emanating from their clothing, or soiled clothing may be offensive or repugnant to others. Staff may ask them to return to the library after resolving the offensive situation.

The following behaviors may be considered disruptive to others:

Disturbing, sustained noise including loud talking, shouting, singing, whistling, screaming, crying, or anything similar.

The use of audio equipment without headphones.

Running.

Throwing objects.

Misusing furnishings such as standing on chairs, standing or sitting on tables or counters.

The use of skateboards, skates, rollerblades, scooters, bicycles, or any similar equipment within the library and around library entrances.

Using abusive or obscene language or gestures, including swearing or lewd language.

Using offensive behavior including shoving, fighting, or making threatening gestures.

Using disruptive behavior including inappropriate physical contact with another patron or a staff member.

Harassment, including but not limited to, staring, stalking, photographing, filming, or making unwelcome advances to other patrons or to staff members.

The use of offensive or derogatory comments based on race, color, sex, religion, age, disability, sexual orientation, or national origin.

Being under the influence of alcohol or narcotics or other illegal drugs.

Entering non-public areas, remaining in the library after closing, entering restrooms not of one's gender, refusal to leave when not abiding by the rules, opening emergency exits or setting off emergency alarms except in emergency situations, loitering in groups, blocking entrances or passageways, and other similar behaviors.

**No one is allowed to litter the library's grounds or building.**

**Children ages 10 and under must be accompanied by an adult at all times. Library staff is not responsible for children left unattended in the library. The police department or other juvenile welfare agency may be called if unaccompanied children are left at the library at closing time.**

Adults are responsible for ensuring the appropriate behavior and safety of the children in their care while in the library. The library is a public place, and the staff members are not given the responsibility or authority to provide oversight for

children. A parent or guardian will be called to pick up a child who has been left unattended.

**FAILURE TO FOLLOW THE RULES OF CONDUCT MAY RESULT IN PATRON REMOVAL, UP TO AND INCLUDING PERMANENT BANNING, FROM THE LIBRARY. IF NECESSARY, THE POLICE WILL BE CALLED FOR ASSISTANCE.**

# EXHIBIT E

# RECONSIDERATION OF MATERIALS POLICY

This policy applies to materials owned by the Garland County Library (GCL). GCL recognizes the principles of free library services and free inquiry as fundamental concepts of the democratic heritage of the United States of America. The latter principle requires the library to offer different, and sometimes widely divergent, points of view in many areas of knowledge. The library does not approve or endorse any particular viewpoint or belief represented in its collection.

The library considers reading, listening, and viewing to be individual, private matters. The library believes that full, confidential, and unrestricted access to information is essential for citizens to exercise their constitutional rights. While anyone is free to select or reject materials for themselves or their own minor child(ren), the freedom of others to read or inquire will not be restricted. Only parents and guardians have the right and responsibility to guide and direct the reading, listening, and viewing choices of their own minor child(ren). GCL believes that education is best provided and controlled at the local level with families having the freedom and responsibility to choose their best options. Well-informed citizens are required for the nation to continue as a republic with individual freedom and effective government. The library does not stand in place of parents (in loco parentis).

The library considers all materials in its collections to be constitutionally protected under the First Amendment of the United States Constitution and the Arkansas State Constitution unless ruled otherwise in a court of law. The library's role is to provide materials that will allow individuals to freely examine issues and make their own decisions. In this connection, the library endorses and incorporates by reference herein the "Library Bill of Rights" and the "Freedom to Read" and "Freedom to View" statements adopted by the American Library Association. Library materials will not be marked or identified to show approval or disapproval of the contents, nor will items be sequestered, except for the purpose of protecting them from theft or damage or required by law.

Individuals may raise concerns about library material that does not support their tastes and views. Staff is available to discuss concerns and identify alternate material that may be available. Customer concerns will be dealt with promptly and courteously. Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the library's collection will be objectionable to some people in the community. The library in a very real sense belongs to the whole community – the minority as well as the majority. The library has a responsibility to serve the community in all its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.

WEBB 00006

# RECONSIDERATION OF MATERIALS PROCEDURE

A person with a valid GCL borrower's card and is a resident of Garland County may assert they are adversely affected by a book or other physical item and therefore may seek to have such item relocated in the library.

1. Before a person can file a challenge, the person shall request a meeting with the County Librarian. Before the meeting occurs, GCL shall provide a copy of the Reconsideration of Materials Policy and Form or other method by which a person may request a reconsideration of the appropriateness of the material being challenged.

2. At the conclusion of this meeting, if the patron still objects to the classification or inclusion of a work, the patron may make a formal, written request using the Form.

3. For the request to be considered, the Form must be completed in full including signature and submitted to the Executive Director within five (5) working days of the meeting. Only specific works or titles will be considered for reconsideration; requests for reconsideration of general topics or subject areas will not be considered.

4. The material under consideration will remain in the library's collection pending the outcome of the patron's request. In the event that the material under consideration is lost during the evaluation process, replacement materials will be purchased until a final determination has been made.

5. Upon receipt of a completed Form, the Executive Director will establish if the request Form is proper, applies to the material in question, and is complete. If so, the Executive Director will appoint an ad hoc committee from the professional staff. Committee members shall have knowledge appropriate for the material being challenged and be representative of diverse viewpoints.

6. Based on all applicable library policies and procedures, the committee will evaluate the material. Material will be reviewed in its entirety and shall not have selected portions taken out of context. The challenged material shall not be withdrawn solely for viewpoints expressed within the material and must be reviewed pursuant United States Supreme Court tests regarding alleged obscene materials.

7. The objecting patron shall present their request in-person to the Committee during the Committee's regularly scheduled meeting.

8. The Committee shall meet to discuss the material being challenged. The Committee shall vote to determine if the material being challenged shall be relocated within the library's collection, replaced with another work or

WEBB 00007

removed from GCL's collections. A member of the committee who voted with the majority shall write a summary of the reasons for the majority's decision and shall send their decision by certified mail to the person who submitted the request.

9. The Executive Director will inform the Library Board of all requests for reconsideration of library materials and their disposition.

10. If not satisfied with the committee's decision, the patron may file an appeal with the Garland County Library Board of Trustees. To appeal, the challenging patron must deliver and present for filing a written appeal to the Garland County Library Board Chair within five (5) working days of the receipt of the Review Committee's decision.

11. In the event of an appeal, the Garland County Library Board Chair will be given a copy of the patron's completed Form and a summary of the committee's decision within fifteen (15) days of the committee's decision.

12. The Garland County Library Board of Trustees will review the information submitted to them and shall make a decision on the appeal within thirty (30) days of receiving the information.

The decision of the Garland County Library Board of Trustees is final.

WEBB 00008

# RECONSIDERATION OF MATERIALS FORM

If you wish to recommend the re-evaluation of material in the library's collection, fill out this form in its entirety.

Title: _____

Author: _____

Publisher: _____

Your name: _____

Address: _____

Phone: _____

Library Card #: _____

Complainant represents:
☐ Self
☐ Organization (identify)_____

The First Amendment's right to freedom of expression encompasses intellectual freedom, which includes an individual's right to receive information on a wide range of topics from a variety of viewpoints. The Supreme Court and other courts have held conclusively that there is a First Amendment right to receive information as a corollary to the right to speak. Garland County Library, as a government agency and "limited public forum", is legally prohibited from removing materials from the library based on topic or viewpoint.

There are exceptions to First Amendment protections on speech. If you believe that the information or ideas within this title are not covered by the First Amendment, please choose which category of unprotected speech that the title falls under:

☐ Incitement of imminent lawless action          ☐ True threats
☐ False statement of fact (e.g. false advertising)  ☐ Fighting words
☐ Obscenity as defined by state/federal law       ☐ Defamation
☐ Speech integral to criminal conduct             ☐ Fraud

WEBB 00009

Have you read, viewed, or listened to the title in its entirety?
☐ Yes
☐ No

Does the work, when taken as a whole, appeal to the prurient interest?
☐ Yes
☐ No

Does the work, when taken as a whole, depict or describe, in a patently offensive way, sexual conduct specifically defined by applicable state law?
☐ Yes
☐ No

Does the work, when taken as a whole, lack serious literary, artistic, political or scientific value?
☐ Yes
☐ No

Our library utilizes the Continuous Review, Evaluation, and Weeding (CREW) standards for library materials. CREW allows for the removal of library materials if they meet certain criteria that are not based on content viewpoint. Please select all criteria that apply to this title.

Is the title:

☐ Misleading (factually inaccurate based on current standards and best practices)

☐ Ugly (the condition of the material is beyond mending or re-binding)

☐ Superseded (a new edition has been published or a better title has been released)

☐ Trivial (ephemeral or regarding trivial events of the past)

☐ Irrelevant (Not relevant to the needs or interests of the community)

☐ Found elsewhere (i.e., it is available for free from Project Gutenberg or via ILL)

What is your recommendation for this title?
☐ Replace with another work
☐ Relocate to another section
☐ Remove from the library

CERTIFICATION - Reconsideration of Materials requests are public records under Arkansas's Freedom of Information Act. It is a crime under Arkansas Code to falsify a public record. I certify under penalty of law that the foregoing is true and correct.

Date:            Complainant's Signature_____

EXHIBIT F



**Garland County Library**

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
**John Wells, Librarian**

**YOUR WINDOW
TO THE WORLD.**

**DATE: 25 August 10**
**TO:** ▮▮▮▮▮▮▮▮▮
**FROM: John W. Wells**
**RE: Citizen's Request for Reconsideration of Materials**

1. We appreciate your interest in the offerings of the Garland County Library. Your two recent complaints about these offerings have been addressed by the Library's Board of Trustees. Your first complaint about the cover of *Rolling Stone* magazine was taken to the Library's Board immediately after your having lodged the complaint on July 27th, 2010. Even though the complaint was only verbal, the Library's Board did indeed review the "Lady Gaga" cover. The Board's unanimous response was that the issue should remain on the Library's public shelves. We were not able to forward this response to you since I neglected to get your name or address when you lodged the complaint as I was heading to the monthly Board meeting.

2. Your second complaint was verbally conveyed to the Library's staff during the week of August 16th – 20th. That day, Library staff supplied you with a "Garland County Library Request for Reconsideration of Materials Policy," a complaint form, and a copy of a document entitled "The Freedom to Read." Your written response dated 08/21/10 was received and forwarded to the Board for review at its August 24th meeting.

3. The Board cited several thoughts in making its unanimous decision to allow the current copy of *Rolling Stone* to remain in its standard location on the 53 inch high top shelf in the adult area's adult periodicals section. Here, we should point out that the title is neither intended for nor marketed to juvenile audiences. Additionally, the Board cited an impartial review of *Rolling Stone* in the book, *Magazines for Libraries, for the general reader and school, junior college, college, and university and public libraries, 17th edition, LaGuardia and Katz.* This review points out that *Rolling Stone* received a 2007 National Magazine Award for general excellence. The review continues, "Overall, this work retains a popular style that is at once ordered and tasteful in its layout and often irreverent in its pop culture humor; an attractive and entertaining mix."

4. Then, the Board again reviewed some of the basic thinking which guides public libraries across the USA as discussed in "The Freedom to Read." The Library is charged with serving the wants and needs of a varied public.

Looking at the contested cover, the Board did use descriptive terms like, *offensive, tacky, campy,* and *raunchy.* The Board never did unanimously agree on the tastefulness of *Rolling Stone's* most recent cover; however, the Board did unanimously agree that keeping the issue in its current location was less injurious to the public good than in honoring your request. The Library's "Reconsideration of Materials Policy" begins with the following:

> *Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community – the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

5. A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.

WEBB 00017

 **Garland County Library**

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
John Wells, Librarian

**YOUR WINDOW
TO THE WORLD.**

13 October 2011

Dear ▬▬▬▬▬▬:

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the Library's holding of the DVD *Black Swan* and reviewed it thoroughly.

After reviewing your complaint, the work in question will remain in its regular location on the open shelves of the adult area fiction DVD collection. In response to your comment that the work should have "a warning sign: Adult Only," we feel confident that we have already done what you suggest. *Black Swan*, like all movies with an "R" rating, is clearly marked with a bright pink "Restricted" sticker, and we do not allow anyone under the age of seventeen to check out an "R" rated movie without parental permission. The text box on the back of the DVD beneath the rating clearly states that the movie contains "adult content, graphic language, graphic violence, and strong sexual content." We should also point out that the movie was critically well-received, and was nominated for several Academy Awards in 2011. Natalie Portman's performance in the film won her an Academy Award. Furthermore, the item has circulated nearly forty times since we acquired our first copy earlier this year.

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. I also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

> *Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

WEBB 00018

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest and input. We look forward to serving you in the future.

Sincerely,


Tiffany Hough
Children's Librarian
CC: John Wells
CC: Garland County Library Board

WEBB 00019



**Garland County Library**

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
John Wells, Librarian

**YOUR WINDOW
TO THE WORLD.**

11 July 2011

███████████
███████████
███████████

Dear ████████████,

We appreciate your interest in the offerings of the Garland County Library. I have taken your complaint on the Library's holding of the book *A Corner of the Universe* by Ann M. Martin and reviewed it thoroughly.

After reviewing your complaint, I have decided to move the book to the Young Adult Collection. All critical reviews that I found of this book were favorable, and it received a starred review in *School Library Journal*, *Publisher's Weekly*, and *Booklist*. In addition, the book is a Newbery Honor book, an award given annually by the American Library Association and one of the highest honors an American children's book can receive. However, as I was looking through the reviews, I noticed the book was recommended by various journals for youth in grades 5-8, grades 6-8 or for ages 12 and up. Since the children's collection is intended for children ages 12 and under, I felt relocating the book to a collection intended for older children was the appropriate response to your request.

Thank you for taking the time to read the book before completing your request. You commented, "I will scan the books from now on unless I am familiar with the author." That is a wise thing to do, and exactly what we wish all adults would do for the children in their care. Middle grade fiction often incorporates serious themes, and sometimes adult language as well. What is entirely acceptable by one family's standards might be completely unacceptable to another. Furthermore, topics that might be perfectly fine for one child might be highly disturbing to another child.

In considering your request, I also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. I also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

> *Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole*

WEBB 00020

> *community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest and input. We look forward to serving you in the future.

Sincerely,


Tiffany Hough
Children's Librarian

CC: John Wells
CC: Garland County Library Board

**Garland County Library**

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
John Wells, Librarian

**YOUR WINDOW
TO THE WORLD.**

**DATE:** 12 January 11
**TO:** ▮▮▮▮▮▮▮▮
**FROM:** John W. Wells
**RE:** Citizen's Request for Reconsideration of Materials

1. We appreciate your interest in the offerings of the Garland County Library. I have taken your complaint on the Library's holding of the movie, *"Die Mommie Die"* and reviewed it thoroughly.

2. You have properly filed your complaint by submitting your complaint in writing.

3. I can find no compelling reason to remove this work from the shelves. The work will remain in its regular location on the open shelves of the adult area fiction DVD collection. Here, we should point out that the work is clearly marked with an "R" rating and that there is a text box below the rating on the packaging on the back of the box. That box states as follows: "Strong sexual content, language, and a drug scene." Additionally, the blurb on the box covers the subject content. We should also point out, as you did, that the movie is an award winner at the Sundance film festival. And, as you did, we question the validity of any award such as that. We then looked at several reviews online. Again, we find no compelling reason to remove the work especially when we note that 168 others in Garland County have checked out this title.

4. I then reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read." The same tenets are elaborated upon in "The Freedom to View" which I have enclosed. The Library is charged with serving the wants and needs of a varied public. I concur that the film in question may be tacky, campy, offensive, or even raunchy. However, with that said, I am additionally saying that keeping the work in its current location in the Library is less injurious to the public good than in honoring your request. The Library's "Reconsideration of Materials Policy" begins with the following:

> *Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all*

WEBB 00022

*of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

5. A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.

WEBB 00023

**Garland County Library**

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
**John Wells, Librarian**

**YOUR WINDOW
TO THE WORLD.**

Dear ██████████████,

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the book Thugs and the Women Who Love Them by Wahida Clark into consideration and reviewed it thoroughly. After reviewing the title, it is the library's decision to keep the book in the adult fiction collection. Your comments that the book contains explicit and degrading language are well founded. However, the library holds many titles that contain language that could be seen as objectionable, including many works of classic literature. While we concur that the book contains explicit, gritty, even raunchy content, keeping the work in its current location in the Library is less injurious to the public good than in honoring your request. We weighed your concerns against the library's initial reasons for ordering the book.

Firstly, the library received a number of requests for the title. While that does not automatically guarantee that the library will order the item, it causes the library to look more closely into purchasing it. Upon researching the title, we found that a number of neighboring libraries carry the title, including Saline County Library, the Central Arkansas Library System, Ft. Smith Public Library, and Jefferson County Public Library. We found that the title was well reviewed at Amazon, Goodreads, and Barnes and Noble, having a rating of 4 stars or above at all three sites. We also found the title to be well received in professional literature.

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. This particular statement seemed germane to the issue: "In a free society individuals are free to determine for themselves what they wish to read." We also reviewed our library's "Reconsideration of Materials Policy" which begins with the following: Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which

WEBB 00024

people can make choices, not to make choices for people.

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.

Sincerely,

Adam Webb            Katie Allen            John Wells
MLS candidate        MLS candidate          Director


CC: Garland County Library Board

WEBB 00025



**Garland County Library**

YOUR WINDOW
TO THE WORLD.

1427 Malvern Avenue • Hot Springs, Arkansas 71901
501/623-4161 • 501/922-4483
**John Wells, Librarian**

July 15, 2014



Dear ███████████████,

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the DVD *Angels in America* directed by Mike Nichols into consideration and reviewed it thoroughly.

After reviewing the title, it is the library's decision to keep the film in the adult DVD collection. Based on Tony Kushner's prize winning play (1993 Pulitzer Prize for Drama, Tony Award for Best Play, among other awards), the HBO miniseries produced in 2003 received 11 Emmy awards, including Outstanding Miniseries, Outstanding Director, and others.

Your comments that the DVD contains material which might be emotionally challenging are well founded. However, the library holds many titles that deal with issues that could be seen as objectionable, including many works of classic literature. While we concur that the film contains material and subject matter that might offend some people, we believe that keeping the work in its current location in the Library is less injurious to the public good than in honoring your request.

We weighed your concerns against the library's offering of this title. Since 2005 the DVD has been circulated over 400 times. Upon researching the title, we found that a number of neighboring libraries carry the title, including Saline County Library, the Central Arkansas Library System, Laman Public Library, and Craighead County Library.

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. This particular statement seemed germane to the issue: "In a free society individuals are free to determine for themselves what they wish to read." We also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

WEBB 00026

*Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.

Sincerely,


Adam Webb |MLS
Adult & Technical Services Librarian


Katie Allen |MLS
Children's Librarian


John Wells, Director
CC: Garland County Library Board

WEBB 00027



GARLAND COUNTY LIBRARY

YOUR CONNECTION POINT

October 25, 2015



Dear ███████████ :

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the film *Starlet* directed by Sean Baker into consideration and reviewed it thoroughly. The film was reviewed by a panel consisting of three library staff members, one of whom is a certified librarian through the American Library Association per the *Reconsideration of Materials Policy* guidelines.

After reviewing the title, it is the library's decision to keep the film in the circulating collection, but with additional notices regarding the content of the film placed on the case. This is a difficult decision for a number of reasons and was not a unanimous decision.

Your comments that the film contains material that is sexually explicit are well founded. However, the library holds many titles that deal with issues that are sexual in nature, including many works of classic literature. While we concur that the film contains material and subject matter that might offend some people, we believe that keeping the work in its current location in the Library is less injurious to the public good than in honoring your request.

We weighed your concerns against the library's offering of this title. While the scene in question is explicit (we are not arguing that it is not), there are other factors to weigh. The film has won multiple awards and was chosen as a "Critic's Pick" by the New York Times. While the scene in question is most certainly explicit (one person reviewing it labeled it "gratuitous"), it does not outweigh what is otherwise a well put together film. Since 2013, the DVD has been circulated over 90 times. In researching the title, we found that over 200 libraries in the United States carry the title, including the Central Arkansas Library System in Little Rock.

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the the *Freedom to Read* statement, as well as the *Freedom to View* statement, which I have attached to our response. This

particular statement seemed germane to the issue: "The freedom to view, along with the freedom to speak, to hear, and to read, is protected by the First Amendment of the Constitution of the United States. In a free society, there **may** be no place for censorship of any medium of library owned materials"

We also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

*Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.

Sincerely,


Adam Webb |MLS
Technical Services Librarian



John Wells, Director
CC: Garland County Library Board

 GARLAND COUNTY LIBRARY
YOUR CONNECTION POINT

03 October 2018



Dear ███████████████,

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the book *Childhood* by Bill Cosby into consideration and reviewed it thoroughly.

After reviewing the title, it is the library's decision to keep the book in the adult nonfiction collection. Your comments that the book contains passages that may be disturbing in light of Cosby's recent criminal conviction are well founded. However, the library holds many titles that contain material that might be objectionable to some, including many works of classic literature. While we concur that the chapter in the book, "Or Maybe It's Spanish Flea," does contain references to an aphrodisiac that are unsettling considering revelations of the author's sexual assault practices, we believe that keeping the work in its current location in the Library is less injurious to the public good than in honoring your request. A particular concern in your request is that children may have access to this title, "without addressing the chapter mentioned." The book is shelved in the adult nonfiction section. It is not the library's function to editorialize on the content of its offerings. Furthermore, it does not act in loco parentis. If children wish to read Cosby's book, or any other, it is up to parents to monitor their children's choices.

We weighed your concerns against the library's reasons for offering the book. The title (in both regular and large print editions) has been checked out 95 times. Upon researching the title, we found that over 1600 libraries offer the title in their collections, including 18 in Arkansas. We also found that upon initial publication, the title received positive notices in professional reviewing journals. While it's likely that the popularity of Cosby's books will wane considering his recent conviction, for now, we will continue to circulate his books, including *Childhood.*

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. This particular statement seemed germane to the issue: "In a free society individuals are free to determine for themselves what they wish to read." We also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

*Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.


Sincerely,


Greg Wallace |MLS
Garland County Library


Tiffany Hough |MLS
Youth Services Director


John Wells, Director



**GARLAND COUNTY LIBRARY**
YOUR CONNECTION POINT

09 November 2018



Dear ████████████,

We appreciate your interest in the offerings of the Garland County Library. We have taken your complaint on the audio book *The Long Drop* by Denise Mina into consideration and reviewed it thoroughly.

After reviewing the title, it is the library's decision to keep the book in the adult collection. Your comments that the book contains passages that may be disturbing are well founded. However, the library holds many titles that contain material that might be objectionable to some, including many works of classic literature. While we concur that the book, based on the true story of Scottish serial killer Peter Manuel, contains numerous references to rape and murder, sometimes in language that might be considered offensive by some, we believe that keeping the work in its current location in the library is less injurious to the public good than in honoring your request.

We weighed your concerns against the library's reasons for offering the book. The title (in both audio book and print versions) has been checked out over 30 times in the last year and a half. Upon researching the title, we found that over 800 libraries offer the title in their collections, including 7 in Arkansas. We also found that the title received positive notices in professional reviewing journals, including starred reviews in both *Publishers Weekly* and *Kirkus Reviews*, which found the book a "terrific exploration of crime and oppression." The book also won literary awards in the U.K.: The McIlvanney Prize for Scottish Crime Novel of the Year (2017) and The Gordon Burn Prize (2017).

In considering your request, we also reviewed some of the basic thinking which guides public libraries across the USA as discussed in the "The Freedom to Read," which was attached to the Citizen's Request for Reconsideration of Materials. This particular statement seemed germane to the issue: "In a free society individuals are free to determine for themselves what they wish to read." We also reviewed our library's "Reconsideration of Materials Policy" which begins with the following:

> *Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the Library's collections will be objectionable to some people in the community. The Library in a very real sense belongs to the whole community—the*

*minority as well as the majority. The Library has a responsibility to serve the community in all of its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest in the Garland County Library. We look forward to serving you in the future.


Sincerely,


Greg Wallace |MLS
Garland County Library



John Wells, Director

WEBB 00033

DATE: 26 September 2022
TO: ███████████
FROM: Adam Webb
RE: LGBTQ materials labeling request


Dear ███████████,

My apologies for the delay. We have received your emails and reviewed your request to label all materials with LGBTQ characters or themes in the children's department. I wanted to make sure that we discussed and reviewed this issue thoroughly before we responded. After reviewing and researching the matter, the Garland County Library is unable to fulfill your request. I know that isn't what you wanted to hear, but as a governmental agency, we have to consider all citizens and how our actions might affect them.

Federal Courts have ruled that government actions that stigmatize certain people is a form of discrimination and that actions such as those suggested are unconstitutional. The Garland County Personnel Handbook explicitly disallows library staff from engaging in unconstitutional practices and we would risk losing our jobs over it. To quote Supreme Court Justice Robert Jackson, "*If there is any fixed star in our constitutional constellation, it is that no official, high or petty, can prescribe what shall be orthodox in politics, nationalism, religion, or other matters of opinion.*" While that specific case was in regards to compelled speech, the standard of not prescribing "what shall be orthodox" is one the courts have made a number of times regarding libraries. Labeling LGBTQ materials as a means to help others avoid certain viewpoints would certainly be prescribing what is orthodox. This amounts to what the courts have called a "stigmatizing effect" and we are prohibited from engaging in that practice.

We also reviewed your request from a collection development and librarianship standpoint. As a practical matter, it would require a page-by-page and scene-by-scene review of everything in the children's library to ensure compliance. It would also require library staff to make judgment calls that may or may not align with what you have in mind. What one person considers "sexual by nature" might not be by someone else. This would open the door for all sorts of labeling based on one opinion over another. If we did this for you, there is nothing to stop someone from requesting any other subjective labeling, as we would have to treat all requests equally.

Ultimately, the courts have determined that the onus is on the individual to screen materials they wish to avoid, not the other way around. In the US District Court case *Sund v City of Wichita Falls*, Justice Buchmeyer stated "*those seeking to restrict access to information should be forced to take affirmative steps to shield themselves from unwanted materials; the onus should not be on the general public to overcome barriers to their access to fully-protected information.*" I know this doesn't seem like a restriction, but the courts have ruled otherwise. As a civil servant, I am compelled to do what the courts have determined is constitutional in my line of work. "Shall not prescribe" is mandatory language, not a suggestion.

WEBB 00034

Regarding your question about the book *Angryman*, I am unaware of how that labeling was placed on the item and I asked my staff to remove it. We do not have a policy of labeling items on a case-by-case basis and it is not a practice my staff should be doing outside of our board approved policies.

I know my response is not what you want to hear, but I'm happy to talk with you or any other interested parties about possible solutions or compromises. We want everyone to feel welcome in the library, but in doing so, we must create an atmosphere where everyone feels welcomed.

Yours in service,

--

Adam Webb | MLS
Library Director

WEBB 00035



GARLAND COUNTY LIBRARY
YOUR CONNECTION POINT

June 23, 2022



Dear ██████████,

We appreciate your interest in the offerings of the Garland County Library. We have received your "Citizen's Request for Reconsideration of Materials" for *The Bare Naked Book* by Kathy Stinson and have reviewed the item thoroughly.

After inspecting the title, it is the library's decision to keep the book in the children's nonfiction collection. Although you suggested this title for the teen area, according to the author's website, the book was actually written for preschoolers and kindergartners. *The Kirkus Review* magazine, a well respected book review journal, gave the title a starred review and recommended it for children ages 3-7. While I respect your opinion that the content is not appropriate for elementary-aged readers, many patrons would feel otherwise. *The Bare Naked Book* portrays a wide variety of bodies in a positive, realistic manner and helps children identify body parts, which is an important component of sexual abuse prevention or disclosure if abuse has occurred. In addition, *The Bare Naked Book* won several awards including the Ontario Library Association's Best Bets Honorable Mention and inclusion on the American Library Association's Rainbow Book List. Due to the brevity of the book, the Library Board also reviewed it at its June meeting.

In considering your request, I reviewed the "Freedom to Read" statement, which was attached to the Citizen's Request for Reconsideration of Materials. I also reviewed our library's "Reconsideration of Materials Policy," which begins with the following:

*Because of the rich diversity of human experience and opinion, it is inevitable that some materials in the library's collection will be objectionable to some people in the community. The library in a very real sense belongs to the whole community – the*

WEBB 00036

*minority as well as the majority. The library has a responsibility to serve the community in all its variety. That responsibility includes providing for the needs and interests that may offend a few or even a great number of people. The function of the public library is to provide materials from which people can make choices, not to make choices for people.*

A good public library is charged with having divergent materials for a divergent population. We believe that the Garland County Library is a very good library. Again, thank you for your interest and input. We look forward to serving you in the future.

Sincerely,


Tiffany Hough, MLS
Youth Services Director



Adam Webb|MLS
Library Director

# EXHIBIT G

**From:** Pat King <patking1944@gmail.com>
    **To:** awebb@gclibrary.com
**Subject:** Book list we have been using
    **Date:** Fri, 05 Apr 2024 18:06:25 +0000

BOOK LIST WITH RATINGS & SUBJECTS

Books in the Garland County Library Juvenile Collection

Ratings Codes:

U = Books with authors on booklooks.org list that are in the GC Library, with no

  booklooks or other rating

BL# = Rating given by booklooks.org

CBS:  CBS/PEN America Banned Book List, by Jennifer Martin (CBS/with

  ranking)

NIF15:  Books challenged, restricted, removed, or banned in 2015 and 2016 as
  reported in the *Newsletter on Intellectual Freedom*, *Journal of Intellectual Freedom and Privacy*, and
  in *American Libraries Direct (AL Direct)*, by Robert P. Doyle. (Dates prior to May 2015 indicate the
  controversy began earlier, but continued into 2015 or 2016.)

SC = Books found to be inappropriate in the Saline County Library (books on their      list not listed here were
checked to be in the GCL adult section)

TPC = Books found to be inappropriate by Coralynn

TPP = Books found to be inappropriate by Pat

TPS = Books found to be inappropriate by Sharon


Albertalli, Becky

  Simon vs. the Homo sapiens Agenda (BL3)  YA/ALB  (book; Hoopla
      audiobook & ebook; HTML, Adobe epub, Kindle; Libby audiobook,
      MP3) [coming out gay; sexual identity]

Alexander, Kwame & Kadir Nelson

  An American Story (BL1)  JUV/306.362/ALE (book; HTML, Kindle; MP3,      Overdrive Listen)
[racist language]

Alko, Selina & Sean Qualls

  The Case for Loving:  The Fight for Interracial Marriage (U)

WEBB 01228

JUV/306.846/ALK (book) [interracial marriage]

I Is for Immigrants (BL1)  JUV/305.9/ALK (book)

Amer, Lindz

Hooray for She, He, Ze,  and They!:  What Are Your Pronouns Today?
(BL1

Arceneaux, Michael

I Can't Date Jesus (BL3)  (Hoopla audiobook; MP3, Overdrive Listen;
HTML, Adobe epub, Kindle)

Arlow, Jake Maia

The Year My Life Went Down the Toilet (BL2)  (HTML, Adobe epub,
Kindle; Libby audiobook, MP3) [chronic disease; gender confusion]

Armentrout, Jennifer L.

Storm and Fury, Harbinger Book 1 (BL4)  (Hoopla Ebook; MP3, Overdrive
Listen; HTML, Adobe epub, Kindle)

Till Death (BL4)  (Hoopla Audiobook & ebook; HTML, Adobe Epub,
Kindle) [murder; romantic fiction; obscene sexual activities; sexual nudity; profanity; alcohol use;
violence]

Arnold, Elana K.

What Riley Wore (BL1)  E/ARN (book) [gender identity]

Ayala-Kronos, Chris

The Pronoun Book (BL1)  (Hoopla e-book) [pronouns]

Bildner, Phil

A High Five for Glenn Burke (TPS)  JUV/BIL (book) [coming out; gays;          sexual
orientation]

Black, Holly

Doll Bones (BL1)  JUV/BLA (book; audio disc) [doll made from cremains]

Blake, Ashley

Hazel Bly and the Deep Blue Sea (U)  JUV/BLA (book) [death, lesbian          mothers]

Block, Francesca Lia

Weezie Bat (BL2)  (Hoopla audio book & e-book; HTML, Adobe epub,

Kindle) **[described as Young Adult Fiction; too edgy]**

Blumenthal, Karen

WEBB 01229

Let Me Play:  The Story of Title IX, the Law that Changed the Future of
Girls in America (BL1)  JUV/796.082 (book; Hoopla audiobook) [alternate sexuality;
discrimination; gender identity]

Bongiovanni, Archie

A Quick and Easy Guide to They/Them Pronouns (ebook; Hoopla comic          book) [pronouns]

Yes, I'm Flagging:  Queer Flagging 101, How to Use the Hanky Code to          Signal the Sex
You Want to Have (Hoopla e-comic book)

Bonsignore, Gregory

That's Betty:  The Story of Betty White (BL1)  JUV/B/WHITE, BETTY          (book)

Booth, Coe

Caprice (U)  JUV/BOO (book; Hoopla audiobook; HTML, Adobe epub,          Kindle) [child
abuse; sex abuse]

Bowers, Lydia

We Listen to Our Bodies (U)  E/BOW (book; Hoopla ebook) [child abuse]

Bradley, Kimberly Brubaker

Fighting Words (U)  JUV/BRA (book; Hoopla ebook; MP3, Overdrive          Listen) [child sex
abuse; suicide; **described as "raw"**]

Brockington, Ryan

Daddy & Dada (U)  E/BRO (book) [gay parent families]

Brooks, Ben

Stories for Boys Who Dare to Be Different:  True Tales of Amazing Boys
Who Changed the World without Killing Dragons (U)
JUV/305.31/BRO (book) [violence, gays (?)]

Brown, Peter

Fred Gets Dressed (BL1)  E/BRO (book; HTML, Kindle) [cross-dressing]

Browne, Mahogany L., Elizabeth Avecedo & Olivia Gatewood

Woke:  A Young Poet's Call to Justice (BL2)  JUV/811.6/BRO (book;          HTML) [social
justice poetry]

Burgess, Anthony

A Clockwork Orange (BL4)  (book; Hoopla audiobook; HTML, Adobe
epub, Kindle; video recording; Libby audiobook, MP3) [good/evil
choices]

Burgess, Matthew

WEBB 01230

Drawing on Walls: A Story of Keith Haring (U)  JUV/B/HARING, KEITH          (book) [AIDS;
gay artists; gender identity; LGBTQ+]

Burgess, Rebecca

Speak Up! (U)  JUV/741.59/BUR (book; HTML, Kindle) [autism; gays;          gender
nonconformity; LGBTQ+; nonbinary]

Burns, Jim

How God Makes Babies (U)  JUV/612.951/BUR (book) [sex instruction;          **described as sex
education for ages 6-9**]

Callender, Karen

Moonflower (U)  JUV/CAL (book; Hoopla audiobook & music; HTML,          Adobe epub,
Kindle; MP3, Overdrive Listen) [depression; gender          identification; gender nonconformity]

Carter, Caela

How to Be a Girl in the World (U)  JUV/CAR (book; Hoople audiobook &          ebook; HTML,
Adobe epub, Kindle; MP3, Overdrive Listen)          [adolescence; coming of age; sexual
harassment; touching]

Me, Him, Them and It (U) (HTML, Adobe epub, Kindle) [unplanned teen          pregnancy]

Cassidy, Sara

Genius Jolene (U)  JUV/CAS (book; Hoopla ebook) [gay fathers]

Celano, Marianne, Marietta Collins & Ann Hazzard

Something Happened in Our Town: A Child's Story of Racial Injustice
(BL1)  E/CEL (book; Hoopla audiobook; MP3, Overdrive Listen [racism]

Charles, Tami

All Because You Matter (BL1)  E/CHA (book, Hoopla audiobook & ebook)

Cherry-Paul, Sonja (adaptation of works by Jason Reynolds & Ibram X. Kendi)

Stamped (for Kids) Racism, Antiracism, and You (U)  JUV/305.8/REY          (book; audiodisc;
MP3, Overdrive Listen) [racism]

Christie, Tory

A Touch of Blue (BL1)  (Hoopla ebook) [friendship; mild violence; child
abuse; alcoholism]

Clare, Cassandra

Lady Midnight: The Dark Artifices, Book 1 (BL3)  YA/CLA [demonology;
Sexual activity; violence; alternate sexuality; mild profanity; alcohol use]

Cole, Joanna

Asking about Sex and Growing Up: A Question-and-Answer Book for Kids          WEBB 01231

(U)  JUV/612.6/COL (book; HTML, Adobe epub, Kindle) [growing   up; sex abuse; sex instruction; sexual intercourse]

Cole, Kathryn

A Friend like Iggy (U)  JUV/615.8515/COL (book) [child abuse, touching]

Cole, Kathryn & Qin Leng (U)

That Uh-oh Feeling: A Story about Touch (U)  E/COL (book)

Coman, Carolyn

What Jamie Saw (U)  JUV/COM (book) [child abuse]

Coulter, Dan

A Boy's Puberty Video (U)  JUV/612.661/BOY (video disc—at Juvenile          Circulation Desk) [adolescence; intercourse; masturbation; puberty]

Craft, Jerry

Class Act (BL1)  JUV/741.59/CRA; JUV/CRA (book; audio disc)

New Kid (BL1)  JUV/741.59/CRA (book; Hoopla audiobook and ecomic book; HTML, Kindle; MP3, Overdrive Listen) [racism]

The Offenders:  Saving the World While Serving Detention!  (U)  JUV/CRA          (book)

D'Adamo, Francesco & Ann Leonori

Iqbal: A Novel (U)  JUV/DAD (book) [child abuse; child labor, **described          as for Young Adults**]

Dahl, Roald

Matilda (U)  JUV/DAH (book; audio disc) [child abuse]

Dapier, Jarrett

Mr. Watson's Chickens (U)  E/DAP  (book; Hoopla ebook) [gay couple; gay          men]

Davids, Sharice, Nancy K. Mays & Joshua Mangeshig Pawis-Steckley

Sharice's Big Voice: A Native Kid Becomes a Congresswoman (U)

JUV/B/DAVIDS, SHARICE (book) [LGBTQ+]

Davis, G. Haron, ed.

Transmogrify: 14 Tales of Trans Magic (BL2)  YA/SF/TRA (book; Hoopla audiobook & ebook) [gender identity; transsexuality]

Dee, Barbara

Star-crossed (TPS)  JUV/DEE (book) [same-sex attraction; sexual          harassment; sexual orientation

WEBB 01232

Denish, Andrea

    Everyone Loves a Parade! (U)  E/DEN (book) [LGBTQ+]

Disney Educational Productions

    Let's Talk Puberty for Boys (U)  JUV/612.6/LET (DVD) [puberty]

    Let's Talk Puberty for Girls (U)  JUV/612.6/LET (DVD) [puberty]

Dominique, J. M.

    Managing Mental Health for Gender Dysphoria (U)  (Hoopla audiobook)    [gender dysphoria]

Donahue, Marilyn Cram

    When the Crickets Stopped Singing (U)  JUV/DON (book) [child abuse; sex    abuse]

Donoghue, Emma

    The Lotterys More or Less (U)  JUV/DON (book; Hoopla audio & ebook)    [gay parent families]

Draper, Sharon M.

    Blended (BL1)  JUV/DRA (book) [mixed race]

    Stella by Starlight (U)  JUV/DRA (book) [racism]

Durand, Sarah

    One Life (U)  JUV/B/RAPINOE, MEGAN (book) [LGBTQ+]

Eggers, Dave

    The Circle (BL3)  (HTML, Adobe epub, Kindle; Libby audiobook, MP3)
        [privacy; surveillance]

Elliott, Rachel A.

    The Real Riley Mayes (U)  JUV/741.59/ELL (book) [LGBTQ+; sexual    identity]

ElMekki, Fatima & Kelisa Wing

    Racial Justice in America: How Can I Be an Ally? (BL1)  JUV/305.8/ELM    (book) [racism]

Emezi, Akwaeke

    Bitter (BL3)  YA/SF/EME (book; HTML, Adobe epub, Kindle; Libby
        audiobook MP3) [ youths in protests]


Erickson, Leigh Ann & Kelisa Wing

    Racial Justice in America:  What Is White Privilege?  (BL1)  JUV/305.8/ERI    (book) [racism]

WEBB 01233

Erskine, Kathryn

The Incredible Magic of Being (U)  JUV/ERS (book) [gay parent families;     lesbians]

Farranto, Emily

Animals Mate:  A Book about Where Babies Come From (U)
JUV/591.562/FAR (book) [sex instruction; reproduction]

Feder, Tyler

Bodies Are Cool!  (BL2)  E/FED (book)

Dancing at the Pity Party (BL2)  YA/741.59/FED

Hoopla audiobook; Libby
audiobook, MP3) [death of mother]

Feder, Tyler & Lech Henderson

Together We March:  25 Protest Movements That Marched into History (U)

JUV/304.4/HEN (book)

Fiske, Anna

How Do You Make a Baby? (U)  JUV/612.6/FIS (book) [sex instruction]

Folkers, Gladys

Taking Charge of My Mind and Body:  A Girls' Guide to Outsmarting

Alcohol, Drugs, Smoking, and Eating Problems (U)

JUV/613.04243/FOL (book) [alcohol; drugs] **[described as being for     grades 7 & up,**
**for adolescent girls; move to YA?]**

Ford, JR & Vanessa

Calvin (BL1)  E/FOR (book) [gender identity; transgender children;     transgender
identity; transgender people]

Forman, Gayle

Frankie & Bug  (U)  JUV/FOR (book) [gender identity; transgender     children;
transgender people]

Frasier, Crystal

Cheer Up!  Love and Pompoms (BL2)  **YA/741.59** (book; Hoopla e-comic
book; PDF, HTML, Kindle) [lesbians; transgender]

Gale, Heather

Ho'onan:  Hula Warrior (BL1)  E/GAL (book) [gender identity]

Gao, Laura

WEBB 01234

Messy Roots:  A Graphic Memoir of a Wuhanese American (BL2)
YA/741.59/GAO  (book) [sexual minority students]

Gardner, Whitney

Long Distance (U)  JUV/741.59/GAR (book) [sci-fi] [gay fathers]

Gayton, Sam

Hercufleas (U)  JUV/GAY (book) [gay]

Lilliput (U)  JUV/GAY (book) [gay]

Geisler, Dagmar

My Body Belongs to Me from My Head to My Toes (U)  JUV/362.76/GEI                  (book) [child
abuse; sex abuse]

Geisler, Dagmar

My Body Is Growing:  A Guide for 4- to 8-Year-Olds (BL3)  (Hoopla ebook)
[maturing; personal hygiene; pregnancy; sexuality]

Genhart, Michael

Rainbow:  A First Book of Pride (TPPS)  E/GEN (book) [gays; lesbians]

Gephart, Donna

Abby, Tried and True (U)  JUV/GEP (book) [lesbian mothers]

Gerber, Carole

How You Came to Be (U)  JUV/612.6/GER (book) [sex instruction]

Gino, Alex

Alice Austen Lived Here (BL1)  JUV/GIN (book) [gender identity; gender                  nonconformity]

Green (BL2)  (Hoopla audiobook) [homosexuality]

Melissa/George (BL2, CBS)  JUV/GIN (book) [Melissa on cover, title                  George???]
[gender identity]

Rick (BL1, TPS)  JUV/GIN (book) [gender identity; sexual orientation]

Goffney, Joya

Excuse Me Whie I Ugly Cry (BL3)  YA/GOF

(book; Hoopla audiobook &
ebook; HTML, Adobe epub, Kindle; Libby ebook, MP3)
[cyberbullying]

Gonzalez, Rigoberto

Antonio's Card (La Tarjeta de Antonio) (BL1)  E/GON (book)                  [homosexuality]

WEBB 01235

Gore, M. C. & Millie

    All Is Assuredly Well (U)  E/GOR (book) [gay adoption; gay couples]

Grace, Hannah

    Icebreaker (BL4)  (Hoopla audiobook; HTML, Adobe epub, Kindle; Libby
        ebook, MP3) [competitiveness]

Gravel, Elise

    Pink, Blue and You!:  Questions for Kids about Gender and Stereotypes
        (TPC/S)  JUV/305.3/GRA (book) [gender identity; sexual orientation;      stereotypes;
    transgender children]

Greener, Rachel & Clare Louis Owen

    Making a Baby (BL3)  JUV/612.6/GRE (book) [human reproduction &
        alternatives; LGBTQ+]

Grimes, Nikki & Bryan Collier

    The Watcher (U)  E/GRI (book) [bullying]

Grimm, Gavin & Kyle Lukoff

    If You're a Kid like Gavin:  The True Story of a Young Trans Activist
        (TPP/S)  JUV/306.768/GRI (book) [gender identity; transgender      children; transgender
    people]

Gros, Kathleen

    Jo: An Adaptation of Little Women (sort of) (TPS)  JUV/741.59/GRO      (book) [coming
out; lesbian teens; sexual orientation]

Haack, Daniel

    Prince & Knight (BL1)  E/HAA (book) [gays]

Hale, Shannon & LeUyen Pham

    Itty-Bitty Kitty Corn (BL1)  E/HAL (book), JUV/ITT (video disc)

Han, Jenny

    To All the Boys I've Loved Before (BL3)  YA/HAN (book; Hoopa
        audiobook; HTML, Adobe epub, Kindle; Libby audiobook, MP3)
        [love, romance]

Hannah-Jones, Nikole, Renee Watson & Nikkolas Smith

    The 1619 Project:  Born on the Water (U)  JUV/973.0496/HAN (book)      [racism; slavery]

Hansen, Diane, JD, PhD

    Those Are My Private Parts  (U)  JUV/362.76/HAN (book) [child abuse; sex      abuse; sex
instruction]

WEBB 01236

Harris, Duchess

      Protesting Police Violence in Modern America (BL1)  JUV/305.8/HAR         (book) [racism]

      Race and Policing in Modern America (BL2)  JUV/302.23/HAR (book;        Hoopla ebook)
[racism]

      Race and the Media in Modern America (U)  JUV/302.23/HAR  (book;       Hoopla ebook)
[racism]

Harris, Neil Patrick, Alex Azam & Lissy Martin

      Magic Misfits:  The Second Story (U)  JUV/HAR (book; audiodisc; MP3,      Overdrive Listen;
HTML, Adobe epub, Kindle) [gay fathers; orphans]

Harris, Neil Patrick, Alec Azam, Lissy Martin & Kyle Hilton

      The Magic Misfits (book) [gay fathers; orphans]

Harris, Robie H. & Michael Emberly

      It's Not the Stork!:  A Book about Girls, Boys, Babies, Bodies, Families and
            Friends (BL2)  JUV/612.6/HAR (book) [sex differences; sex    instruction]

      It's Perfectly Normal:  Changing Bodies, Growing Up, Sex, and Sexual      Health, 4TH ed.
(TPS, BL3, CBS) JUV/613.951/HAR (book)            [adolescence; explicit sex; puberty; sex
organs; sex instruction;          transgender children]

       It's So Amazing!:  A Book about Eggs, Sperm, Birth, Babies, and Families
            (BL2)  JUV/612.6/HAR (book) [sexual intercourse]

Harris, Robie H. & Nadine Bernard Westcott

      What's in There?:  All about You before You Were Born (U)
            JUV/612.6/HAR (book) [sex instruction]

      Who Has What?:  All about Girls' Bodies and Boys' Bodies (BL1)        JUV/612.6/ HAR
(book) [sex differences; sex instruction]

Hashimi, Nadia

      One Half from the East (U)  JUV/HAS (book) [gender identity]

Henry, Jessica  S. & Kelisa Wing

      What Does It Mean to Defund the Police? (U)  JUV/363.2/HEN (book)       [racism]

Herthel, Jessica & Jazz Jennings

      I Am Jazz! (BL1, NIF15, TPS)  JUV/306.78/HER (book & ebook) [gender      identity; gender
nonconformity; transgender children; transgender        identity; transgender people]

Hickling, Meg

      Boys, Girls & Body Science:  A First Book about Facts of Life (U)
            JUV/613.95/HIC (book) [sex instruction]

WEBB 01237

Higginbotham, Anastasia

    Not My Idea: A Book about Whiteness (BL2)  JUV/305.8/HIG (book)      [racism]

    Tell Me about Sex, Grandma (U)  JUV/616.6/HIG (book) [self-perception;    sex instruction]

    You Ruined It (TPP)  JUV/362.76/HIG (book) [child abuse; sex abuse;    sexual assault]

Hiranandani, Veera

    How to Find What You're Not Looking For (U)  JUV/HIR (book)    [interracial
marriage]

Holcomb, Justin S. & Lindsey

    God Made All of Me:  A Book to Help Children Protect Their Bodies (U)

        JUV/362.76/HOL (book) [child abuse]

Hopkins, Ellen

    What about Will? (BL2, TPP)  JUV/HOP  (book) [drug & opioid abuse &
        addiction; brain damage] **[described as for ages 10 and up]**

Hopkinson, Deborah

    A Bandit's Tale:  The Muddled Misadventures of a Pickpocket (U)    JUV/HOP (book;
Hoopla audiobook & ebook; MP3, Overdrive    Listen) [child abuse; sexual harassment]

Horne, Maggie

    Hazel Hill Is Gonna Win This One (U)  JUV/HOR (book; Hoopla audio &    ebook; MP3,
Overdrive listen) [child abuse; sexual harassment]

Howard, Greg

    The Whispers (U)  JUV/HOW (book) [gays]

Hudson, Wade & Cheryl, eds.

    The Talk:  Conversations about Race, Love & Truth (BL1)  JUV/305.8/TAL    (book)

    We Rise, We Resist, We Raise Our Voices (BL2)  JUV/303.4/HUD (book)

Hughes, Langston & Daniel Miyares

    That Is My Dream!:  A Picture Book of Langston Hughes' "Dream    Variation" (BL1)
E/HUG (book)

Hurston, Zora Neale, adapted by Ibram X. Kendi

    Magnolia Flower (BL1)  E/HUR (book)

Jewel, Tiffany & Nicole Melleby

    The Antiracist Kid:  A Book about Identity, Justice, and Activism (U)

WEBB 01238

JUV/305.8/JEW (book, Hoopla audiobook)

Johnson, Cathy G.

The Breakaways: Bad at Soccer, OK at Friends (BL2)  JUV/741.59/JOH          (book; HTML,
Kindle)

Johnson, Chelsea

Intersection Allies: We Make Room for All (TPS)  E/JOH (book; Hoopla          ebook; ebook in
Spanish) [sexual orientation]

Jones, Stanton L.

The Story of Me (U)  JUV/249/JON (book) [sex biology; sex instruction]

What's the Big Deal?: Why God Cares about Sex (U)  JUV/612.6/JON          (book) [gays;
growing up; puberty; sex abuse]

Joosten, Michael

My Two Dads and Me (U)  E/JOO (book) [gay fathers]

Joseph, Frederick

Black Panther: Wakeneda Forever: The Courage to Dream (U)  E/JOS          (book; Hoopla
ebook) [racism]

Kallen, Stuart A.

The Race to Discover the AIDS Virus: Luc Montagnier vs. Robert Gallo (U)

JUV/616.9793/KAL (book; Hoopla ebook) [gay men]

Katz, Anne

Girl in the Know: Your Inside-and-Out Guide to Growing Up (U)
JUV/613.0424/KAT (book) [menstruation; puberty; sex]

Kearney, Rob

Strong (U)  JUV/B/KEARNEY, ROB (book) [gay men]

Kendi, Ibram X.

Antiracist Baby (BL1)  E/KEN [racism]

Goodnight Racism (BL1)  E/KEN [racism]

Khorram, Adib

Kiss & Tell (BL3)  YA/KHO  (book; HTML, Adobe epub, Kindle) [gay
people; fame; privacy]

King, Amy Sarig

Attack of the Black Rectangles (BL2)  JUV/KIN (book) [censorship]

WEBB 01239

King, Zack

    I Said No!: A Kid-to-Kid Guide to Keeping Private Parts Private (U)

        JUV/362.76/KIN (book) [child abuse; sex abuse]

Kirsch, Vincent

    From Archie to Zack (BL1, TPS) E/KIR (book) [gays; sexual orientation]

Kirst, Seamus

    Papa, Daddy, & Riley (BL1) E/KIR (book) [gay fathers]

Klas, Benjamin

    Second Dad Summer (U) JUV/KLA (book) [gay fathers]

Klevin, Sandy

    The Right Touch: A Read-Aloud Story to Help Prevent Child Sexual Abuse
        (BL2) JUV/362.76/KLE (book) [child abuse]

Kreloff, Elliot

    Tuesday Is Daddy's Day (U) E/KRE (book) [gay fathers]

Kuklin, Susan

    Families (U) JUV/306.85/KUK (book) [gay families]

Kurtzman-Counter, Samantha

    Miles Is the Boss of His Body (U) E/KUR (book) [child abuse]

Kyi, Tanya Lloyd

    This Is Your Brain on Stereotypes: How Science Is Tackling Unconscious

        Bias (U) JUV/303.385/KYI (book) [gender nonconformity;       homophobia;
stereotypes]

La Sala, Ryan

    The Honeys (BL3) YA/LAS or YA/SAL (book; Hoopla audiobook; HTML,
        Adobe epub, Kindle; Libby audiobook, MP3) [LGBTQIA+]

LaCour, Nina

    One Life (U) JV/B/RAPINO, MEGAN [lesbians]

    Mama and Mommy and Me in the Middle (BL1) E/LAC (book) [gay       parent families]

Langley, Kaija

    The Order of Things (U) JUV/LAN (book; HTML, Adobe epub, Kindle;     MP3, Overdrive
Listen) [lesbian mothers]

WEBB 01240

Langston-George, Rebecca

    For the Right to Learn: Malala Yousafzai's Story (BL1) (Hoopla audiobook
        & ebook; HTML, Adobe epub, Kindle)

Latham, Irene, Salina Alko & Sean Qualls

    Can I Touch Your Hair?: Poems of Race, Mistakes, and Friendship (BL1)

        JUV/811.6/LAT (book; Hoopla audiobook & e-book; HTML, Kindle;

        MP3, Overdrive Listen; PDF) [racism]

Levithan, David

    Answers in the Pages (U) JUV/LEV (book) [gay teenagers; gender identity]

    The Mysterious Disappearance of Aiden S. (as told to his brother) (U)

        JUV/LEV (book)

Levy, Dana Allison

    The Family Fletcher Takes Rock Island (U) JUV/LEV (book) [gay fathers]

    The Misadventures of Family Fletcher (U) JUV/LEV (book; audio disc)         [gay adoption;
gay fathers]

Lippincott, Rachael & Alyson Derrick

    She Gets the Girl (BL3) (HTML, Adobe epub, Kindle; Libby epub, Kindle;

        Libby epub, MP3) [LGBTQIA+]

Locke, Katherine

    What Are Your Words: A Book about Pronouns (BL1, TPC/S) E/LOC

        (book) [gender identity; pronouns]

Lockington, Mariama

    For Black Girls like Me (U) JUV/LOC (book) [interracial marriage]

    In the Key of Us (U) JUV/LOC (book) [lesbians]

Loewen, Nancy

    Tangles, Growth Spurts, and Being You: Questions and Answers about
        Growing Up (U) JUV/612.661/LOE (book) [puberty]

Love, Jessica

    Julian at the Wedding (U) E/LOV (book; Hoopla audiobook) [gender         nonconformity]

    Julian Is a Mermaid (BL1) E/LOV (book; Hoopla audiobook; HTML,         Kindle) [gender
nonconformity]

WEBB 01241

Loveless, Gina

    Puberty Is Gross but Also Really Awesome (U)  JUV/612.661/LOV (book)      [adolescence; gender identity; menstruation; puberty; sex instruction]

Lowry, Lois

    Gossamer (U)  JUV/LOW (book; HTML, Adobe epub, Kindle; MP3,      Overdrive Listen) [child abuse]

Lukoff, Kyle

    Different Kinds of Fruit (U)  JUV/LUK (book; HTML, Adobe epub, Kindle)      [gays; gender identity; transgender children; transgender identity;      transgender people]

    Too Bright to See:  It's Hard to Be Yourself before You Know Who That Is

        (BL2)  JUV/LUC (book); JUV/RAL/LUK (sound recording &amp;      audiobook; HTML, Adobe epub, Kindle; MP3, Overdrive Listen)      [gender identity; LGBTQ+; transgender children; transgender      identity]

    When Aiden Became a Brother (U) (PDF; HTML) [gender identity]

Lyons, Maddox &amp; Jessica Verdi

    I'm Not a Girl (BL1)  E/LYO (book) [gender identity; gender      nonconformity; transgender children; transgender identity;      transgender people]

Maclear, Kyo &amp; Gracey Zhang

    The Big Bath House, (BL2)  E/MACL (book)

Madison, Megan, Jessica Ralli &amp; Anne/Andy Passchier
    Being You: A First Conversation about Gender (BL1, TPC/S)
        JUV/305.3/MAD (board book, HTML) [gender identity; LGBTQ+;      transgender children; transgender identity]

Madison, Megan, Jessica Ralli &amp; Isabel Roxas

    Our Skin:  A First Conversation about Race (BL1)  JUV/305.8/MAD

      (picture book; HTML, Kindle; MP3, Overdrive Listen) [racism]

Manushkin, Fran &amp; Kate Alizadeh

    Plenty of Hugs (U)  E/MAN (book) [lesbians]

Mar, Jonathan &amp; Grace Norwich

    The Body Book for Boys:  Everything You Need to Know about Growing
        Up (U)  JUV/613.0423/MAR (book) [puberty]

Marcovitz, Hal

    The Opioid Epidemic (U)  JUV/362.293/MAR (book) [drugs]

Markey, Charlotte N.

WEBB 01242

Being You:  The Body Image Book for Boys (U)  JUV/306.4613/MAR          (book)
[adolescence; puberty; self-perception]

Mayle, Peter

Where Did I Come From? (BL2) (Hoopla ebook)

Mbalia, Kwame, ed.

Black Boy Joy (BL2)  JUV/BLA (book; HTML, Adobe epub; Libby
audiobook, MP3) [gender identity]

McCurry, Kristen

Patrick's Polka-Dot Tights (BL1)  E/MCCU (book) [gender nonconformity]

McGinty, Alice B. & David Roberts

Bathe the Cat (BL1)  E/MCGI (book) [gay fathers]

Medina, Nico & Tim Foley

What Is the AIDS Crisis? (U)  JUV/616.979/MED (book) [gay liberation Mills, Emma

Something Close to Magic (BL2)  (young adult fiction) (Hoopla audiobook;

HTML, Adobe epub, Kindle; Libby audiobook, MP3) [magic

movement]

Melleby, Nicole

The Science of Being Angry (U)  JUV/MEL (book) [lesbian mothers]

Membrino, Anna & Joy Hwang Ruiz

My Moms Love Me (U)  E/MEM (book) [lesbian parents]

Memory, Jelani

A Kid's Book about Racism (U)  JUV/305.800973/MEM (book) [racism]

Mercurio, Peter

Our Subway Baby (U) E/MER (book) [gay adoption; gay fathers]

Meredith, Susan & Nancy Leschrnikoff

What's Happening to Me? (U)  JUV/612.6/MER (book) [puberty]

Metzger, Julie Giesy  Robert Lehman & Lia Cerizo

Will Puberty Last My Whole Life?:  Real Answers to Real Questions from

Preteens about Body Changes, Sex, and Other Growing-up Stuff (U)

WEBB 01243

JUV/612.661/MET (book) [adolescence; gender nonconformity; growing up; menstruation]

Middleman, Amy B.

American Medical Association Boy's Guide to Becoming a Teen (U) JUV/613.0424/AME (book) [masturbation; puberty]

Mikaelsen, Ben

Touching Spirit Bear (U)  JUV/MIK (book, audio disc) [child abuse]

Movsessian, Sushann

Puberty Girl (U)  JUV/612.661/MOV (book) [puberty]

Muon, Van & Jessica Love

I Love You Because I Love You (U)  E/VAN  (book) [gender nonconformity]

Murphy, Julie

Dear Sweet Pea (BL1)  JUV/MUR (book & audio disc)

Murrow, Vita

Power to the Princess (U)  JUV/398.2/MUR (book) [LGBTQ+]

Nagara, Innosanto

A Is for Activist (BL1)  JUV/303.372/NAG (book) [LGBTQ+]

Natterson, Cara & Micah Player

Guy Stuff: The Body Book for Boys (U)  JUV/613.042/NAT (book)      [puberty]

Neal, Trinity & DeShanna & Art Twink

My Rainbow (BL1)  E/NEA (book) [gender identity; transgender children; transgender people]

Neilson, Emily

The Rainbow Parade (BL2)  E/NEI (book) [gay pride parades; gays;      LGBTQ+]

Newman, Leslea

Heather Has Two Mommies (BL1)  E/NEW (book) [gay couples; lesbian      mothers]

Sparkle Boy (U)  E/NEW (book) [gays; gender identity]

Newman, Shirlee Petkin

Child Slavery in Modern Times (U)  JUV/306.362/NEW (book) [child      abuse]

WEBB 01244

Nichols, Hedreich & Kelisa Wing

Racial Justice in America:  What Is Anti-Racism? (U)  JUV/305.8/NIC          (book) [racism]

Racial Justice in America:  What Is the Black Lives Matter Movement? (BL1)  JUV/305.8/NIC (book) [racism]

Noriss, Andrew

Friends for Life (U)  JUV/NOR (book) [suicide]

Nuanez, J. M. M.

Birdie and Me (U)  JUV/NUA (book) [gender identity; gender          nonconformity]

Nystrom, Carolyn

Before I Was Born:  Designed for Parents to Read with Children Ages 5 to 8 (U)  JUV/249/NYS (book) [sex instruction]

O'Leary, Sara

A Family Is a Family Is a Family (BL1)  E/OLE (book; Hoopla ebook) [foster homes; gay parent families; orphans]

O'Neill, Kay, Ari Yarwook & Fred Chao

Princess, Princess Ever After (U)  JUV/741.59/ONE (book) [interracial          marriage; same-sex marriage]

Oh, Sandra

Turning Red (U)  JUV/TUR (Hoopla music; video disc) [puberty]

Olson, Gretchen

Call Me Hope (U)  JUV/OLS (book) [child abuse]

Ormsbee, Kathryn

Candidly Cline (BL2)  JUV/ORM (book; Hoopla audiobook & ebook) [Alzheimer's disease; lesbian teens]

Just Shy of Ordinary (BL2)  JUV/SAS (book, HTML, Adobe epub, Kindle; Libby audiobook [autism; LGBTQIA+]

Oseman, Alice

Loveless (in Spanish) (BL3)  (hoopla audiobook & ebook; HTML, Adobe epub, Kindle; Libby audiobook, MP3) [LGBTQIA+]

Oshiro, Mark

You Only Live Once David Bravo (BL2)  JUV/OSH (book; Hoopla audiobook & epub; HTML, Adobe epub, Kindle; Libby audiobook,

WEBB 01245

MP3) [adoption; gay people]

Oshiro, Mark

 The Insiders (U)  JUV/OSH (book) [gays]

 You Only Live Once, David Bravo (U)  JUV/OSH (book) [gays]

Parr, Todd

 The Family Book (BL1)  E/PAR (book) [same-sex couples]

Passchier, Andy

 Gender Identity for Kids:  A Book about Finding Yourself, Understanding   Others, and
Respecting Everybody! (U)  JUV/305.3/PAS (book)    [gender identity]

Pena, Matt de la

 Milo Imagines the World (BL1)  E/DEL (book) [prisoners' families]

Pettiford, Rebecca

 Different Families (U)  JUV/306.85/PET (book; Hoopla ebook) [same-sex   marriage; sex
differences; sex instruction]

Phi, Bao & Ngoc Diep Barbara Tran

 My Footprints (U)  E/PHI (Hoopla ebook; HTML) [lesbians; LGBTQ+]

Pitman, Gayle E.

 A Church for All (Hoopla ebook) [LGBTQ+]

 My Maddy (BL1)  E/PIT (book) [gender identity; gender nonconformity;   transgender
children; transgender identification; transgender people]

Polacco, Patricia

 In Our Mothers' House (U)  E/POL (book) [lesbian mothers]

Ramee, Lisa Moore

 A Good Kind of Trouble (BL1)  JUV/RAM [book; audio disc; Hoopla
   audiobook & ebook; HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [identity; race
   relations]

Quin, Tegan & Sara Quin

 Tagan and Sara:  Junior High (BL2)  YA/741.59/QUI (book) [lesbians;
   twins]

Ramm, Meggie

 Batcat (U)  JUV/741.59/RAM (book; Hoopla e-comic book) [gender   nonconformity]

WEBB 01246

Respress-Churchwell, Gloria, Andy T. Jones & Ron Butler, Jr.

  Follow Chester!: A College Football Team Fights Racism and Makes
      History (U)  JUV/796.332/FOL (Hoopla ebook; video disc) [racism]

Reynolds, Jason & Ibrahim X. Kendi

  Stamped (for Kids): Racism, Antiracism and You  (BL1, CBS)                    JUV/305.8/REY
(book) [racism]

Reynolds, K. A.

  Izzy at the End of the World (BL2)  (Hoopla ebook; Libby audiobook, MP3)
      [death; disabilities; grief]

Richards, Doyin

  What's the Difference?  Being Different Is Amazing (TPS) JUV/305/RIC          (book) [racism]

Richardson, Justin, Peter Parnell & Henry Cole

  And Tango Makes Three (BL1)  E/RIC (book) [homosexuality]

Riddiough, Lisa Frenkel

  Letters to Live By: An Alphabet Book with Intention (BL1)  E/RID (book)       ["controversial
social and cultural references"]

Roberts, Julian, Dr. & Jane Heinrichs

  Under Our Clothes: Our First Talk about Our Bodies (U)  JUV/613.6/ROB         (book) [child
abuse]

Roberts, Julian & Cindy Revell

  What Makes Us Unique?  Our First Talk about Diversity (TP/S)
      JUV/305.8/ROB (book; read-along book; Hoopla audio book)

Rocklin, Joanne & Lucy Knisley

  Love, Penelope (U)  JUV/ROC (book) [lesbian mothers]

Rone, Monica

  Elisabeth Feels: A Guide for Parents to Read with Their Child Who Has

      Been Abused (MPAA rated R)  JUV/362.76/RON (book; Hoopla              ebook) [child
abuse]

Rouanzion, Taylor

  Rainbow Boy (BL1)  E/ROU (book; Hoopla ebook) [gender nonconformity]

Saad, Layla F,

  Me and White Supremacy: Combat Racism, Change the World, and Become

a Good Ancestor (BL2)  305.809/SAA, YA/305.809/SAA (book; Hoopla audiobook & ebook; HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [racism]

Salazar, Aida, ed.

Calling the Moon:  16 Period Stories from BIPOC Authors (U)  JUV/SAL          (book) [BIPOC = Black, Indigenous People of Color] [menstruation;                puberty]

Salazar, Aida & Molly Mendoza

The Moon Within (BL1)  (Hoopla ebook) [LGBTQ+; menstruation; racially          mixed children; transgender children]

Saltz, Gail

Amazing You:  Getting Smart about Your Private Parts (U)  JUV/612.6/SAL          (book) [puberty; sex instruction; sex organs]

Saltz Gail & Lynne Avril

Changing You!:  A Guide to Body Changes and Sexuality (BL2)

JUV/612.661/SAL (book) [puberty]

Sanders, Rob & Jamie Christopher

Stonewall:  A Building, An Uprising, A Revolution (U)  JUV/323.3/SAN          (book; ebook; HTML, Kindle) [gay liberation movement; gay rights]

Sass, A. J.

Ana on the Edge (U)  JUV/SAS (book; HTML, Adobe epub, Kindle; MP3,          Overdrive Listen) [gender identity; gender nonconformity]

Ellen Outside the Lines (BL1; TPS)  JUV/SAS (book; HTML, Adobe epub,

Kindle; MP3, Overdrive Listen) [gender identity; Jewishness;
LGTBQ+; nonbinary; sexual orientation]

Just Shy of Ordinary (BL2)  JUV/SAS (book, HTML, Adobe epub, Kindle;
Libby audiobook [autism; LGBTQIA+]

Sass, A. J. & Nicole Melleby

Camp Quiltbag (BL2) (HTML, Adobe epub, Kindle; Libby audiobook,
MP3) [LGTBQIA+; pronouns]

Saunders, Caire et al.

The Power Book:  What Is it, Who Has It, and Why? (BL2)  (Hoopla ebook)
[personal power]

Schiller, Abbie

Ruby's Studio:  The Safety Show (U)  JUV/613.6/RUB (videodisc) [child          abuse]

WEBB 01248

Self, Jeffrey

    A Very, Very Bad Thing (BL2)  YA/SEL (book; Hoopla audiobook & ebook)
        [abortion; gay teenagers; gender identity; homophobia; profanity; sexual activity; suicide]

Setterington, Ken

    Branded by the Pink Triangle  YA/940.5318/SET (book; Hoopla audiobook
        & ebook; HTML, Adobe epub, Kindle; Libby audiobook MP3)
        [atrocities; homosexuals; Nazi persecution; WWII]

    Mom and Mum Are Getting Married (BL1)  not in GCL

Sharmat, Marjorie Weinman

    Nate the Great and the Sticky Case (BL2)  E/SHA (book; HTML, Kindle
        epub) [detective mystery]

Sherman, Joanne & John Steven Gurney

    Because It's My Body!  (U)  JUV/362.76/SHE (book) [child abuse]

Shrum, Brianna & Sara Waxelbaum

    Margo Zimmerman Gets the Girl (BL4)  Hoopla audiobook & ebook)
        [lesbian romance; LGTBQIA+]

Silverberg, Cory & Fiona Smyth

    Sex Is a Funny Word: A Book about Bodies, Feelings, and YOU (BL4, TPS)
        JUV/613.9/SIL (book; Hoopla e-book; HTML, Adobe epub, Kindle)  [explicit drawings; sex
    biology; sex instruction]

    What Makes a Baby: A Book for Every Kind of Family and Every Kind of
        Kid (U)  JUV/612.6/SIL (book) [conception]

Sima, Jessie

    Harriet Gets Carried Away (U)  E/SIM (book) [gay fathers]

Sloan, Holly Goldberg & Meg Wolitzer

    To Night Owl from Dogfish (U)  JUV/SLO (HTML, Adobe epub, Kindle)       [gay fathers;
    LGTBQ+]

Smith, Elliott

    The Opioid Epidemic and the Addiction Crisis (U)  JUV/362.293/SMI       (book) [drugs]

Smith, Niki

    The Deep and Dark Blue (BL2)  JUV/741.59/SMI (book) [gender identity]

    Lena and the Burning of Greenwood: A Tulsa Race Massacre Story (TPP)

WEBB 01249

JUV/SMI (book) [violence; **described as for ages 8-12**]

Spanyol, Jessica

    Clive and His Babies (U)  E/SPA (book) [gender identity]

Spilsbury, Louise

    Children in Our World:  Racism and Intolerance (U)  JUV/305.8/SPI (book)       [racism]

Stamper, Phil

    Small Town Pride (U)  JUV/STA (book) [gay children; gay teenagers]

Starishevsky, Jill

    My Body Belongs to Me (U)  JUV/362.76/STA (book) [sex abuse]

Stead, Rebecca

    The List of Things That Will Not Change (U)  JUV/STE (book; 1 audio      media player,
digital; HD audio; audio disc) [coming out; gay parents]

Stevenson, Robin

    Pride Puppy! (BL1)  (Hoopla ebook) [alternative family; LGTBQ+]

Stewart, Shelia

    When Daddy Hit Mommy (U)  JUV/362.82/STE (book) [family violence]

Stinson, Kathy & Melissa Cho

    The Bare Naked Book (BL2)  JUV/612/STI (book) [gender identity]

Stoeve, Arden Grey

    Arden Grey  (Hoopla audiobook) [lesbianism; teen romance]

    Arden Grey Gets the Girl (BL2)  not in GCL

Storck, Kelly

    The Gender Identity Workbook for Kids:  A Guide to Exploring Who
          You Are (TPS)  (Hoopla audiobook & e-book) [gender identity]

Straus, Susan Farber

    Somebody Cares:  A Guide for Kids Who Have Experienced Neglect (U)

        JUV/362.76/STR (book) [child abuse]

Sugar Snap Studio

    ABC:  Let's Celebrate You and Me (BL0)  (HTML, Kindle) [individual
        differences]

WEBB 01250

Swinarski, Claire

What Happened to Rachel Riley? (U) JUV/SWI (book; Hoopla audiobook & ebook; HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [gender identity; sexual harassment]

Symes-Smith, Esme

Sir Callie and the Champions of Helston (U) JUV/SYM (book; HTML, Adobe epub, Kindle) [gender nonconformity]

Taylor, Will

The Language of Seabirds (U) JUV/TAY (book; HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [gays]

Thierry, Jordan

A Kid's Book about Systemic Racism (U) JUV/305.8/THI (book) [racism]

Thomas, Mindy & Guy Raz

WOW in the World: The How and Wow of the Human Body: From Your Tongue to Your Toes and All the Guts in Between (BL1) JUV/612/THO (book) [human anatomy and physiology]

Thomas, Pat

This is My Family: A First Look at Same-Sex Parents (U)

JUV/306.874/THO (book) [gay parent families; lesbians]

Thompson, Jessica

Mom, Dad . . . What Is Sex? (U) JUV/612.6/THO (book) [sex instruction]

Thompson, Lin

The Best Liars in Riverview (U) JUV/THO (book) [gender identity]

Thorn, Theresa

It Feels Good to Be Yourself: A Book about Gender Identity (BL1, TPCS) JUV/305.3/THO (book) [gender identity; gender nonconformity]

Trimmer, Christian & J. Yang

The Good Hair Day (U) E/TRI (book; Hoopla ebook) [gender identity]

Turner, Alicia J.

Pinky Promise: Breaking the Code of Silence! (U) JUV/362.76/TUR (book) [child sex abuse]

Varela, Nina

Juniper Harvey and the Vanishing Kingdom (U) JUV/VAR (book) [lesbians]

WEBB 01251

Vo, Nancy

    Boobies (BL1)  (Hoopla e-book) [anatomy & physiology; nonsexual nudity]

von der Gathen, Katharina & Shelley Tanaka

    Tell me:  What Children Really Want to Know about Bodies, Sex and
           Emotions (U)  JUV/612.661/VON (book) [puberty; sex instruction]

Walton, Jessica & Dougal MacPherson

    Introducing Teddy:  A Gentle Story about Gender and Friendship (TPS)         (HTML) [gender
identity]

Waters, Michael W. & Keisha Morris

    For Beautiful Black Boys Who Believe in a Better World (U)  E/MOR        (book; Hoopla
audiobook) [gender nonconformity; growing up;         murder; racism]

Weatherford, Carole Boston, Rob Sanders & Byron McCray

    A Song for the Unsung:  Bayard Rustin, the Man behind the 1963 March on    Washington (U)
JUV/B/RUSTIN, BAYARD (book) [gay men;         LGBTQ+]

Weeks, Sarah

    As Simple as It Seems (U)  JUV/WEE (book; Hoopla ebook; HTML, Adobe    epub, Kindle;
MP3, Overdrive, Listen) [adoption; anger; puberty]

Wibberley, Emily & Austin Siegmund-Broke

    Never Vacation with Your Ex (BL2)  (HTML, Adobe epub, Kindle)

Wild, A. M.

    Not He or She, I'm Me (BL1)  (HTML, Kindle) [nonbinary children;
           Pronouns]

Wild, Charlotte Sullivan

    Love, Violet (BL1)  E/WIL (book) [lesbians]

Wilder, Derick

    Does a Bulldozer Have a Butt? (BL1)  E/WIL (book; Hoopla ebook)
           [humor]

Wilgus, Benjamin A.

    Grace Needs Space (U)  JUV/741.59/WIL (book; HTML, Kindle) [lesbian        mothers;
LGBTQ+]

Wing, Kelisa

    What Are My Rights?  (U)  JUV/323/WIN (book; Hoopla ebook)

Winn, Kevin P. & Kelisa Wing

WEBB 01252

Racial Justice in America:  Jim Crow and Policing (U)  JUV/323.11/WIN                    (book; Hoopla ebook) [racism]

Woodgate, Harry

Grandad's Camper (BL1)  E/WOO (book) [gays]

Yarhouse, Mark A.

Understanding Gender Dysphoria (U)  (Hoopla ebook) [gender dysphoria;                    gender studies; sexuality]

Understanding Gender Dysphoria:  Navigating Transgender Issues in a

Changing Culture (U)  (Hoopla audiobook & ebook; HTML, Adobe                    epub, Kindle) [gender dysphoria; gender studies; sexuality]

Understanding Sexual Identity (U) (Hoopla audiobook & ebook) [sexual                    identity]

WEBB 01253

**From:** Pat King <patking1944@gmail.com>
**To:** awebb@gclibrary.com
**Subject:** supplemental list
**Date:** Fri, 05 Apr 2024 18:21:57 +0000

ADULT, YOUNG ADULT,

AND NOT FOUND IN GARLAND COUNTY LIBRARY CARD CATALOG

ADULT

American Psychiatric Association

Diagnostic and Statistical Manual of Mental Disorders: DSM-5 (U)

616.89/DIA [gender dysphoria]

Understanding Mental Disorders: Your Guide to DSM-5 (U)  616/89/APA          [gender dysphoria]

Burgess, Anthony

A Clockwork Orange (BL4)  BUR (book; Hoopla audiobook; HTML, Adobe
epub, Kindle; video recording; Libby audiobook, MP3) [good/evil
choices]

Jenner, Caitlyn

The Secrets of My Life (U)  B/JENNER, CAITLYN (book, MP3,          Overdrive Listen;
HTML, Adobe epub, Kindle) [gender dysphoria]

Saad, Layla F,

Me and White Supremacy: Combat Racism, Change the World, and Become
a Good Ancestor (BL2)  305.809/SAA, YA/305.809/SAA (book; Hoopla audiobook & ebook;
HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [racism]

Shrier, Abigail

Irreversible Damage: The Transgender Craze Seducing Our Daughters (U)          306.768/SHR
(book; MP3, Overdrive Listen; HTML, Adobe epub,          Kindle) [gender dysphoria "a vanishingly
rare affliction, applying          almost exclusively to boys;" transgender]

von der Gathen, Katharina & Anke Kuhl

Any Body: A Comic Compendium of Important Facts & Feelings about Our          Bodies (U)
612/GAT [gender identity; puberty]

WEBB 01254

# YOUNG ADULT

Albertalli, Becky

    Simon vs. the Homo sapiens Agenda (BL3)  YA/ALB  (book; Hoopla
        audiobook & ebook; HTML, Adobe epub, Kindle; Libby audiobook,
        MP3) [coming out gay; sexual identity]

Bongiovanni, Archie

    The Stonewall Riots:  Making a Stand for LGBTQ Rights (U)

    YA/741.59/BON (book) [gay liberation movement, homophobia]

Clare, Cassandra

    Lady Midnight:  The Dark Artifices, Book 1 (BL3)  YA/CLA [demonology;
        Sexual activity; violence; alternate sexuality; mild profanity; alcohol use]

Davis, G. Haron, ed.

    Transmogrify:  14 Tales of Trans Magic (BL2)  YA/SF/TRA (book; Hoopla
        audiobook & ebook) [gender identity; transsexuality]

Emezi, Akwaeke

    Bitter (BL3)  YA/SF/EME (book; HTML, Adobe epub, Kindle; Libby
        Audiobook, MP3) [youths in protests]

Feder, Tyler

    Dancing at the Pity Party (BL2)  YA/741.59/FED (Hoopla audiobook; Libby
        audiobook, MP3) [death of mother]

Frasier, Crystal

    Cheer Up!  Love and Pompoms (BL2)  YA/741.59 (book; Hoopla e-comic
        book; PDF, HTML, Kindle) [lesbians; transgender]

Goffney, Joya

    Excuse Me Whie I Ugly Cry (BL3)  YA/GOF (book; Hoopla audiobook &
        ebook; HTML, Adobe epub, Kindle; Libby ebook, MP3)
        [cyberbullying]

Gonzalez, Kathryn

    Trans+:  Love, Sex, Romance, and Being You (U)  YA/306.768/GON (book)        [gender
dysphoria]

Gonzales, Sophie

    If This Gets Out (U)  YA/GON (book) [gay men; gay teenagers; gender        dysphoria]

WEBB 01255

Han, Jenny

>To All the Boys I've Loved Before (BL3)  YA/HAN (book; Hoopa
>>audiobook; HTML, Adobe epub, Kindle; Libby audiobook, MP3)
>>[love, romance]

Hancox, Lewis

>Welcome to St. Hell:  My Trans Teen Misadventure (BL3)  YA/741.59/HAN
>
>>(book; HTML, Kindle)

Khorram, Adib

>Kiss & Tell (BL3)  YA/KHO  (book; HTML, Adobe epub, Kindle) [gay
>>people; fame; privacy]

La Sala, Ryan

>The Honeys (BL3)  YA/LAS or YA/SAL  (book; Hoopla audiobook;
>>HTML, Adobe epub, Kindle; Libby audiobook, MP3) [LGBTQIA+]

Lundin, Martha

>Dealing with Gender Dysphoria (U)  YA/306.768/LUN (book) [gender          dysphoria]

McCarthy, Cory

>Man o' War (U)  YA/MCCA (book) [gender dysphoria; gender identity]

McGrody, Ellen

>Coping with Gender Dysphoria (Hoopla ebook) (subject: Young adult          nonfiction]

McQuiston, Casey

>I Kissed Shara Wheeler (BL2)  YA/MCQU ((book; HooplaAudiobook;
>>Adobe epub, Kindle; MP3, Overdrive Listen) [bisexual teenagers; lesbians]

Mills, Emma

>Something Close to Magic (BL2)  (young adult fiction) (Hoopla audiobook;
>
>>HTML, Adobe epub, Kindle;Libby audiobook, MP3) [magic]

Mufleh, Luma

>From Here (U)  YA/305.906/MUF (book) [gays]

Owl (Owl Fisher)

>Trans Teen Survival Guide (U)  YA/306.768/OWL (book) [gender          dysphoria]

Pitman, Gayle E. & Violet Tobacco

>The Stonewall Riots:  Coming out in the Streets (U)  YA/306.76/PIT (book;

WEBB 01256

Hoopla ebook; HTML, Adobe epub, Kindle)

Quin, Tegan & Sara Quin

    Tagan and Sarah: Junior High (BL2)  YA/741.59/QUI (book; Hoopla ebook)       [lesbians;
puberty]

Rodgers, Allison K., Dr.

    We Need to Talk about Vaginas: An Important Book about Vulvas,
           Periods, Puberty and Sex! (BL2)  YA/612.628/ROD (book) [puberty]

Saad, Layla F,

    Me and White Supremacy:  Combat Racism, Change the World, and Become
           a Good Ancestor (BL2)  305.809/SAA, YA/305.809/SAA (book; Hoopla audiobook & ebook;
           HTML, Adobe epub, Kindle; MP3, Overdrive Listen) [racism]

Self, Jeffrey

    A Very, Very Bad Thing (BL2)  YA/SEL (book; Hoopla audiobook & ebook)
           [abortion; gay teenagers; gender identity; homophobia; profanity; sexual activity; suicide]

Setterington, Ken

    Branded by the Pink Triangle  YA/940.5318/SET (book; Hoopla audiobook
           & ebook; HTML, Adobe epub, Kindle; Libby audiobook MP3)
           [atrocities; homosexuals; Nazi persecution; WWII]

Thomas, Angie

    The Hate U Give (U) YA/THO (book; audio disc), LP/YA/THO (large print       book)

## NOT FOUND IN GARLAND COUNTY LIBRARY CARD CATALOG

Amer, Lindz

    Hooray for She, He, Ze, and They!:  What Are Your Pronouns Today?
           (BL1)

Armentrout, Jennifer L.

    1001 Dark Nights:  The Queen: A Wicked Novella (BL4)

Asam, Kim

    Silent Mobius, vol. 1  (BL3)

Boston Women's Health Book Collective & Judy Norsigian

WEBB 01257

Our Bodies Ourselves:  A Book by and for Women (ALA, LC/44) [women]

Cashore, Kris (not in GCL)

    Graceling (BL2)

Hopkins, Deborah & Paul O. Zelinsky

    Cinderella and a Mouse Called Fred (BL1)

Love, Jessica

    Who Are You?  The Kid's Guide to Gender Identity (BL1, TPS) [gender          nonconformity]

Meltzer, Brad

    I Am Malala Yousafzai (BL1)

Pincus, Meeg

    Door by Door:  How Sarah McBride Became America's First Openly
        Transgender Senator (BL1)

Pressin-Whedbae, Brook

    Who Are You?  The Kid's Guide to Gender Identity (BL1, TPS) (book)          [gender identity]

Rose, Amy & Ryan Estrada

    Occulted (BL2)

Schoenbohm, Ann

    Rising above Shepherdsville (U)  JUV/SCHO [suicide]

Setterington, Ken

    Mom and Mum Are Getting Married (BL1)

Silverman, Erica

    Jack (Not Jackie) (BL1, TPC)  E/SIL [gender identity; transgender children;          transgender
identity; transgender people]

Stoeve, Arden Grey

    Arden Grey Gets the Girl (BL2)

Taylor, Jazz

    Starting from Scratch:  A Wish Novel (BL1)

Thom, Kai Cheng

    From the Stars in the Sky to the Fish in the Sea (TPS)

Tobia, Jacob

WEBB 01258

Sissy: A Coming of Gender Story (BL3)

Woodgate, Harry

Grandad's Pride (BL2)  E/WOO

WEBB 01259

# EXHIBIT H

# Model Materials Reconsideration Policy

The [INSERT GOVERNING BODY NAME] of the [INSERT LIBRARY NAME] have established the following policy and procedure for responding to input from community members about items in our collection. Completion of the Reconsideration of Materials form is the first step in that procedure. If you wish to request reconsideration of a resource, please review this policy in full, and then complete the form and share it with the library director.

Before beginning a reconsideration process, it is important to understand that the library, as a government agency and a "limited public forum", is significantly limited by established First Amendment law with regard to removing materials from the collection. The library is legally prohibited from removing materials from the library based on content, topic, or viewpoint. Furthermore, it is helpful to understand that, with very few exceptions, the constitution of the United States affords published materials with the full protection of the First Amendment, and libraries, short of demonstrating a "compelling government interest" <u>cannot</u> remove materials based on complaints about content, topic, or viewpoint.

Among the limited categories of materials that are not afforded First Amendment protections are those that meet the <u>legal definitions</u> of obscenity, child pornography, and harmful (harm) to minors. The materials in our library's collection are overwhelmingly published by mainstream publishers and these publishers do not publish materials that meet any of these legal definitions. This ensures that the library only has materials that have the full protection of the First Amendment, and thus cannot be removed without exposing the library to costly litigation that it would be unlikely to defend.

To meet the legal definitions of obscenity or "harmful to minors", library materials would need to fail all parts of the three-prong "Miller Test", which is the primary legal test for determining whether expression constitutes obscenity. The Miller Test requires the application of the following assessment criteria:

1. Whether the average person, applying contemporary community standards, would find that the work, <u>taken as a whole</u>, appeals to the prurient interest, and;

2. Whether the work depicts or describes, in a patently offensive way, sexual conduct or excretory functions specifically defined by applicable state law, and;

3. Whether the work, <u>taken as a whole</u>, lacks serious literary, artistic, political, or scientific value.

AAAL 00001

# Model Materials Reconsideration Policy

It is also important to note that the First Amendment ensures all citizens' rights to *receive* information as well as express and publish information. Therefore, removing materials based on complaints - especially complaints focused on content, viewpoint, or topic -- may violate the rights of other citizens in the community to receive information contained in those materials.

Before completing the reconsideration form, please review and familiarize yourself with the Library's Collection Development Policy and the criteria that we bring to bear when deciding whether to add materials to the collection. This policy will be relied on by staff in evaluating the merits of your reconsideration request.

Materials shall remain on the shelf or otherwise available for circulation during any review process.

**Standing:** Note that only those who reside within the jurisdictional service boundaries of the library have standing to initiate a reconsideration process of any title that has not been formally considered within the previous five years. Because the library has limited resources, and mindful of the importance of our role as good stewards of public funds, we must balance patrons' rights to share valuable feedback with the library, with our ability to operate the library effectively and efficiently, providing needed programs, services, spaces, and collections for the benefit of all citizens. To achieve this important balance, patrons with standing may initiate one formal request for reconsideration per year. This in no way limits patrons from providing feedback to staff, the Library Director, or Board members. Feedback that is offered outside of the parameters of this policy will be given thoughtful consideration by the Library Director, but may not warrant a response.

## LIBRARY RESPONSIBILITIES: PROCEDURE AND TIMELINE

The Library will provide a response to patrons with standing who have signed a form and completed it in full. Decisions will be made by the [INSERT RESPONSIBLE PARTY OR PARTIES] or a designee as designated by the Director. The decision-maker may confer with colleagues in arriving at a decision. All decisions will be made by giving full consideration to the request, and by reviewing and applying the criteria of the library's selection policy, the Miller Test, as well as consideration to any legal obligations of the library under First Amendment law.

If the library has three or fewer active requests for reconsideration, a decision will be made and communicated within 30 days of receipt of the request. If the Library is

## Model Materials Reconsideration Policy

managing three to ten requests, a decision will be made and communicated within 90 days of the receipt of the request. If the library is managing more than ten requests, a decision will be made and communicated as time permits, and with consideration to balance staff time with other duties that are required to maintain effective and efficient library operations on behalf of all citizens/taxpayers.

If the patron who filed the appeal believes a decision was made in error, they may appeal to the Director in writing within 30 days. The appeal must specifically indicate how library policy or law was misapplied in making the decision. The Director will determine whether the decision properly applied library policy in arriving at a decision, and respond within 30 days of receipt of the appeal. If the Director is managing three to ten appeals, a decision will be made and communicated within 90 days of the receipt of the appeal. If the Director is managing more than ten appeals a decision will be made and communicated as time permits, and with consideration to balance their time with other duties that are required to maintain effective and efficient library operations on behalf of all citizens/taxpayers.

AAAL 00003

**RECONSIDERATION OF MATERIALS FORM**

To request the re-evaluation of material in the library's collection, it is required that you fill out this form in its entirety. Note that only those who reside within the jurisdictional service boundaries of the library have standing to initiate a reconsideration process.

Your name: _____

Address: _____

Phone: _____

Email: _____

Library Card #: _____

**Complainant represents:**
    ☐ Self
    ☐ Organization (identify)_____

**I affirm that I have standing to initiate a reconsideration request.**
        ☐ Yes
        ☐ No

**The title, author, year of publication:** _____

_____

**Format of Material:** _____
                        (i.e. book, CD, DVD, book on tape, ebook, etc.)

**I affirm that this material is currently in the library's collection:**
        ☐ Yes
        ☐ No

**I affirm that I have personally viewed/listened/watched it in full.** *(note that because materials must be considered in full and "taken as a whole" the reconsideration process cannot be initiated unless the material has been read/listened/watched in full):*
        ☐ Yes
        ☐ No

# Model Materials Reconsideration Policy

**How did you learn about this material?** _____

_____

_____

_____


**What are you requesting the Library do regarding this title?**

    ☐ Relocate to another section

    ☐ Remove from the library

**I affirm that my concerns represent my original thoughts and concerns and have not been copied/pasted from a third party.**

    ☐Yes

    ☐No

**Tell us about your concerns with this title:**_____

_____

_____

_____


**What is your understanding of the purpose and main theme of this material?**_____

_____

_____

_____

_____


**What value or positive qualities might this material have for others?**_____

_____

_____

_____

_____

## Model Materials Reconsideration Policy

**How has the material been reviewed in professional review sources? (please include citations/quotes)**_____

_____

_____

_____

**How does the material fail to comply with the library's selection policy** *[insert link to policy]*? _____

_____

_____

_____

There are exceptions to First Amendment protections on speech. If you believe that the information or ideas within this title are not covered by the First Amendment.

**Please choose which category of unprotected speech that the title falls under:**

☐ Incitement of imminent lawless action     ☐ True threats

☐ False statement of fact (e.g. false advertising)     ☐ Fighting words

☐ Obscenity as defined by state/federal law     ☐ Defamation

☐ Speech integral to criminal conduct     ☐ Fraud

**If you have checked any boxes above, please explain your rationale, providing specific examples from the materials.** _____

_____

_____

_____

_____

**Who would be directly harmed by this material and how?** (please provide direct citations and evidence): _____

_____

# Model Materials Reconsideration Policy

_____

_____

_____

**Does the work, when taken as a whole, appeal to the prurient interest?**

☐ Yes

☐ No

**If you have checked any boxes above, please explain your rationale, providing specific examples from the materials.** _____

_____

_____

_____

_____

**Does the work, when taken as a whole, depict or describe, in a patently offensive way, sexual conduct specifically defined by applicable state law?**

☐ Yes

☐ No

**If you have checked any boxes above, please explain your rationale, providing specific examples from the materials.** _____

_____

_____

_____

_____

**Does the work, when taken as a whole, lack serious literary, artistic, political or scientific value?**

☐ Yes

☐ No

**If you have checked any boxes above, please explain your rationale, providing specific examples from the materials.** _____

_____

# Model Materials Reconsideration Policy

_____

_____

_____

"Weeding" of the library collection allows for the removal of library materials if they meet certain criteria that are not based on content viewpoint. Please select any criteria that you believe apply to this title.

**Is the title:**

☐ **Misleading** (factually inaccurate based on current standards and best practices)

☐ **Damaged** (the condition of the material is beyond mending or re-binding)

☐ **Superseded** (a new edition has been published or a better title has been released)

**What is your request regarding this title?**
☐ Relocate to this section of the library:_____
☐ Remove from the library

**How would you like to be notified of the decision?**
☐ email to email address listed on form
☐ letter to address listed on form

**ATTESTATION AND CERTIFICATION OF TRUTHFULNESS AND ACCURACY:**
Reconsideration of Materials requests are public records under Arkansas's Freedom of Information Act. It is a crime under Arkansas Code to falsify a public record. I certify under any applicable penalties of law that the foregoing is true and correct.

Signature_____Date_____

**NOTE**: _Forms that are not signed do not initiate a formal process under library policy._

AAAL 00008

# Model Materials Reconsideration Policy

**PROCESS AND TIMELINE**

- 
- 

*Note: Strongly recommend not putting the Board in the position of adjudicating appeals because that is outside of the scope of the Board's legitimate role. The Board's role is to hire/supervise the Director (and ONLY the Director), and to pass policy that governs the operations of the library. They should never involve themselves in operational decision-making. They have the power to supervise/discipline/fire the Director is the Director's performance if falling short of established expectations, or if they are violating policy or law. They also have the power to revise policy, as long as it remains consistent with state and federal laws, including first amendment law. Patrons always have a right to communicate their concerns with the Board, especially about policy questions. The Board is under no obligation to respond to patrons, especially if the concerns are about application of policy (i.e. operational) concerns, or concerns about the behavior of any staff member other than the Director. All such concerns should be relayed to the Director to address as needed.*

# EXHIBIT I

**EXHIBIT**

7

PENGAD 800-631-6989

**From:** "Chilcoat, Jennifer (ASLIB)" <Jennifer.Chilcoat@ade.arkansas.gov>
**Date:** April 20, 2023 at 1:27:22 PM CDT
**To:**





**Subject: Senate Bill 81 / Act 372**

CAUTION: This is an EXTERNAL email originated from outside the CALS organization. Do not click links or open attachments unless you recognize the sender.

Dear Public Library Directors,

As you all know, Senate Bill 81, now Act 372 and linked below, has been signed by Governor Sanders.  Unless something happens between now and ***August 1\****, that Act will be State Law.  There is always talk of litigation with these types of legislation, but I have no crystal ball to say whether and when that could happen in this case.  We need to at least be prepared for it to take effect.

I know that many of you have questions and are looking for guidance.  I can walk you through the most basic particulars of the law, but how you ultimately plan to respond to this law is something that you will need to work with your board and your attorney (be that a county attorney or otherwise) to determine.  Every building, every board, and every community is different, so there is not a one-size-fits-all solution.  If you are a county or municipal library, you will need to make sure that you are prepared to conform to the new law, effective August 1.

***Of course you need to read law fully***, but here are what I regard as the major points:

### Section 1: Harmful to Minors

Act 372 states that a person who, *knowing the character of the item involved,* provides a minor with material that meets the already-existing definition of "harmful to minors" as defined in Arkansas Code 5-68-501 (https://law.justia.com/codes/arkansas/2015/title-5/subtitle-6/chapter-68/subchapter-5/section-5-68-501/) commits the offense of furnishing a harmful item to a minor. This does not include transmitting or sending of items over the internet.

This has the potential to be scary, and certainly no one expected to be on the wrong end of a criminal proceeding when they took this job. I have a hard time envisioning this law leading to any charges, and an even harder time imagining convictions. However, I do want to give you all the facts. Per Act 372, furnishing a harmful item to a minor is a Class A misdemeanor. *Conviction* of a Class A misdemeanor carries a maximum sentence of up to 12 months in jail and a maximum fine of $2,500. In order to be convicted of furnishing a harmful item to a minor, however, there is a process just like that of any criminal charge; you can't be hauled off to jail on a citizen's arrest. Someone has to go through the process of filing charges against you, and the Prosecuting Attorney has to move forward with the charge. Then a judge has to find you guilty and impose a sentence and/or fine. I'm sure we all have a variety of opinions about how likely it is that an accusation would go all the way to result in a conviction, so I'll leave it there.

### Sections 2 and 3: Obscenity

This small section removes employees of a "school library" and a "public library" from the list of people who can't be charged with disseminating obscene materials. "Obscene" is a legal standard with a very high bar. I will eat several hats if anyone finds an item in one of your libraries that has been "judicially found" by a court to be obscene. While the penalty for disseminating obscenity is steep—a Class D felony carrying up to six years in prison and a fine up to $10,000—I think it's highly unlikely we'll see this used to any effect.

### Section 4: Guidelines for Selection, Relocation, and Retention of Materials (School Libraries)

This section deals exclusively with school library media centers, so I'm going to skip it for the purposes of this email.

### Section 5: Guidelines for Selection, Relocation, and Retention of Materials (Public Libraries)

This one's going to give you some heartburn. If you are a county or municipal library, this will govern how you respond when someone challenges materials in your library. I do have two pieces of solid advice for you to act on ASAP:

1. If your current policy makes a promise about how quickly you'll be able to respond to book challenges, I strongly advise you to amend that portion of your policy as you are making amendments to comply with this law. There are locations where certain citizens are marking their calendars for this law to take effect so they can begin filing scores of challenges. If your policy currently promises that you will consider all challenges within, say, 30 days, you will not be able to process 40 challenges in 30 days, especially considering that the Act rightly says that any material being challenged "shall be viewed in its entirety and shall not have selected portions taken out of context." If you don't make this adjustment, you could get into a situation where you are accused of breaking your own policy, and you don't want that. The Act simply states that you should allow "a reasonable time for the committee members to adequately review the material being challenged and the request submitted."

2. The Act states that "the county or municipal library shall decide if material being challenged shall remain available throughout the challenge process." You need to be sure that your policy states which route you will take. With possible backlogs of challenged materials to review, removing materials while they await review could mean that those materials will be off of your shelves (and housed in your already-crowded office or workroom) for a long time. Discuss with your board what course you want to take, but be sure that this issue is addressed in your policy.

The Act requires certain other things that may not be in your current policy:

- Those interested in challenging materials must first meet with the librarian, where they will receive a copy of the policy and a challenge form.
- The individual making the challenge shall be allowed to present their request to the review committee. You might want to make it clear in your policy that they are allowed to present the request, but they are not part of the review committee.
- Your review committee must be made up of library personnel; board members would technically not be allowed.
- Any meetings to discuss challenges will have to be open to the public, and all records submitted and considered at a meeting will be considered public records.
- Appeals of decisions about challenged materials will have to go to your "governing body of the county or city," not to your library board or other

entity.

If you are flummoxed as to how to even begin rewriting your policy to incorporate the new law, you would have the option to state that the library will comply with Act 372 of 2023, then go back in and state the parts of your policy that are not included in the Act, making sure to include the items I warned you about: timeframe for response and the location of materials that are under review. You will need to be sure that you also include a challenge form.

You will need to meet with your board, and likely your library's attorney, to discuss what you will do in the event that items go through the challenge process with the outcome that they need to be "relocated within the library's collection to an area that is not accessible to minors under the age of eighteen (18) years." I don't know of any library that currently has an area that they monitor for who goes into it, so this is going to be problematic for everyone. One minimalist possibility might be to purchase carts to hold the relocated materials, so that persons 18 and over can request access. Again, there are no one-size-fits all answers.

As you meet with your board members and attorney, you may want to have a discussion about the legal impact of several terms that we (who are not attorneys!) don't quite know how to interpret:

- The Act says that a "person affected" by the material my challenge it, but no definition of "affected" is given.
- The Act practically barely mentions removal or withdrawal of materials, except where it says that material "shall not be withdrawn solely for the viewpoints expressed within the material." Everywhere else, there is only reference made to decisions to relocate materials. You'll need to discuss with your board and attorney the ramifications of this wording.

On the plus side, this section of the Act is explicitly limited to refer only to physical materials, not eBooks.

Section 6: Disclosure of Library Records

This section says that a parent or legal guardian of a patron who is under eighteen (18) is entitled to see that minor's library record. Your policy will likely need to be changed to comply with this.


I dearly hope that this is helpful. Again, be sure that you read the law (linked below) to ensure you are familiar with all aspects of it, and let me know what questions you may have.

*\*Unless bills contain an Emergency Clause, they become effective 90 days after the legislature adjourns "sine die." That adjournment has not occurred yet—it is scheduled for May 1. Therefore, the law will become effective on August 1.*

https://www.arkleg.state.ar.us/Acts/FTPDocument?
path=%2FACTS%2F2023R%2FPublic%2F&file=372.pdf&ddBienniumSession=2023%2F2023R

**Jennifer Chilcoat**
*Director, Arkansas State Library*
*A Division of the Arkansas Department of Education*
*900 W. Capitol Ave., Suite 100*
*Little Rock, AR  72201*

**Please note email address change: jennifer.chilcoat@ade.arkansas.gov**

www.library.arkansas.gov

**From:** "Chilcoat, Jennifer (ASLIB)" <Jennifer.Chilcoat@ade.arkansas.gov>
**Date:** April 20, 2023 at 3:59:38 PM CDT
**To:**





**Subject: Re: Senate Bill 81 / Act 372**

CAUTION: This is an EXTERNAL email originated from outside the CALS organization. Do not click links or open attachments unless you recognize the sender.

I ask that you please disregard and delete my previous email and any technical assistance contained in it. The new law still needs to be reviewed, and my email was premature.

I will follow up with you at a later date with further information, once we have had adequate time to review the law.

Thank you.

*Jennifer Chilcoat*
*Director, Arkansas State Library*
*A Division of the Arkansas Department of Education*
*900 W. Capitol Ave., Suite 100*
*Little Rock, AR 72201*

*Please note email address change: jennifer.chilcoat@ade.arkansas.gov*

*www.library.arkansas.gov*