## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

FAYETTEVILLE PUBLIC LIBRARY, a political subdivision
in the City of Fayetteville, State of Arkansas;
EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY;
CENTRAL ARKANSAS LIBRARY SYSTEM;
NATE COULTER; OLIVIA FARRELL; HAYDEN KIRBY;
MIEL PARTAIN, in her own capacity and as parent and
next friend of MADELINE PARTAIN; LETA CAPLINGER;
ADAM WEBB; ARKANSAS LIBRARY ASSOCIATION;
ADVOCATES FOR ALL ARKANSAS LIBRARIES;
PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY
BOOKSTORE LLC d/b/a WORDSWORTH BOOKS;
AMERICAN BOOKSELLERS ASSOCIATION;
ASSOCIATION OF AMERICAN PUBLISHERS, INC.;
AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE
FUND; and FREEDOM TO READ FOUNDATION                                    **Plaintiffs**

### Case No. 5:23-cv-05086-TLB

CRAWFORD COUNTY, ARKANSAS;
CHRIS KEITH, in his official capacity as Crawford County Judge;
TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;
MATT DURRETT; JEFF PHILLIPS; WILL JONES; TERESA HOWELL;
BEN HALE; CONNIE MITCHELL; DAN TURNER; JANA BRADFORD;
FRANK SPAIN; TIM BLAIR; KYLE HUNTER; DANIEL SHUE;
JEFF ROGERS; DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;
REBECCA REED MCCOY; MICHELLE C. LAWRENCE;
DEBRA BUSCHMAN; TONY ROGERS; JOSHUA ROBINSON;
CAROL CREWS; KEVIN HOLMES; CHRIS WALTON; and
CHUCK GRAHAM, each in his or her official capacity as
a prosecuting attorney for the State of Arkansas.                        **Defendants**

### THE PROSECUTING ATTORNEYS' RESPONSE TO
### PLAINTIFFS' INTERROGATORIES AND REQUESTS FOR PRODUCTION

For their response to the Plaintiffs' Interrogatories and Requests for Production, the Pros-

ecuting Attorney Defendants answer as follows:

## Interrogatories and Requests for Production of Documents

**INTERROGATORY NO. 1:** Please provide the name, address, and telephone number of each person who aided or consulted in the preparation of the responses of these Interrogatories and Requests for Production.

**Answer:** The Prosecuting Attorneys answered these interrogatories and requests for production. They can be contacted through their attorney.

**INTERROGATORY NO. 2:** Please identify each witness you intend to call at the trial of this lawsuit or any hearing related to this lawsuit, and for each such witness state the general subject matter of his or her testimony.

**Answer:** The Prosecuting Attorneys object to this interrogatory to the extent it seeks information protected by the work-product doctrine. They also object to the extent it seeks information outside their possession or control. Subject to and without waiving these objections, discovery is ongoing and multiple depositions remain to be taken. Thus, the Prosecuting Attorneys have not decided who to call as witnesses. The Prosecuting Attorneys may call as a witness any party or any person deposed during discovery. The Prosecuting Attorneys reserve the right to amend this answer.

**REQUEST FOR PRODUCTION NO. 1:** Please produce each document, record, or other tangible thing (including, but not limited to, books) that will be introduced at trial or any hearing related to this lawsuit, or relied upon by each witness identified in your response to Interrogatory No. 2.

**Answer:** The Prosecuting Attorneys object to Request No. 1 to the extent it seeks documents protected by the work-product doctrine. They also object to the extent it seeks documents, records, and tangible things outside their possession or

control. Subject to and without waiving these objections, discovery is ongoing and multiple depositions remain to be taken. Thus, the Prosecuting Attorneys have not what documents, records, and other tangible things it will introduce. The Prosecuting Attorneys may introduce any document, record, or other tangible thing that the parties produce or reference during discovery. The Prosecuting Attorneys reserve the right to amend this answer.

**INTERROGATORY NO. 3:** If you are relying on any documents not otherwise identified in your answers to the preceding interrogatory and request for production, then list and identify each and every such document and state the name, present address, and telephone number of the person or persons having custody or possession of those documents.

**Answer:** The Prosecuting Attorneys object to Interrogatory No. 3 to the extent it seeks information protected by the attorney-client privilege and work-product doctrine. They also object to the interrogatory as vague, unduly burdensome, and outside the scope of discovery because it asks for any document the Prosecuting Attorney are relying on for any purpose, whether related to this litigation or not. Subject to the and without waiving these objections, there are no such documents. The Prosecuting Attorneys reserve the right to amend this answer.

**REQUEST FOR PRODUCTION NO. 2:** Please produce each document identified in Interrogatory No. 3.

**Answer:** The Prosecuting Attorneys incorporate their response to Interrogatory No. 3. The Prosecuting Attorneys reserve the right to amend this answer.

**INTERROGATORY NO. 4:** Please identify all documents, including internal and external correspondence, which you have sent or received, including but not limited to, those nonprivileged items sent or received by your attorneys, concerning:

(a) the present or future enforcement of the Act (including, without limiting the generality of the foregoing, any correspondence with a prosecuting attorney or the Attorney General of Arkansas referenced in Arkansas Attorney General's Opinion No. 2023-028);

(b) any allegation that a material is "harmful to minors" as defined in Ark. Code Ann. § 5-68-501(2); or

(c) policies or guidelines concerning identification of a material that would meet the definition of "harmful to minors" as defined in Ark. Code Ann. § 5-68-501(2).

**Answer:** The Prosecuting Attorneys object to Interrogatory No. 4 to the extent it seeks information protected by the attorney-client privilege or work-product doctrine. The Prosecuting Attorneys object to the interrogatory as confusing to the extent it asks for information related to the "present … enforcement of the Act" because there is no present enforcement; the Act has been preliminarily enjoined. Subject to and without waiving these objections, there are no responsive documents.

**REQUEST FOR PRODUCTION NO. 3:** Please produce each document or internal or external correspondence identified in Interrogatory No. 4.

**Answer:** The Prosecuting Attorneys incorporate their response to Interrogatory No. 4. The Prosecuting Attorneys reserve the right to amend this answer.

**INTERROGATORY NO. 5:** Please state whether each of the following books is "harmful to minors" within the meaning of Section 1 of Act 372 and state the basis for that determination, including the identity of any experts or sources of authority consulted and all reasoning leading to that determination. [The 20 books identified by email from Plaintiffs' counsel on March 28, 2023, are omitted to save space.]

**Answer:**   The Prosecuting Attorneys object to Interrogatory No. 5 to the extent it seeks

information protected by the attorney-client privilege or work-product doctrine.

The Prosecuting Attorneys objects to this interrogatory as unduly burdensome

to the extent it seeks to require them to read and evaluate the 20 listed books or

retain experts to do so.


          Respectfully submitted,

          TIM GRIFFIN
          Attorney General


By:    /s/ Noah P. Watson
          Noah P. Watson
          Ark. Bar No. 2020251
          Senior Assistant Attorney General

          John Payne
          Ark. Bar No. 97097
          Deputy Attorney General

          Christine A. Cryer
          Ark. Bar No. 2001082
          Senior Assistant Attorney General

          Arkansas Attorney General's Office
          323 Center Street, Suite 200
          Little Rock, Arkansas 72201
          (501) 682-1019
          (501) 682-2591 fax
          john.payne@arkansasag.gov
          christine.cryer@arkansasag.gov
          noah.watson@arkansasag.gov

          *Attorneys for the Prosecuting Attorneys*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2024, I e-mailed a copy of the foregoing document to counsel of record.

/s/ Noah P. Watson
Noah P. Watson