To: Crawford County JP Board, County Judge and County Judge Elect

From: Dr. Jeffrey Hamby and Tamara Hamby

Date: November 10, 2022

Re: Van Buren Public Library

We are concerned about the agenda that is being pushed by the Van Buren Public Library, aiming education of alternative lifestyles to prepubescent children. We have friends and employees that choose to live alternative lifestyles that we love dearly. We do not agree with that lifestyle but acknowledge their right to live the way they choose to live. We are not trying to infringe on those rights in any way. Our issue is with the constitutional rights of parents and our religious liberties being infringed upon by this progressive woke ideology normalizing and equating homosexual and transsexual lifestyles with heterosexual family units. And doing this without parental consent or the ability to opt out.

They have purchased, with taxpayer money, several books about alternative lifestyles that are aimed at prepubescent children. Some of these books are available in board book form which tells you the age they are targeting. (Book titles are included with this letter) Then they made a public display in the front of the library with these books. This represents an agenda to indoctrinate our community but especially our children with this content. The statement was made at the recent library meeting that the Crawford County area was the least educated area in the state concerning alternative lifestyles and that needed to be changed. They intend to start with our children.

Parents should be allowed to educate their children as they see fit on ideas and beliefs about sexuality. Efforts to expose children to age-inappropriate content and make parental notification and opt-out difficult or impossible undermine parents' constitutional right to control their children's education on sensitive topics such as human sexuality. Public libraries should not become a place where children are exposed to radical sexual ideology.

The increased prevalence of transgender ideology in culture and education has narrowed the treatment options for children with gender dysphoria. If normalized, then a true gender dysphoric pubertal or pre-pubertal child cannot seek appropriate therapy to correct this aberrant behavior.

Exposing our pre-pubertal children to colorful picture books equating homosexual and transsexual behavior to and as normal as heterosexual parenting without the consent of the parents, subverts our God given rights as parents and discriminates against us based for our religious beliefs.

Our parental rights and religious liberties are being subverted by a progressive woke ideology driven by the library director and her employees. Many professionals would still consider this behavior child abuse! And this board-certified Family physician in this community for over 25 years is one of them. Case law in Arkansans would also support our legal right to remove those people who desire to sexualize our children. Basically, in Arkansas you as a JP Board and County Judge are responsible for hiring people to represent the values of our community. These books are not required to be purchased by the library. The books in our library are purchased at the director's discretion. Combating the premature sexualization of children by adults requires focused attention from both lawmakers and courageous parents.

We are asking you to take the steps needed to ensure that this agenda is not sponsored by our tax money.



EXHIBIT 5