EXHIBIT 6

| BrowseTitle | BrowseAuthor | CallNumber | HomeBranchName |
|---|---|---|---|
| #MurderFunding | McNeil, Gretchen, Author | S YA MCNEIL | Cedarville Public Library |
| 19 love songs | Levithan, David, Author | SYA LEVITHAN | Van Buren Public Library |
| 10,000 dresses | Ewert, Marcus author. | S E EWERT | Alma Public Library |
| The ABC's of LGBT+ | Hardell, Ash, author. | S 306.766 MAR | Mountainburg Public Library |
| The ABC's of LGBT+ | Hardell, Ash, author. | SYA 306.766 MAR | Van Buren Public Library |
| An abundance of Katherines | Green, John, 1977- author. | SYA GREEN | Van Buren Public Library |
| Abuse : an encyclopedia of causes, consequences, and treatments | | S 362.03 SKA | Mountainburg Public Library |
| Ace of hearts | Augustine, Myriad, Author | SYA AUGUSTINE | Van Buren Public Library |
| Adventures with my daddies | Peter, Gareth, author. | S E PETER | Van Buren Public Library |
| Alice Austen lived here | Gino, Alex, author. | S J GINO | Van Buren Public Library |
| All about anxiety | Lewis, Carrie, (Children's author) Author | S J 155.4 LEW | Alma Public Library |
| All boys aren't blue : a memoir-manifesto | Johnson, George M. 1985- Author (George Matthew) | SYA 92 JOHNSON | Van Buren Public Library |
| All moms | Ellis, Sarah Kate, author. | S E ELLIS | Van Buren Public Library |
| All of us | Berger, Carin, author, illustrator. | S E BERGER | Alma Public Library |
| Am I blue? : coming out from the silence | | S YA AM | Mountainburg Public Library |
| Am I safe here? : LGBTQ teens and bullying in schools | Short, Donn, author. | SYA 306.76 SHO | Van Buren Public Library |
| And Tango makes three | Richardson, Justin, 1963- author. | S E RICHARDSON | Alma Public Library |
| And Tango makes three | Richardson, Justin, 1963- Author | S E RICHARDSON | Mountainburg Public Library |
| Anne : an adaptation of Anne of Green Gables (sort of) | Gros, Kathleen, Author Artist | SJGN GROS | Van Buren Public Library |
| Anne of Greenville | Tamaki, Mariko, Author | SYA TAMAKI | Van Buren Public Library |
| Answers in the pages | Levithan, David, author. | S J LEVITHAN | Van Buren Public Library |
| Antique bakery | Yoshinaga, Fumi, 1971- Writer Artist Author | SYA YOSHINAGA | Van Buren Public Library |
| Are we there yet? | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| Aristotle and Dante discover the secrets of the universe | Saenz, Benjamin Alire, Author | SYA SAENZ | Van Buren Public Library |
| Aristotle and Dante discover the secrets of the universe | Saenz, Benjamin Alire, Author | S YA SAENZ | Mountainburg Public Library |
| The art of running away | Kleckner, Sabrina, Author | SJ KLECKNER | Van Buren Public Library |
| The art of starving | Miller, Sam J., Author | SYA MILLER | Van Buren Public Library |
| The art of starving | Miller, Sam J., Author | S YA MILLER | Mountainburg Public Library |
| The arts | Dufresne, Emilie Author | SJ 306.76 DUF | Van Buren Public Library |
| Baby & Solo | Posthuma, Lisabeth, Author | SYA POSTHUMA | Van Buren Public Library |
| Baby teeth : a novel in verse | Grehan, Meg, Author | SYA GREHAN | Van Buren Public Library |
| The Bane chronicles | Clare, Cassandra, author. | S YA CLARE | Cedarville Public Library |
| Batcat. [1] | Ramm, Meggie, author, illustrator. | S JGN RAMM | Van Buren Public Library |
| Be amazing : a history of pride | Desmond Is Amazing, Author | SJ 306.76 DES | Van Buren Public Library |
| Being a teen : everything teen girls and boys should know about relationships, sex, love, health, identity & more | Fonda, Jane, 1937- author. | S 618.2 FON | Mountainburg Public Library |
| Belle of the ball | Costa, Mari, author, artist. | S YAGN COSTA | Van Buren Public Library |
| The best liars in Riverview | Thompson, Lin, author. | SJ THOMPSON | Van Buren Public Library |
| Beyond magenta : transgender teens speak out | Kuklin, Susan, Author Photographer | SYA 306.76 KUK | Van Buren Public Library |
| Beyond magenta : transgender teens speak out | Kuklin, Susan, Author Photographer | S 306.76 KUK | Mountainburg Public Library |

CrawfordCo_000060

| Title | Author | Call Number | Library |
|---|---|---|---|
| The big book of pride flags | Jessica Kingsley Publishers, Author | SJ 306.76 BIG | Van Buren Public Library |
| Big wig | Hillman, Jonathan, 1988- Author | SE HILLMAN | Van Buren Public Library |
| The black flamingo | Atta, Dean, Author | SYA ATTA | Van Buren Public Library |
| Blackwater | Arroyo, Jeannette, Author Artist | SYAGN ARROYO | Van Buren Public Library |
| Blended families | Simons, Rae, 1957- author. | SJ 306.87 SIM | Van Buren Public Library |
| Blue Lily, Lily Blue | Stiefvater, Maggie, 1981- author. | S YA STIEFVATER | Cedarville Public Library |
| The bone spindle | Vedder, Leslie, Author | S YA VEDDER | Mountainburg Public Library |
| Born ready : the true story of a boy named Penelope | Patterson, Jodie, 1970- author. | S J 306 PAT | Van Buren Public Library |
| Both can be true | Machias, Jules, author, illustrator. | S YA MACHIAS | Van Buren Public Library |
| Both can be true | Machias, Jules, author, illustrator. | S J MACHIAS | Alma Public Library |
| Boy meets boy | Levithan, David, author. | SYA | Van Buren Public Library |
| Boys & sex : young men on hookups, love, porn, consent, and navigating the new masculinity | Orenstein, Peggy Author | S 305.235 ORE | Mountainburg Public Library |
| Burn our bodies down | Power, Rory, Author | S YA POWER | Cedarville Public Library |
| Bye bye, binary | Geron, Eric, Author | SE GERON | Van Buren Public Library |
| Bye bye, binary | Geron, Eric, Author | SE GERON | Van Buren Public Library |
| Call down the hawk | Stiefvater, Maggie, 1981- Author | S YA STIEFVATER | Cedarville Public Library |
| Celebrity families | Stewart, Sheila, 1975- author. | SJ 306.85 STE | Van Buren Public Library |
| The Chandler legacies | Nazemian, Abdi, Author | SYA NAZEMIAN | Van Buren Public Library |
| Change | Dufresne, Emilie Author | SJ 306.76 DUF | Van Buren Public Library |
| Check, please! Book 1, #Hockey | Ukazu, Ngozi, artist, author. | S YAGN UKAZU | Mountainburg Public Library |
| A church for all | Pitman, Gayle E., Author | SE PITMAN | Van Buren Public Library |
| Cinderella is dead | Bayron, Kalynn Author | SYA BAYRON | Van Buren Public Library |
| Cinderelliot : a scrumptious fairytale | Ceilley, Mark, Author | SE CEILLEY | Van Buren Public Library |
| The Civil War of Amos Abernathy | Leali, Michael, Author | SYA LEALI | Van Buren Public Library |
| Clap when you land | Acevedo, Elizabeth, Author | S YA ACEVEDO | Cedarville Public Library |
| Coming back | Zabarsky, Jessi, 1988- Author Artist | SYAGN ZABARSKY | Van Buren Public Library |
| The confidence code for girls : taking risks, messing up, & becoming your amazingly imperfect, totally powerful self | Kay, Katty, author. | S J 305.235 KAY | Alma Public Library |
| Cool for the summer | Adler, Dahlia, author. | SYA ADLER | Van Buren Public Library |
| Crooked kingdom | Bardugo, Leigh, author. | S YA BARDUGO | Cedarville Public Library |
| Daddy & Dada | Brockington, Ryan, author. | S E BROCKINGTON | Alma Public Library |
| Daddy & Dada | Brockington, Ryan, author. | S E BROCKINGTON | Van Buren Public Library |
| Dead end girls | Heard, Wendy, Author | SYA HEARD | Van Buren Public Library |
| Different kinds of fruit | Lukoff, Kyle, Author | SJ LUKOFF | Van Buren Public Library |
| The dream thieves | Stiefvater, Maggie, 1981- author. | S YA STIEFVATER | Cedarville Public Library |
| Ellen outside the lines | Sass, A. J., author. | SJ SASS | Van Buren Public Library |
| The every body book : the LGBTQ+ inclusive guide for kids about sex, gender, bodies, and families | Simon, Rachel E., Author | SJ 306.7 SIM | Van Buren Public Library |
| Every day | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| Every you, every me | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |

| Title | Author | Call Number | Library |
|---|---|---|---|
| Everybody counts | Roskifte, Kristin, Author Illustrator | S J 513.2 ROS | Alma Public Library |
| The falling in love montage | Smyth, Ciara, (Young adult author) Author | S YA SMYTH | Mountainburg Public Library |
| Fancy white trash | Geerling, Marjetta, author. | S YA GEERLING | Mountainburg Public Library |
| The fighting infantryman : the story of Albert D. J. Cashier, transgender Civil War soldier | Sanders, Rob, author. | S J 92 CASHIER | Van Buren Public Library |
| Firekeeper's daughter | Boulley, Angeline, Author | S YA BOULLEY | Mountainburg Public Library |
| The first to die at the end | Silvera, Adam, 1990- Author | SYA SILVERA TBDE 1 | Van Buren Public Library |
| The five stages of Andrew Brawley | Hutchinson, Shaun David, author. | SYA HUTCHINSON | Van Buren Public Library |
| The fourth suit | Harris, Neil Patrick, 1973- Author | SJ HARRIS | Van Buren Public Library |
| Fun home : a family tragicomic | Bechdel, Alison, 1960- Author | S 92 BECHDEL | Mountainburg Public Library |
| Funny girl : funniest. stories. ever. | | S J 152.43 FUN | Alma Public Library |
| Gay & lesbian history for kids : the century-long struggle for LGBT rights, with 21 activities | Pohlen, Jerome. | SJ 323.3 POH | Van Buren Public Library |
| Gay and lesbian parents | Fields, Julianna, author. | SJ 306.874 FIE | Van Buren Public Library |
| Gay marriage | | SJ 306.84 GAY | Van Buren Public Library |
| Gay power! : the Stonewall Riots and the gay rights movement, 1969 | Kuhn, Betsy, author. | S YA 306.76 KUH | Cedarville Public Library |
| Gay rights | Kafka, Tina, 1950- author. | SJ 323.3 KAF | Van Buren Public Library |
| Gemini bites | Ryan, Patrick, 1965- author. | SYA RYAN | Van Buren Public Library |
| Geography Club | Hartinger, Brent, author. | S J HARTINGER | Alma Public Library |
| The girl from the sea | Ostertag, Molly, Author | S YA OSTERTAG | Mountainburg Public Library |
| Girls & sex : navigating the complicated new landscape | Orenstein, Peggy, Author | S 306.708 ORE | Mountainburg Public Library |
| The girl's guide to relationships, sexuality & consent : tools to help teens stay safe, empowered & confident | Aguirre, Leah, Author | SYA 305.235 AGU | Van Buren Public Library |
| Goodbye stranger | Stead, Rebecca, author. | SJ STEAD | Van Buren Public Library |
| Greywaren | Stiefvater, Maggie, 1981- Author | S YA STIEFVATER | Cedarville Public Library |
| Growing up trans : in our own words | | S J 305.2 GRO | Alma Public Library |
| Growing up trans : in our own words | | S J 305.2 GRO | Van Buren Public Library |
| Guts | Telgemeier, Raina, Author Artist | S JGN TELGEMEIER | Alma Public Library |
| Hazel's theory of evolution | Bigelow, Lisa Jenn, Author | SJ BIGELOW | Van Buren Public Library |
| Heartbreak boys | Green, Simon James, author. | SYA GREEN | Van Buren Public Library |
| The henna wars | Jaigirdar, Adiba, Author | S YA JAIGIRDAR | Mountainburg Public Library |
| Her royal highness | Hawkins, Rachel, 1979- Author | S YA HAWKINS | Mountainburg Public Library |
| The hips on the drag queen go swish, swish, swish | Lil Miss Hot Mess, Author | SE LIL HOT MESS | Van Buren Public Library |
| Hold me closer : the Tiny Cooper story : a musical in novel form (or, a novel in musical form) | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| Honestly Ben | Konigsberg, Bill, Author | S YA KONIGSBERG | Mountainburg Public Library |
| Ho'onani : hula warrior | Gale, Heather (Children's author), author. | S E GALE | Van Buren Public Library |
| House of Nutter : the rebel tailor of Savile Row | Richardson, Lance, 1984- Author | S 92 NUTTER | Mountainburg Public Library |
| How they met, and other stories | Levithan, David, Author | SYA LEVITHAN | Van Buren Public Library |
| How to succeed in witchcraft | Brophy, Aislinn, Author | SYA BROPHY | Van Buren Public Library |

CrawfordCo_000062

| Title | Author | Call Number | Library |
|---|---|---|---|
| Hurricane child | Callender, Kacen, Author | S J CALLENDER | Alma Public Library |
| I promised not to tell : raising a transgender child | Evans, Cheryl B., Author | S 306.76 EVA | Mountainburg Public Library |
| If I can give you that | Bulla, Michael Gray, author. | SYA BULLA | Van Buren Public Library |
| If you're a drag queen and you know it | Lil Miss Hot Mess, Author | SJ 782.42 LIL | Van Buren Public Library |
| I'll fix Anthony | Viorst, Judith, author. | SE VIORST | Van Buren Public Library |
| I'm in love with the villainess. Manga 1 | Aonoshimo, Artist Author Illustrator | SYAGN AONOSHIMO | Van Buren Public Library |
| I'm in love with the villainess. Manga 4 | Inori, author. | SYAGN INORI | Van Buren Public Library |
| I'm in love with the villainess. Vol. 2 | Inori, author. | SYAGN INORI | Van Buren Public Library |
| I'm in love with the villainess. Vol. 3 | Inori, Author | SYAGN AONOSHIMO | Van Buren Public Library |
| In our mothers' house | Polacco, Patricia, author. | S E POLACCO | Mountainburg Public Library |
| The incredible magic of being | Erskine, Kathryn, Author | S J ERSKINE | Mountainburg Public Library |
| The incredible magic of being | Erskine, Kathryn, Author | SJ ERSKINE | Van Buren Public Library |
| A is for activist | Nagara, Innosanto, Author Illustrator | SJ 303.3 HAG | Van Buren Public Library |
| It feels good to be yourself : a book about gender identity | Thorn, Theresa, Author | SJ 305.3 THO | Van Buren Public Library |
| It's not like it's a secret | Sugiura, Misa, author. | SYA SUGIURA | Van Buren Public Library |
| Jack (not Jackie) | Silverman, Erica, Author | S E SILVERMAN | Mountainburg Public Library |
| The journey to Max : an adoption story | Garcia-Halenar, Christopher, Author | SJ 362.7 GAR | Van Buren Public Library |
| Julialn at the wedding | Love, Jessica, author, illustrator. | S E LOVE | Van Buren Public Library |
| Julialn is a mermaid | Love, Jessica, author, illustrator. | S E LOVE | Van Buren Public Library |
| Kind like Marsha : learning from LGBTQ+ leaders | Prager, Sarah, 1986- Author | SJ 306.76 PRA | Van Buren Public Library |
| King & King | Haan, Linda de, 1965- author. | S E HAAN | Alma Public Library |
| King and the dragonflies | Callender, Kacen, Author | S J CALLENDER | Alma Public Library |
| Last chance dance | Wilson, Lakita, author. | SYA WILSON | Ralph D Graf Library of Mulberry |
| Leah on the offbeat | Albertalli, Becky, author. | SYA ALBERTALLI | Van Buren Public Library |
| A lesson in vengeance | Lee, Victoria, (Author of young adult fantasy) Author | S YA LEE | Mountainburg Public Library |
| LGBTQ : the survival guide for lesbian, gay, bisexual, transgender, and questioning teens | Huegel, Kelly, 1974- author. | SYA 306.766 HUE | Van Buren Public Library |
| Like me : a story about disability and discovering God's image in every person | Wifler, Laura, author. | S E WILFER | Van Buren Public Library |
| The list of things that will not change | Stead, Rebecca, Author | SJ STEAD | Van Buren Public Library |
| The list of things that will not change | Stead, Rebecca, Author | S J STEAD | Alma Public Library |
| The long run | Acker, James, author. | SYA ACKER | Van Buren Public Library |
| The lost Book of the White | Clare, Cassandra, Author | SYA CLARE | Van Buren Public Library |
| The lost Book of the White | Clare, Cassandra, Author | S YA CLARE | Cedarville Public Library |
| The lost Book of the White | Clare, Cassandra, Author | S YA CLARE | Mountainburg Public Library |
| Love is the higher law | Levithan, David, Author | SYA LEVITHAN | Van Buren Public Library |
| Love makes a family | Beer, Sophie, Author Illustrator | SE BEER | Van Buren Public Library |
| Love, Violet | Wild, Charlotte Sullivan, Author | SE WILD | Van Buren Public Library |
| Loveless | Oseman, Alice, Author | S YA OSEMAN | Mountainburg Public Library |
| The lucky list | Lippincott, Rachael, Author | S YA LIPPINCOTT | Mountainburg Public Library |
| Magic misfits : the second story | Harris, Neil Patrick, 1973- author. | SJ HARRIS | Van Buren Public Library |

CrawfordCo_000063

| Title | Author | Call Number | Library |
|---|---|---|---|
| Mama and Mommy and me in the middle | LaCour, Nina, Author | SE LACOUR | Van Buren Public Library |
| Me & my dysphoria monster : an empowering story to help children cope with gender dysphoria | Dale, Laura Kate, author. | S E DALE | Van Buren Public Library |
| The meaning of pride | Thor, Rosiee, Author | SJ 306.76 THO | Van Buren Public Library |
| Melissa | Gino, Alex, Author | S J GINO | Mountainburg Public Library |
| Melissa | Gino, Alex, Author | SJ GINO | Van Buren Public Library |
| A million to one | Jaigirdar, Adiba, author. | SYA JAIGIRDAR | Van Buren Public Library |
| The minor third | Harris, Neil Patrick, 1973- Author | SJ HARRIS | Van Buren Public Library |
| Mister Impossible | Stiefvater, Maggie, 1981- Author | S YA STIEFVATER | Cedarville Public Library |
| Mockingbird | Erskine, Kathryn, author. | SJ ERSKINE | Van Buren Public Library |
| Moonflower | Callender, Kacen, Author | S J CALLENDER | Alma Public Library |
| More happy than not | Silvera, Adam, 1990- author. | SYA SILVERA | Van Buren Public Library |
| Morris Micklewhite and the tangerine dress | Baldacchino, Christine, 1977- author. | S J BALDACCHINO | Van Buren Public Library |
| The mother of a movement : Jeanne Manford, ally, activist, and co-founder of PFLAG | Sanders, Rob, 1958- author. | S J 306.76 SAN | Van Buren Public Library |
| My grandparents | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| My Maddy | Pitman, Gayle E., Author | S E PITMAN | Alma Public Library |
| My military mom | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| My mom and dad | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| My parents won't stop talking! | Hunsinger, Emma, Author Illustrator | S E HUNSINGER | Alma Public Library |
| My rainbow | Neal, Trinity, author. | S E NEAL | Van Buren Public Library |
| My shadow is pink | Stuart, Scott, Author Illustrator | S E STUART | Alma Public Library |
| My shadow is pink | Stuart, Scott, Author Illustrator | S E STUART | Mountainburg Public Library |
| My two dads | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| My two homes | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| My two moms | Harrington, Claudia, 1957- author. | S E HARRINGTON | Alma Public Library |
| No one owns the colors | Davy, Gianna, author. | S E DAVY | Van Buren Public Library |
| Noah's Song | Jaclyn Osborn, author. | SYA OSBORN | Van Buren Public Library |
| Nobody passes : rejecting the rules of gender and conformity | | S 306.76 NOB | Mountainburg Public Library |
| Not my problem | Smyth, Ciara (Young adult author), author. | S YA SMYTH | Mountainburg Public Library |
| The ooze | McAdam, Tash, Author | S YA MCADAM | Cedarville Public Library |
| Parenting your transgender teen : positive parenting strategies for raising transgender, nobinary, and gender nonforming teens | Triska, Andrew Maxwell, Author | S 305.2 TRI | Mountainburg Public Library |
| Pink, blue, and you! : questions for kids about gender stereotypes | Gravel, Elise, Author Illustrator | SJ 305.3 GRA | Van Buren Public Library |
| Pink is for boys | Pearlman, Robb, Author | SE PEARLMAN | Van Buren Public Library |
| Planning perfect | Neil, Haley, author. | SYA NEIL | Van Buren Public Library |

CrawfordCo_000064

| Title | Author | Call Number | Library |
|---|---|---|---|
| The pledge | Dietrich, Cale, author. | SYA DIETRICH | Van Buren Public Library |
| Pride : the celebration and the struggle | Stevenson, Robin, 1968- Author | SJ 306.7 STE | Van Buren Public Library |
| Prince & knight | Haack, Daniel, Author | SE HAACK | Van Buren Public Library |
| Prom kings | Correia, Tony, Author | SYA CORREIA | Van Buren Public Library |
| The pronoun book : she, he, they, and me! | Corrigan, Cassandra Jules, Author | SJ 425.55 COR | Van Buren Public Library |
| Queerfully and wonderfully made : a guide for LGBTQ+ Christian teens | Finke, Leigh, Author Editor | SYA 248.8 QUE | Van Buren Public Library |
| The raven king | Stiefvater, Maggie, 1981- author. | S YA STIEFVATER | Cedarville Public Library |
| The realm of possibility | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| The red scrolls of magic | Clare, Cassandra, author. | S YA CLARE | Mountainburg Public Library |
| The red scrolls of magic | Clare, Cassandra, author. | S YA CLARE | Cedarville Public Library |
| The red scrolls of magic | Clare, Cassandra, author. | SYA CLARE | Van Buren Public Library |
| Release | Ness, Patrick, 1971- author. | S YA NESS | Mountainburg Public Library |
| Riley can't stop crying | Boulay, Stelphanie, 1987- Author | S J BOULAY | Alma Public Library |
| Ruin and rising | Bardugo, Leigh author. | S YA BARDUGO | Cedarville Public Library |
| Sasaki and Miyano. 01 | Harusono, Sho, Author Artist | SYAGN HARUSONO | Van Buren Public Library |
| Sasaki and Miyano. 02 | Harusono, Sho, Author Illustrator | SYAGN HARUSONO | Van Buren Public Library |
| Sasaki and Miyano. 03 | Harusono, Sho, Author Artist | SYAGN HARUSONO | Van Buren Public Library |
| Sasaki and Miyano. 04 | Harusono, Sho, Author | SYAGN HARUSONO | Van Buren Public Library |
| Sasaki and Miyano. 05 | Harusono, Sho, author. | SYAGN HARUSONO | Van Buren Public Library |
| Sasaki and Miyano. 06 | Harusono, Sho, Author Artist | SYAGN HARUSONO | Van Buren Public Library |
| Saving Montgomery Sole | Tamaki, Mariko author. | SYA TAMAKI | Van Buren Public Library |
| Sawkill Girls | Legrand, Claire, 1986- Author | S YA LEGRAND | Cedarville Public Library |
| The scapegracers | Clarke, Hannah Abigail, Author | SYA CLARKE | Van Buren Public Library |
| The severed thread | Vedder, Leslie, author. | SYA VEDDER | Van Buren Public Library |
| Shadow and bone | Bardugo, Leigh author. | S YA BARDUGO | Cedarville Public Library |
| Sharice's big voice : a native kid becomes a congresswoman | Davids, Sharice, 1980- Author | SJ 92 DAVIDS | Van Buren Public Library |
| She drives me crazy | Quindlen, Kelly, Author | S YA QUINDLE | Mountainburg Public Library |
| She loves you, she loves you not-- : a novel | Peters, Julie Anne, author. | SYA PETERS | Van Buren Public Library |
| Siege and storm | Bardugo, Leigh, Author | S YA BARDUGO | Cedarville Public Library |
| Simon vs. the Homo sapiens agenda | Albertalli, Becky, Author | S YA ALBERTALLI | Cedarville Public Library |
| Simon vs. the Homo sapiens agenda | Albertalli, Becky, Author | S YA ALBERTALLI | Mountainburg Public Library |
| Simon vs. the Homo sapiens agenda | Albertalli, Becky, Author | SYA ALBERTALLI | Van Buren Public Library |
| Simon vs. the Homo sapiens agenda : Epic Reads editions | Albertalli, Becky, Author | SYA ALBERTALLI | Van Buren Public Library |
| Six of crows | Bardugo, Leigh author. | S YA BARDUGO | Cedarville Public Library |
| Small town pride | Stamper, Phil, Author | SYA STAMPER | Van Buren Public Library |
| Some girls do | Dugan, Jennifer, Author | SYA DUGAN | Van Buren Public Library |
| Someday | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| Squad | Tokuda-Hall, Maggie, Author | S YAGN TOKUDA-HALL | Mountainburg Public Library |
| Stranger at the gate : to be gay and Christian in America | White, Mel, 1940- Author | S 92 WHITE | Mountainburg Public Library |
| Take me with you when you go | Levithan, David, Author | SYA LEVITHAN | Van Buren Public Library |
| Tale of the Shadow King | Haack, Daniel, Author | SE HAACK | Van Buren Public Library |
| The tea dragon festival | O'Neill, Kay, (Cartoonist) Author Artist Illustrator | S JGN O'NEILL | Alma Public Library |

| Title | Author | Call Number | Library |
|---|---|---|---|
| The Tea Dragon Society | O'Neill, Kay, (Cartoonist) Author Artist Illustrator | S JGN O'NEILL | Alma Public Library |
| The Tea Dragon Society | O'Neill, Kay, (Cartoonist) Author Artist Illustrator | S JGN O'NEILL | Mountainburg Public Library |
| The Tea Dragon tapestry | O'Neill, Kay, (Cartoonist) Author Illustrator | S JGN O'NEILL | Alma Public Library |
| Tea Dragon. Volume 2, The Tea Dragon Festival | O'Neill, Kay, (Cartoonist) Author Illustrator | S JGN O'NEILL | Mountainburg Public Library |
| Tell me how you really feel | Safi, Aminah Mae, Author | S YA SAFI | Mountainburg Public Library |
| These violent delights | Gong, Chloe Author | S YA GONG | Cedarville Public Library |
| These witches don't burn | Sterling, Isabel, Author | S YA STERLING | Mountainburg Public Library |
| This book is gay | Dawson, Juno, Author | SYA 306.76 DAW | Van Buren Public Library |
| This coven won't break | Sterling, Isabel, Author | S YA STERLING | Mountainburg Public Library |
| This is why they hate us | Aceves, Aaron H., author. | SYA ACEVES | Van Buren Public Library |
| This little rainbow : a love-is-love primer | Holub, Joan, Author | S E HOLUB | Alma Public Library |
| This little rainbow : a love-is-love primer | Holub, Joan, Author | S E HOLUB | Alma Public Library |
| This poison heart | Bayron, Kalynn Author | SYA BAYRON | Van Buren Public Library |
| The times I knew I was gay | Crewes, Eleanor, Author Artist | S 92 CREWES | Mountainburg Public Library |
| To break a covenant | Ames, Alison, author. | SYA AMES | Van Buren Public Library |
| Together : a first conversation about love | Madison, Megan, author. | S E MADISON | Alma Public Library |
| Tuesday is Daddy's day | Kreloff, Elliot, author, illustrator. | S E KRELOFF | Alma Public Library |
| 'Twas the night before Pride | McClintick, Joanna, Author | SE MCCLIN-TICK | Van Buren Public Library |
| Two boys kissing | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| The (un)popular vote | Sanchez, Jasper, Author | SYA SANCHEZ | Van Buren Public Library |
| Uncle Bobby's wedding | Brannen, Sarah S., Author | SE BRANNEN | Van Buren Public Library |
| Unclobber : rethinking our misuse of the Bible on homosexuality | Martin, Colby, Author | S 220.8 MAR | Mountainburg Public Library |
| What are your words? : a book about pronouns | Locke, Katherine Author | SE LOCKE | Van Buren Public Library |
| What is a family? | Stewart, Sheila, 1975- author. | SJ 306.85 STE | Van Buren Public Library |
| What makes you beautiful | Liang, Bridget, 1989- Author | SYA LIANG | Van Buren Public Library |
| When you reach me | Stead, Rebecca, author. | SJ STEAD | Van Buren Public Library |
| Who believes what? : exploring the world's major religions | Wills, Anna, 1978- Author | S J 200 WIL | Alma Public Library |
| The wicked bargain | Novoa, Gabe Cole, author. | SYA NOVOA | Van Buren Public Library |
| Wide awake | Levithan, David, author. | SYA LEVITHAN | Van Buren Public Library |
| With or without you | Farrey, Brian, author. | SYA FARREY | Van Buren Public Library |
| You do you : figuring out your body, dating, and sexuality | Mirk, Sarah Author | SYA 306.70835 MIR | Van Buren Public Library |
| You should see me in a crown | Johnson, Leah, (Young adult author) Author | S YA JOHNSON | Mountainburg Public Library |
| You should see me in a crown | Johnson, Leah, (Young adult author) Author | S YA JOHNSON | Cedarville Public Library |
| You're welcome, universe | Gardner, Whitney, Author Illustrator | SYA GARDNER | Van Buren Public Library |

CrawfordCo_000066