IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision
in the City of Fayetteville, State of Arkansas;
**EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY;**
**CENTRAL ARKANSAS LIBRARY SYSTEM;**
**NATE COULTER; OLIVIA FARRELL; JENNIE KIRBY,**
as parent and next friend of **HAYDEN KIRBY;**
**LETA CAPLINGER; ADAM WEBB;**
**ARKANSAS LIBRARY ASSOCIATION;**
**ADVOCATES FOR ALL ARKANSAS LIBRARIES;**
**PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY**
**BOOKSTORE, LLC d/b/a WORDSWORTH BOOKS;**
**AMERICAN BOOKSELLERS ASSOCIATION;**
**ASSOCIATION OF AMERICAN PUBLISHERS, INC.;**
**AUTHORS GUILD, INC.; COMIC BOOK LEGAL DEFENSE FUND;**
and **FREEDOM TO READ FOUNDATION**                                     **PLAINTIFFS**

V.                           CASE NO. 5:23-CV-05086

**CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH,**
in his official capacity as Crawford County Judge;
**TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;**
**MATT DURRETT; JEFF PHILLIPS; WILL JONES;**
**TERESA HOWELL; BEN HALE, CONNIE MITCHELL,**
**DAN TURNER, JANA BRADFORD; FRANK SPAIN;**
**TIM BLAIR; KYLE HUNTER; DANIEL SHUE; JEFF ROGERS;**
**DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;**
**REBECCA REED MCCOY; MICHELLE C. LAWRENCE;**
**DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;**
**CAROL CREWS; KEVIN HOLMES; CHRIS WALTON;**
and **CHUCK GRAHAM**, each in his or her official capacity
as a prosecuting attorney for the State of Arkansas                    **DEFENDANTS**

## AMENDED
## CASE MANAGEMENT ORDER

This Order amends the Case Management Order dated December 1, 2023 (Doc.

71) The trial date is reset to the back-up trial term of December 16, 2024, and revised case

management deadlines (*that have not already expired*) are set forth below. In this regard, IT IS HEREBY ORDERED:

1. **TRIAL SET DURING THE COURT'S DECEMBER 16, 2024 TRIAL TERM**

The trial of this matter is scheduled for a **BENCH TRIAL** in **FAYETTEVILLE, ARKANSAS**, at the call of the Court during a **One Week Trial Term which begins on DECEMBER 16, 2024, at 9:00 a.m.** The parties have indicated that the case will take three (3) days to try.

2. **FINAL PRE-TRIAL CONFERENCE**

A Final Pre-Trial Conference shall be conducted pursuant to the provisions of Rule 16(e) on **DECEMBER 6, 2024, beginning at 9:00 a.m.**

3. **MOTIONS IN LIMINE**

**Motions in Limine** must be filed on or before **NOVEMBER 22, 2024.** Responses must be filed within seven (7) days thereafter. Motions submitted after the deadline may be denied solely on that ground. Briefs in Support of such motions and responses shall not exceed three (3) pages per ruling sought, except on leave of Court for good cause shown.

4. **MEMORANDUM BRIEFS**

Page limits for discovery motions and liminal motions are noted above. Memorandum briefs filed in support or in response to other types of motions must not exceed twenty-five (25) pages in length, without leave of court and for good cause shown. Over-length briefs filed without advance leave may be stricken *sua sponte*. Reply briefs

require leave of Court, except with respect to motions for summary judgment. Reply briefs must not exceed seven (7) pages in length.

5.   **PRETRIAL DISCLOSURE SHEET**

Pursuant to the provisions of Rule 26(a)(3), the parties shall simultaneously file Pretrial Disclosures on **NOVEMBER 8, 2024**, in a form consistent with the outline contained in Local Rule 26.2.

6.   **DEPOSITIONS TO BE USED AT TRIAL PURSUANT TO RULE 32**[1]

The proffering party must designate the pertinent portions of a deposition to be used as evidence at trial by **NOVEMBER 8, 2024**. The opposing party must then provide notice of objections and/or counter-designations by **NOVEMBER 15, 2024**. These designations and objections should not be filed with the Court, but rather exchanged by the parties. The parties shall then confer in good faith to resolve any objections to designations.

Any unresolved objections shall be made by a joint written motion filed no later than **NOVEMBER 22, 2024**. Instructions for preparing the joint motion and the form to be used are posted on the Court's website at http://www.arwd.uscourts.gov/judge-brooks-forms. Objections will be resolved during the Final Pre-Trial Conference.

7.   **PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

The parties must confer in advance regarding proposed Findings of Fact and Conclusions of Law in an attempt to narrow areas of disagreement. The parties shall jointly file agreed findings of fact, and, for each cause of action, the agreed legal

---

[1]Depositions to be used solely for impeachment are not contemplated by the requirements of this paragraph.

elements/basis, clearly marked "STIPULATED FACTS AND AGREED BASIS OF APPLICABLE LAW," on or before **DECEMBER 2, 2024**. With regard to disputed facts and/or applicable law, the parties shall simultaneously file trial briefs which identify all pertinent facts in dispute and explain the nature and basis of any disputed legal issues, and/or disputed application of law to agreed and/or disputed facts. Trial briefs must be filed by no later than **DECEMBER 9, 2024**.

## 8. WITNESS AND EXHIBIT LISTS

Each party shall submit "final" witness and exhibit lists to the Court by no later than **NOVEMBER 29, 2024**. The lists should be in the format as posted on the Court's website at http://www.arwd.uscourts.gov/judge-brooks-forms. Witnesses shall be grouped together under headings indicating whether they "will be called" or merely "may be called" to testify.

Trial Exhibits must be identified, numbered, provided, and made available to opposing counsel in advance of the deadline. Counsel must then review and confer for the purpose of identifying any exhibits to which agreement or objections are contemplated. The final numbered exhibit list provided to the Court should therefore indicate—for each applicable exhibit—whether opposing counsel intends to "agree" (subject to proponent laying proper foundation) or "object" to its introduction. Prior to trial, the parties shall further confer and identify which, if any, of the agreed exhibits may be stipulated into evidence *in mass* at the beginning of the trial. Please promptly notify the Court via email as to which exhibits will be received in this manner.

Each party shall provide a notebook of its final proposed exhibits (numbered, indexed, and tabbed) to Chambers by no later than **DECEMBER 6, 2024**.

**9.    DEADLINES**

The deadlines set forth above are firm. Extensions and/or continuances will not be considered absent very compelling circumstances.

**10.   SUMMARY TABLE AND FORMS**

A table summarizing the deadlines is attached. In the event of a discrepancy between this Order and the summary table, the deadline set forth in the Order is controlling. The forms are available for download on the Court's public website - http://www.arwd.uscourts.gov/judge-brooks-forms.

**11.   COMMUNICATION WITH COURT REGARDING TRIAL OR SETTLEMENT**

Settlements should be immediately reported to the Court.[2] Please communicate any late developing settlement or problems/issues (*i.e.* over the weekend prior to trial) to the Courtroom Deputy, Sheri Craig, at (479) 695-4460 or *tlbinfo@arwd.uscourts.gov*. In the event of settlement, advise Ms. Craig immediately. The parties are further advised that the case will not be removed from the trial docket until an order of dismissal has been entered.

**IT IS SO ORDERED** this 25th day of September, 2024.

                                                                           _____
                                                        TIMOTHY L. BROOKS
                                                        UNITED STATES DISTRICT JUDGE

---

[2]This is especially true when there are ripe motions pending. Prompt notification is also of great help to the Court in the management of remaining cases set for a given trial term.

## DATES AND DEADLINES

| HEARINGS AND TRIAL DATE | |
|---|---|
| FINAL PRE-TRIAL CONFERENCE | 12/6/24 |
| **TRIAL DATE (One Week Trial Term beginning on)** | **12/16/24** |
| **FINAL TRIAL PREPARATIONS** | |
| PRETRIAL DISCLOSURES (per format of Local Rule 26.2) | 11/8/24 |
| MOTIONS IN LIMINE | 11/22/24 |
| DEPOSITION DESIGNATIONS (exchanged) | 11/8/24 |
| DEPOSITION COUNTER-DESIGNATIONS (exchanged) | 11/15/24 |
| JOINT MOTION TO EXCLUDE DEPOSITION TESTIMONY | 11/22/24 |
| PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (submitted to the Court via email) | 12/2/24 |
| TRIAL BRIEF | 12/9/24 |
| WITNESS AND EXHIBIT LISTS (submitted to the Court via email) | 11/29/24 |
| EXHIBITS NOTEBOOK (INDEXED AND TABBED) TO CHAMBERS | 12/6/24 |