## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision
in the City of Fayetteville, State of Arkansas;
**EUREKA SPRINGS CARNEGIE PUBLIC LIBRARY;**
**CENTRAL ARKANSAS LIBRARY SYSTEM;**
**NATE COULTER; OLIVIA FARRELL; MIEL PARTAIN**,
in her own capacity and as parent and next friend of
**MADELINE PARTAIN; LETA CAPLINGER; ADAM WEBB;**
**ARKANSAS LIBRARY ASSOCIATION;**
**ADVOCATES FOR ALL ARKANSAS LIBRARIES;**
**PEARL'S BOOKS, LLC; WORDSWORTH COMMUNITY**
**BOOKSTORE, LLC d/b/a WORDSWORTH BOOKS;**
**AMERICAN BOOKSELLERS ASSOCIATION;**
**ASSOCIATION OF AMERICAN PUBLISHERS, INC.;**
**AUTHORS GUILD, INC.;**
**COMIC BOOK LEGAL DEFENSE FUND;**
and **FREEDOM TO READ FOUNDATION**                                  **PLAINTIFFS**

**V.**                             **CASE NO. 5:23-CV-5086**

**CRAWFORD COUNTY, ARKANSAS; CHRIS KEITH,**
in his official capacity as Crawford County Judge;
**TODD MURRAY; SONIA FONTICIELLA; DEVON HOLDER;**
**MATT DURRETT; JEFF PHILLIPS; WILL JONES;**
**TERESA HOWELL; BEN HALE, CONNIE MITCHELL,**
**DAN TURNER, JANA BRADFORD; FRANK SPAIN;**
**TIM BLAIR; KYLE HUNTER; DANIEL SHUE; JEFF ROGERS;**
**DAVID ETHREDGE; TOM TATUM, II; DREW SMITH;**
**REBECCA REED MCCOY; MICHELLE C. LAWRENCE;**
**DEBRA BUSCHMAN; TONY ROGERS; NATHAN SMITH;**
**CAROL CREWS; KEVIN HOLMES; CHRIS WALTON;**
and **CHUCK GRAHAM**, each in his or her official capacity
as a prosecuting attorney for the State of Arkansas                **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1. Sections 1 and 5 of Arkansas Act 372 are **DECLARED** unconstitutional. Section 1 is unconstitutionally overbroad and void for vagueness, and its implementation will violate the First and Fourteenth Amendment rights of Plaintiffs and others. Section 5 is similarly void for vagueness and will violate Plaintiffs' First Amendment rights by imposing content-based restrictions on protected speech that are not narrowly tailored to serve compelling state interests.

2. The Court hereby **PERMANENTLY ENJOINS** all Defendants, their employees, agents, and successors in office, and all persons acting in concert with them, from enforcing Sections 1 and 5 of Act 372

**IT IS SO ORDERED AND ADJUDGED** on this 23rd day of December, 2024.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE