## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision
in the City of Fayetteville, State of Arkansas; et al.                                      **Plaintiffs**

v.                              Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS**; et al.                                                          **Defendants**

and

**TIM GRIFFIN**, in his official capacity as Attorney
General of Arkansas,                                                           **Proposed Intervenor-Defendant**

### NOTICE OF APPEAL

The following parties give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 126) issued on December 23, 2024, and the Judgment entered the same day. (Doc. 127):

- Todd Murray
- Sonia Fonticiella
- Devon Holder
- Matt Durett
- Jeff Phillps
- Will Jones
- Teresa Howell
- Ben Hale
- Connie Mitchell
- Dan Turner
- Jana Bradford

- Frank Spain
- Tim Blair
- Kyle Hunter
- Daniel Shue
- Jeff Rogers
- David Ethredge
- Tom Tatum, II
- Drew Smith
- Rebecca Reed McCoy
- Michelle C. Lawrence
- Debra Buschman
- Tony Rogers
- Nathan Smith
- Carol Crews
- Kevin Holmes
- Chris Walton
- Chuck Graham
- Tim Griffin

The Eighth Circuit has jurisdiction because this is an appeal from a final judgment of a district court of the United States, 28 U.S.C. § 1291, which also confers jurisdiction over "all of the previous rulings and orders that led up to and served as a predicate for that final judgment." *Greer v. St. Louis Reg'l Med. Ctr.*, 258 F.3d 843, 846 (8th Cir. 2001); *see Johnson v. Leonard*, 929 F.3d 569, 575 (8th Cir. 2019).

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Noah P. Watson
        Ark. Bar No. 2020251
        Deputy Attorney General

        John Payne
        Ark. Bar No. 97097
        Deputy Attorney General

        Christine A. Cryer
        Ark. Bar No. 2001082
        Deputy Attorney General

        Arkansas Attorney General's Office
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        (501) 682-1019
        (501) 682-2591 fax
        noah.watson@arkansasag.gov
        john.payne@arkansasag.gov
        christine.cryer@arkansasag.gov

        *Attorneys for Defendants*