# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision
in the City of Fayetteville, State of Arkansas; et al.                                    **Plaintiffs**

v.                              Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS**; et al.                                                     **Defendants**

and

**TIM GRIFFIN**, in his official capacity as Attorney
General of Arkansas,                                                              **Intervenor-Defendant**

## AMENDED NOTICE OF APPEAL

The following parties give notice of their appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Order (Doc. 126) issued on December 23, 2024, and the Judgment entered the same day. (Doc. 127):

- Todd Murray
- Sonia Fonticiella
- Devon Holder
- Matt Durett
- Jeff Phillps
- Will Jones
- Teresa Howell
- Ben Hale
- Connie Mitchell
- Dan Turner
- Jana Bradford

- Frank Spain
- Tim Blair
- Kyle Hunter
- Daniel Shue
- Jeff Rogers
- David Ethredge
- Tom Tatum, II
- Drew Smith
- Rebecca Reed McCoy
- Michelle C. Lawrence
- Debra Buschman
- Tony Rogers
- Nathan Smith
- Carol Crews
- Kevin Holmes
- Chris Walton
- Chuck Graham
- Tim Griffin

The Eighth Circuit has jurisdiction because this is an appeal from a final judgment of a district court of the United States, 28 U.S.C. § 1291, which also confers jurisdiction over "all of the previous rulings and orders that led up to and served as a predicate for that final judgment." *Greer v. St. Louis Reg'l Med. Ctr.*, 258 F.3d 843, 846 (8th Cir. 2001); *see Johnson v. Leonard*, 929 F.3d 569, 575 (8th Cir. 2019).

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:   Noah P. Watson
      Ark. Bar No. 2020251
      Deputy Attorney General

      John Payne
      Ark. Bar No. 97097
      Deputy Attorney General

      Christine A. Cryer
      Ark. Bar No. 2001082
      Deputy Attorney General

      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, Arkansas 72201
      (501) 682-1019
      (501) 682-2591 fax
      noah.watson@arkansasag.gov
      john.payne@arkansasag.gov
      christine.cryer@arkansasag.gov

      *Attorneys for Defendants*