IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision                              **Plaintiffs**
in the City of Fayetteville, State of Arkansas; et al.


v.                              Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS**; et al.
                                                                                               **Defendants**

- and -

**TIM GRIFFIN**, in his official capacity                              **Intervenor-Defendant**
as Attorney General of Arkansas


### THE PROSECUTING ATTORNEYS' MOTION FOR LEAVE TO FILE SURRESPONSE IN OPPOSITION TO MOTION FOR FEES AND COSTS

The Prosecuting Attorneys and Attorney General Griffin, for their motion for leave to file a surresponse, state:

1. On January 17, 2025, the Plaintiffs moved for attorneys' fees and costs.

2. In that motion, the Plaintiffs requested fees and costs incurred through the preliminary-injunction stage of this case. Despite clear caselaw that such a request was untimely, the Plaintiffs made no arguments about why the Court should excuse their failure to timely file. *See Spirit Lake Tribe v. Jaeger*, 5 F.4th 849 (8th Cir. 2021).

3. For the first time—and only after the Defendants filed their responses to the Plaintiffs' motion—the Plaintiffs argued that they committed excusable neglect by "overlook[ing]" *Spirit Lake*. Doc. 154, at 6. Thus, the Defendants have had no opportunity to respond to these new arguments.

4. The Prosecuting Attorneys and the Attorney General therefore seek leave to file a surresponse to address these new arguments raised in reply.

5.      A copy of the proposed surresponse to attached as Exhibit 1 to this motion.

WHEREFORE, the Prosecuting Attorneys and the Attorney General ask this Court for leave to file a surresponse in opposition to the Plaintiffs motion for attorneys' fees and costs.

Respectfully submitted,

TIM GRIFFIN
Attorney General

By:    Noah P. Watson
Ark. Bar No. 2020251
Deputy Attorney General

John Payne
Ark. Bar No. 97097
Deputy Attorney General

Christine A. Cryer
Ark. Bar No. 2001082
Deputy Attorney General

Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-1019
(501) 682-2591 fax
noah.watson@arkansasag.gov
john.payne@arkansasag.gov
christine.cryer@arkansasag.gov

*Attorneys for Defendants*