**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**FAYETTEVILLE PUBLIC LIBRARY,** *et al.*                                    **PLAINTIFFS**

**V.**                              **CASE NO. 5:23-CV-5086**

**CRAWFORD COUNTY, ARKANSAS,** *et al.*                                **DEFENDANTS**

**AMENDED JUDGMENT**

The Court previously entered Judgment (Doc. 127) in this case on December 23, 2024, awarding all Plaintiffs permanent injunctive relief against all Defendants. **IT IS HEREBY ORDERED** that the Judgment is **AMENDED** to include the following monetary award: Defendants, jointly and severally, are **ORDERED** to reimburse Plaintiffs their reasonable attorney fees in the amount of **$435,275.00** and costs in the amount of **$6,371.49**, for a total award of **$441,646.49**.

**IT IS SO ORDERED AND ADJUDGED** on this 21st day of May, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE