IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY**, a political subdivision                                **Plaintiffs**
in the City of Fayetteville, State of Arkansas; et al.


v.                          Case No. 5:23-cv-05086-TLB

**CRAWFORD COUNTY, ARKANSAS**; et al.
                                                                                         **Defendants**

- and -

**TIM GRIFFIN**, in his official capacity                                   **Intervenor-Defendant**
as Attorney General of Arkansas


**PROSECUTOR DEFENDANTS AND INTERVENOR-DEFENDANT'S EMERGENCY MOTION TO STAY EXECUTION OF THE AWARD OF ATTORNEYS' FEES AND COSTS**

For their Emergency Motion to Stay Execution of the Award for Attorneys' Fees and Costs, Prosecutor Defendants and Interventor-Defendant[1] state:

1. Counsel for Prosecutor Defendants consulted with Plaintiffs' counsel about whether this motion would be opposed. Plaintiffs' counsel initially indicated that they would decide last week but then indicated they might have been able to decide by today. Prosecutor Defendants and Intervenor-Defendant waited until today to give Plaintiffs time to consider. Today, however, Plaintiffs informed counsel that they have not yet decided whether they will oppose this motion or not. The Crawford County Defendants do not oppose the motion.

2. The Court entered a permanent injunction and judgment on December 23, 2024. Doc. 126; Doc. 127.

---

[1] Intervenor-Defendant is not liable for the awarded attorney' fees and costs and joins this stay out of an abundance of caution. He was not a party until after the Court entered a permanent injunction. Thus, the Court's amended judgment was limited to making "Defendants," not Intervenor-Defendant, liable for fees and costs.

1

2

3. Prosecutor Defendants and Intervenor-Defendant Attorney General Tim Griffin appealed on January 22, 2025. Doc. 135; Doc. 155.

4. The Court then entered an amended judgment granting Plaintiffs attorneys' fees and costs. Doc. 160; Doc. 161.

5. Today, Prosecutor Defendants and Intervenor-Defendants appealed the order granting fees and costs. Doc. 162.

6. They respectfully request a ruling by Wednesday, June 18, 2025, so, if necessary, they can seek emergency relief from the Eighth Circuit before the judgment goes into effect on Friday, June 20, 2025.

7. A brief in support is being filed contemporaneously to this motion and is incorporated by reference, along with the following exhibit:

- Exhibit 1: Seth Blomeley, *Rub in claims cases: Who's going to pay?*, Ark. Democrat-Gazette (Mar. 18, 2007)

WHEREFORE, the Prosecutor Defendants and Intervenor-Defendant ask the Court to grant their motion by and enter an order staying the award of attorneys' fees and cost pending appeal.

        Respectfully submitted,

        TIM GRIFFIN
        Attorney General

By:    Noah P. Watson
        Ark. Bar No. 2020251
        Deputy Solicitor General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, Arkansas 72201
        (501) 682-1019
        (501) 682-2591 fax
        noah.watson@arkansasag.gov

        *Attorneys for Prosecutor Defendants*
        *and Intervenor-Defendant*