## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY,** *et al.*                                        **PLAINTIFFS**

**vs.**                                        **No. 5:23-CV-05086-TLB**

**CRAWFORD COUNTY, ARKANSAS,** *et al.*                                        **DEFENDANTS**

**and**

**TIM GRIFFIN, in his official capacity as Attorney**
**General of Arkansas**                                        **INTERVENOR-DEFENDANT**

## SEPARATE DEFENDANTS CRAWFORD COUNTY AND CRAWFORD COUNTY JUDGE CHRIS KEITH MOTION TO STAY EXECUTION OF THE AWARD OF ATTORNEY FEES AND COSTS

COMES NOW Separate Defendants, Crawford County, Arkansas, and Crawford County Judge Chris Keith, in his official capacity ("Crawford County"), by and through their undersigned counsel, and for their Motion to Stay Execution of the Award of Attorney Fees and Costs, stating:

1.      On May 21, 2025, this Court granted Plaintiffs' motion for attorney fees and costs. *Doc. 160*.  On the same day, this Court entered the Amended Judgment.  *Doc. 161*.  The deadline to appeal the Amended Judgment is July 20, 2025.  *Docs. 169, 170*.

2.      At this time, the Plaintiffs and Crawford County have been unable to reach a settlement for the fees and costs.  Therefore, Crawford County will appeal the award of attorney fees and costs, and the Amended Judgment.  *Docs. 160, 161*.

1

3.     Previously, the Prosecutor Defendants and the Intervenor-Defendant moved to stay the execution of the award of attorney fees and costs (the "Award"). *Doc. 163*. This Court granted the motion. *Doc. 171*.

4.     At the time of that motion, the Award was stayed because the appeal deadline for Crawford County had not yet expired. FED. R. CIV. P. 62; FED. R. CIV. P. 4. The motion and the Order do not delineate whether the Award is stayed as to Crawford County. *See Docs. 163, 171*.

5.     In light of the forthcoming appeal, and out of an abundance of caution, Crawford County moves to stay the award of attorney fees and costs pending appeal. FED. R. CIV. P. 62.

6.     Crawford County adopts and incorporates by reference the Prosecutor Defendants and Intervenor-Defendant's brief in support of their motion to stay, *Doc. 164*. Like the State of Arkansas, Crawford County is a government entity which has the ability to locate funds to pay the Award, but doing so now will only harm Crawford County and the public it serves. Crawford County would have to pull funds that serve its constituents' services. Moreover, the Defendants will likely prevail in part (or in all) on the appeal on the merits, which will undercut the current Award. Thus, for the same reasons as the Prosecutor Defendants and Intervenor-Defendant, Crawford County requests that the Award be stayed pending the appeal.

WHEREFORE, Separate Defendants pray that this Court grant their Motion, stay the award of attorney fees and costs, *Doc. 160, 161*, pending appeal, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

**PPGMR Law, PLLC**

James D. Rankin III, AR Bar #93197
Forrest C. Stobaugh, AR Bar #2018186
Samuel S. McLelland, AR Bar #2020101
P.O. Box 3446
Little Rock, AR 72203
Telephone: (501) 603-9000
Facsimile: (501) 603-0556
E-mail: Jim@ppgmrlaw.com
        Forrest@ppgmrlaw.com
        Sam@ppgmrlaw.com

*Attorneys for Separate Defendants*
*Crawford County*