IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**FAYETTEVILLE PUBLIC LIBRARY,** *et al.*                                            **PLAINTIFFS**

vs.                                    No. 5:23-CV-05086-TLB

**CRAWFORD COUNTY, ARKANSAS,** *et al.*                                  **DEFENDANTS**

and

**TIM GRIFFIN, in his official capacity as Attorney
General of Arkansas**                                                   **INTERVENOR-DEFENDANT**

## SEPARATE DEFENDANTS CRAWFORD COUNTY AND CRAWFORD COUNTY JUDGE CHRIS KEITH NOTICE OF APPEAL

Separate Defendants, Crawford County, Arkansas, and Crawford County Judge Chris Keith, in his official capacity ("Crawford County"), by and through their undersigned counsel, appeal to the United States Court of Appeals for the Eighth Circuit from this Court's Memorandum Opinion and Order on Fees and Costs (*Doc. 160*) and the Amended Judgment (*Doc. 161*). Notice is hereby given to all parties of record.

The Eighth Circuit has jurisdiction because this is an appeal from a final judgment of a district court of the United States, 28 U.S.C. § 1291, which also confers jurisdiction over "all of the previous rulings and orders that led up to and served as a predicate for that final judgment." *Greer v. St. Louis Reg'l Med. Ctr.*, 258 F.3d 843, 846 (8th Cir. 2001); *see Johnson v. Leonard*, 929 F.3d 569, 575 (8th Cir. 2019).

1

Respectfully Submitted,

**PPGMR Law, PLLC**

James D. Rankin III, AR Bar #93197
Forrest C. Stobaugh, AR Bar #2018186
Samuel S. McLelland, AR Bar #2020101
P.O. Box 3446
Little Rock, AR 72203
Telephone: (501) 603-9000
Facsimile: (501) 603-0556
E-mail: Jim@ppgmrlaw.com
         Forrest@ppgmrlaw.com
         Sam@ppgmrlaw.com

*Attorneys for Separate Defendants*
*Crawford County*

2